UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Case No.: 08-32514 |
|---|---|
| Heller Ehrman LLP, | Chapter 11 |
| Debtor | |

## LIST OF CREDITORS HOLDING THE 20 LARGEST UNSECURED CLAIMS

Following is the consolidated list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| City of New York<br>Department of Finance<br>Martha E. Stark, Commissioner<br>345 Adams Street<br>Brooklyn, NY 11201 | City of New York<br>Department of Finance<br>Martha E. Stark, Commissioner<br>345 Adams Street<br>Brooklyn, NY 11201<br>Phone: 718-403-4537<br>Fax: 718-403-4092 | Government (Tax) | | $3,913,766 |
| Williams Lea Inc.<br>233 S. Wacker, Suite 4850<br>Chicago, IL 60693 | Williams Lea Inc.<br>Ken Amann, CFO<br>Aurora Coya, COO<br>233 S. Wacker, Suite 4850<br>Chicago, IL 60693<br>Phone: 312-681-6400<br>Fax: 312-681-6363<br><br>Jeffrey Bromme, Esq.<br>Arnold & Porter, LLP<br>555 Twelfth Street, NW<br>Washington, DC 10004-1206<br>Phone: 202.942.6254<br>Fax: 202.942.5999<br>Email: Jeffrey.Bromme@aporter.com | Trade | | $2,024,243 |

| Name of Creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Connecticut General Life<br>900 Cottage Grove Road, B6LPA<br>Bloomfield, CT 06152-5026 | Connecticut General Life<br>Romey Kristen Murphy,<br>Senior Counsel<br>CIGNA Legal & Public Affairs<br>900 Cottage Grove Road, B6LPA<br>Bloomfield, CT 06152-5026<br>Phone: 800-592-9219<br>Fax: 602-328-5430 | Health Insurance | | $1,501,000 |
| 333 Bush Associates<br>File# 30905<br>P.O. Box 60000<br>San Francisco, CA 94160 | 333 Bush Associates<br>Viviane Clausen, Property Manager<br>File# 30905<br>P.O. Box 60000<br>San Francisco, CA 94160<br>Phone: 415-788-5333<br>Fax: 415-291-9808<br><br>Michael P. Brody, Esq.<br>Ellman, Burke, Hoffman & Johnson, P.C.<br>601 California Street, 19th Floor<br>San Francisco, CA 94108<br>Phone: 415-777-2727, ext. 691<br>Fax: 415-495-7587<br>mbrody@ellman-burke.com | Building Lease | | $1,458,609 |
| AFCO<br>AFCO Premium Acceptance , Inc.<br>4501 College Blvd.<br>Suite 320<br>Leawood, KS 66211-2328 | AFCO<br>AFCO Premium Acceptance , Inc.<br>4501 College Blvd, Suite 320<br>Leawood, KS 66211-2328<br>Phone: 800-288-6901<br>Fax: 913-491-6638<br><br>David I. Katzen, Esq.<br>Katzen & Schuricht<br>1981 N. Broadway, Suite 340<br>Walnut Creek, CA 95496<br>Phone: 925-831-8254<br>Fax: 866-850-7652<br>Email: katzen@ksfirm.com | E&O Insurance | | $1,293,671 |
| MEPT St. Matthews LLC<br>1717 Rhode Island Ave., NW, Ste 600<br>Washington, DC 20036 | MEPT St. Matthews LLC<br>Kelli Dickerson, Vice President<br>1717 Rhode Island Ave., NW<br>Suite 600<br>Washington, DC 20036<br>Phone: 301-364-2205<br>Fax: 301-656-9339<br><br>Adam Walsh, Esq.<br>Seyfarth Shaw LLP<br>975 F Street, N.W.<br>Washington , D.C. 20004<br>Phone: 202-463-2400<br>Fax:     202-828-5393 | Building Lease | | $1,189,251 |

| Name of Creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Columbia Center Holding L.P. Bank of America, N.A. P.O. Box 24127 Newark, NJ 07101-4127 | Columbia Center Holding L.P. Katarina Kueber, Sr. Property Manager Bank of America, N.A. P.O. Box 24127 Newark, NJ 07101-4127 Phone: 206-386-5380 Fax: 206-386-5390 | Building Lease | | $1,094,684 |
| 1620 K Street Association LP c/o Charles E. Smith Real Estate Services L.P. 2345 Crystal Drive Arlington, VA 22202 | 1620 K Street Association LP Sabrina Farmer, Property Manager c/o Charles E. Smith Real Estate Services L.P. 2345 Crystal Drive Arlington, VA 22202 Phone: 202-833-8439 Fax: 202-785-1768 | Building Lease | | $633,820 |
| 4350 La Jolla Village LLC Department # 6975 550 New Port Ctr Dr. Los Angeles, CA 90084-6975 | 4350 La Jolla Village LLC Barbara Kort, Property Manager Department # 6975 550 New Port Ctr Dr. Los Angeles, CA 90084-6975 Phone: 858-658-7705 Fax: 858-658-7710 | Building Lease | | $485,373 |
| 333 South Hope Co. LLC Trizac 333 LA LLC File 50008 Los Angeles, CA 90074-0008 | 333 South Hope Co. LLC Dave Thompson, General Manager Trizac 333 LA LLC File 50008 Los Angeles, CA 90074-0008 Phone: 213-680-1900 Fax: 213-680-4619 Allen Matkins Leck Gamble Mallory & Natsis LLP 1901 Avenue of the Stars, Suite 1800 Los Angeles, California 90067 Attention: Anton N. Natsis, Esq. Phone: 310-788-2400 Fax: 310-788-2410 | Building Lease | | $454,424 |
| CB Richard Ellis Location Code 2981 P.O. Box 406588 Atlanta, GA 30384-6588 | CB Richard Ellis Lewis Miller, Vice Chairman Stephen L. Bay, Executive VP Location Code 2981 P.O. Box 406588 Atlanta, GA 30384-6588 Phone: 212-984-8328 or 213-613-3050 Fax: 212-984-8312 or 213-613-3064 | Building Lease | | $371,957 |

