Keith J. Shapiro (Pro Hac Vice Pending)
Andrew Cardonick (Pro Hac Vice Pending)
David W. Baddley (Pro Hac Vice Pending)
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: 312/456-8400
Facsimile: 312/456-8465

John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail:jfiero@pszjlaw.com
kbrown@pszjlaw.com

[Proposed] Attorneys for Debtor and Debtor in Possession
Heller Ehrman LLP

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>Heller Ehrman LLP,<br><br>            Debtor | Case No.: 08-32514<br><br>Chapter 11<br><br>**CERTIFICATION CONCERNING EQUITY SECURITY HOLDERS** |

The debtor and debtor in possession (the "Debtor") in the above captioned case, hereby certifies under penalty of perjury that the list of equity security holders submitted herewith, pursuant to Federal Rule of Bankruptcy Procedure 1007, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of December, 2008.

                                                                           */s/ Peter J. Benvenutti*
                                                                   By: Peter J. Benvenutti
                                                                        Authorized Representative

Keith J. Shapiro (Pro Hac Vice Pending)
Andrew Cardonick (Pro Hac Vice Pending)
David W. Baddley (Pro Hac Vice Pending)
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: 312/456-8400
Facsimile:  312/456-8465

John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California  94111-4500
Telephone: 415/263-7000
Facsimile:  415/263-7010

E-mail:jfiero@pszjlaw.com
kbrown@pszjlaw.com

[Proposed] Attorneys for Debtor and Debtor in Possession
Heller Ehrman LLP

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Case No.: 08-32514 |
|---|---|
| Heller Ehrman LLP, | Chapter 11 |
| Debtor | **LIST OF EQUITY SECURITY HOLDERS** |

| | Partner Share %'s (1) | |
|---|---|---|
| Entity | Profit/Loss | Capital |
| HELLER, EHRMAN, WHITE & McAULIFFE, A PROFESSIONAL CORPORATION, a California professional corporation | 71.914382% | 72.752967% |
| HELLER, EHRMAN, WHITE & McAULIFFE, A PROFESSIONAL CORPORATION, a New York professional corporation | 14.553203% | 12.563829% |
| HELLER, EHRMAN, WHITE & McAULIFFE (WASHINGTON), P.S., a Washington professional corporation | 11.613771% | 13.854656% |

LIST OF EQUITY SECURITY HOLDERS

| Entity | Partner Share %'s (1) | |
| --- | --- | --- |
| | Profit/Loss | Capital |
| HELLER, EHRMAN, WHITE & McAULIFFE (ALASKA), P.C., an Alaska professional corporation | 0.269117% | 0.301919% |
| Richard Cassin - PC | 0.114616% | 0.000000% |
| Heller Ehrman (China) PC | 1.5349110% | 0.440312% |
| Julian Stern | 0.000000% | 0.086317% |
| HELLER, EHRMAN, WHITE & McAULIFFE (OREGON), P.C., an Oregon professional corporation | 0.000000% | 0.000000% |
| Total | 100.000% | 100.000% |