Keith J. Shapiro (Pro Hac Vice Pending)
Andrew Cardonick (Pro Hac Vice Pending)
David W. Baddley (Pro Hac Vice Pending)
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: 312/456-8400
Facsimile: 312/456-8465

John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail:jfiero@pszjlaw.com
kbrown@pszjlaw.com

[Proposed] Attorneys for Debtor and Debtor in Possession
Heller Ehrman LLP

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 08-32514 |
| Heller Ehrman LLP, | Chapter 11 |
| Debtor | **DEBTOR'S APPLICATION FOR ORDER APPOINTING PETER J. BENVENUTTI RESPONSIBLE INDIVIDUAL** |
| | [No Hearing Required] |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE:**

Pursuant to Local Bankruptcy Rule 4002-1, Heller Ehrman LLP, the debtor and debtor in possession herein (the "Debtor"), hereby applies for entry of an Order approving Peter J. Benvenutti as its designated responsible individual during this Chapter 11 case.

1. On December 28, 2008, the Debtor filed a voluntary petition under chapter 11 of the United Stated Bankruptcy Code. No official committee of unsecured creditors has been appointed in this case.

2. In this application, the Debtor seeks to appoint Peter J. Benvenutti, the Chair of the Debtor's four member dissolution committee, as the designated individual with primary responsibility for the duties and obligations of the Debtor (the "Responsible Individual").

3. By resolution of the Debtor's dissolution committee, Mr. Benvenutti was authorized to act on behalf of the Debtor in all matters relating to this bankruptcy case. A copy of the Debtor's resolution has been filed with the Court.

4. Mr. Benvenutti's contact information is: 555 California Street, San Francisco, CA 94104; Tel: (415) 875-5826; Fax: (415) 963-6887.

**WHEREFORE**, the Debtor respectfully requests that this Court enter an Order designating Mr. Benvenutti as the natural person to be responsible for the duties and obligations of the Debtor during this case.

Dated: December 28, 2008     PACHULSKI STANG ZIEHL & JONES LLP

By     */s/ John D. Fiero*
       John D. Fiero (CA Bar No. 136557)
       Kenneth H. Brown (CA Bar No. 100396)
       [Proposed] Attorneys for Debtor and
       Debtor in Possession
       Heller Ehrman LLP