Keith J. Shapiro (Pro Hac Vice Pending)
Andrew Cardonick (Pro Hac Vice Pending)
David W. Baddley (Pro Hac Vice Pending)
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: 312/456-8400
Facsimile: 312/456-8465

Signed and Filed: December 29, 2008

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail:jfiero@pszjlaw.com
kbrown@pszjlaw.com

[Proposed] Attorneys for Debtor and Debtor in Possession
Heller Ehrman LLP

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| In re: | Case No.: 08-32514 |
|---|---|
| Heller Ehrman LLP, | Chapter 11 |
| Debtor | **ORDER APPOINTING PETER J. BENVENUTTI AS DEBTOR'S RESPONSIBLE INDIVIDUAL** |
| | [No Hearing Required] |

This matter came before the Court without a hearing upon consideration of the Debtor's

Application for Order Appointing Peter J. Benvenutti as Responsible Individual (the "Application").

Based upon the Court's review of the Application, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1.      The Application is granted.

2.      Peter J. Benvenutti shall be appointed the Debtor's responsible individual.

**END OF ORDER**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA