# EXHIBIT 3

Case: 08-32514    Doc# 39-3    Filed: 01/08/09    Entered: 01/08/09 09:34:01    Page 1 of 3

| Lease/Location | Landlord | Additional Notice Parties |
|---|---|---|
| 701 Fifth Avenue<br>Seattle, WA | Kirsten L. Hoffman<br>Vice President and Assistant General Counsel<br>**Beacon Capital Partners, LLC**<br>200 State Street, 5th Floor<br>Boston, Massachusetts  02109<br>Fax:  617-457-0499<br>khoffman@beaconcapital.com<br><br>Ri Milam<br>**Beacon Capital Partners**<br>Associate Asset Manager<br>701 5th Ave., Suite 4000<br>Seattle, WA   98104<br><br>Jeremy B. Fletcher<br>**Beacon Capital Partners**<br>11755 Wilshire Blvd.<br>Suite 1770<br>Los Angeles, CA 90025<br>Fax: (310) 914-5996<br>Email: jfletcher@beaconcapital.com | Katarina Kueber<br>Columbia Center, Sr. Property Manager<br>CAC Real Estate Management Company, Inc.<br>701 Fifth Avenue, Suite 4000<br>Seattle, WA  98104<br>Fax: 206.386.5390<br><br>Matthew D. Green, Esq.<br>Williams, Kastner & Gibbs, PLLC<br>Two Union Square<br>601 Union Street, Suite 4100<br>P.O. Box 21926<br>Seattle, WA 98111-3926<br>Fax: (206) 628-6611<br>Email: mgreen@williamkastner.com<br><br>Vincent M. Coscino, Esq.<br>Allen, Matkins, Leck, Gamble & Mallory, LLP<br>1900 Main Street, 5th floor<br>Irvine, CA<br>Fax: (949) 553-8354<br>Email: vcoscino@allenmatkins.com<br><br>EOP-Columbia Center, L.L.C.<br>c/o Equity Office Properties Trust<br>701 Fifth Avenue, Suite 4040<br>Seattle, Washington 98104-7089<br>Attention: Property Manager<br><br>WA-Columbia Center, L.L.C.<br>c/o Equity Office Management, L.L.C.<br>701 5th Avenue, Suite 4000<br>Seattle, Washington 98104<br>Attn: Property Manager, Columbia Center |

|  |  | EOP-Columbia Center, L.L.C. c/o Equity Office Properties Trust<br>Two North Riverside Plaza Suite 2100<br>Chicago, Illinois 60606<br>Attention: Regional Counsel - Seattle Region<br><br>Equity Office<br>One Market, Spear Tower, Suite 600<br>San Francisco, California 94105<br>Attn: Managing Counsel - Seattle Region |
|---|---|---|
| 1717 Rhode Island Avenue Washington, D.C. | **MEPT St. Matthews LLC**<br>c/o Kennedy Associates Real Estate Counsel, Inc.<br>Attn: Senior Vice-President – Asset Management<br>1215 Fourth Avenue, Ste. 2400<br>Seattle, WA 98161<br>Facsimile No.: (206) 682-4769<br><br>**MEPT St. Matthews LLC**<br>c/o Kennedy Associates Real Estate Counsel, Inc.<br>Attn: Vice-President – Asset Management<br>7315 Wisconsin Avenue, Ste. 350 West<br>Bethesda, MD 20814<br>Facsimile No.: (301) 656-9339<br><br>**MEPT St. Matthews LLC**<br>c/o Riggs Bank N.A. (MEPT)<br>Attn: Patrick O. Mayberry<br>808 17th Street, N.W. 7th Floor<br>Washington, DC 20006<br>Facsimile: (202) 835-6887 | Bennett Williams<br>1215 4th Avenue, Suite 2400<br>Seattle, WA 98161<br>Fax: (206) 682-4769<br>Email: bennetw@kennedyusa.com<br><br>Adam Walsh<br>Seyfarth Shaw LLP<br>975 F Street, NW<br>Washington, DC 20004-1454<br>Email: adam.walsh@seyfarth.com<br><br>Karchem Property Management, LLC<br>c/o Karchem Properties Inc.<br>Attn: Daniel B. Karchem and David C. Stern<br>1717 Rhode Island Avenue, NW<br>Washington, D.C. 20036<br>Facsimile No.: (202) 639-8606 |