# EXHIBIT 4

| Lease/Location | Landlord/Sublessee | Additional Notice Parties |
|---|---|---|
| 1666 K Street<br>Washington, D.C.<br>(including leases for storage spaces S-2 and S-9) | **1620 K Street Associates Limited Partnership**<br>c/o Charles E. Smith Real Estate Services L.P.<br>2345 Crystal Drive<br>Arlington, VA 22202 | Richard F. Levin, Esq.<br>Grossberg, Yochelson, Fox & Beyda, LLP<br>2000 L Street, N.W.<br>Suite 675<br>Washington, DC 20036-4907<br>Fax: (202) 296-7777<br>Email: levin@gyfb.com |
| 4350 La Jolla Village Drive<br>San Diego, CA | **4350 La Jolla Village LLC**<br>Pacifica Tower LLC<br>4370 La Jolla Village Drive, Suite 660<br>San Diego, CA 92121<br>Attn: Property Manager | The Irvine Company LLC<br>P.O. Box 6370<br>Newport Beach, CA 92658-6370<br>Attn: Vice President, Operations,<br>Office Properties/San Diego<br><br>Scott A. Lanni<br>Vice President, Investment Management<br>The Irvine Company<br>111 Innovation<br>Irvine, CA 92617-3040<br>Fax: (949) 720-2997<br>Email: slanni@irvinecompany.com<br><br>Bess Wakeman<br>Leasing Director<br>The Irvine Company<br>9255 Towne Centre Drive, Suite 800<br>San Diego, California 92121<br>Fax: (858) 334-6650<br>Email: bwakeman@irvinecompany.com<br><br>Scott Diggs<br>Leasing Director<br>The Irvine Company<br>600 West Broadway<br>Suite 300<br>San Diego, CA 92101<br>Fax: (619) 615-8050<br>Email: |

|  |  | sdiggs@irvinecompany.com |
|---|---|---|
|  |  | EOP-LA JOLLA II, L.L.C., a Delaware limited liability company, as beneficiary of land trust dated April 17, 1997 and known as Stanley M. Stevens Trust No. 4350<br>c/o Equity Office Properties<br>4365 Executive Drive, Suite 470<br>San Diego, California 92121<br>Attention: Building Manager<br><br>Equity Office Properties<br>Two North Riverside Plaza<br>Suite 2200<br>Chicago, Illinois 60606<br>Attention: Regional Counsel - Pacific Region |
| 1666 K Street<br>Washington, D.C.<br>(Adfero sublease) | **Adfero Group**<br>1140 Connecticut Avenue<br>Suite 610<br>Washington, D.C. 20036<br><br>**Adfero Group**<br>1666 K Street, NW<br>Washington, D.C. 20006<br>Attention: Chris Perrin |  |
| 1666 K Street<br>Washington, D.C.<br>(Adworks sublease) | **Adworks, Inc.**<br>2100 Pennsylvania Avenue, NW<br>6th Floor<br>Washington, D.C. 20037<br>Attention: Bruce Levin<br><br>**Adworks, Inc.**<br>1666 K Street, NW<br>Washington, D.C. 20006<br>Attention: Bruce Levin | Howard Ross, Esq.<br>Troutman Sanders LLP<br>1660 International Drive,<br>Suite 600<br>McLean, VA 22102 |
| Singapore | Selina Yap<br>**S. L. Development Pte Ltd**<br>5 Shenton Way #02-14<br>UIC Building<br>Singapore 068808<br>Fax: 6225 1004<br>selinayap@singland.com.sg | Louis Lim K.H.<br>Senior Manager<br>Office Services - Singapore<br>CB Richard Ellis (Pte) Ltd<br>6 Battery Road #32-01<br>Singapore (049909)<br>Fax: 65 6223 0288 |

|  |  | Email: louis.lim@cbre.com.sg |
|---|---|---|
| 1666 K Street<br>Washington, D.C.<br>(Schiff Hardin sublease) | **Schiff Hardin LLP**<br>6600 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL 60606<br>Attention: Managing Partner<br><br>**Schiff Hardin LLP**<br>6600 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL 60606<br>Attention: Executive Director<br><br>**Schiff Hardin LLP**<br>1666 K Street, NW<br>Washington, D.C. 20006<br>Attention: Office Manager |  |