UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re    Heller Ehrman, LLP
                    Debtor.

Case No. 08-32514

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is co-counsel for the debtor in this case.

2. The compensation paid or agreed to be paid by the debtor, to the undersigned is:

   a) For legal services rendered or to be rendered in contemplation of and in connection with this case.................................................................................$200,000
   b) Prior to the filing of this statement, debtor(s) have paid................................$35,000
   c) The unpaid balance due and payable is............................................................$0.00
   d) A refund of any excess paid pre-petition shall be given upon reconciliation of balances.

- $1,039.00 of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   - Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   - Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   - Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated: retainer payment of $200,000.

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated: December 28, 2008

Respectfully submitted,

*/s/ John D. Fiero*

John D. Fiero, Esq.
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Tel: 415/263-7000
Fax: 415/263-7010
Email: jfiero@pszjlaw.com