1  STEVEN H. FELDERSTEIN, State Bar No. 056978
   THOMAS A. WILLOUGHBY, State Bar No. 137597
2  FELDERSTEIN FITZGERALD WILLOUGHBY &
   PASCUZZI LLP
3  400 Capitol Mall, Suite 1450
   Sacramento, CA  95814
4  Telephone: (916) 329-7400
   Facsimile: (916) 329-7435
5
   Proposed Attorneys for The Official Committee of
6  Unsecured Creditors

7

8              UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11  In re:                          CASE NO.: 08-32514

12  HELLER EHRMAN LLP,              Chapter 11

13            Debtors.

14

15      **NOTICE OF APPEARANCE, REQUEST FOR SPECIAL NOTICE, FOR PLAN AND**
16      **DISCLOSURE STATEMENT AND FOR INCLUSION ON MAILING LIST**

17          PLEASE TAKE NOTICE that, pursuant to Federal Rules of Bankruptcy Procedure

18  2002(g) and (i), and Federal Rule of Bankruptcy Procedure 3017(a), the Official Committee of

19  Unsecured Creditors appointed by the Court in the above-captioned bankruptcy case, hereby

20  requests all matters which must be noticed to creditors, any creditors' committee or other parties

21  in interest [Rules 2002(a), (b) and (c)], whether sent by the Court, the Debtors, or any other party

22  in this matter, and requests that copies of any plan or disclosure statement [Rule 3017], be sent to

23  the persons at the addresses set forth below:

                        Steven H. Felderstein
24                      Thomas A. Willoughby
           FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI, LLP
25                  400 Capitol Mall, Suite 14510
                       Sacramento, CA  95814
26                      Tel: (916) 329-7400
                        Fax: (916) 329-7435
27              E-mail: sfelderstein@ffwplaw.com
                      twilloughby@ffwplaw.com
28

1    PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices

2  of any plan, disclosure statement, application, motion, petition, pleading, request, complaint, or

3  demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed

4  by mail, delivery, telephone, telegraph, telex, or otherwise, which affects, or seek to affect, in any

5  way the interest of the interested parties, creditors, the Debtors' interest, the rights or interests of

6  the Official Committee of Unsecured Creditors, or any other person's or entity's right or interest

7  to the estate.

8  Dated:  January 15, 2009

9                                    FELDERSTEIN FITZGERALD
                                      WILLOUGHBY & PASCUZZI LLP
10

11

12                                    By:   /s/ Thomas A. Willoughby
                                          Thomas A. Willoughby
13                                        Proposed Attorneys for the Official Committee
                                          of Unsecured Creditors
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28