John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail:jfiero@pszjlaw.com
  kbrown@pszjlaw.com

Attorneys for Debtor and Debtor in Possession Heller Ehrman LLP

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>Heller Ehrman LLP,<br><br>　　　　　　　Debtor | Case No.: 08-32514<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>[No Hearing Required] |

# **PROOF OF SERVICE**

STATE OF CALIFORNIA )
)
COUNTY OF SAN FRANCISCO )

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, CA 94111.

On Febryary 6, 2009, I caused to be served the **NOTICE OF CHAPTER 11 CASE, MEETING OF CREDITORS & DEADLINES** in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

| | |
|---|---|
| IXORA Limied<br>c/o Evans Randall Investment Management Limited<br>Kent Gardner<br>33 St. James's Square<br>St. James's<br>London SW1Y 4JS England | Joanne Milner<br>Administrator of Heller Ehrman (Europe) LLP<br>Smith & Williamson Limited<br>Prospect House<br>2 Athenaeum Road<br>London N20 9YU<br>United Kingdom |

☒ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

☐ (BY NOTICE OF ELECTRONIC FILING) I caused to be served the above-described document by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users.

☐ (BY FAX) I caused to be transmitted the above-described document by facsimile machine to the fax number(s) as shown. The transmission was reported as complete and without error. (Service by Facsimile Transmission to those parties on the attached List with fax numbers indicated.)

☐ (BY OVERNIGHT DELIVERY) By sending by            to the addressee(s) as indicated on the attached list.

I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

Executed on February 6, 2009, at San Francisco California.

*/s/ Oliver Carpio*
Oliver Carpio

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA