ANNE MARIE KENNELLY (State Bar No. 55666)
HEWLETT-PACKARD COMPANY
3000 Hanover St., M/S 1050
Palo Alto, CA 94304
Telephone Number: (650) 857-6902
Facsimile Number: (650) 852-8617

Corporate Counsel for Hewlett-Packard Company

A-M.

FILED
FEB 10 2009
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: HELLER EHRMAN, LLP, Debtor. | Chapter 11<br>Case No. 08-32514<br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |
|---|---|

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, Anne Kennelly, Corporate Counsel for Hewlett-Packard Company, hereby gives notice of her appearance in this case on behalf of Hewlett-Packard Company ("Creditor").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and such other rules or statutes as may be applicable, Creditor hereby requests that (1) all notices given or required to be given in this case to creditors, any creditors' committee, or any other parties in interest, whether sent by the Court, the Debtor, any trustee, or any other party in this case and (2) any disclosure statements or plans of reorganization filed in this case, and any notice of hearing on such disclosure statements or plans of reorganization, be served on Creditor at the following address(es):

Ms. Anne Marie Kennelly
Corporate Counsel
Hewlett-Packard Company
3000 Hanover St., M/S 1050
Palo Alto, CA 94304
Telephone: (650) 857-6902
Facsimile: (650) 852-8617
anne.kennelly@hp.com

Mr. Ken Higman
Sr. Default & Recovery Analyst
Hewlett-Packard Company
2125 E. Katella Ave.
Suite 400
Anaheim, CA 92806
Telephone: (714) 940-7120
ken.higman@hp.com

Dated: February 4, 2009

By: Anne Marie Kennelly
Anne Marie Kennelly

Hewlett-Packard Company
3000 Hanover Street, MS 1050
Palo Alto, CA 94304
Telephone: (650) 857-6902
Facsimile: (650) 852-8617
anne.kennelly@hp.com

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE ON BEHALF OF HEWLETT-PACKARD COMPANY by placing a true and correct copy of the same in a postage prepaid envelope on this 6 day of February, 2009, via First Class U.S. Mail, addressed to the parties listed on the attached Service List.

KENDRA E. GAETA

## Service List

**John D. Fiero**
Pachulski, Stang, Ziehl, and Jones
150 California St. 15th Fl.
San Francisco, CA 94111-4500

**Office of the U.S. Trustee / SF**
Office of the U.S. Trustee
235 Pine St
Suite 700
San Francisco, CA 94104

**Thomas A. Willoughby**
Felderstein, Fitzgerald et al
400 Capitol Mall #1450
Sacramento, CA 95814-4434