Entered on Docket
February 25, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: February 25, 2009

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**
_____

1  John D. Fiero (CA Bar No. 136557)
   Kenneth H. Brown (CA Bar No. 100396)
2  Miriam P. Khatiblou (CA Bar No. 178584)
   Teddy M. Kapur (CA Bar No. 242486)
3  Pachulski Stang Ziehl & Jones LLP
   150 California Street, 15th Floor
4  San Francisco, California 94111-4500
   Telephone: 415/263-7000
5  Facsimile: 415/263-7010
   E-mail: jfiero@pszjlaw.com
6          kbrown@pszjlaw.com
           mkhatiblou@pszjlaw.com
7          tkapur@pszjlaw.com

8  Attorneys for Heller Ehrman LLP,
   Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>Heller Ehrman LLP,[1]<br><br>           Debtor | Case No.: 08-32514<br><br>Chapter 11<br><br>**ORDER AUTHORIZING REJECTION OF NONRESIDENTIAL REAL PROPERTY LEASES AND SUBLEASES PURSUANT TO 11 U.S.C. § 365(A)** *NUNC PRO TUNC***, CONFIRMING CLAIMS BAR DATE, AND ABANDONING CERTAIN PERSONAL PROPERTY PURSUANT TO 11 U.S.C. § 554(A)**<br><br>Date: January 21, 2009<br>Time: 1:30 p.m.<br>Place: U. S. Bankruptcy Court<br>      235 Pine Street, 22nd Floor<br>      San Francisco, CA<br>Judge: Honorable Dennis Montali |

      THIS MATTER came before the Court upon consideration of the motion (the "Motion")[2] of Heller Ehrman, LLP, the debtor and debtor-in-possession (the "Debtor") for entry of an order authorizing the Debtor to reject nonresidential real property leases and subleases pursuant to 11 U.S.C. § 365(a) and abandon personal property at some (but not all) of the leased locations pursuant to 11 U.S.C. § 554(a), all as more fully set forth in the Motion; and it appearing that the Court has

---
[1] The Debtor's address is 333 Bush Street, San Francisco, CA 94104, Federal Tax I.D. No. 94-1217308.
[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

jurisdiction over this matter; and it appearing that due notice of the Motion as set forth therein is sufficient under the circumstances, and that no other or further notice need be provided; and it further appearing that the relief requested in the Motion is in the best interests of the Debtor and its estate and creditors and that the property to be abandoned is burdensome to the estate or of inconsequential value and benefit to the estate; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED that:

1. The objection of Schiff Hardin is overruled, and the Motion is GRANTED,

2. With the exception of the lease for space at 701 Fifth Avenue in Seattle (which shall be the subject of a separate order), the leases listed on Exhibit 3 to the Motion (and also described below) to the extent any such leases constitute an "unexpired" lease under section 365 of the Bankruptcy Code, are hereby rejected effective *nunc pro tunc* to January 8, 2009. Nothing in this Order shall be construed as a determination that the Terminated Leases are "unexpired" leases for purposes of Section 365 of the Bankruptcy Code.

3. The leases and subleases listed on Exhibit 4 to the Motion (and also described below) are hereby rejected effective *nunc pro tunc* to January 8, 2009.

4. The Debtor is authorized to abandon to the affected landlord, pursuant to section 554(a) of the Bankruptcy Code, any interest the Debtor has in the personal property located at the premises subject to the Non-Terminated Leases listed on Exhibit 4 to the Motion (but not anyone else's property), and relief from stay is hereby granted to such affected landlords. The Debtor retains all rights, claims and causes of action with respect to the personal property located at the premises subject to the Terminated Leases listed on Exhibit 3 to the Motion.

5. Any damage claims arising from the rejection of the leases and subleases listed on Exhibit 3 and Exhibit 4 to the Motion must be filed by April 27, 2009, in accordance with the requirements governing the filing of proofs of claim in this case.

