John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Miriam Khatiblou (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: jfiero@pszjlaw.com
kbrown@pszjlaw.com

Attorneys for Debtor and Debtor in Possession
Heller Ehrman LLP

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| In re:<br><br>Heller Ehrman LLP,<br><br>Debtor | Case No.: 08-32514<br><br>Chapter 11<br><br>**NOTICE OF DEBTOR'S MOTION TO SELL STOCKS FREE AND CLEAR OF LIENS**<br><br>B.L.R. 6004-1 Disclosure:[1]<br>* Bank of America, NT&SA, for itself or as agent<br>* CitiBank, N.A;<br>* 333 Bush Associates NF L.P.<br>* Silicon Valley Bank<br><br>[No Hearing Date Set] |
|---|---|

**TO: THE HONORABLE DENNIS MONTALI, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, THE OFFICE OF THE UNITED STATES TRUSTEE, AND THE FOLLOWING SPECIFICALLY NAMED POTENTIAL HOLDERS OF LIENS, CLAIMS, ENCUMBRANCES OR INTERESTS IN THE STOCKS -- BANK OF AMERICA, NT&SA, FOR ITSELF OR AS AGENT; CITIBANK, N.A; AND 333 BUSH ASSOCIATES NF L.P.; SILICON VALLEY BANK, AND OTHER PARTIES REQUESTING NOTICE PURSUANT TO BANKRUPTCY RULE 2002**

**PLEASE TAKE NOTICE** that Heller Ehrman LLP, the above-captioned debtor and debtor in possession (the "Debtor"), filed a *Motion To Sell Stocks Free and Clear of Liens* ("Motion") pursuant to 11 U.S.C. Section 363(b) & (f). By way of the Motion, the Debtor seeks Court approval to sell 4,639 shares of stock in Verizon Communications, Inc. free and clear of liens, claims, and interests of others, with any such liens attaching to the proceeds of the sale with the same validity (or

---
[1] This is for notice purposes only. It is not intended as an admission that any of the parties listed have valid liens on the assets at issue. The Debtor expressly reserves all rights to contest the validity of any liens asserted against such assets.

invalidity) as existed prior to the sale.  The Motion is based on the Memorandum of Points and Authorities and the declaration of Peter J. Benvenutti filed in support thereof, and any other evidence properly before the Court.

**PLEASE TAKE FURTHER NOTICE** that Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed and that any objection to the relief requested in the Motion, or a request for hearing on the matter, must be filed and served upon the Debtor's counsel at the address set forth below ***within twenty (20) days of mailing*** of this Notice;

**PLEASE TAKE FURTHER NOTICE** that any request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position.   If there is no timely opposition, the Court may grant the relief requested in the Motion without further notice.

**PLEASE TAKE FURTHER NOTICE** that the Debtor will give at least ten (10) days written notice of hearing to the objecting or requesting party, in the event an objection or request for hearing is timely made.

Copies of any response, objection, or request for hearing shall be served upon the following parties at the addresses below:

John D. Fiero, Esq.
Ken Brown, Esq.
Miriam Khatiblou, Esq.
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500

**Date of Mailing:  March 12, 2009**

Dated:    March 12, 2009                                PACHULSKI STANG ZIEHL & JONES LLP

By     */s/ Miriam Khatiblou*
         John D. Fiero (CA Bar No. 136557)
         Kenneth H. Brown (CA Bar No. 100396)
         Miriam Khatiblou (CA Bar No. 178584)
         Attorneys for Debtor and Debtor in Possession
         Heller Ehrman LLP