Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
619-220-8900

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: | ) CASE NO.: 08-32514 |
| | ) |
| | ) Chapter 11 |
| HELLER EHRMAN LLP, | ) |
| | ) **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. | ) **OTHER THAN FOR SECURITY AND** |
| | ) **WAIVER OF NOTICE** |
| | ) Bankruptcy Rule 3001(e)(1) |

      PLEASE TAKE NOTICE that the scheduled claim of **MBI SYSTEMS INC** ("Transferor") against the Debtor in the amount of **$1,015.86**, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

    I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $1,015.86 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement and authorize DACA to take the steps necessary to transfer this claim and all claims we hold against the above debtor. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**MBI SYSTEMS INC**
**PO BOX 84986 SEATTLE WA 98124-6286**

Print Name __RICHARD DETRAIT__ Title __PRES__

Signature __[signature]__ Date __2/10/9__

Updated Address (if needed) _____

Phone __206-576-2030__ Fax __425-952-0104__ E-Mail __DICKP@MBISEATTLE.COM__

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature: __[signature]__
              Tom Scheidt

Mail Ref# 1-102
2665481

B6F (Official Form 6F) (12/07) - Cont.

IN RE Heller Ehrman LLP                                          Case No. 08-32514
                    Debtor(s)                                              (If known)
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>MBI Systems, Inc.<br>P.O. Box 84986<br>Seattle, WA 98124-6286 | | | Trade Debt | | | | 1,015.86 |
| ACCOUNT NO.<br>MBM Intellectual Property Law LLP<br>Accounts Payable Department<br>270 Albert Street, 14Th Floor<br>Ottawa, ON K1P 5G8 | | | Trade Debt | | | | 2,204.00 |
| ACCOUNT NO.<br>McAdams, John<br>401 Elliott Avenue West<br>Seattle, WA 98119 | | | Client Refund | | | | 471.39 |
| ACCOUNT NO.<br>McCoy, Timothy J.<br>Los Angeles Superior Court - Dept 324<br>600 S. Commonwealth Ave, Rm 1715<br>Los Angeles, CA 90005 | | | Trade Debt | | | | 292.50 |
| ACCOUNT NO.<br>McDonnell, Susie<br>3684 Londonderry Road<br>Santa Clara, CA 95050 | | | Client Refund | | | | 16,792.78 |
| ACCOUNT NO.<br>McGowan, Ann-Marie<br>180 Riverside Boulevard, #7C<br>New York, NY 10069 | | | Client Refund | | | | 2,000.00 |
| ACCOUNT NO.<br>McGraw, Joe<br>Unknown At This Time | | | Trade Debt | | | | 27.94 |

Sheet no. **138** of **234** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **22,804.47**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

Case: 08-32514  Doc# 101  Filed: 01/26/2009  Page 291 of 397
Case: 08-32514  Doc# 281  Filed: 03/16/09  Entered: 03/16/09 04:23:49  Page 2 of 2