John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Miriam P. Khatiblou (CA Bar No. 178584)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: jfiero@pszjlaw.com
 kbrown@pszjlaw.com
 mkhatiblou@pszjlaw.com
 tkapur@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

In re:

Heller Ehrman LLP,

    Debtor.

Case No.: 08-32514

Chapter 11

**SUPPLEMENTAL DECLARATION OF JOHN D. FIERO IN SUPPORT OF THE DEBTOR'S APPLICATION FOR ORDER APPROVING EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES & LLP AS GENERAL BANKRUPTCY CO-COUNSEL**

[NO HEARING REQUIRED]

I, John Fiero, declare and state as follows:

1. I am a partner of Pachulski Stang Ziehl & Jones LLP ("PSZ&J"). I am an attorney-at-law, duly admitted and in good standing to practice in the State of California, as well as the United States District Court for the Northern District of California.

2. On January 21, 2009, and pursuant to the application of PSZ&J ("Application") this Court entered the *Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as General Bankruptcy Counsel* (the "Order"), approving the Firm as general bankruptcy co-counsel to Heller Ehrman LLP ("Heller").

3. I make this supplemental declaration pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedure to disclose the following representation and in further support of the Application and Order.

4. It has come to my attention that on November 30, 2007, National R.V. Holdings, Inc. and National R.V., Inc. (collectively, "National RV") each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California (Riverside Division) pending under jointly administered case no. 06:07-17941-PC., PSZ&J was retained to represent the Official Committee of Unsecured Creditors. On January 28, 2008, the Court entered an order approving National RV's retention of Heller as its special corporate counsel, *nunc pro tunc* to November 30, 2007.

5. On December 16, 2008, the bankruptcy court entered an order confirming the *First Amended Joint Plan of National R.V. Holdings, Inc. and National R.V., Inc., Debtors and Debtors-in-Possession, Under Chapter 11 of the Bankruptcy Code Presented Jointly on Behalf of the Debtors and Official Committee of Creditors Holding Unsecured Claims in the National R.V., Inc. Bankruptcy Case (Dated November 4, 2008)* (the "Plan"). The Plan became effective on December 22, 2008 (the "Effective Date"). On the Effective Date, the Official Committee of Unsecured Creditors was dissolved, a Liquidating Trust was established and XRoads was appointed as the Liquidating Trustee, with Michael Schwarzmann acting on behalf of XRoads and the Liquidating Trust.

6. Pursuant to the terms of the Plan, the Liquidating Trustee was authorized to retain counsel and did so by retaining PSZ&J.

7. On January 26, 2009, Heller filed a *Final Fee Application For Compensation Of Fees And Reimbursement Of Expenses For Heller Ehrman LLP As Special Counsel For The Debtors* ("Fee Application"). The Fee Application is Heller's third and final application for compensation and reimbursement of expenses incurred between November 2007 and September 2008. Specifically, the Fee Application seeks: (a) final approval and allowance of fees and expenses that were previously awarded pursuant to Heller's first and second interim fee applications in the amounts of $131,017.00 and $2,227.38; (b) final approval and allowance of fees and expenses

incurred during August and September 2008 in the amounts of $18,918.00 and $285.49, respectively; (c) the right to offset the amounts allowed in connection with the Fee Application against $2,721.00 in fees and expenses that National RV overpaid to Heller in connection with Heller's second interim fee application; and (d) payment from National RV of any amounts that have been allowed, but not yet paid. The Fee Application has been set for hearing on April 7, 2009.

8. The Plan provides for the payment of certain creditor claims, including the administrative fees and expenses requested by Heller in its Fee Application, in the net amount of $16,482.49.

To the best of my knowledge, after conducting or supervising the investigation described above, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of March, 2009, at San Francisco, California.

*/s/ John D. Fiero*
John D. Fiero