


Ronald Lovitt, Bar No. 040921
J. Thomas Hannan, Bar No. 039140
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 362-8769
Facsimile: (415) 362-7528
*rl@lh-sf.com, jth@lh-sf.com*

*Unsecured Creditor*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

In re:

Heller Ehrman LLP,

        Debtor

Case No.: 08-32514

Chapter 11

**NOTICE OF WITHDRAWAL OF CLAIM**

To all concerned, please take notice that Lovitt & Hannan Inc., hererby withdraws its unsecured creditor claim in the amount of $1,620.12 filed with this Court on March 26, 2009, attached hereto as Exhibit A, and waives any right to receive all or any portion of the claimed sum.

Dated: April 27, 2009

LOVITT & HANNAN, INC.

By: _/s/ Ronald Lovitt_
      Ronald Lovitt

LOVITT & HANNAN, INC.
OF COUNSEL TO: BARTKO, ZANKEL, TARRANT & MILLER P.C.

I, Laura J. Davies, the undersigned, hereby certify and declare:

1. I am over the age of 18 years and am not a party to the within cause.

2. I am employed in the office of a member of the bar of this Court, at whose direction this service was made.

3. My business address is 900 Front Street, Suite 300, San Francisco, California 94111.

4. On April 27, 2009, I served a true copy of the attached document(s) titled exactly:

**NOTICE OF WITHDRAWAL OF CLAIM**

on the interested parties in this action as follows:

__X__   **BY FIRST CLASS MAIL:** I am readily familiar with my employer's mail collection and processing practices, know that said mail is collected and deposited with the United States Postal Service on the same day it is deposited in the interoffice mail, and know that postage thereon is fully prepaid. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope(s) at Lovitt & Hannan, Inc., , 900 Front Street, Suite 300, San Francisco, California 94111, addressed, sealed and charges prepaid as follows:

John Fiero, Esq.
Pachulski, Stang, Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

***Counsel for the Debtor***
***Heller Ehrman LLP***

Thomas Willoughby, Esq.
Felderstein, Fitzgerald, Willoughby & Pascuzzi, LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814

***Counsel for the Official Committee of Unsecured Creditors***

6. I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 27, 2009, at San Francisco, California.

/s/ Laura J. Davies

Case No.: 08-32514     2     NOTICE OF WITHDRAWAL OF CLAIM

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT  Northern District of California | PROOF OF CLAIM |

**Name of Debtor:** HELLER EHRMAN LLP
**Case Number:** 08-32514

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
LOVITT & HANNAN, INC.

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
900 Front Street, Suite 300
San Francisco, CA 94111

**FILED MAR 26 2009**
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Court Claim Number: _____
(If known)

Telephone number:
(415) 362-8769

Filed on: _____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 1,620.12

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Legal Services
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 0076

**3a. Debtor may have scheduled account as:** $34,040.12
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $_____ Annual Interest Rate _____ %

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____ Basis for perfection: _____

Amount of Secured Claim: $_____ Amount Unsecured: $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**FOR COURT USE ONLY**

Date: 3/25/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

J. Thomas Hannan, President

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



Case: 08-32514   Doc# 392   Filed: 04/27/09   Entered: 04/28/09 09:33:30   Page 4 of 9

**LOVITT & HANNAN, INC.**
Of Counsel to: Bartko, Zankel, Tarrant & Miller PC

900 Front Street, Suite 300
San Francisco, CA 94111
(415) 362-8769

Page 1

Invoice# 0076.0000-07

TO: Attn: Paul Sugarman
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

December 24, 2008
*In re: All Heller Ehrman matters*

*Professional Services Rendered from December 12, 2008 to December 24, 2008.*

Description of services

| | Amt |
|---|---|
| Katz Tech. | 5,360.00 |
| Werth Class Action | 1,350.00 |
| Wham-O, Inc. | 360.00 |
| **For professional services rendered** | $7,070.00 |

**Payments/Credits**

| | |
|---|---|
| 12/24/08 -Payment from Funds | ($5,449.88) |
| **Balance Due** | **$1,620.12** |

| | |
|---|---|
| **Previous balance of Client funds** | $5,449.88 |
| 12/24/08 -Payment from Funds | ($5,449.88) |
| **New balance of Client funds** | $0.00 |

