# MINTZ LEVIN

*James R. Hays* | 212-692-6276 | *jrhays@mintz.com*

666 Third Avenue
New York, NY 10017
212-935-3000 phone
212-983-3115 fax
www.mintz.com



**FILED**

APR 2 8 2009

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

April 24, 2009

<u>**VIA US MAIL**</u>

Clerk of the Court
US Bankruptcy Court
Northern District of California
235 Pine Street, 19th Floor
San Francisco, CA 94104

      **Re:**    **Heller Ehrman**
               <u>**Case No. 08-32514**</u>

Dear Sir/Madam:

    Please accept this letter as my request to withdraw my Proof of Claim filed in the above-captioned matter.

    If you have any questions, please do not hesitate to contact me.

                            Very truly yours,

                            James R. Hays

---

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

BOSTON | WASHINGTON | NEW YORK | STAMFORD | RESTON | LOS ANGELES | PALO ALTO | SAN DIEGO | LONDON
4599757v.1