John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Miriam P. Khatiblou (CA Bar No. 178584)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: jfiero@pszjlaw.com
        kbrown@pszjlaw.com
        mkhatiblou@pszjlaw.com
        tkapur@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 08-32514 |
| Heller Ehrman LLP, | Chapter 11 |
| Debtor. | [NO HEARING REQUESTED] |

## EX PARTE APPLICATION TO FILE UNDER SEAL CONFIDENTIAL AGREEMENT REGARDING FEES AND COSTS AND MUTUAL RELEASE IN CONNECTION WITH MOTION FOR APPROVAL OF COMPROMISE RELATING TO RETENTION OF ORRICK FIRM IN THE LRI MATTER

[SUPPORTING CONFIDENTIAL DECLARATION OF JOHN D. FIERO SUBMITTED TO CHAMBERS SEPARATELY]

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Pursuant to Civil Local Rule 79-5 (applicable to this proceeding pursuant to Bankruptcy Local Rule 1001-2(a)), Heller Ehrman, LLP, the debtor and debtor-in-possession in the above-captioned case (the "Debtor"), respectfully requests that the Court receive and file under seal the Confidential Agreement Regarding Fees and Costs and Mutual Release (the "Settlement Agreement") among the Debtor, Resource Investments, Inc. and Land Recovery, Inc. (collectively, "LRI"), the Official Committee of Unsecured Creditors in this bankruptcy case (the "Committee"), Daniel Syrdal ("Syrdal") and Orrick Herrington & Sutcliffe LLP ("Orrick"), which has been referenced in support of the Debtor's Motion for Approval of Compromise Relating to Retention of Orrick Firm in the LRI Matter ("Motion for Approval of Compromise"). A copy of the Settlement Agreement has been submitted separately to Chambers. *See* Confidential Declaration Of John D. Fiero In Support Of Ex Parte Application To File Under Seal The Confidential Agreement Regarding Fees And Costs And Mutual Release ("Fiero Decl."), Ex. A.

Each of the interested constituencies (the Debtor, the Committee, Orrick and Syrdal) support filing the Settlement Agreement under seal. LRI, which is the client to whom the Debtor owes fiduciary duties and which is not a party to these proceedings, insists that the Settlement Agreement remain confidential and not be disclosed because it contains confidential fee information. Although both the Debtor and the Committee participated in the arms-length and vigorous negotiations that preceded the compromise, the interested constituencies agree that it is appropriate for the Office of the United States Trustee ("UST") to review and comment on the Settlement Agreement. Any such review, however, must be done subject to the confidentiality provisions applicable to documents filed under seal. It follows that, to give the UST sufficient time to review the Settlement Agreement, the sealing issue must addressed on an immediate, ex parte basis, and as far in advance of the hearing on the Motion for Approval of Compromise as possible.

Thus, the Debtor seeks consideration of this Application on an immediate, ex parte basis due to the exigencies of the circumstances. The Debtor's Motion for Approval of Compromise was filed on May 1, 2009, and the parties have requested that a hearing be scheduled in this matter on May 8, 2009. Under these circumstances and given the above considerations, there is insufficient time to file a regularly noticed motion.

95685/002\DOCS_SF:65208.1
EX PARTE APP. TO FILE SETTLEMENT AGREEMENT UNDER SEAL

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1     This application is based on the facts and law set forth herein, the Fiero Declaration

2  submitted concurrently herewith, the Motion for Approval of Compromise and all declarations and

3  other pleadings filed in connection therewith, the record of this case and any evidence presented at

4  or prior to the hearing on this Motion.  The Settlement Agreement contains privileged and

5  confidential information relating to LRI's fee arrangements with counsel, disclosure of which would

6  breach the Debtor's obligations to its client and prejudice the client in its pending lawsuit.

7     For all of the foregoing reasons, the Debtor respectfully requests that the Court grant this

8  Application, and enter the accompanying [Proposed] Order Granting Ex Parte Application To File

9  Under Seal the Confidential Agreement Regarding Fees and Costs and Mutual Release filed and

10  served herewith.

11

12  Dated:    May 5, 2009              PACHULSKI STANG ZIEHL & JONES LLP

13                                      By      */s/ John D. Fiero*
14                                              John D. Fiero
                                                Kenneth H. Brown
15                                              Miriam P. Khatiblou
                                                Teddy M. Kapur
16                                              Attorneys for Heller Ehrman LLP,
                                                Debtor and Debtor in Possession

85685-001\DOCS_SF:65208.1
EX PARTE APP. TO FILE SETTLEMENT AGREEMENT UNDER SEAL