

1 John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)

2 Miriam P. Khatiblou (CA Bar No. 178584)     **Signed and Filed: May 16, 2009**
Teddy M. Kapur (CA Bar No. 242486)

3 PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor

4 San Francisco, California 94111-4500
Telephone: 415/263-7000     _____

5 Facsimile: 415/263-7010
**DENNIS MONTALI**

6 E-mail: jfiero@pszjlaw.com     **U.S. Bankruptcy Judge**
kbrown@pszjlaw.com     _____

7 mkhatiblou@pszjlaw.com
tkapur@pszjlaw.com

8

9 Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession

10              **UNITED STATES BANKRUPTCY COURT**

11              **NORTHERN DISTRICT OF CALIFORNIA**

12                 **SAN FRANCISCO DIVISION**

13 In re:                               | Case No.: 08-32514

14 Heller Ehrman LLP,                   | Chapter 11

15                        Debtor.       | **ORDER APPROVING EMPLOYMENT
                                        | OF EICHSTAEDT & DEVEREAUX
16                                      | LLP AS DEBTOR'S TAX ADVISORS**

17                                      | Date:  May 14, 2009
                                       | Time:  1:30 p.m.
18                                      | Place: US Bankruptcy Court
                                       |        235 Pine Street, Courtroom 22,
19                                      |        San Francisco, CA
                                       | Judge: Hon. Dennis Montali
20

21      This matter came before the Court at the above-referenced time and place upon consideration

22 of the *Debtor's Application to Employ Eichstaedt & Devereaux LLP as Tax Advisors* (the

23 "Application") and the declaration of Jill A. Lervold in support thereof (the "Declaration"), both

24 filed on or about April 22, 2009. Appearances were made as reflected in the record. It appears that

25 Eichstaedt & Devereaux LLP ("E&D") does not hold or represent any interest adverse to the estate,

26 that E&D is a "disinterested person" under applicable sections of the Bankruptcy Code, and that its

27 employment is in the best interests of the estate. It further appears that due and sufficient notice of

28 the Application has been given under the circumstances and that no hearing on the Application is

<div style="writing-mode: vertical">PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA</div>

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1  required.  Based on the record before the Court, and after due deliberation and sufficient cause

2  shown

3  **IT IS HEREBY ORDERED THAT:**

4  1.  The Application is granted in its entirety, as clarified herein and on the record.

5  2.  The Debtor is authorized to retain and employ E&D as its tax advisors, pursuant to

6  section 327(a) of title 11 of the United States Code (the "Bankruptcy Code"), to perform the services

7  for the Debtor described in the Application and in the Engagement Letter attached thereto as Exhibit

8  A, but no other services other than those to be performed for the Debtor.

9  3.  The Debtor is authorized to compensate E&D in accordance with sections 330 and

10  331 of the Bankruptcy Code as an expense of administration pursuant to sections 507(a) and 503(b)

11  of the Bankruptcy Code, in such amounts and at such times as the Court may hereafter determine

12  and allow.

13  APPROVED AS TO FORM:

14  FELDERSTEIN, FITZGERALD,
   WILLOUGHBY & PASCUZZI, LLP

15

16  By: */s/ Thomas Willoughby*
   Thomas Willoughby

17  Attorneys for the Official Committee
   of Unsecured Creditors

18

19

20  **END OF ORDER**

21

22

23

24

25

26

27

28

**COURT SERVICE LIST**

United States Trustee
Donna S. Tamanaha, Assistant U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Vicky Namken
IBM Corporation
13800 Diplomat Dr.
Dallas, TX 75234

Pachulski Stang Ziehl & Jones LLP
Attn: John Fiero
Attn: Miriam Khatiblou
150 California Street
15th Floor
San Francisco, CA 94111

Thomas A. Willoughby, Esq.
Felderstein Fitzgerald Willoughby & Pascuzzi, LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814

Jill A. Lervold
 Eichstaedt & Devereaux LLP
One Embarcadero Center, Suite 1350
San Francisco, CA 94111

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA