# Exhibit A

# IN RE HELLER EHRMAN LLP
## CASE NO. 08-32514 DM
# EXHIBIT A

## SUMMARY CHARTS OF FEES AND EXPENSES REQUESTED
## DURING APPLICATION PERIOD
## JUNE 25, 2008 – JANUARY 31, 2009

### FEE SUMMARY BY PROFESSIONAL

| NAMES OF PROFESSIONALS AND PARAPROFESSIONALS | HOURS BILLED THIS PERIOD | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|
| John D. Fiero | 21.90 | 595.00 | $ 13,030.50 |
| John D. Fiero | 452.10 | 625.00 | $282,562.50 |
| Kenneth H. Brown | 9.20 | 595.00 | $ 5,474.00 |
| Kenneth H. Brown | 102.90 | 650.00 | $ 66,885.00 |
| Miriam Khatiblou | 177.60 | 425.00 | $ 75,480.00 |
| Teddy M. Kapur | 327.90 | 395.00 | $129,520.50 |
| Celine Guillou | 96.30 | 425.00 | $ 40,927.50 |
| Patricia J. Jeffries | 180.00 | 225.00 | $ 40,500.00 |
| Patricia J. Jeffries | 1.20 | 200.00 | $ 240.00 |
| Darryl G. Parker | 22.00 | 625.00 | $ 13,750.00 |
| Iain A.W. Nasatir | 6.60 | 675.00 | $ 4,455.00 |
| David J. Barton | 0.80 | 695.00 | $ 556.00 |
| Joshua M. Fried | 1.10 | 535.00 | $ 588.50 |
| Leslie Ann Forrester | 19.30 | 250.00 | $ 4,825.00 |
| Leslie Ann Forrester | 1.30 | 225.00 | $ 292.50 |
| Debra Grassgreen | 0.30 | 695.00 | $ 208.50 |
| Scotta E. McFarland | 0.20 | 525.00 | $ 105.00 |
| **Sub-Total** | **1,420.70** | | **$679,400.50** |
| **Less write-off** (for travel time billed at full rate) | | | **<$1,856.25>** |
| **TOTAL** | | | **$677,544.25** |

## FEE SUMMARY BY CATEGORY

| CATEGORY | HOURS BILLED THIS PERIOD | TOTAL FOR APPLICATION |
|---|---|---|
| Asset Analysis/Recovery | 15.20 | $ 7,988.00 |
| Asset Disposition | 153.30 | $ 74,593.00 |
| Bankruptcy Litigation | 122.40 | $ 66,288.50 |
| Case Administration | 351.80 | $193,143.00 |
| Claims Administration/Objection | 0.60 | $ 379.00 |
| Committee Formation | 124.60 | $ 56,142.00 |
| Compensation of Professionals | 17.10 | $ 7,827.50 |
| Compensation of Professionals (Other) | 0.70 | $ 297.50 |
| Employee Benefits | 18.70 | $ 7,689.50 |
| Executory Contracts | 123.10 | $ 66,326.50 |
| Financial Filings | 174.80 | $ 47,290.00 |
| Financing | 4.40 | $ 16,119.00 |
| General Creditors' Committee | 5.60 | $ 3,640.00 |
| Hearing | 3.50 | $ 2,082.50 |
| Non-Working Travel | 16.50 | $ 3,712.50 |
| Operations | 6.10 | $ 3,954.00 |
| Plan & Disclosure Statement | 30.90 | $ 4,612.50 |
| Retention of Professionals | 129.20 | $ 60,014.00 |
| Retention of Professionals (Other) | 0.20 | $ 45.00 |
| Settlement | 0.80 | $ 340.00 |
| Stay Litigation | 121.20 | $ 56,916.50 |
| **Sub-Total** | **1,420.70** | **$679,400.50** |
| **Less write-off** (for travel time billed at full rate) | | **<$1,856.25>** |
| **TOTAL** | | **$677,544.25** |

# EXPENSE SUMMARY

| EXPENSE | RATE | TOTAL |
|---|---|---|
| Air Fare | Actual cost | $ 289.20 |
| Auto Travel Expense | Actual cost | $ 152.01 |
| Conference Call | Actual cost | $ 117.33 |
| FedEx | Actual cost | $ 1,227.36 |
| Filing Fee | Actual cost | $ 656.00 |
| Hotel Expense | Actual cost | $ 4,284.27 |
| IHAS Attorney Service | Actual cost | $ 790.39 |
| IHAS Messenger Service | Actual cost | $ 1,596.53 |
| Incoming Fax | @ $0.20 per page | $ 43.80 |
| Lexis/Nexis Legal Research | Actual cost | $13,243.14 |
| Outgoing Fax* | @ $1.00 per page | $ 340.00 |
| Outside Services (Messenger Service) | Actual cost | $ 805.00 |
| Pacer | Actual cost | $ 718.40 |
| Postage | Actual cost | $ 6,097.26 |
| Print Expenses (Scan/Copy) (print/scan all proofs of claim on file) | @ $0.10 per page | $ 124.00 |
| Reproduction (Scan/Copy) (print/scan all proofs of claim on file) | @ $0.10 per page | $ 1,626.10 |
| Reproduction Expense | @ $0.20 per page | $15,672.08 |
| Research | Actual cost | $ 202.50 |
| Transcript | Actual cost | $ 1,050.40 |
| Travel Expense | Actual cost | $ 637.50 |
| Westlaw - Legal Research | Actual cost | $16,971.84 |
| Working Meals* | Actual cost | $ 46.72 |
| **Sub-Total** | | **$66,691.83** |
| **\* Less write offs** | | **<$386.72>** |
| **TOTAL** | | **$66,305.11** |