Tima Rabinovitch
2209 W. 25th Place
Eugene, OR 97405
Telephone: (415) 686-4291
Email: tirabin@sonic.net

Creditor in pro per



FILED

JUN 1 1 2009

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
P.O. Box 7341
San Francisco, CA 94120-7341

In re:                                  )       Case No.: 08-32514
                                        )
Heller Ehrman LLP,                      )       Chapter 11
                                        )
            Debtor                      )       **NOTICE OF CHANGE OF ADDRESS**
                                                **OF TIMA RABINOVITCH, CREDITOR**

Please be advised that the address of Tima Rabinovitch, Creditor pursuant to Proof of Claim filed in this Court on April 15, 2009, is changed as of June 15, 2009. The new address is:

Tima Rabinovitch
2209 W. 25th Place
Eugene, Oregon 97405.

Dated: June 5, 2009.

_Tima Rabinovitch_
Tima Rabinovitch
Creditor