34 8th Avenue
Apartment 5B
New York, New York 10014



**FILED**

JUL 2 0 2009

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

July 15, 2009

RE: Change of Address for Creditor in Case No. 08-32514

United States Bankruptcy Court
PO Box 7341
San Francisco, California 94120-7341

To Whom It May Concern:

I am a creditor in Chapter 11 Bankruptcy Case In Re: Heller Ehrman LLP (Case Number 08-32514 DM 11), and I have had a change of address. Please note:

My previous address was:

Heather Dietrick
10 Downing Street
Apt. 6F
New York, NY 10014

My **new** address is:

**Heather Dietrick
34 Eighth Avenue
Apt. 5B
New York, NY 10014**

Please take note of this change in my file. If you have any questions, I may be reached at 734-604-1397. Thank you for your consideration.

Sincerely,

Heather L. Dietrick