# EXHIBIT B

John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Miriam P. Khatiblou (CA Bar No. 178584)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: jfiero@pszjlaw.com
kbrown@pszjlaw.com
mkhatiblou@pszjlaw.com
tkapur@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>Heller Ehrman LLP,<br><br>Debtor. | Case No.: 08-32514<br><br>Chapter 11<br><br>**STIPULATION TO EXTEND EXCLUSIVE PERIODS TO FILE A PLAN AND SOLICIT ACCEPTANCES**<br><br>The Honorable Dennis Montali |

This Stipulation to Extend Exclusive Periods to File a Plan and Solicit Acceptances (the "Stipulation") is entered into by and between Heller Ehrman, LLP, the debtor and debtor-in-possession (the "Debtor"), and the Official Committee of Unsecured Creditors appointed herein (the "Committee"), by and through the undersigned counsel of record. In this Stipulation, the Debtor and the Committee are sometimes collectively referred to as the "Parties."

## **RECITALS**

This Stipulation is entered into by the Parties with reference to the following agreed upon facts and circumstances:

A. The Debtor commenced this case by filing a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") on December 28, 2008.

B. The United States Trustee appointed the Committee on January 5, 2009.

C. Pursuant to the Court's Order Extending the Period During Which The Debtor Has The Exclusive Right to File A Plan And Solicit Acceptances entered on May 1, 2009, (i) the exclusive 120-day time period provided in Bankruptcy Code section 1121(b) was extended for an additional 120 days, through and including August 25, 2009, and (ii) the exclusive 180-day time period provided in Bankruptcy Code section 1121(c) was extended for an additional 120 days, through and including October 24, 2009.

D. The Debtor and the Committee desire to extend the exclusive period provided for in Bankruptcy Code section 1121(b) for an additional thirty eight (38) days, through and including October 2, 2009 (the "Plan Exclusive Period"), provided that either the Debtor or the Committee shall be permitted to file a plan and disclosure statement during the Plan Exclusive Period so long as each of the Parties shall be a joint proponent of such plan and disclosure statement. In addition, the Debtor and the Committee desire to extend the exclusive period to confirm a plan under Bankruptcy Code section 1121(c)(3) for an additional sixty eight (68) days, through and including December 31, 2009 (the "Confirmation Exclusive Period").

**NOW, THEREFORE, IT IS STIPULATED AND AGREED BY THE PARTIES AS FOLLOWS:**

1. The Plan Exclusive Period shall be extended for an additional thirty eight (38) days, through and including October 2, 2009.

2. The Confirmation Exclusive Period shall be extended for an additional sixty eight (68) days, through and including December 31, 2009.

3. Only the Debtor or the Committee shall be permitted to file a plan and disclosure statement during the Plan Exclusive Period, and any such plan and disclosure statement filed during the Plan Exclusive Period must be jointly submitted by the Debtor and the Committee.

4. Nothing in this Stipulation shall limit the Bankruptcy Court's ability to fashion procedures and orders in the event one or more plans and disclosure statements are filed in this case.

[Signature Page to Follow]

| | | |
|---|---|---|
| Dated: August 17, 2009 | | PACHULSKI STANG ZIEHL & JONES LLP |
| | By | */s/ John D. Fiero* |
| | | John D. Fiero |
| | | Kenneth H. Brown |
| | | Miriam P. Khatiblou |
| | | Teddy M. Kapur |
| | | Attorneys for Heller Ehrman LLP, Defendant and Debtor and Debtor in Possession |
| Dated: August 17, 2009 | | FELDERSTEIN, FITZGERALD, WILLOUGBY & PASCUZZI |
| | By | */s/ Tom Willoughby* |
| | | Thomas Willoughby |
| | | Attorneys for the Official Committee of Unsecured Creditors |