John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Miriam Khatiblou (CA Bar No. 178584)
Gail S. Greenwood (CA Bar No. 169939)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: jfiero@pszjlaw.com
       kbrown@pszjlaw.com
       mkhatiblou@pszjlaw.com
       ggreenwood@pszjlaw.com
       tkapur@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| In re: | Case No.: 08-32514 |
|---|---|
| Heller Ehrman LLP, | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |

# PROOF OF SERVICE

STATE OF CALIFORNIA )
)
CITY OF SAN FRANCISCO )

I, Liset Alvarado, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On August 17, 2009, I caused to be served the

**EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION FOR ORDER EXTENDING EXCLUSIVE PERIODS TO FILE A PLAN AND SOLICIT ACCEPTANCES;**

**DECLARATION OF JOHN D. FIERO IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION FOR ORDER EXTENDING EXCLUSIVE PERIODS TO FILE A PLAN AND SOLICIT ACCEPTANCES (With Exhibits A and B Attached);**

in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

*Please see attached Service List*

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on <u>August 17, 2009</u>, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Liset Alvarado*
　　　　　　　　　　　　　　　　　　　　　　　　Liset Alvarado, Legal Assistant

# SERVICE LIST

| **United States Trustee**<br>Donna S. Tamanaha<br>Assistant U.S. Trustee<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104<br><br>**Donna.S.Tamanaha@usdoj.gov** | **Counsel to BofA**<br>David Minnick, Esq.<br>Leo Crowley, Esq.<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>50 Fremont Street<br>San Francisco, CA 94105-2228<br>T**dminnick@pillsburylaw.com**<br>**Leo.crowley@pillsburylaw.com** | **Counsel to Citibank, N.A.**<br>Larry Peitzman, Esq.<br>Louis E. Kempinksy, Esq.<br>PEITZMAN, WEG & KEMPINSKY LLP<br>10100 Santa Monica Blvd., Suite 1450<br>Los Angeles, CA 90067<br>**lpeitzman@pwkllp.com**<br>**lkempinsky@pwkllp.com** |
|---|---|---|
| **Counsel to Committee of Unsecured Creditors**<br>Steven H. Felderstein, Esq.<br>Thomas A. Willoughby, Esq.<br>FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI, LLP<br>400 Capitol Mall, Suite 1450<br>Sacramento, CA 95814<br>**sfelderstein@ffwplaw.com**<br>**twilloughby@ffwplaw.com** | | |
| **COMMITTEE OF UNSECRED CREDITORS** |||
| **Counsel for 333 Bush Associates**<br>Michael P. Brody, Esq.<br>Darlene Haun, Esq.<br>ELLMAN BURKE HOFFMAN & JOHNSON<br>601 California Street, 19th Floor<br>San Francisco, CA 94108<br>**mbrody@ellman-burke.com**<br>**dhaun@ellman-burke.com** | **Counsel for 333 Bush Associates**<br>Paul E. Paradis<br>101 California Street, Suite 1000<br>San Francisco, CA 94111<br>**paul_paradis@hines.com** | **Counsel for MEPT St. Matthews LLC**<br>Bennett Williams<br>1215 4th Avenue, Suite 2400<br>Seattle, WA 98161<br>**bennettw@kennedyusa.com** |
| **Counsel for Williams Lea, Inc.**<br>Deena Williamson<br>1400 K Street NW, Suite 800<br>Washington, DC 20005<br>**deena.williamson@williamslea.com** | Alfred D. Moore<br>6340 Chelton Drive<br>Oakland, CA 94611<br>**alfredmoore1999@sbcglobal.ne**t | **Counsel for William R. Mackey**<br>Michael St. James, Esq.<br>ST. JAMES LAW<br>155 Montgomery Street, Suite 1004<br>San Francisco, CA 94104<br>**Michael@stjames-law.com** |
| William R. Mackey<br>21 Stanton Way<br>Mill Valley, CA 94941<br>Phone: 415-381-7152<br>**wmackey732@aol.com** | Wondie Russell<br>465 Roosevelt Way<br>San Francisco, CA 94114<br>Phone: 415-626-3906<br>**wondie.russell@yahoo.com** | |

