Signed and Filed: August 17, 2009

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**
_____

John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Miriam P. Khatiblou (CA Bar No. 178584)
Teddy M. Kapur (CA Bar No. 242486)
Gail S. Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: jfiero@pszjlaw.com
         kbrown@pszjlaw.com
         mkhatiblou@pszjlaw.com
         tkapur@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>Heller Ehrman LLP,<br><br>            Debtor. | Case No.: 08-32514<br><br>Chapter 11<br><br>**ORDER SHORTENING TIME FOR HEARING ON MOTION FOR ORDER EXTENDING EXCLUSIVE PERIODS TO FILE A PLAN AND SOLICIT ACCEPTANCES**<br><br>Date:  August 21, 2009<br>Time:  1:30 p.m.<br>Place: U. S. Bankruptcy Court<br>            235 Pine Street, 22nd Floor<br>            San Francisco, CA<br>Judge: Honorable Dennis Montali |

This matter came before the Court without a hearing upon consideration of the *Ex Parte Application for Order Shortening Time for Hearing on Motion for Order Extending Exclusive Periods to File a Plan and Solicit Acceptances* (the "Application") filed on August 17, 2009 by Heller Ehrman LLP, the debtor and debtor in possession (the "Debtor"). Based upon the Court's review of the Application, and good cause appearing therefor,

///

///

IT IS HEREBY ORDERED:

1. A hearing on the Debtor's Motion for Order Extending Exclusive Periods to File a Plan and Solicit Acceptances (the "Motion") will be held on August 21, 2009 at 1:30 p.m.;

2. Any opposition to the Motion may be made at the hearing; and

3. The Debtor shall serve notice of entry of this Order, the Motion and supporting papers by electronic mail or overnight delivery, upon counsel for the Committee, the Office of the United States Trustee and all parties requesting special notice in this case.

\* \* \* END OF ORDER \* \* \*

## COURT SERVICE LIST

**Counsel to Debtors**
John D. Fiero, Esq.
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500

**Counsel to Committee of Unsecured Creditors**
Steven H. Felderstein, Esq.
Thomas A. Willoughby, Esq.
Felderstein Fitzgerald Willoughby & Pascuzzi, LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814

**United States Trustee**
Donna S. Tamanaha
Assistant U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104