# Notice Recipients

District/Off: 0971−3     User: mwalker     Date Created: 8/18/2009
Case: 08−32514     Form ID: pdfeoc     Total: 3

**Recipients of Notice of Electronic Filing:**
aty     John D. Fiero     jfiero@pszjlaw.com
aty     Thomas A. Willoughby     TWilloughby@ffwplaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
    Donna S. Tamanaha     Assistant US Trustee     235 Pine Street, Ste. 700     San Francisco, CA 94104

TOTAL: 1