Signed and Filed: August 17, 2009

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**
_____

John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Miriam P. Khatiblou (CA Bar No. 178584)
Teddy M. Kapur (CA Bar No. 242486)
Gail S. Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: jfiero@pszjlaw.com
kbrown@pszjlaw.com
mkhatiblou@pszjlaw.com
tkapur@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>Heller Ehrman LLP,<br><br>           Debtor. | Case No.: 08-32514<br><br>Chapter 11<br><br>**ORDER SHORTENING TIME FOR HEARING ON MOTION FOR ORDER EXTENDING EXCLUSIVE PERIODS TO FILE A PLAN AND SOLICIT ACCEPTANCES**<br><br>Date: August 21, 2009<br>Time: 1:30 p.m.<br>Place: U. S. Bankruptcy Court<br>      235 Pine Street, 22nd Floor<br>      San Francisco, CA<br>Judge: Honorable Dennis Montali |

This matter came before the Court without a hearing upon consideration of the *Ex Parte Application for Order Shortening Time for Hearing on Motion for Order Extending Exclusive Periods to File a Plan and Solicit Acceptances* (the "Application") filed on August 17, 2009 by Heller Ehrman LLP, the debtor and debtor in possession (the "Debtor"). Based upon the Court's review of the Application, and good cause appearing therefor,

///

///

IT IS HEREBY ORDERED:

1. A hearing on the Debtor's Motion for Order Extending Exclusive Periods to File a Plan and Solicit Acceptances (the "Motion") will be held on August 21, 2009 at 1:30 p.m.;

2. Any opposition to the Motion may be made at the hearing; and

3. The Debtor shall serve notice of entry of this Order, the Motion and supporting papers by electronic mail or overnight delivery, upon counsel for the Committee, the Office of the United States Trustee and all parties requesting special notice in this case.

\* \* \* END OF ORDER \* \* \*

3  **Counsel to Debtors**
   John D. Fiero, Esq.
4  Pachulski Stang Ziehl & Jones LLP
   150 California Street, 15th Floor
5  San Francisco, CA 94111-4500

6  **Counsel to Committee of Unsecured Creditors**
   Steven H. Felderstein, Esq.
7  Thomas A. Willoughby, Esq.
   Felderstein Fitzgerald Willoughby & Pascuzzi, LLP
8  400 Capitol Mall, Suite 1450
   Sacramento, CA 95814

9  **United States Trustee**
   Donna S. Tamanaha
10 Assistant U.S. Trustee
   235 Pine Street, Suite 700
11 San Francisco, CA 94104

# CERTIFICATE OF NOTICE

```
District/off: 0971-3           User: mwalker              Page 1 of 1                Date Rcvd: Aug 18, 2009
Case: 08-32514                 Form ID: pdfeoc            Total Noticed: 1
```

The following entities were noticed by first class mail on Aug 20, 2009.
        +Donna S. Tamanaha,   Assistant US Trustee,   235 Pine Street, Ste. 700,
         San Francisco, CA 94104-2736

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 20, 2009**　　　　　　　　　　　Signature:　　_Joseph Speetjens_