Signed and Filed: August 28, 2009

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**
_____

John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Miriam P. Khatiblou (CA Bar No. 178584)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: jfiero@pszjlaw.com
         kbrown@pszjlaw.com
         mkhatiblou@pszjlaw.com
         tkapur@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| In re:<br><br>Heller Ehrman LLP,<br><br>             Debtor. | Case No.: 08-32514<br><br>Chapter 11<br><br>**ORDER REJECTING RECORDS MANAGEMENT AGREEMENT WITH COR-O-VAN, NUNC PRO TUNC TO JUNE 1, 2009 BY AGREEMENT WITH COR-O-VAN**<br><br>[PURSUANT TO B.L.R. 9014-1, NO HEARING UNLESS OBJECTION FILED OR HEARING REQUESTED] |
|---|---|

The Court has considered the *Motion for Order Authorizing Rejection of Records Management Agreement with Cor-O-Van, Nunc Pro Tunc to June, 1, 2009 By Agreement with Cor-O-Van* (the "Motion") filed by Heller Ehrman, LLP, debtor and debtor in possession herein (the "Debtor").

Based upon the record before the Court, it appears that no objections to the Motion have been filed and no hearing on the Motion is required pursuant to the Local Bankruptcy Rules. Having reviewed the Motion and good cause appearing,

**IT IS ORDERED THAT:**

1. The Motion is GRANTED.

2. The Records Management Agreement by and between the Debtor and Cor-O-Van Records Management, Inc., dated May 24, 2007 is rejected, effective June 1, 2009.

\*\* END OF ORDER \*\*

## COURT SERVICE LIST

John D. Fiero, Esq.
Pachulski Stang Ziehl & Jones LLP
**Counsel to Debtors**
150 California Street, 15th Floor
San Francisco, CA 94111-4500

Steven H. Felderstein, Esq.
Thomas A. Willoughby, Esq.
Felderstein Fitzgerald Willoughby & Pascuzzi, LLP
**Counsel to Committee of Unsecured Creditors**
400 Capitol Mall, Suite 1450
Sacramento, CA 95814

**COR-O-VAN Records Management, Inc.**
c/o Managing Agent
12375 Kerran St.
Poway, CA 92064

# CERTIFICATE OF NOTICE

```
District/off: 0971-3          User: mwalker              Page 1 of 1              Date Rcvd: Aug 31, 2009
Case: 08-32514                Form ID: pdfeoc            Total Noticed: 2
```

The following entities were noticed by first class mail on Sep 02, 2009.
        +Coro-O-Van Records,   Managment, Inc.,   c/o Managing Agent,   12375 Kerran St.,
         Poway, CA 92064-6801
sp      +Felderstein, Fitzgerald, Willoughby and Pascuzzi,   400 Capitol Mall,   #1450,
         Sacramento, CA 95814-4434

The following entities were noticed by electronic transmission.
NONE.    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 02, 2009**        **Signature:** _Joseph Speetjens_