**Entered on Docket
August 31, 2009**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: August 29, 2009**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re Heller Ehrman LLP,

        Debtor.

Case No. 08-32514
Chapter 11

## ORDER ESTABLISHING PROCEDURES FOR JUDICIAL SETTLEMENT CONFERENCE

Pursuant to the request of the parties, settlement conferences in the above-captioned case are hereby scheduled for **October 30, 2009 at 9:00 a.m.** and **November 16, 2009 at 9:00 a.m.** before the Honorable Randall J. Newsome, at a location to be determined.

**By no later than 2:00 p.m. on September 22, 2009, the Official Committee of Unsecured Creditors and the Debtor shall serve upon one another and the other parties and LODGE with chambers, DO NOT FILE WITH THE CLERK'S OFFICE, a Settlement Conference Statement of no longer than 10 pages in length, excluding exhibits.**

**By no later than 2:00 p.m. on October 28, 2009, each of the various groups representing shareholders (herein collectively the "Shareholder Groups") shall serve upon one another and the other parties and LODGE with chambers, DO NOT FILE WITH THE CLERK'S OFFICE, a Settlement Conference Statement of no longer than 10 pages in length, excluding exhibits.**

Chambers is located at 1300 Clay Street, Courtroom 220, Oakland, California. Subject to restrictions on document size, the Settlement Conference Statement may be **LODGED** via an e-mail attachment in a PDF, WordPerfect or MS Word format sent to laura_lee@canb.uscourts.gov or to ron_mastroianni@canb.uscourts.gov. Such e-mail address may be utilized only to **LODGE** a Settlement Conference Statement and may not be utilized to communicate with the Court regarding this or any other matter. Contact chambers at 510-879-3530 or 510-879-3532 **at least one day in advance of the lodging deadline** to make arrangements to **LODGE** a Settlement Conference Statement.

The Settlement Conference Statement shall set forth in the upper right hand corner: "**CONFIDENTIAL - NOT TO BE FILED PURSUANT TO ORDER OF THE COURT - LODGE WITH THE CHAMBERS OF JUDGE NEWSOME**."

The Settlement Conference Statement shall contain information which would be helpful to the settlement judge, including:

(a) A brief statement of the facts specifying those facts upon which the parties agree and the major facts in dispute;

(b) A brief statement of the claims and defenses, with citation of particular statutory or other authority which is controlling in the matter;

(c) The specific relief sought;

(d) An estimate of the cost and time to be expended for further discovery, pretrial and trial;

(e) The history of past settlement discussions, including disclosure of prior and any presently outstanding offers and demands;

(f) Any presently scheduled dates for a further status conference, pretrial conference or for trial; and

(g) Copies of any governing contracts or other documents which are central to the case.

Counsel should be prepared to present orally to the settlement judge a forthright evaluation of the likelihood of prevailing on claims and defenses. Counsel who will participate in a trial of the matter must be present at the settlement conference. **AT LEAST ONE MEMBER FROM EACH OF THE SHAREHOLDER GROUPS SHALL APPEAR IN PERSON AT THE SETTLEMENT**

**CONFERENCE.**

Participation in the settlement conference by or on behalf of a person or entity other than a party as stated on the service list attached hereto, is within the sole discretion of the settlement judge. A request for such non-party participation must be served upon the other parties and a copy lodged with Judge Newsome's chambers by no later than September 8, 2009 at 2:00 p.m. Any opposition to such request must be served upon the other parties and lodged with chambers by September 14, 2009 at 2:00 p.m. Contact chambers at 510-879-3530 or 510-879-3532 to make arrangements to lodge such pleadings. Such additional participants shall fully comply with this *Order*.

The settlement conference will not conclude absent leave of the settlement judge, who may continue the conference from time to time at the judge's discretion. The settlement judge may issue any order deemed appropriate to facilitate settlement or the expeditious resolution of the dispute. The parties must make a good faith attempt to settle the matter before the settlement conference. Failure to comply with the terms and spirit of this *Order* may lead to the imposition of sanctions under Bankruptcy Rule 7016 and Fed.R.Civ.P. 16(f).

