John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Miriam P. Khatiblou (CA Bar No. 178584)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: jfiero@pszjlaw.com
       kbrown@pszjlaw.com
       mkhatiblou@pszjlaw.com
       tkapur@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>Heller Ehrman LLP,<br><br>              Debtor. | Case No.: 08-32514<br><br>Chapter 11<br><br>**NOTICE OF DEBTOR'S MOTION TO SELL FINE ART IN HONG KONG**<br><br>[PURSUANT TO L.B.R. 9014-1, NO HEARING UNLESS OBJECTION FILED OR HEARING REQUESTED] |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, THE OFFICE OF THE UNITED STATES TRUSTEE, WINSTON & STRAWN, LLP AND OTHER PARTIES REQUESTING NOTICE:**

      **PLEASE TAKE NOTICE** that Heller Ehrman LLP, the debtor and debtor-in-possession in the above-captioned case (the "Debtor"), has filed its *Motion to Sell Fine Art in Hong Kong* (the "Motion"), and additional papers in support thereof.

      **PLEASE TAKE FURTHER NOTICE** that by the Motion, the Debtor requests entry of an order pursuant to section 363 of chapter 11 of title 11 of the United States Code, authorizing the sale of the Debtor's fine art located in the former Hong Kong office (the "Fine Art") to Winston & Strawn, LLP ("Winston").

///

**PLEASE TAKE FURTHER NOTICE** that the Motion is based upon the Motion, the Declaration of Lynn J. Loacker filed in support thereof, the memorandum of points and authorities filed and served therewith, and any other evidence properly before the Court.

**PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Local Rule 9014-1(b)(3), any objection to or request for hearing on the Motion must be filed with Court (which is located at 235 Pine Street, 19th Floor, San Francisco, CA 94104) and served upon counsel to the Debtor (at the address set forth above) so that it is received within twenty (20) days of the date of this Notice. Any objection or request for hearing must be accompanied by any declarations or memoranda of law that the objecting or requesting party wishes to present in support of its position. If any opposition or request for hearing is timely filed and served, the Debtor will set the matter for hearing and will provide at least ten (10) days' written notice of the hearing to the objecting or requesting party. <u>If there is no timely objection or request for hearing, the Court may grant the relief requested in the Motion by default.</u>**

Dated: September 4, 2009            PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ John D. Fiero*
    John D. Fiero
    Kenneth H. Brown
    Miriam P. Khatiblou
    Teddy M. Kapur
    Attorneys for Heller Ehrman LLP,
    Debtor and Debtor in Possession