# **<u>Exhibit 1</u>**

**EXHIBIT 1**

| Claim # | Name of Creditor / Address Name | Filed Unsecured Claim | Filed Secured Claim | Filed Priority Claim | Total Proof of Claim Amount | Date filed | Proposed Treatment/ Disposition | Supplemental Information | Page of Proof of Service Listed in Exhibit A to Guillou Declaration |
|---|---|---|---|---|---|---|---|---|---|
| 1171 | AJ Park | $ 377.00 | $ - | $ - | $ 377.00 | 6/2/2009 | Disallow claim in its entirety | Objection (Late Filed): The claim was filed after the Bar Date (4/27/09) | |
| 1181 | Andre Carpiaux | 5,000.00 | 10,000.00 | - | 15,000.00 | 7/22/2009 | Disallow claim in its entirety | Objection (Late Filed): The claim was filed after the Bar Date (4/27/09) | 40 |
| 1167 | Cabinet Regimbeau | 17,671.10 | - | - | 17,671.10 | 5/22/2009 | Disallow claim in its entirety | Objection (Late Filed): The claim was filed after the Bar Date (4/27/09) | 46, 53 |
| 1113 | Charter Communications | 264.21 | | | 264.21 | 4/28/2009 | Disallow claim in its entirety | Objection (Late Filed): The claim was filed after the Bar Date (4/27/09) | 47 |
| 1118 | Corvel Corp | 2,500.00 | - | - | 2,500.00 | 4/28/2009 | Disallow claim in its entirety | Objection (Late Filed): The claim was filed after the Bar Date (4/27/09) | |
| 1172 | Danubia Patent & Law Office LLC | 1,097.06 | - | - | 1,097.06 | 6/3/2009 | Disallow claim in its entirety | Objection (Late Filed): The claim was filed after the Bar Date (4/27/09) | |
| 1136 | Dr. Peter Barz | 10,742.30 | - | - | 10,742.30 | 4/28/2009 | Disallow claim in its entirety | Objection (Late Filed): The claim was filed after the Bar Date (4/27/09) | 55 |
| 1105 | Gowling Lafleur Henderson LLP | 1,190.75 | - | - | 1,190.75 | 4/28/2009 | Disallow claim in its entirety | Objection (Late Filed): The claim was filed after the Bar Date (4/27/09) | 36, 43 |
| 1162 | Hechanova & Co., Inc. | 160.00 | - | - | 160.00 | 5/12/2009 | Disallow claim in its entirety | Objection (Late Filed): The claim was filed after the Bar Date (4/27/09) | 48 |
| 1110 | Hertz Corporation | 675.12 | - | - | 675.12 | 4/28/2009 | Disallow claim in its entirety | Objection (Late Filed): The claim was filed after the Bar Date (4/27/09) | 38 |
| 1182 | Lithera, Inc. | 21,880.29 | - | - | 21,880.29 | 7/23/2009 | Disallow claim in its entirety | Objection (Late Filed): The claim was filed after the Bar Date (4/27/09) | |
| 1088 | Lovells Studio Legale | 5,792.72 | - | - | 5,792.72 | 4/28/2009 | Disallow claim in its entirety | Objection (Late Filed): The claim was filed after the Bar Date (4/27/09) | 49, 54, 77 |
| 1137 | MEBO International, Inc. | 12,455.94 | - | - | 12,455.94 | 4/28/2009 | Disallow claim in its entirety | Objection (Late Filed): The claim was filed after the Bar Date (4/27/09) | 37, 50 |
| 1091 | Menicucci, Bonnie G. | 4,069.77 | | 10,774.25 | 14,844.02 | 4/28/2009 | Disallow claim in its entirety | Objection (Late Filed): The claim was filed after the Bar Date (4/27/09) | |
| 1133 | S.L. Development Pte Ltd | 33,289.80 | - | - | 33,289.80 | 4/28/2009 | Disallow claim in its entirety | Objection (Late Filed): The claim was filed after the Bar Date (4/27/09) | |
| 1131 | Schlusselberg, Adam | 94,192.13 | | | 94,192.13 | 4/28/2009 | Disallow claim in its entirety | Objection (Late Filed): The claim was filed after the Bar Date (4/27/09) | |
| 1168 | The Northern Trust Co | 1,639.32 | - | - | 1,639.32 | 5/26/2009 | Disallow claim in its entirety | Objection (Late Filed): The claim was filed after the Bar Date (4/27/09) | 39 |
| 1148 | Li, Ying | | | | | 4/29/2009 | Disallow claim in its entirety | Objection (Late Filed): The claim was filed after the Bar Date (4/27/09) | 76 |
| | Totals | $ 212,997.51 | $ 10,000.00 | $ 10,774.25 | $ 233,771.76 | | | | |