| | |
|---|---|
| John D. Fiero (CA Bar No. 136557) | |
| Kenneth H. Brown (CA Bar No. 100396) | |
| Teddy M. Kapur (CA Bar No. 242486) | |
| PACHULSKI STANG ZIEHL & JONES LLP | |
| 150 California Street, 15th Floor | |
| San Francisco, California 94111-4500 | |
| Telephone: 415/263-7000 | |
| Facsimile: 415/263-7010 | |

E-mail: jfiero@pszjlaw.com
kbrown@pszjlaw.com
tkapur@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No.: 08-32514 |
| Heller Ehrman LLP, | Chapter 11 |
| Debtor | **NOTICE OF FIRST OMNIBUS OBJECTION OF THE DEBTOR SEEKING DISALLOWANCE OF LATE CLAIMS WHERE CLAIMANTS AND THEIR CLAIM NUMBERS ARE: AJ PARK (1171), ANDRE CARPIAUX (1181), CABINET REGIMBEAU (1167), CHARTER COMMUNICATIONS (1113), CORVEL CORP (1118), DANUBIA PATENT & LAW OFFICE LLC (1172), DR. PETER BARZ (1136), GOWLING LAFLEUR HENDERSON LLP (1105), HECHANOVA & CO., INC. (1162), HERTZ CORPORATION (1110), LITHERA, INC. (1182), LOVELLS STUDIO LEGALE (1088), MEBO INTERNATIONAL, INC. (1137), BONNIE G. MENICUCCI (1091), S.L. DEVELOPMENT PTE LTD (1133), ADAM SCHLUSSELBERG (1131) AND YING LI (1148)** |
| | [No Hearing Date Set] |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE; THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, THE OFFICE OF THE UNITED STATES TRUSTEE; THE CLAIMANTS SUBJECT TO THE OMNIBUS OBJECTION; AND ANY PARTIES ENTITLED TO SPECIAL NOTICE:**

**NOTICE IS HEREBY GIVEN** that Heller Ehrman, LLP, formerly known as Heller Ehrman White & McAuliffe LLP, a California limited liability partnership, the debtor and debtor-in-possession in the above-captioned case (the "Debtor"), hereby objects to the claims as identified in the *First Omnibus Objection of the Debtor Seeking Disallowance of Late Claims Where Claimants and Their Claim Numbers Are: AJ Park (1171), Andre Carpiaux (1181), Cabinet Regimbeau (1167), Charter Communications (1113), Corvel Corp (1118), Danubia Patent & Law Office LLC (1172), Dr. Peter Barz (1136), Gowling Lafleur Henderson LLP (1105), Hechanova & Co., Inc. (1162), Hertz Corporation (1110), Lithera, Inc. (1182), Lovells Studio Legale (1088), MEBO International, Inc. (1137), Bonnie G. Menicucci (1091), S.l. Development PTE LtD (1133), Adam Schlusselberg (1131) and Ying Li (1148)* (the "Omnibus Objection"). The name of each of the claimants, whose claims are subject to the Omnibus Objection, is set forth in the caption above and on **Exhibit 1** to the Omnibus Objection. You should therefore carefully review **Exhibit 1** to the Omnibus Objection to determine how your claim is affected.

## PROCEDURE TO BE FOLLOWED

Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed by anyone who requests a hearing on the relief requested in the Omnibus Objection. Bankruptcy Local Rule 9014-1(b)(3) requires the following:

(i)   That any objection to the requested relief, or a request for a hearing on the matter, must be filed and served upon the initiating party within twenty (20) days of the mailing of this Notice;

(ii)  That a request for a hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

(iii) That if there is not a timely objection to the requested relief or a request for a hearing, the Court may enter an order granting the relief by default; and

(iv) That the initiating party will give at least ten (10) days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for a hearing is timely made.

For further information, claimants may wish to contact Debtor's counsel, John D. Fiero of Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, California 94111-4500, telephone (415) 263-7000.

**NOTICE IS HEREBY FURTHER GIVEN** that pursuant to Local Rule 3007-1 of the United States Bankruptcy Court for the Northern District of California, where a factual dispute is involved, the initial hearing on the objection shall be deemed a status conference at which the Court will not receive evidence. Where the objection involves only a matter of law, the matter may be argued at the initial hearing.

**NOTICE IS HEREBY FURTHER GIVEN** that the Omnibus Objection may be prosecuted by the Debtor and/or any successor thereof.

**NOTICE IS HEREBY FURTHER GIVEN** that without limiting the generality of the next paragraph of this Notice, if the Court overrules a particular objection to any claim, any such ruling shall have no *res judicata* effect on, and is without prejudice to, the allowance, disallowance or reclassification of such claim on such other grounds as the Debtor (or any party in interest) may later assert and, in connection therewith, the Debtor (or any party in interest) may assert additional objections to such claim.

**NOTICE IS HEREBY FURTHER GIVEN** that the Debtor reserves (a) the right to object to or seek disallowance or reclassification of any claim (or interest) that is subject to the Omnibus Objection on any other grounds as the Debtor or its successors may later assert; (b) the right to assert any claims, demands for relief requiring an adversary proceeding consistent with Rule 3007(b) and Rule 7001 the Federal Rules of Bankruptcy Procedure, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions, or any other bankruptcy or non-bankruptcy claims and causes of action against the claimants whose claims are subject to the Omnibus Objection; and (c) the right to withdraw without prejudice the Omnibus Objection as it applies to any claim that is subject to the Omnibus Objection prior to the hearing thereon and, in

case of any such withdrawal, to assert the same (or other) objections to that claim in a later objection (or later objections) to that claim.

Dated: September 11, 2009         PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ John D. Fiero*
    John D. Fiero
    Kenneth H. Brown
    Teddy M. Kapur

    Attorneys for Heller Ehrman LLP,
    Debtor and Debtor in Possession