

FILED
SEP 14 2009
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Diana I. Valat
622 Wood Street
Mamaroneck, NY 10543

September 8, 2009

Clerk of the Court
United States Bankruptcy Court
Northern District of California
P.O. Box 7341
San Francisco, CA 94120-7341

*In re Heller Ehrman LLP* **(Case No: 08-32514)**

Re: Creditor – Change of Address

Dear Sir or Madam,

    I filed a proof of claim against Heller Ehrman in the above referenced action in February 2009. I recently moved and I am writing to ask you to please update the Court files with my new address indicated below.

Diana Valat
622 Wood Street
Mamaroneck, NY 10543

Very truly yours,

*Diana Valat*

Diana Valat