Signed and Filed: September 21, 2009

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**
_____

John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Miriam P. Khatiblou (CA Bar No. 178584)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: jfiero@pszjlaw.com
       kbrown@pszjlaw.com
       mkhatiblou@pszjlaw.com
       tkapur@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession

NOTE: THE COURT HAS MADE CHANGES TO THE ORDER THAT WAS SUBMITTED

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>Heller Ehrman LLP,<br><br>  Debtor. | Case No.: 08-32514<br><br>Chapter 11<br><br>**ORDER GRANTING APPLICATION TO EMPLOY SAW MENG TEE & PARTNERS PAC AS TAX ADVISORS TO DEBTOR'S SINGAPORE OFFICES**<br><br>[NO HEARING REQUIRED] |

    The Court has considered the *Debtor's Application to Employ Saw Meng Tee & Partners PAC as Tax Advisors to Debtor's Singapore Offices* (the "Application") and the declaration of Saw Meng Tee in support thereof, both filed on or about August 26, 2009. It appears that Saw Meng Tee & Partners PAC ("Saw Meng Tee") does not hold or represent any interest adverse to the estate, that Saw Meng Tee is a "disinterested person" under applicable sections of the Bankruptcy Code, and that its employment is in the best interests of the estate. It further appears that due and sufficient notice of the Application has been given under the circumstances and that no hearing on the Application is required. Based on the record before the Court, and after due deliberation and sufficient cause shown,

///

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted in its entirety.

2. The Debtor is authorized to retain and employ Saw Meng Tee as its tax advisors for the Debtor's Singapore Offices (defined in the Application), pursuant to section 327(a) of title 11 of the United States Code (the "Bankruptcy Code"), to perform various tax related services including:

   a. GST SERVICES: Review of the GST assessment raised by Inland Revenue Authority of Singapore from July 1, 2007 to March 31, 2008.

   b. TAX REVIEW – Year of Assessment 2008: Review the tax assessment that was filed for Year of Assessment (YA) 2008.

   c. TAX COMPLIANCE SERVICES – Year of Assessment 2009 and 2010: Prepare and submit the tax computation and returns with supporting schedules to the Comptroller of Income Tax for the Year of Assessment 2009 and 2010.

   d. ACRA FILING SERVICES ON TERMINATION OF THE FIRM: Prepare and submit documents to the Accounting and Corporate Regulatory Authority relating to the termination of Debtor's business operations in Singapore.

3. The Debtor is authorized to provide Saw Meng Tee with a security retainer in the amount of $5,350 (Singapore Dollars) and to compensate Saw Meng Tee in accordance with sections 330 and 331 of the Bankruptcy Code as an expense of administration pursuant to sections 507(a) and 503(b) of the Bankruptcy Code, in such amounts and at such times as the Court may hereafter determine and allow.

```
THE COURT'S GUIDELINES FOR COMPENSATION AND REIMBURSEMENT WILL APPLY.  They are
available at www.canb.uscourts.gov
```

*** END OF ORDER ***

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | United States Trustee<br>Donna S. Tamanaha, Assistant U.S. Trustee |
| 3 | 235 Pine Street, Suite 700<br>San Francisco, CA 94104 |
| 4 | |
| 5 | Pachulski Stang Ziehl & Jones LLP<br>Attn: John Fiero<br>Attn: Miriam Khatiblou |
| 6 | 150 California Street, 15th Floor<br>San Francisco, CA 94111 |
| 7 | |
| 8 | Thomas A. Willoughby, Esq.<br>Felderstein Fitzgerald Willoughby & Pascuzzi, LLP |
| 9 | 400 Capitol Mall, Suite 1450<br>Sacramento, CA 95814 |
| 10 | Saw Meng Tee<br>Saw Meng Tee & Partners PAC |
| 11 | 1 North Bridge Road #23-01<br>High Street Centre Singapore 179094 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA