

Signed and Filed: October 01, 2009

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>HELLER EHRMAN LLP fka Heller,<br>Ehrman, White & McAuliffe, LLP,<br><br>                      Debtor. | Bankruptcy Case<br>No. 08-32514DM<br><br>Chapter 11 |

**MEMORANDUM REGARDING ORDER APPROVING DEBTOR'S AGREEMENT TO DESIGNATE THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AS THE REPRESENTATIVE OF ESTATE TO BRING CLAIMS AGAINST THE HELLER EHRMAN, LLP RETIREMENT PLAN**

On September 29, 2009, the Official Committee of Unsecured Creditors (the "Committee") filed an emergency application requesting this court to approve a stipulation by Heller Ehrman, LLP ("Debtor") that the Committee be appointed as the representative of the estate (<u>nunc pro tunc</u> to September 22, 2009) to file and prosecute actions against Debtor's retirement plan. Counsel for the Committee uploaded a proposed order granting the application on September 29. After the order was signed but before it was docketed, counsel for an Ad Hoc Shareholder Group informed the court's deputy clerk that he was filing an opposition to the emergency application.

On October 1, 2009, the Ad Hoc Shareholder Group filed its response, which the court has considered. As acknowledged in footnote two of the response, the Ad Hoc Shareholder Group may not

-1-

have standing to oppose the emergency application.  Further, the Ad Hoc Shareholder Group has not asked the court for any specific relief, including that the court deny the Committee's emergency application.  The court has therefore directed its staff to docket the order granting the emergency application.

**END OF MEMORANDUM**

-2-

Case: 08-32514    Doc# 671    Filed: 10/01/09    Entered: 10/02/09 10:51:29    Page 2 of 3

```
 1                    COURT SERVICE LIST

 2  John D. Fiero, Esq.
    Pachulski, Stang, Ziehl & Jones
 3  150 California St., 15th Fl.
    San Francisco, CA 94111-4500
 4
    Thomas A. Willoughby, Esq.
 5  Felderstein, Fitzgerald, et al.
    400 Capitol Mall, #1450
 6  Sacramento, CA 95814-4434

 7  David Stern, Esq.
    Matthew Heyn, Esq.
 8  Klee, Tuchin, Bogdanoff & Stern
    1999 Avenue of the Stars, 39th Fl.
 9  Los Angeles, CA 90067

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
```