Signed and Filed: September 29, 2009

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**
_____

STEVEN H. FELDERSTEIN, CA Bar No. 056978
THOMAS A. WILLOUGHBY, CA Bar No. 137597
JASON E. RIOS, CA Bar No. 190086
JOAN S. HUH, CA Bar No. 225724
FELDERSTEIN FITZGERALD WILLOUGHBY &
PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435

Attorneys for The Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | CASE NO.: 08-32514 |
| HELLER EHRMAN LLP, | Chapter 11 |
| Debtor. | [No Hearing Requested] |

**ORDER AUTHORIZING, *NUNC PRO TUNC* TO SEPTEMBER 22, 2009, THE DEBTOR'S AGREEMENT TO DESIGNATE THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AS THE REPRESENTATIVE OF THE ESTATE TO BRING ANY AND ALL CLAIMS AGAINST THE HELLER EHRMAN, LLP RETIREMENT PLAN (AMENDED AND RESTATED EFFECTIVE JANUARY 1, 2007)**

Upon the Court's consideration of the Emergency Application to Approve, *Nunc Pro Tunc* to September 22, 2009, the Debtor's Agreement to Designate the Official Committee of Unsecured Creditors ("Committee") as the Representative of the Estate to Bring Any and All Claims Against the Heller Ehrman LLP Retirement Plan (Amended and Restated Effective January 1, 2007) (the "LEO Plan"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Committee is hereby authorized to pursue on behalf of Heller Ehrman LLP's (the "Debtor") bankruptcy estate all claims or other rights of any kind and/or nature, including but not limited to any state law or federal law fraudulent conveyance, preference or other avoidance actions against the LEO Plan (the "Potential LEO Plan Avoidance Action(s)");

2. This Order is effective *nunc pro tunc* to September 22, 2009;

-1-
Order Authorizing Debtor's Agreement to Designate
Committee as Representative of the Estate For Claims Against
LEO Plan

Case: 08-32514   Doc# 672   Filed: 10/04/09   Entered: 10/04/09 21:25:30   Page 1 of 4

3. Regardless of whether the Debtor or the Debtor's estate is named as a plaintiff in any court-authorized avoidance action, the Debtor and the Debtor's estate shall be obligated to respond to discovery as if they were a named party and shall be bound by any ruling, order, or judgment entered in the action; and

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

APPROVED AS TO CONTENT AND FORM.

Dated: September 29, 2009

PACHULSKI STANG ZIEHL & JONES LLP


By:____/s/ John D. Fiero_____
    John D. Fiero
    Attorneys for Debtor and Debtor-in-Possession


*** END OF ORDER***

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | United States Trustee<br>Donna S. Tamanaha, Assistant U.S. Trustee |
| 3 | 235 Pine Street, Suite 700<br>San Francisco, CA 94104 |
| 4 | |
| 5 | Pachulski Stang Ziehl & Jones LLP<br>Attn: John Fiero |
| 6 | 150 California Street, 15th Floor<br>San Francisco, CA 94111 |
| 7 | Thomas A. Willoughby<br>Felderstein Fitzgerald Willoughby & Pascuzzi LLP |
| 8 | 400 Capitol Mall, Suite 1450<br>Sacramento, CA 95814 |
| 9 | |
| 10 | Lovitt & Hannan, Inc.<br>Attn: Ronald Lovitt |
| 11 | 900 Front Street, Suite 300<br>San Francisco, CA 94111 |
| 12 | |
| ... | |
| 28 | |

-3-

Order Authorizing Debtor's Agreement to Designate
Committee as Representative of the Estate For Claims Against
LEO Plan

Case: 08-32514   Doc# 672   Filed: 10/04/09   Entered: 10/04/09 21:25:30   Page 3 of 4

# CERTIFICATE OF NOTICE

```
District/off: 0971-3           User: mwalker              Page 1 of 1            Date Rcvd: Oct 02, 2009
Case: 08-32514                 Form ID: pdfeoc            Total Noticed: 4

The following entities were noticed by first class mail on Oct 04, 2009.
sp           +Felderstein, Fitzgerald, Willoughby and Pascuzzi,    400 Capitol Mall,    #1450,
               Sacramento, CA 95814-4434
sp           +Lovitt & Hannan, Inc.,    900 Front Street, Ste. 300,    San Francisco, CA 94111-1427
             +Pachulski Stang Ziehl & Jones LLP,    Attn: John Fiero,    150 California St. , 15th Floor,
               San Francisco, CA 94111-4554
             +United States Trustee,    Donna S. Tamanaha Assist. US Trustee,    235 Pine Street, Ste. 700,
               San Francisco, CA 94104-2736
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 04, 2009**                          Signature:      *Joseph Speetjens*