UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION



In re:                  Case No.: 08-32514

HELLER EHRMAN LLP

                 Chapter 11

       Debtor

                 **OBJECTION OF JOHN P. ISACSON**

                 **Disclosure Statement Hearing:**

                 **Date:** November 9, 2009
                 **Time:** 1:30 p.m

                 **Confirmation Hearing:**

                 **Date:** TBA

                 **Time:** TBA

                 **Place:** United States Bankruptcy Court
                 235 Pine Street, 22nd Floor
                 San Francisco, CA

                 **Judge:** Honorable Dennis Montali

# OBJECTION OF JOHN P. ISACSON

.      A proposed plan of liquidation, plan notice, plan disclosure and various exhibits were filed in the captioned matter on October 8-9, 2009.

2.      Exhibit B purports to be a listing of former shareholders. Exhibit B provides no dates identifying when an individual became a former shareholder.

3.      Exhibit C is entitled "Compromise and Settlement Agreement" and states that the Compromise and Settlement Agreement is between various plaintiffs and, *inter alia*, a "Defendant Shareholder Class." Exhibit C further states that the Defendant Shareholder Class is composed of "all Shareholders of the Professional Corporation Defendants as of August 11, 2008" and further states that "Defendant Shareholder Class members are listed on Exhibit B."

4.      The undersigned John P. Isacson resigned as a Shareholder and Employee on March 10, 2006 and was not a Shareholder of the Professional Corporation Defendants as of August 11, 2008 or anytime thereafter, regardless of his inclusion of his name on Exhibit B.

Respectfully submitted,

October 24, 2009

John P. Isacson

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the Objection of John P. Isacson was caused to be served on the following on October 24, 2009 by first class/priority mail:

John Fiero, Esq. and Teddy Kapur, Esq.
Counsel for the Debtor
Pachulski Stang Ziehl & Jones LLP
150 California Street
15th Floor
San Francisco, CA 94111

Thomas Willoughby, Esq.
Counsel for the Committee
Felderstein, Fitzgerald, Willoughby & Pascuzzi, LLP
400 Capital Mall
Suite 1450
Sacramento, CA 95814

Minnie Loo, Esq.
Office of the United States Trustee
235 Pine Street
7th Floor
San Francisco, CA 94104

_____
John P. Isacson