STEVEN H. FELDERSTEIN, State Bar No. 056978
THOMAS A. WILLOUGHBY, State Bar No. 137597
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435

Attorneys for The Official Committee
of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HELLER EHRMAN LLP,<br><br>Debtor. | CASE NO.: 08-32514<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION TO ABANDON CLAIMS AGAINST THE HELLER EHRMAN LLP RETIREMENT PLAN (AMENDED AND RESTATED EFFECTIVE JANUARY 1, 2007)**<br><br>[PURSUANT TO LBR 9014-1, NO HEARING UNLESS OBJECTION FILED OR HEARING REQUESTED] |

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors in the above referenced case (the "Committee") has filed a Motion ("Motion") to Abandon Claims Against the Heller Ehrman LLP Retirement Plan (Amended and Restated Effective January 1, 2007) (the "LEO Plan") and additional papers in support thereof.

**PLEASE TAKE FURTHER NOTICE** that by the Motion, the Committee seeks to abandon any and all claims of the estate against the Heller Ehrman LLP Retirement Plan (Amended and Restated Effective January 1, 2007) for which the Committee has been designated the representative of the estate to investigate and/or bring (the "Potential Claims against the LEO Plan") on the ground that the Potential Claims against the LEO Plan are burdensome or of inconsequential value to the bankruptcy estate.

**PLEASE TAKE FURTHER NOTICE** that the Motion is based upon the Motion, the Declaration of Thomas Willoughby filed in support thereof, the memorandum of points and authorities, and any other evidence properly before the Court.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 9014-1(b)(3), any objection to or request for hearing on the Motion must be filed with the Court (235 Pine Street, 19th Floor, San Francisco, CA 94104), and served upon counsel to the Committee at the above-captioned address so that it is received within twenty (20) days of the date of this notice. Any objection or request for hearing must be accompanied by any declarations or memoranda of law that the objecting or requesting party wishes to present in support of its position. If any opposition or request for hearing is timely filed and served, the Committee will set the matter for hearing and will provide at least ten (10) days' written notice of the hearing to the objecting or requesting party. **If there is no timely objection or request for hearing, the Court may grant the relief requested in the Motion by default.**

Dated: November 17, 2009

        FELDERSTEIN FITZGERALD
        WILLOUGHBY & PASCUZZI LLP

        By   */s/ Thomas A. Willoughby*
           Thomas A. Willoughby
           Attorneys for the Official Committee of Unsecured
           Creditors