# EXHIBIT B

| | |
|---|---|
| **From:** | Martinez, Kirk [IMCEAEX-_O=NATIONAL+20FIBER+20NETWORK+2C+20INC+2E_OU=METROFIBER_CN=RECIPIENTS_CN=KMARTINEZ@above.net] |
| **Sent:** | Tuesday, January 27, 2009 3:06 PM |
| **To:** | Kelly, Scott |
| **Subject:** | Re: Received your VM. |

Nothing.. Good luck with work and please let me know where you end up.

---

**From:** Kelly, Scott
**To:** Martinez, Kirk
**Sent:** Tue Jan 27 17:01:23 2009
**Subject:** Received your VM.

Thanks for confirming all the circuits are canceled. Is there anything else you need from me or HellerEhrman to insure the proper paperwork is generated?

Regards,
SK

**Scott Kelly** | Manager of Network Operations | **HellerEhrman**LLP | 333 Bush Street | San Francisco, CA 94104
tel: +1.415.772.6755 | fax: +1.415.772.6268 | email: scott.kelly@hellerehrman.com | web: www.hellerehrman.com

========================================================

This email is sent by a law firm and contains information that may
be privileged and confidential. If you are not the intended recipient,
please delete the email and notify us immediately.

========================================================