# EXHIBIT C

**From:** Kelly, Scott [mailto:Scott.Kelly@hellerehrman.com]
**Sent:** Monday, March 30, 2009 12:30 PM
**To:** Martinez, Kirk
**Subject:** Cross Connections at 365 Main

Kirk,

I would like to remove all the Abovenet cross connections into our cage at 365 Main.

Please provide Abovenet's portion of the information for the two 365 Main to 333 Bush and Silicon Valley lines.:
    Room
    Row
    Rack
    Demarc Port

I would still like to discuss the termination arrangement for the other circuits. Please feel free to call me at your earliest convenience.

Thanks,

SK
408-621-0332.

**Scott Kelly** | Manager of Network Operations | HellerEhrmanLLP | 333 Bush Street | San Francisco, CA 94104
tel: +1.415.772.6755 | fax: +1.415.772.6268 | email: scott.kelly@hellerehrman.com | web: www.hellerehrman.com

================================================

This email is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the email and notify us immediately.

================================================