MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar #66849
MICHELE THOMPSON, ESQ., CA Bar #241676
44 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: (415) 362-7500
Facsimile: (415) 362-7515

Attorneys for
AboveNet Communications, Inc.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HELLER EHRMAN LLP,<br><br>                Debtor. | Case No. 08-32514<br><br>Chapter 11<br><br>Date:    January 28, 2010<br>Time:   1:30 p.m.<br>Place:   235 Pine Street, 22nd Floor<br>            San Francisco, CA 94104<br>Judge:  The Honorable Dennis Montali |

## **CERTIFICATE OF SERVICE**

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this Court, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 44 Montgomery Street, Suite 1010, San Francisco, California 94104-4789; that on July 13, 2009, I served a copy of the following:

- **MOTION OF ABOVENET COMMUNICATIONS INC. FOR ALLOWANCE OF ADMINISTRATIVE CLAIM PURSUANT TO 11 U.S.C. §§ 365(D)(5) AND 503(A);**

- **DECLARATION OF HADLEY E. FELDMAN IN SUPPORT OF MOTION OF ABOVENET COMMUNICATIONS INC. FOR ALLOWANCE OF ADMINISTRATIVE CLAIM PURSUANT TO 11 U.S.C. §§ 365(D)(5) AND 503(A);**

- **NOTICE OF HEARING ON MOTION OF ABOVENET COMMUNICATIONS INC. FOR ALLOWANCE OF ADMINISTRATIVE CLAIM PURSUANT TO 11 U.S.C. §§ 365(D)(5) AND 503(A).**

1

on each party listed below in the following manner:

☐ BY FIRST CLASS MAIL: by placing said document(s) listed above in a sealed envelope with postage fully prepaid, in a United States mail box at San Francisco California, addressed as set forth below.

☐ BY TELECOPIER: by transmitting via facsimile said document(s) listed above to the fax number set forth below.

☐ BY OVERNIGHT DELIVERY: by placing said document(s) listed above in a sealed envelope to be delivered on the next business day by Federal Express overnight delivery addressed as set forth below.

☐ BY PERSONAL SERVICE: by causing to be delivered by reputable messenger service said document(s) listed above addressed as set forth below.

☒ BY ELECTRONIC MAIL: by transmitting via email said document(s) listed above to the email address set forth below.

☒ BY ECF EMAIL NOTIFICATION: by way of this court's ECF email notification to the participating parties set forth below.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on December 2, 2009.

/s/ Michele Thompson

United States Trustee
Donna S. Tamanaha
Assistant U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Donna.S.Tamanaha@usdoj.gov

Counsel to Debtor
John D. Fiero
Kenneth H. Brown
Miriam P. Khatiblou
Teddy M. Kapur
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
jfiero@pszjlaw.com
kbrown@pszjlaw.com
mkhatiblou@pszjlaw.com
tkapur@pszjlaw.com

Counsel to Committee of Unsecured Creditors
Steven H. Felderstein, Esq.
Thomas A. Willoughby, Esq.
FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI, LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814
sfelderstein@ffwplaw.com
twilloughby@ffwplaw.com

LAW OFFICES
MEYERS LAW GROUP, P.C.
44 MONTGOMERY STREET, SUITE 1010
SAN FRANCISCO, CALIFORNIA 94104