MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar #66849
MICHELE THOMPSON, ESQ., CA Bar #241676
44 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: (415) 362-7500
Facsimile: (415) 362-7515

Attorneys for
AboveNet Communications, Inc.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HELLER EHRMAN LLP,<br><br>          Debtor. | Case No. 08-32514<br><br>Chapter 11<br><br>Date:   January 28, 2010<br>Time:  1:30 p.m.<br>Place:  235 Pine Street, 22nd Floor<br>          San Francisco, CA 94104<br>Judge:  The Honorable Dennis Montali |

**NOTICE OF HEARING OF MOTION OF ABOVENET COMMUNICATIONS INC. FOR ALLOWANCE OF ADMINISTRATIVE CLAIM PURSUANT TO 11 U.S.C. §§ 365(D)(5) AND 503(A)**

**PLEASE TAKE NOTICE** that AboveNet Communications, Inc. ("AboveNet"), has filed the *Motion of AboveNet Communications, Inc. for Allowance of Administrative Claim Pursuant to 11 U.S.C. §§ 365(D)(5) and 503(A)* (the "Motion"), contemporaneously with the *Declaration Of Hadley E. Feldman In Support of Motion of AboveNet Communications, Inc. for Allowance of Administrative Claim Pursuant to 11 U.S.C. §§ 365(D)(5) and 503(A)*.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held on **January 28, 2010, at 1:30 p.m.**, or as soon thereafter as counsel may be heard, before the Honorable Dennis Montali, United States Bankruptcy Judge, at the United States Bankruptcy Court located at 235 Pine Street, 22nd Floor, San Francisco, California.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Local Rule 9014-1(c), any objection to the relief requested in the Motion must be filed with the Court and served upon counsel for AboveNet at least fourteen (14) days prior to the scheduled hearing date for the Motion.

Any objection must be accompanied by any supporting declarations or memoranda that the objecting party wishes to present in support of its position. **If there is no timely objection, the Court may grant the relief requested in the Motion without further notice.**

DATED: December 2, 2009

MEYERS LAW GROUP, P.C.

By    /s/ Merle C. Meyers
     Merle C. Meyers, Esq.
     Attorneys for AboveNet Communications, Inc.

2
NOTICE OF HEARING OF MOTION OF ABOVENET COMMUNICATIONS INC. FOR ALLOWANCE OF ADMINISTRATIVE CLAIM PURSUANT TO 11 U.S.C. §§ 365(D)(5) AND 503(A)
20045/24443

Case: 08-32514    Doc# 803    Filed: 12/02/09    Entered: 12/02/09 18:39:11    Page 2 of 2

LAW OFFICES
MEYERS LAW GROUP, P.C.
44 MONTGOMERY STREET, SUITE 1010
SAN FRANCISCO, CALIFORNIA 94104