```
STEVEN H. FELDERSTEIN, State Bar No. 056978
THOMAS A. WILLOUGHBY, State Bar No. 137597
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
E-mail: sfelderstein@ffwplaw.com
E-mail: twilloughby@ffwplaw.com

Attorneys for The Official Committee
of Unsecured Creditors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HELLER EHRMAN LLP,<br><br>    Debtor. | CASE NO.: 08-32514<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION FOR AN ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO SETTLE CERTAIN CLAIMS WITHOUT FURTHER HEARING OR NOTICE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019(b)**<br><br>Date:  December 30, 2009<br>Time:  9:30 a.m.<br>Place:  235 Pine Street<br>      San Francisco, CA<br>Judge:  Hon. Dennis Montali |

  **PLEASE TAKE NOTICE** that The Official Committee of Unsecured Creditors in the above referenced case (the "Committee") has filed a Motion (the "Motion") for entry of an Order, as follows:

  1.  The Committee seeks Court confirmation of the Debtor's prior stipulation to authorize the Committee to settle bankruptcy estate claims (against the shareholders (the "Shareholders") of the Debtor's corporate general partners (the "Heller PCs") and to the extent stipulated by the time of the hearing by the Debtor, authorizing the Committee to settle Claims

-1-

FOR AN ORDER AUTHORIZING SETTLEMENT
PROCEDURES

Case: 08-32514   Doc# 815   Filed: 12/09/09   Entered: 12/09/09 21:30:06   Page 1 of 3

against the Heller PCs as well.

2. The Motion also seeks Court approval for a settlement process by which the Committee, at its discretion, to settle Claims and grant mutual releases and other negotiated terms with the Shareholders pursuant to a settlement formula and settlement terms to be filed under seal on or about Friday, December, 18, 2009 in amounts up to the sums necessary to confirm a liquidating plan in this case (estimated to be approximately $5,000,000);

3. Finally, the Motion seeks a finding that any settlements made pursuant to the confidential settlement formula and terms to be filed under seal by the Committee on or about Friday, December 18, 2009 will be "good faith" settlements under California Code of Civil Procedure section 877 and other relief as the Court may find is just and appropriate in the circumstances of this case.

4. The Committee bases the Motion on this Notice, the Memorandum of Points and Authorities and Motion filed concurrently herewith, the documents to be filed under seal on or about Friday, December 18, 2009, and the other documents and records on file in this case.

All of the information contained in the Motion is not set forth in this Notice. A copy of the Motion and all supporting papers are a part of the Court's electronic record, which is the official record of the Court, and can be accessed either through the PACER information system (see http://www.canb.uscourts.gov/ -- subscription required) or is available for inspection at computer terminals (printing is available), which are located at the Office of the Clerk, 235 Pine Street, 19th Floor, San Francisco, CA 94104. These documents are also available from the Committee's attorneys upon reasonable request.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to approve the motion, or if you want the court to consider your views on the motion, then on or before 5 days prior to the scheduled hearing, you or your attorney must:

    a. File with the Court a written response, explaining your position, either

electronically[1] or if allowed by the Local Rules by mail at P.O. Box 7341, San Francisco, CA 94120-7341 or in person 235 Pine Street, 19th Floor, San Francisco, CA 94104. If you do not file a written response, the court may remove the matter from the calendar and rule on the Motion before the hearing. Simply appearing at the hearing is not sufficient to protect any rights you may have.

    b.    If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

    c.    You must also mail a copy to:

Thomas A. Willoughby, Attorneys for the Committee
Felderstein Fitzgerald Willoughby & Pascuzzi LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814-4434

Office of the United States Trustee, at the following address
United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

Counsel for the Debtor
John Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500

And any other party who has filed a request for special notice in this case.

    d.    Attend the hearing scheduled on December 30, 2009, at 9:30 a.m. at the United States Bankruptcy Court, 235 Pine Street, Courtroom 22, San Francisco, California, before the Honorable Dennis Montali, United States Bankruptcy Judge.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested.

Dated: December 9, 2009

                       FELDERSTEIN FITZGERALD
                       WILLOUGHBY & PASCUZZI LLP

                       By   */s/ Thomas A. Willoughby*
                           THOMAS A. WILLOUGHBY
                           Attorneys for the Official Committee of Unsecured Creditors

---

[1] "All attorneys practicing in the U.S. Bankruptcy Court for the Northern District of California, including attorneys admitted *pro hac vice*, are required to file all documents (including new bankruptcy case petitions but excluding documents to be placed under seal in accordance with § 7 of the Amended Operating Order) electronically via the CM/ECF system." *See* Administrative Procedures For Electronic Case Filing on the Court's website at www.canb.uscourts.gov.