| Name of Creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| City National Bank<br>225 Broadway, Suite 500<br>San Diego, CA 92101 | City National Bank<br>Mary Jo Topp<br>225 Broadway, Suite 500<br>San Diego, CA 92101<br>Phone: 619-645-6187<br>Fax: 619-645-3478 | Floor Pension Plan Underfunding | | $335,000 |
| West<br>P.O. Box 6292<br>Carol Stream, IL 60197-6292 | West<br>P.O. Box 6292<br>Carol Stream, IL 60197-6292<br>Phone: 800-328-4880<br>Fax: 800-340-9378 | Trade | | $266,627 |
| Guckenheimer Enterprises Inc.<br>Three Lagoon Drive, Suite 325<br>P.O. BOX 39000<br>Redwood Shores, CA 94065 | Guckenheimer Enterprises Inc.<br>Paul Hennessey,<br>Vice President of Operations<br>Three Lagoon Drive, Suite 325<br>P.O. BOX 39000<br>Redwood Shores, CA 94065<br>Phone: 650-631-5154<br>Fax: 650-592-3415 | Trade | | $232,276 |
| The Claro Group<br>70 West Madison Street<br>Suite 4800<br>Chicago, IL 60602 | The Claro Group<br>70 West Madison Street<br>Suite 4800<br>Chicago, IL 60602<br>Phone: 312-546-3400<br>Fax: 312-554-8085 | Trade | | $226,201.56 |
| Integrated Economic Solutions Corporation<br>PO Box 825<br>Crystal Beach, FL 34681 | Integrated Economic Solutions Corporation<br>Lawrence A. Weiner, Director<br>1825 Brightwaters Blvd. NE<br>St. Petersburg, FL 33704<br>Phone: 727-896-7456<br>Fax: 727-896-7436 | Trade | | $226,201.56 |
| NEOVIA Financial PLC<br>(f/k/a Neteller PLC)<br>Standard Bank Building<br>1 Circular Road - 4th Floor,<br>Douglas, Isle of Man 1M11AF,<br>United Kingdom | NEOVIA Financial PLC<br>(f/k/a Neteller PLC)<br>Samantha Leahy, General Counsel<br>P.O. Box 165<br>Douglas<br>IM99 #NX<br>Isle of Man<br>Phone: +44 (0) 1624 698 000<br>Fax: +44 (0) 1624 615 320 | Client retainer payment | | $191,646.21 |
| LexisNexis<br>P.O. Box 894166<br>Los Angeles, CA 90189-4166 | LexisNexis<br>P.O. Box 894166<br>Los Angeles, CA 90189-4166<br>Phone: 800-253-4182<br>Fax: 866-960-3420 | Trade | | $188,818 |

| Name of Creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Ernst & Young<br>560 Mission Street, Suite 1600<br>San Francisco, CA 94105<br><br>Ernst & Young<br>178 South Rio Grande St., Suite 400<br>Salt Lake City, UT 84101 | Ernst & Young<br>Ed Kennedy<br>560 Mission Street, Suite 1600<br>San Francisco, CA 94105<br>Phone: 415-894-8284<br>Fax: 866-364-1182<br><br>Ernst & Young<br>Charley Shumway, Tax Manager<br>178 South Rio Grande St., Suite 400<br>Salt Lake City, UT 84101<br>Phone: 801-350-3438<br>Fax: 801-350-3456 | Professional Services | | $137,080 |
| Hoffman Alvary & Company<br>Seven Wells Avenue<br>Newton, MA 02459 | Hoffman Alvary & Company<br>Paula Alvary<br>Seven Wells Avenue<br>Newton, MA 02459<br>Phone: 781-416-9700<br>Fax: 617-758-0510 | Trade | | $134,406 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Peter J. Benvenutti, the Authorized Representative of the limited liability partnership, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing <u>List of Creditors Holding 20 Largest Unsecured Claims</u> and that it is true and correct to the best of my information and belief.

Dated: December 28, 2008

Heller Ehrman, LLP

By: <u>/s/ Peter J. Benvenutti</u>
Name: Peter J. Benvenutti,
      Authorized Representative