6. The Court does not make any finding or determination with respect to 1620 K Street Associates' or Schiff Hardin, LLP's rights or duties as against each other.

7. This Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

## EXHIBIT 3 TO THE MOTION

| Lease/Location | Landlord | Additional Notice Parties |
|---|---|---|
| 701 Fifth Avenue<br>Seattle, WA | Kirsten L. Hoffman<br>Vice President and Assistant General Counsel<br>**Beacon Capital Partners, LLC**<br>200 State Street, 5th Floor<br>Boston, Massachusetts 02109<br>Fax: 617-457-0499<br>khoffman@beaconcapital.com<br><br>Ri Milam<br>**Beacon Capital Partners**<br>Associate Asset Manager<br>701 5th Ave., Suite 4000<br>Seattle, WA 98104<br><br>Jeremy B. Fletcher<br>**Beacon Capital Partners**<br>11755 Wilshire Blvd.<br>Suite 1770<br>Los Angeles, CA 90025<br>Fax: (310) 914-5996<br>Email: jfletcher@beaconcapital.com | Katarina Kueber<br>Columbia Center, Sr. Property Manager<br>CAC Real Estate Management Company, Inc.<br>701 Fifth Avenue, Suite 4000<br>Seattle, WA 98104<br>Fax: 206.386.5390<br><br>Matthew D. Green, Esq.<br>Williams, Kastner & Gibbs, PLLC<br>Two Union Square<br>601 Union Street, Suite 4100<br>P.O. Box 21926<br>Seattle, WA 98111-3926<br>Fax: (206) 628-6611<br>Email: mgreen@williamkastner.com<br><br>Vincent M. Coscino, Esq.<br>Allen, Matkins, Leck, Gamble & Mallory, LLP<br>1900 Main Street, 5th floor<br>Irvine, CA<br>Fax: (949) 553-8354<br>Email: vcoscino@allenmatkins.com<br><br>EOP-Columbia Center, L.L.C.<br>c/o Equity Office Properties Trust<br>701 Fifth Avenue, Suite 4040<br>Seattle, Washington 98104-7089<br>Attention: Property Manager<br><br>WA-Columbia Center, L.L.C.<br>c/o Equity Office Management, L.L.C.<br>701 5th Avenue, Suite 4000<br>Seattle, Washington 98104<br>Attn: Property Manager, Columbia Center<br><br>EOP-Columbia Center, L.L.C.<br>c/o Equity Office Properties Trust<br>Two North Riverside Plaza<br>Suite 2100<br>Chicago, Illinois 60606<br>Attention: Regional Counsel – Seattle Region |

| Lease/Location | Landlord | Additional Notice Parties |
|---|---|---|
| | | Equity Office<br>One Market, Spear Tower, Suite 600<br>San Francisco, California 94105<br>Attn: Managing Counsel – Seattle Region |
| 1717 Rhode Island Avenue<br>Washington, D.C. | **MEPT St. Matthews LLC**<br>c/o Kennedy Associates Real Estate Counsel, Inc.<br>Attn: Senior Vice-President –Asset Management<br>1215 Fourth Avenue, Ste. 2400<br>Seattle, WA 98161<br>Facsimile No.: (206) 682-4769<br><br>**MEPT St. Matthews LLC**<br>c/o Kennedy Associates Real Estate Counsel, Inc.<br>Attn: Vice-President – Asset Management<br>7315 Wisconsin Avenue, Ste. 350 West<br>Bethesda, MD 20814<br>Facsimile No.: (301) 656-9339<br><br>**MEPT St. Matthews LLC**<br>c/o Riggs Bank N.A. (MEPT)<br>Attn: Patrick O. Mayberry<br>808 17th Street, N.W. 7th Floor<br>Washington, DC 20006<br>Facsimile: (202) 835-6887 | Bennett Williams<br>1215 4th Avenue, Suite 2400<br>Seattle, WA 98161<br>Fax: (206) 682-4769<br>Email: bennetw@kennedyusa.com<br><br>Adam Walsh<br>Seyfarth Shaw LLP<br>975 F Street, NW<br>Washington, DC 20004-1454<br>Email: adam.walsh@seyfarth.com<br><br>Karchem Property Management, LLC<br>c/o Karchem Properties Inc.<br>Attn: Daniel B. Karchem and David C. Stern<br>1717 Rhode Island Avenue, NW<br>Washington, D.C. 20036<br>Facsimile No.: (202) 639-8606 |