# LOVITT & HANNAN, INC.
#### Of Counsel to: Bartko, Zankel, Tarrant & Miller PC

900 Front Street, Suite 300
San Francisco, CA 94111
(415) 362-8769

Page 1

Invoice# 0076.0003-05

TO: Attn: Paul Sugarman
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

December 24, 2008

*In re: Katz Licensing Technology, Inc.*

*Professional Services Rendered from December 12, 2008 to December 24, 2008.*

## Description of services

| | | | | **Amt** |
|---|---|---|---|---|
| 12/12/08 | JPH | Finalize letter to Mr. Massing. | | 225.00 |
| 12/16/08 | JPH | Review documents provided by ▮ | | 675.00 |
| 12/18/08 | JPH | Follow-up on legal analysis issues. | | 180.00 |
| 12/19/08 | JPH | Review correspondence from Mr. Massing and prepare note to Dissolution Committee re same. | | 405.00 |
| 12/22/08 | DOM | Review and analyze ▮ law re ▮ | | 575.00 |
| 12/22/08 | DOM | Review and analyze California ▮ law re ▮ | | 675.00 |
| 12/22/08 | JPH | Conference with Mr. Morrison re ▮ analysis. | | 450.00 |
| 12/23/08 | DOM | Review and analyze California case law re ▮ | | 725.00 |
| 12/23/08 | DOM | ▮ memorandum: ▮ | | 625.00 |
| 12/23/08 | JPH | Review additional documents from ▮ | | 225.00 |
| 12/24/08 | DOM | ▮ memorandum: Provide legal analysis re ▮ | | 600.00 |

Case: 08-32514   Doc# 392   Filed: 04/27/09   Entered: 04/28/09 09:33:30   Page 6 of 9

|  | **Amt** |
|---|---|
| **For professional services rendered** | $5,360.00 |

**Summary by Attorney**

| Lawyer/Paralgl | Hours | Rate | Amt |
|---|---|---|---|
| DOM @ $250 | 12.80 | 250.00 | $3,200.00 |
| JPH @ $ 450.00 | 4.80 | 450.00 | $2,160.00 |

# LOVITT & HANNAN, INC.
Of Counsel to: Banko, Zankel, Tarrant & Miller PC

900 Front Street, Suite 300
San Francisco, CA 94111
(415) 362-8769

Page 1

Invoice# 0076.0004-05

TO: Attn: Paul Sugarman
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

December 24, 2008

*In re:* Werth et al. v. Heller Ehrman LLC et al.

*Professional Services Rendered from December 12, 2008 to December 24, 2008.*

### Description of services

| | | | **Amt** |
|---|---|---|---|
| 12/16/08 | JPH | Telephone conference with Mr. Wang re DLSE hearings; review materials re same. | 540.00 |
| 12/19/08 | JPH | Review correspondence re document production issues. | 135.00 |
| 12/22/08 | JPH | Various conference calls with Mr. Fox and plaintiffs' counsel re document production. | 675.00 |

**For professional services rendered**  $1,350.00

### Summary by Attorney

| **Lawyer/Paralgl** | **Hours** | **Rate** | **Amt** |
|---|---|---|---|
| JPH @ $ 450.00 | 3.00 | 450.00 | $1,350.00 |

Case: 08-32514    Doc# 392    Filed: 04/27/09    Entered: 04/28/09 09:33:30    Page 8 of 9

## LOVITT & HANNAN, INC.
Of Counsel to: Bartko, Zankel, Tarrant & Miller PC

900 Front Street, Suite 300
San Francisco, CA 94111
(415) 362-8769

Invoice# 0076.0002-03

TO: Attn: Paul Sugarman
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

December 24, 2008

*In re: Wham-O, Inc.*

*Professional Services Rendered from December 12, 2008 to December 24, 2008.*

### Description of services

| Date | Atty | Description | Amt |
|---|---|---|---|
| 12/23/08 | JPH | Telephone conference with Wham-O re status. | 360.00 |

**For professional services rendered**     $360.00

### Summary by Attorney

| Lawyer/Paralgl | Hours | Rate | Amt |
|---|---|---|---|
| JPH @ $ 450.00 | 0.80 | 450.00 | $360.00 |