| | | |
|---|---|---|
| **PARTIES REQUESTING SPECIAL NOTICE** | | |
| **Counsel for Schiff Hardin LLP**<br>Jeffrey V. Commisso, Esq.<br>SCHIFF HARDIN LLP<br>One Market, Spear Street Tower<br>32nd Floor<br>San Francisco, CA 94105<br>**jcommisso@schiffhardin.com** | **Counsel for Schiff Hardin LLP**<br>Jason M. Torf, Esq.<br>SCHIFF HARDIN LLP<br>6600 Sears Tower<br>Chicago, IL 60606-6473<br>**jtorf@schiffhardin.com** | **Counsel for A2D, LP**<br>Michael S. Kogan, Esq.<br>ERVIN, COHEN & JESSUP LLP<br>9401 Wilshire Boulevard, 9th Floor<br>Beverly Hills, CA 90212<br>**mkogan@ecjlaw.com** |
| <mark>**VIA FIRST CLASS MAIL**</mark><br>**Counsel to State of Washington, Dept. of Revenue**<br>Zachary Mosner, Esq.<br>Assistant Attorney General<br>BANKRUPTCY & COLLECTIONS UNIT<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188 | **Counsel to 1620 K Street Associates Limited Partnership, A District of Columiba limited partnership**<br>Edward J. Tredinnick, Esq.<br>GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP<br>Four Embarcadero Center, Suite 4000<br>San Francisco, CA 94111-4106<br>**etredinnick@greeneradovsky.com** | **Counsel to Pension Benefit Guaranty Corporation**<br>Marc S. Pfeuffer, Esq.<br>Office of the Chief Counsel<br>PENSION BENEFIT GUARANTY CORPORATION<br>1200 K Street, N.W.<br>Washington, DC 20005-4026<br>**pfeuffer.marc@pbgc.gov**<br>**efile@pbgc.gov** |
| **Counsel to 4350 La Jolla Village LLC**<br>Dean P. Sperling, Esq.<br>LAW OFFICES OF DEAN P. SPERLING<br>201 East Sandpointe, Suite 220<br>Santa Ana, CA 92707-57425<br>**Dean@sperlinglaw.com** | **Counsel for Adworks, Inc.**<br>Howard Ross, Esq.<br>SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A.<br>11921 Rockville Pike, Suite 300<br>Rockville, MD 20852<br><br>F: 301-230-2891<br>**hross@srgpe.com** | **In-House Counsel fo CB Richard Ellis, Inc.**<br>Laurie Gomez, Esq.<br>Senior Counsel – Litigation<br>CB RICHARD ELLIS, INC.<br>200 Park Avenue<br>New York, NY 10166<br>**laurie.gomez@cbre.com** |
| **Consel to Creditors Darryl L. Snider and John S. Skilton**<br>Maria K. Pum, Esq.<br>HENDERSON, CAVERLY, PUM & CHARNEY LLP<br>P.O. Box 9144<br>16236 San Dieguito Rd., Suite 4-13<br>Rancho Santa Fe, CA 92067-9144<br>**mpum@hcesq.com** | **Counsel for Robert G. Badal and Nancy Sher Cohen**<br>David A. Gill, Esq.<br>Richard K. Diamond, Esq.<br>DANNING, GILL, DIAMOND & KOLLITZ, LLP<br>2029 Century Park East, Third Floor<br>Los Angeles, CA 90067<br>**dgill@dgdk.com**<br>**rdiamond@dgdk.com** | Nancy Sher Cohen, Esq.<br>PROSKAUER ROSE, LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067<br>**ncohen@proskauer.com** |
| Robert G. Badal, Esq.<br>WILMERHALE, LLP<br>350 S. Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>**robert.badal@wilmerhale.com** | **Counsel to Constellation NewEnergy, Inc.**<br>Heather M. Forrest, Esq.<br>JACKSON WALKER L.L.P.<br>901 Main Street, Suite 6000<br>Dallas, TX 75202<br>**hforrest@jw.com** | Vicky Namken<br>IBM CORPORATION<br>13800 Diplomat Dr.<br>Dallas, TX 75234<br>**vnamken@us.ibm.com** |