**IT IS SO ORDERED**.

\*\*END OF ORDER\*\*

COURT SERVICE LIST

| Counsel Name and Address | Represented Party |
|---|---|
| **JOHN D. FIERO**<br>Pachulski Stang Ziehl Young & Jones LLP<br>150 California Street, Suite 150<br>San Francisco, CA 94111<br>Tel: (415) 217-5101<br>Fax:(415) 263-7010<br>Email: jfiero@pszjlaw.com | Heller Ehrman LLP |
| **THOMAS A. WILLOUGHBY**<br>Felderstein Fitzgerald Willoughby & Pascuzzi LLP<br>400 Capitol Mall, Suite 1450<br>Sacramento, CA 95814<br>Tel: (916) 329-7400, ext. 221<br>Fax:(916) 329-7435<br>Email: twilloughby@ffwplaw.com | The Official Committee of Unsecured Creditors |
| **MICHAEL COOPER**<br>Wendel, Rosen, Black & Dean LLP<br>1111 Broadway, 24th Floor<br>Oakland, CA 94607<br>Tel: (510) 834-6600<br>Fax:(510) 834-1928<br>Email: MCooper@wendel.com | Douglas Schwab and Paul Sugarman, former shareholders who retired in early 2008 and received their capital, who then remained at the firm until dissolution as salaried employees of Heller Ehrman LLP |
| **CECILY A. DUMAS**<br>Friedman Dumas & Springwater LLP<br>150 Spear Street, Suite 1600<br>San Francisco, CA 941<br>Tel: (415) 834-3800<br>Fax: (415) 834-1044<br>Email: cdumas@friedumspring.com | Approximately 50 lower-compensated former shareholders who remained until after the firm voted to dissolve, including junior and fixed-income shareholders. |
| **JOHN J. JEROME**<br>Saul Ewing, LLP<br>400 Madison Avenue, Suite 12B<br>New York, NY 10017<br>Tel.: (212) 980-7212<br>Fax: (212) 980-7206<br>Email: jjerome@saul.com | Approximately 18 more highly-compensated former shareholders who withdrew prior to the dissolution vote |

| | |
|---|---|
| **TOBIAS S. KELLER**<br>Jones Day<br>555 California Street<br>26th Floor<br>San Francisco, CA 94104<br>Tel: (415) 626-3939<br>Fax:(415) 875-5700<br>Email: tkeller@jonesday.com | Approximately 18 former shareholders now working at Jones Day |
| **DAVID M. STERN**<br>Klee, Tuchin, Bogdanoff & Stern LLP<br>1999 Avenue of the Stars<br>Thirty-Ninth Floor<br>Los Angeles, California 90067<br>United States of America<br>Tel: (310) 407-4025<br>Fax:(310) 407-9090<br>Email: dstern@ktbslaw.com | Approximately 90 of the more highly-compensated former shareholders, who remained until after the firm voted to dissolve |
| **VICTOR A. VILAPLANA**<br>Foley & Lardner<br>402 West Broadway<br>Suite 2100<br>San Diego, CA 92101 LLP<br>Tel: (619) 685-4651<br>Fax: (619) 234-3510<br>vavilaplana@foley.com | Five former shareholders now working at Foley & Lardner |

# CERTIFICATE OF NOTICE

```
District/off: 0971-3          User: mwalker              Page 1 of 1               Date Rcvd: Aug 31, 2009
Case: 08-32514                Form ID: pdfeoc            Total Noticed: 6
```

The following entities were noticed by first class mail on Sep 02, 2009.
        +Cecily A. Dumas,   Friedman Dumas & Springwater LLP,   150 Spear Street, Ste. 1600,
         San Francisco, CA 94105-1541
         David M. Stern,   Klee Tuchin Bogdanoff & Stern LLP,   1999 Avenue of the Stars,
         Thirty Nitth Floor,   Los Angeles, CA  90067
        +John J. Jerome,   Saul Ewing LLP,   400 Madison Avenue, Ste. 12B,   New York, NY 10017-1941
        +Michael Cooper,   Wendel Rosen Black & Dean LLP,   1111 Broadway, 24th Floor,
         Oakland, CA 94607-4139
        +Tobias S. Keller,   Jones Day,   555 California St.  26th Fl,   San Francisco, CA 94104-1602
        +Victor A. Vilaplana,   Foley & Lardner,   402 West Broadway, Ste. 2100,
         San Diego, CA 92101-8510

The following entities were noticed by electronic transmission.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 02, 2009**        **Signature:** _/s/ Joseph Speetjens_