**EXHIBIT 4 TO THE MOTION**

| Lease/Location | Landlord/Sublessee | Additional Notice Parties |
|---|---|---|
| 1666 K Street Washington, D.C. (including leases for storage spaces S-2 and S-9) | **1620 K Street Associates Limited Partnership** c/o Charles E. Smith Real Estate Services L.P. 2345 Crystal Drive Arlington, VA 22202 | Richard F. Levin, Esq. Grossberg, Yochelson, Fox & Beyda, LLP 2000 L Street, N.W. Suite 675 Washington, DC 20036-4907 Fax: (202) 296-7777 Email: levin@gyfb.com |
| 4350 La Jolla Village Drive San Diego, CA | **4350 La Jolla Village LLC** Pacifica Tower LLC 4370 La Jolla Village Drive, Suite 660 San Diego, CA 92121 Attn: Property Manager | The Irvine Company LLC P.O. Box 6370 Newport Beach, CA 92658-6370 Attn: Vice President, Operations, Office Properties/San Diego<br><br>Scott A. Lanni Vice President, Investment Management The Irvine Company 111 Innovation Irvine, CA 92617-3040 Fax: (949) 720-2997 Email: slanni@irvinecompany.com<br><br>Bess Wakeman Leasing Director The Irvine Company 9255 Towne Centre Drive, Suite 800 San Diego, California 92121 Fax: (858) 334-6650 Email: bwakeman@irvinecompany.com<br><br>Scott Diggs Leasing Director The Irvine Company 600 West Broadway, Suite 300 San Diego, CA 92101 Fax: (619) 615-8050 Email: sdiggs@irvinecompany.com<br><br>EOP-LA JOLLA II, L.L.C., a Delaware limited liability company, as beneficiary of land trust dated April 17, 1997 and known as Stanley M. Stevens Trust No. 4350 c/o Equity Office Properties 4365 Executive Drive, Suite 470 San Diego, California 92121 |

| Lease/Location | Landlord/Sublessee | Additional Notice Parties |
|---|---|---|
| | | Attention: Building Manager<br><br>Equity Office Properties<br>Two North Riverside Plaza, Suite 2200<br>Chicago, Illinois 60606<br>Attention: Regional Counsel - Pacific Region |
| 1666 K Street<br>Washington, D.C.<br>(Adfero sublease) | **Adfero Group**<br>1140 Connecticut Avenue, Suite 610<br>Washington, D.C. 20036<br><br>**Adfero Group**<br>1666 K Street, NW<br>Washington, D.C. 20006<br>Attention: Chris Perrin | |
| 1666 K Street<br>Washington, D.C.<br>(Adworks sublease) | **Adworks, Inc.**<br>2100 Pennsylvania Avenue, NW<br>6th Floor<br>Washington, D.C. 20037<br>Attention: Bruce Levin<br><br>**Adworks, Inc.**<br>1666 K Street, NW<br>Washington, D.C. 20006<br>Attention: Bruce Levin | Howard Ross, Esq.<br>Troutman Sanders LLP<br>1660 International Drive, Suite 600<br>McLean, VA 22102 |
| Singapore | Selina Yap<br>**S. L. Development Pte Ltd**<br>5 Shenton Way #02-14<br>UIC Building<br>Singapore 068808<br>Fax: 6225 1004<br>selinayap@singland.com.sg | Louis Lim K.H.<br>Senior Manager<br>Office Services - Singapore<br>CB Richard Ellis (Pte) Ltd<br>6 Battery Road #32-01<br>Singapore (049909)<br>Fax: 65 6223 0288<br>Email: louis.lim@cbre.com.sg |
| 1666 K Street<br>Washington, D.C.<br>(Schiff Hardin sublease) | **Schiff Hardin LLP**<br>6600 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL 60606<br>Attention: Managing Partner<br><br>**Schiff Hardin LLP**<br>6600 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL 60606<br>Attention: Executive Director<br><br>**Schiff Hardin LLP**<br>1666 K Street, NW<br>Washington, D.C. 20006<br>Attention: Office Manager | |