| | | |
|---|---|---|
| **Counsel to Constellation NewEnergy, Inc.**<br>Bruce J. Ruzinsky, Esq.<br>D. Elaine Conway, Esq.<br>JACKSON WALKER L.L.P.<br>1401 McKinney Street, Suite 1900<br>Houston, Texas 77010<br>**bruzinsky@jw.com**<br>**econway@jw.com** | **Counsel to Hewlett-Packard Company**<br>Ms. Anne Marie Kennelly, Esq.<br>Corporate Counsel<br>3000 Hanover St., M/S 1050<br>Palo Alto, CA 94304<br>**anne.kennelly@hp.com** | Paul Sugarman<br>1200 Sunnyhillls Road<br>Oakland, CA 94610<br>**sugars5@pacbell.net** |
| Christine R. Etheridge<br>IKON FINANCIAL SERVICES<br>Bankruptcy Administration<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708<br>**christine.etheridge@ikonfin.com** | **Counsel for Iron Mountain Information Management, Inc.**<br>Frank F. McGinn, Esq.<br>BARTLET HACKETT FEINBERG P.C.<br>155 Federal Street, 9th Floor<br>Boston, MA 02110<br>**ffm@bostonbusinesslaw.com** | Mr. Ken Higman<br>Sr. Default & Recovery Analyst<br>HEWLETT-PACKARD COMPANY<br>2125 E. Katella Ave., Suite 400<br>Anaheim, CA 92806<br>**ken.higman@hp.com** |
| Aseem S. Gupta<br>3340 23rd Street<br>San Francisco, CA 94110<br>**aseemsgupta@gmail.com** | **Counsel for Creditor Paravue, Inc.**<br>Scott H. McNutt<br>McNUTT LAW GROUP LLP<br>188 The Embarcadero, Suite 800<br>San Francisco, CA 94105<br>**smcnutt@ml-sf.com** | Alan D. Smith<br>PERKINS COIE LLP<br>1201 Third Avenue, 48th Floor<br>Seattle, WA 98101-3099<br>**ADSmith@perkinscoie.com** |
| **Counsel for Oracle USA, Inc. and Oracle Credit Corporation**<br>Shawn M. Christianson, Esq.<br>BUCHALTER, NEMER, A PROFESSIONAL CORPORATION<br>333 Market Street, 25th Floor<br>San Francisco, CA 94105-2126<br>**schristianson@buchalter.com** | Monte M. Lemann<br>MANATT, PHELPS & PHILLIPS, LLP<br>11355 West Olympic Boulevard<br>Los Angeles, California 90064<br>**mlemann@manatt.com** | **Counsel for Creditor Paravue, Inc.**<br>William Gwire<br>Ujvala Singh<br>GWIRE LAW OFFICES<br>455 Market Street, Suite 2220<br>San Francisco, CA 94105<br>**gwire@gwirelaw.com**<br>**singh@gwirelaw.com** |
| Ivan L. Kallick<br>MANATT, PHELPS & PHILLIPS, LLP<br>11355 West Olympic Boulevard<br>Los Angeles, California 90064<br>**ikallick@manatt.com** | **Counsel for Wham-O, Creditor**<br>Chris D. Kuhner, Esq.<br>KORNFIELD, NYBERG, BENDES & KUHNER PC<br>1999 Harrison Street, Ste. 2675<br>Oakland, California 94612<br>**c.kuhner@Kornfieldlaw.com** | G. James Landon<br>Streusand & Landon, LLP<br>515 Congress Ave., Ste. 2523<br>Austin, TX 78701<br>T: (512) 236-9902<br>F: (512) 236-9904<br>**landon@streusandlandon.com** |
| **Counsel for Guckenheimer Enterprises, Inc.**<br>Jeffrey A. Snyder<br>Thoits, Love, Hershberger & McLean<br>285 Hamilton Avenue, Suite 300<br>Palo Alto, CA 94301<br>**jsnyder@thoits.com** | | |