** END OF ORDER **

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | 1620 K Street Associates Limited Partnership<br>c/o Charles E. Smith Real Estate Services L.P. |
| 3 | 2345 Crystal Drive<br>Arlington, VA 22202 |
| 4 | 4350 La Jolla Village LLC |
| 5 | Pacifica Tower LLC<br>Attn: Property Manager |
| 6 | 4370 La Jolla Village Drive, Suite 660<br>San Diego, CA 92121 |
| 7 | Adfero Group |
| 8 | 1140 Connecticut Avenue<br>Suite 610<br>Washington, D.C. 20036 |
| 9 | Adfero Group |
| 10 | Attention: Chris Perrin<br>1666 K Street, NW |
| 11 | Washington, D.C. 20006 |
| 12 | Adworks, Inc.<br>Attention: Bruce Levin |
| 13 | 1666 K Street, NW<br>Washington, D.C. 20006 |
| 14 | Adworks, Inc.<br>Attention: Bruce Levin |
| 15 | 2100 Pennsylvania Avenue, NW<br>6th Floor |
| 16 | Washington, D.C. 20037 |
| 17 | Bennett Williams, Esq.<br>**Counsel for MEPT St. Matthews LLC** |
| 18 | 1215 4th Avenue, Suite 2400<br>Seattle, WA 98161 |

| | |
|---|---|
| 1 | Bess Wakeman<br>Leasing Director |
| 2 | The Irvine Company<br>9255 Towne Centre Drive, Suite 800 |
| 3 | San Diego, California  92121 |
| 4 | |
| 5 | Dean P. Sperling, Esq.<br>Law Offices of Dean P. Sperling |
| 6 | **Counsel to 4350 La Jolla Village LLC**<br>201 East Sandpointe, Suite 220 |
| 7 | Santa Ana, CA  92707-57425 |
| 8 | Deena Williamson, Esq.<br>**Counsel for Williams Lea, Inc.**<br>1400 K Street NW, Suite 800 |
| 9 | Washington, DC 20005 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

55685-001\DOCS_SF:63857.2

ORDER REJECTING LEASES PER OMNIBUS MOTION
2

Case: 08-32514    Doc# 176    Filed: 02/25/09    Entered: 02/25/09 16:32:04    Page 9 of 14

| | |
|---|---|
| 1 | Edward J. Tredinnick, Esq.<br>Greene Radovsky Maloney Share & Hennigh LLP |
| 2 | **Counsel to 1620 K Street Associates Limited Partnership,**<br>**A District of Columiba limited partnership** |
| 3 | Fourt Embarcadero Center, Suite 4000<br>San Francisco, CA 94111-4106 |
| 4 | |
| 5 | EOP-Columbia Center, L.L.C.<br>c/o Equity Office Properties Trust |
| 6 | Attention: Property Manager<br>701 Fifth Avenue, Suite 4040 |
| 7 | Seattle, Washington 98104-7089 |
| 8 | EOP-Columbia Center, L.L.C.<br>c/o Equity Office Properties Trust |
| 9 | Attention: Regional Counsel - Seattle Region<br>Two North Riverside Plaza |
| 10 | Suite 2100<br>Chicago, Illinois 60606 |
| 11 | Equity Office Properties |
| 12 | Attention: Regional Counsel -Pacific Region<br>Two North Riverside Plaza |
| 13 | Suite 2200<br>Chicago, Illinois 60606 |
| 14 | |
| 15 | Howard Ross, Esq.<br>Shulman, Rogers, Gandal, Pordy & Ecker, P.A. |
| 16 | **Counsel for Adworks, Inc.**<br>11921 Rockville Pike, Suite 300<br>Rockville, MD 20852 |
| 17 | Howard Ross, Esq.<br>Shulman, Rogers, Gandal, Pordy & Ecker, P.A. |
| 18 | **Counsel for Adworks, Inc.**<br>11921 Rockville Pike, Suite 300 |
| 19 | Rockville, MD 20852 |
| 20 | Jason M. Torf, Esq.<br>Schiff Hardin LLP |
| 21 | **Counsel for Schiff Hardin LLP**<br>6600 Sears Tower |
| 22 | Chicago, IL 60606-6473 |
| 23 | Jeffrey V. Commisso, Esq.<br>Schiff Hardin LLP |
| 24 | **Counsel for Schiff Hardin LLP**<br>One Market, Spear Street Tower |
| 25 | 32nd Floor<br>San Francisco, CA 94105 |
| 26 | |
| 27 | |
| 28 | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| 1 | Jeremy B. Fletcher |
| 2 | Beacon Capital Partners<br>11755 Wilshire Blvd. |
| 3 | Suite 1770<br>Los Angeles, CA 90025 |
| 4 | Karchem Property Management, LLC |
| 5 | c/o Karchem Properties Inc.<br>Attn: Daniel B. Karchem and David C. Stern |
| 6 | 1717 Rhode Island Avenue, NW<br>Washington, D.C. 20036 |
| 7 | Katarina Kueber |
| 8 | Columbia Center, Sr. Property Manager<br>CAC Real Estate Management Company, Inc. |
| 9 | 701 Fifth Avenue, Suite 4000<br>Seattle, WA 98104 |
| 10 | Kirsten L. Hoffman |
| 11 | Vice President and Assistant General Counsel<br>Beacon Capital Partners, LLC |
| 12 | 200 State Street, 5th Floor<br>Boston, Massachusetts 02109 |
| 13 | |
| 14 | Laurie Gomez, Esq.<br>Senior Counsel – Litigation |
| 15 | CB Richard Ellis, Inc.<br>**In-House Counsel fo CB Richard Ellis, Inc.** |
| 16 | 200 Park Avenue<br>New York, NY 10166 |
| 17 | Louis Lim K.H. |
| 18 | Senior Manager<br>Office Services – Singapore |
| 19 | CB Richard Ellis (Pte) Ltd<br>6 Battery Road #32-01<br>Singapore (049909) |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1. M

Matthew D. Green, Esq.
Williams, Kastner & Gibbs, PLLC
Two Union Square
601 Union Street, Suite 4100
P.O. Box 21926
Seattle, WA 98111-3926

MEPT St. Matthews LLC
c/o Kennedy Associates Real
Estate Counsel, Inc.
Attn: Senior Vice-President –
Asset Management
1215 Fourth Avenue, Ste. 2400
Seattle, WA 98161

MEPT St. Matthews LLC
c/o Kennedy Associates Real
Estate Counsel, Inc.
Attn: Vice-President – Asset Management
7315 Wisconsin Avenue, Ste. 350 West
Bethesda, MD 20814

MEPT St. Matthews LLC
c/o Riggs Bank N.A. (MEPT)
Attn: Patrick O. Mayberry
808 17th Street, N.W. 7th Floor
Washington, DC 20006

Michael P. Brody, Esq.
Darlene Haun, Esq.
Ellman Burke Hoffman & Johnson
**Counsel for 333 Bush Associates**
601 California Street, 19th Floor
San Francisco, CA 94108

Michael S. Kogan, Esq.
Ervin, Cohen & Jessup LLP
**Counsel for A2D, LP**
9401 Wilshire Boulevard, 9th Floor
Beverly Hills, CA 90212

| | |
|---|---|
| 1 | Nancy Sher Cohen, Esq.<br>Proskauer Rose, LLP |
| 2 | 2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067 |
| 3 | Paul E. Paradis, Esq. |
| 4 | **Counsel for 333 Bush Associates**<br>101 California Street, Suite 1000 |
| 5 | San Francisco, CA 94111 |
| 6 | Ri Milam |
| 7 | Beacon Capital Partners<br>Associate Asset Manager |
| 8 | 701 5th Ave., Suite 4000<br>Seattle, WA 98104 |
| 9 | Richard F. Levin, Esq. |
| 10 | Grossberg, Yochelson, Fox & Beyda, LLP<br>2000 L Street, N.W. |
| 11 | Suite 675<br>Washington, DC 20036-4907 |
| 12 | Robert G. Badal, Esq.<br>WilmerHale, LLP |
| 13 | 350 S. Grand Avenue, Suite 2100<br>Los Angeles, CA 90071 |
| 14 | Schiff Hardin LLP |
| 15 | Attention: Executive Director<br>6600 Sears Tower |
| 16 | 233 South Wacker Drive<br>Chicago, IL 60606 |
| 17 | |
| 18 | Schiff Hardin LLP<br>Attention: Office Manager |
| 19 | 1666 K Street, NW<br>Washington, D.C. 20006 |
| 20 | Scott A. Lanni<br>Vice President, Investment Management |
| 21 | The Irvine Company<br>111 Innovation |
| 22 | Irvine, CA 92617-3040 |
| 23 | Scott Diggs<br>Leasing Director |
| 24 | The Irvine Company<br>600 West Broadway, Suite 300 |
|   | San Diego, CA 92101 |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| 1 | Scott Friedberg, Esq.<br>**Counsel for The Seaport Group LLC** |
| 2 | The Seaport Group, LLC<br>360 Madison Avenue, 22nd Floor |
| 3 | New York, NY 10017 |
| 4 | Selina Yap<br>S. L. Development Pte Ltd |
| 5 | 5 Shenton Way #02-14<br>UIC Building |
| 6 | Singapore 068808 |
| 7 | Steven H. Felderstein, Esq.<br>Thomas A. Willoughby, Esq.<br>Felderstein Fitzgerald Willoughby & Pascuzzi, LLP |
| 8 | 400 Capitol Mall, Suite 1450<br>Sacramento, CA 95814 |
| 9 | The Blackstone Group |
| 10 | c/o The Park Hill Group<br>101 California Street, Suite 2880 |
| 11 | San Francisco, California 94111 |
| 12 | The Irvine Company LLC<br>Attn: Vice President, Operations, Office Properties/San Diego<br>P.O. Box 6370 |
| 13 | Newport Beach, CA 92658-6370 |
| 14 | United States Trustee<br>Donna S. Tamanaha, Assistant U.S. Trustee |
| 15 | 235 Pine Street, Suite 700<br>San Francisco, CA 94104 |
| 16 | |
| 17 | Vincent M. Coscino, Esq.<br>Allen, Matkins, Leck, Gamble & Mallory, LLP |
| 18 | 1900 Main Street, 5th floor<br>Irvine, CA 92614-7321 |
| 19 | Vincent M. Coscino, Esq.<br>Michael S. Greger, Esq |
| 20 | Allen Matkins Leck Gamble Mallory & Natsis LLP<br>**Counsel for Columbia Center Property LLC and 333 South Hope Co., LLC** |
| 21 | 1990 Main Street, Fifth Floor<br>Irvine, CA 92614-7321 |
| 22 | WA-Columbia Center, L.L.C. |
| 23 | c/o Equity Office Management, L.L.C.<br>Attn: Property Manager, Columbia Center |
| 24 | 701 5th Avenue, Suite 4000<br>Seattle, Washington 98104 |
| 25 | |
| 26 | |
| 27 | |
| 28 | |