1  John D. Fiero (CA Bar No. 136557)
   Kenneth H. Brown (CA Bar No. 100396)
2  Miriam Khatiblou (CA Bar No. 178584)
   Gail S. Greenwood (CA Bar No. 169939)
3  Teddy M. Kapur (CA Bar No. 242486)
   PACHULSKI STANG ZIEHL & JONES LLP
4  150 California Street, 15th Floor
   San Francisco, California  94111-4500
5  Telephone: 415/263-7000
   Facsimile:  415/263-7010415-263-7010
6
   E-mail: jfiero@pszjlaw.com
7          kbrown@pszjlaw.com
           mkhatiblou@pszjlaw.com
8          ggreenwood@pszjlaw.com
           tkapur@pszjlaw.com
9
   Attorneys for Heller Ehrman LLP,
10 Debtor and Debtor in Possession

11           UNITED STATES BANKRUPTCY COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13               SAN FRANCISCO DIVISION

14 In re:                          Case No.: 08-32514

15 Heller Ehrman LLP,              Chapter 11

16                 Debtor.         **AMENDMENT TO SCHEDULES B, E
                                   AND F**
17
                                   [NO HEARING REQUIRED]
18

19        **PLEASE TAKE NOTICE** that Heller Ehrman LLP (the "Debtor") hereby amends its

20 Summary of Schedules and Schedules B, E and F of its Schedules of Assets and Liabilities, all filed

21 on January 26, 2009 (the "Original Schedules") [Docket No. 101].  Such amendments to the Original

22 Schedules are attached hereto as **Exhibits 1**, **2, 3** and **4**, respectively (each an "Amended Schedule,"

23 and collectively, the "Amended Schedules").

24        **PLEASE TAKE FURTHER NOTICE** that the Amended Schedules do not replace the

25 Original Schedules in their entirety.  The Amended Schedules supplement the Original Schedules

26 and reflect (i) minor revisions to Schedule B (personal property), including the reduction to a value

27 of $0.00 of a luxury suite license to reflect that it is not property of the Debtor, but rather of one of

28 the Debtor's constituent professional corporations; (ii) claims inadvertently omitted from the

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1    Original Schedules (primarily on Schedule F); and (iii) amendments to claim amounts or the priority

2    elements of claims previously listed in the Original Schedules (primarily applicable to Schedule E).

3    To the extent the amount of a claim listed in the Original Schedules differs from the amount listed in

4    the Amended Schedules, the amount listed in the Amended Schedules hereby replaces such

5    previously scheduled amount. The Debtor believes that all other entries in the Original Schedules

6    that are not identified in the Amended Schedules are accurate and remain unchanged as entered in

7    the Original Schedules. In addition, an updated Summary of Schedules is provided, reflecting the

8    effect of the amendments to Schedules B, E and F.

9         **PLEASE TAKE FURTHER NOTICE** that to avoid any confusion, the pagination set forth

10   in the bottom-left portion of Amended Schedule E and Amended Schedule F do not correlate with

11   the pagination in the Original Schedules.

12        I declare under penalty of perjury that the information contained in **Exhibits 1**, **2**, **3** and **4**

13   attached hereto, are true and correct to the best of my knowledge, information and belief.

14   Dated: December ___ 2009

15                                              Peter J. Benvenutti, Responsible Individual

16

17

18

19

20

21

22

23

24

25

26

27

28

35685-001\DOCS_SF:67170.4

AMENDMENT TO SCHEDULES B, E AND F

# EXHIBIT 1

# United States Bankruptcy Court
# Northern District of California

IN RE:                                                    Case No. **08-32514** _____

**Heller Ehrman LLP** _____          Chapter **11** _____

Debtor(s)

## AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 4 | $ 139,908,580.88 | | |
| C - Property Claimed as Exempt | No | 1 | | | |
| D - Creditors Holding Secured Claims | No | 2 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 141 | | $ 13,547,158.75 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 268 | | $ 29,574,241.31 | |
| G - Executory Contracts and Unexpired Leases | No | 7 | | | |
| H - Codebtors | No | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 426 | $ 139,908,580.88 | $ 43,121,400.06 | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# EXHIBIT 2

IN RE **Heller Ehrman LLP**                                        Case No. **08-32514**
_____
Debtor(s)                                                              (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] · Forms Software Only

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Heller Ehrman (Hong Kong) Limited - pursuant to Office Services Agreement** | | **11,046,845.00** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **50% interest in SF Giants license to purchase Luxury Box Suite #35.  [Entry was amended to reflect a zero value because the interest is not owned by the Debtor.]** | | **0.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**      Case No. **08-32514**

_____
Debtor(s)                  (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33.   Farming equipment and implements. | X | | | |
| 34.   Farm supplies, chemicals, and feed. | X | | | |
| 35.   Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **11,046,845.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **1** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Heller Ehrman LLP**
**Form 6B**
**Schedule B - Personal Property**
**Item # 3, Security Deposits**

1113 Commissioner of Patents and Trademarks Deposit Account     10,591.00
          Acct Number 081641
          Dir of USPTO
          PO Box 1450
          Alexandria, VA. 22313-1450

1119 Refundable Deposits:

SD Office Security Deposit                            240,549.53
          EOP - La Jolla, LLC
          4365 Executive Drive
          Suite 470
          San Diego, Ca. 92121

Wageworks 2008 FSA Plan Year Deposit          36,795.43
          Wageworks, Inc
          P.O. Box 45772
          San Francisco, Ca. 94145

Guckenheimer Catering Deposit                 14,166.00
          Guckenheimer Enterprises, Inc
          File No 72527
          PO Box 6000
          San Francisco, Ca. 94160

M Faber NY Apt Security Deposit              19,000.00
          Michael Russak
          448 West 37th Street #9C
          New York, NY 10018

Con Edison NY Electric Deposit               12,405.00
          Con Edison
          Cooper Station
          PO Box 138

E Stringham NY Apt Deposit                  4,200.00
          Laurie M. Rosario
          366 W 11th St # 7F
          New York, NY 10014

Hartford Financial Services ( dep on workers comp policy)    100,000.00
          Hartford Financial Services, Inc.
          Department 5454
          P.O. Box 3000
          Hartford, CT 06150-5454

                         **TOTAL**       **437,706.96**

# EXHIBIT 3

Case: 08-32514    Doc# 823    Filed: 12/15/09    Entered: 12/15/09 18:45:03    Page 10 of 163

IN RE **Heller Ehrman LLP**                                                    Case No. **08-32514**

_____
Debtor(s)                                                                                          (If known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**        Case No. **08-32514**

Debtor(s)        (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Abrams, Diane**<br>**1613 Warbler Court**<br>**Carlsbad, CA 92009** | | | Vacation | | | | 3,406.01 | 1,770.71 | 1,635.30 |
| ACCOUNT NO.<br>**Adams, Laurie**<br>**8013 Hampden Lane**<br>**Bethesda, MD 20814** | | | Vacation | | | | 15,981.88 | 6,107.32 | 9,874.56 |
| ACCOUNT NO.<br>**Adams, Naomi**<br>**100 S. Barton Street**<br>**Arlington, VA 22204** | | | Vacation | | | | 410.44 | 410.44 | |
| ACCOUNT NO.<br>**Adelson, Dena**<br>**378 Capp Street**<br>**San Francisco, CA 94110** | | | Vacation | | | | 2,678.24 | 1,535.22 | 1,143.02 |
| ACCOUNT NO.<br>**Agee, Andrea**<br>**5864 San Vicente Blvd., Apt. 3**<br>**Los Angeles, CA 90019** | | | Vacation | | | | 794.34 | 794.34 | |
| ACCOUNT NO.<br>**Aguon, Norman**<br>**630 Presidio Avenue, # 3**<br>**San Francisco, CA 94115** | | | Vacation | | | | 7,836.93 | 4,148.96 | 3,687.97 |

Sheet no. ___**1**___ of ___**140**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)   $   **31,107.84**   $   **14,766.99**   $   **16,340.85**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $     $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Heller Ehrman LLP                                              Case No. 08-32514
_____                    _____
           Debtor(s)                                                    (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Aidukas, E.**<br>**200 Lakeside Drive #302**<br>**Oakland, CA 94612** | | | **Guaranteed Bonus and Vacation** | | | | 29,727.49 | 5,968.12 | 23,759.37 |
| ACCOUNT NO.<br>**Albeno, Brenda**<br>**27641 W Elk Ridge Road**<br>**Castaic, CA 91384** | | | **Vacation, retention bonus** | | | | 11,825.25 | 3,333.86 | 8,491.39 |
| ACCOUNT NO.<br>**Aldridge, Cynthia**<br>**3667 19th Street**<br>**San Francisco, CA 94110** | | | **Vacation** | | | | 8,156.60 | 1,917.90 | 6,238.70 |
| ACCOUNT NO.<br>**Alenick, Suzanne**<br>**1 Dimino Court**<br>**Woodcliff Lake, NJ 07677** | | | **Vacation** | | | | 15,003.81 | 5,627.54 | 9,376.27 |
| ACCOUNT NO.<br>**Alexander, Nancy**<br>**6706 39th SW**<br>**Seattle, WA 98136** | | | **Vacation** | | | | 6,306.75 | 2,987.02 | 3,319.73 |
| ACCOUNT NO.<br>**Alksnis, Christopher**<br>**1004 Pierce Street**<br>**San Francisco, CA 94115** | | | **Vacation** | | | | 597.26 | 597.26 | |

Sheet no. __2__ of __140__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 71,617.16 | $ 20,431.70 | $ 51,185.46 |

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $          $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP                                                   Case No. **08-32514**

_____

Debtor(s)                                                                                    (If known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Allen, Carey**<br>**575 Pierce St #202**<br>**San Francisco, CA 94117** | | | **Supplemental Profit Sharing Contributions, Contribution to Employee Benefit Plan and Vacation** | | | | **35,860.00** | **9,657.64** | **26,202.36** |
| ACCOUNT NO.<br>**Alvarez, Cynthia**<br>**661 Azores Circle**<br>**Bay Point, CA 94565** | | | **Vacation** | | | | **5,076.17** | **1,905.82** | **3,170.35** |
| ACCOUNT NO.<br>**Amon, Mellany**<br>**5220 White Lotus Way**<br>**Elk Grove, CA 95757** | | | **Vacation** | | | | **1,375.36** | **1,375.36** | |
| ACCOUNT NO.<br>**Anders, Teresa**<br>**14 Marcus Court**<br>**Madison, WI 53713** | | | **Vacation** | | | | **599.59** | **599.59** | |
| ACCOUNT NO.<br>**Anderson, Kellie**<br>**515 University Avenue Apt. 210**<br>**Madison, WI 53703** | | | **Vacation** | | | | **283.88** | **283.88** | |
| ACCOUNT NO.<br>**Anderson, Patricia**<br>**840 Geary St. #44**<br>**San Francisco, CA 94109** | | | **Vacation** | | | | **2,175.64** | **1,523.97** | **651.67** |

Sheet no. ___**3**___ of ___**140**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ **45,370.64** | $ **15,346.26** | $ **30,024.38** |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

IN RE **Heller Ehrman LLP**                                                         Case No. **08-32514**
_____                                         _____
Debtor(s)                                                                          (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Anderson, Richard**<br>**1064 Stannage Ave.**<br>**Albany, CA 94706** | | | **Vacation** | | | | **15,771.19** | **6,024.95** | **9,746.24** |
| ACCOUNT NO.<br>**Andrada, Samantha**<br>**222 Sandpiper Court**<br>**Novato, CA 94949** | | | **Vacation** | | | | **6,370.92** | **2,684.82** | **3,686.10** |
| ACCOUNT NO.<br>**Andrews, Christopher**<br>**2317 Carleton St.**<br>**Berkeley, CA 94704** | | | **Vacation** | | | | **19,159.36** | **6,295.22** | **12,864.14** |
| ACCOUNT NO.<br>**Angoco, Heather**<br>**4639 Utah Street**<br>**San Diego, CA 92116-3147** | | | **Vacation** | | | | **2,321.09** | **2,321.09** | |
| ACCOUNT NO.<br>**Annand, Kari**<br>**15617 SE 42nd Place**<br>**Bellevue, WA 98006** | | | **Vacation** | | | | **11,053.85** | **5,104.23** | **5,949.62** |
| ACCOUNT NO.<br>**Anstaett, David**<br>**6928 Ramsey Road**<br>**Middleton, WI 53562** | | | **Vacation** | | | | **27,814.10** | **8,507.05** | **19,307.05** |

Sheet no. ___**4**___ of ___**140**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **82,490.51** | $ **30,937.36** | $ **51,553.15** |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Heller Ehrman LLP                                    Case No. **08-32514**
_____
                    Debtor(s)                                         (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Anthony, Christoffer**<br>**183 Stoneridge Lane**<br>**San Francisco, CA  94134** | | | **Vacation** | | | | **6,446.66** | **2,778.54** | **3,668.12** |
| ACCOUNT NO.<br>**Appelbaum, Mark**<br>**26 Blue Gum Court**<br>**Pleasant Hill, CA  94523** | | | **Vacation** | | | | **25,998.25** | **7,486.20** | **18,512.05** |
| ACCOUNT NO.<br>**Arekapudi, Kartik**<br>**515 West 52nd Street, #7A**<br>**New York, NY  10019** | | | **Vacation** | | | | **7,823.30** | **5,665.06** | **2,158.24** |
| ACCOUNT NO.<br>**Atkins, Brett**<br>**4212 Via Mar De Delfinas**<br>**San Diego, CA  92130** | | | **Vacation** | | | | **13,883.74** | **8,166.77** | **5,716.97** |
| ACCOUNT NO.<br>**Atkinson, Shelley**<br>**417 Baltic Avenue**<br>**Glen Burnie, MD  21061** | | | **Vacation** | | | | **5,035.91** | **1,928.65** | **3,107.26** |
| ACCOUNT NO.<br>**Autio, Pamela**<br>**2402 California St. #202**<br>**San Francisco, CA  94115** | | | **Vacation** | | | | **2,172.82** | **2,172.82** | |

Sheet no. ___**5**___ of ___**140**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)  $ **61,360.68**  $ **28,198.04**  $ **33,162.64**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $           $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Heller Ehrman LLP      Case No. **08-32514**

Debtor(s)      (If known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Aviles-Shaw, Patricia** <br> **1642 Bunting Court** <br> **Lincoln, CA 95648** | | | Vacation | | | | 6,247.40 | 2,996.84 | 3,250.56 |
| ACCOUNT NO. <br> **Axelrod, Mary** <br> **4678 Heyer Ave** <br> **Castro Valley, CA 94546** | | | Vacation | | | | 7,792.22 | 3,302.23 | 4,489.99 |
| ACCOUNT NO. <br> **Ayala, Orlando** <br> **758 Sweeny St.** <br> **San Francisco, CA 94134** | | | Vacation | | | | 1,362.78 | 1,362.78 | |
| ACCOUNT NO. <br> **Bagwell, Nancy** <br> **17069 Via Perdido** <br> **San Lorenzo, CA 94580-2843** | | | Vacation | | | | 5,110.71 | 2,161.29 | 2,949.42 |
| ACCOUNT NO. <br> **Baker, Bryce** <br> **2714 Clay St** <br> **Alameda, CA 94501** | | | Vacation | | | | 5,303.80 | 5,303.80 | |
| ACCOUNT NO. <br> **Balcomb, Stephen** <br> **18595 Locksley St.** <br> **San Diego, CA 92128** | | | Supplemental Profit Sharing Contributions, Contribution to Employee Benefit Plan and Vacation | | | | 46,021.99 | 12,046.08 | 33,975.91 |

Sheet no. **6** of **140** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **71,838.90** | $ **27,173.02** | $ **44,665.88** |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP        Case No. **08-32514**

Debtor(s)      (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Baldwin, Geoffrey**<br>**3050 Tamarron Bl #10204**<br>**Austin, TX 78746** | | | Vacation | | | | 16,970.67 | 6,240.48 | 10,730.19 |
| ACCOUNT NO.<br>**Banks, Stephanie**<br>**330 Presidio Ave #4**<br>**San Francisco, CA 94115** | | | Vacation | | | | 4,655.38 | 2,043.46 | 2,611.92 |
| ACCOUNT NO.<br>**Barber, Eric**<br>**310 Campbell Street**<br>**Madison, WI 53711** | | | Vacation | | | | 24,047.69 | 7,145.92 | 16,901.77 |
| ACCOUNT NO.<br>**Barnes, Jennifer**<br>**4323 Corliss Ave. N.**<br>**Seattle, WA 98103** | | | Vacation | | | | 4,024.96 | 2,479.38 | 1,545.58 |
| ACCOUNT NO.<br>**Barni, Barbara**<br>**5682 Drysdale Drive**<br>**San Jose, CA 95124** | | | Vacation | | | | 3,982.61 | 1,210.63 | 2,771.98 |
| ACCOUNT NO.<br>**Barnwell, Jason**<br>**1209 W Howe St**<br>**Seattle, WA 98119** | | | Vacation | | | | 5,234.87 | 4,934.09 | 300.78 |

Sheet no. **7** of **140** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 58,916.18 | $ 24,053.96 | $ 34,862.22 |

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

**IN RE** Heller Ehrman LLP      Case No. **08-32514**

           Debtor(s)                 (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Barquet, Celeste**<br>**12550 Greenwood Ave. N. #301**<br>**Seattle, WA  98133** | | | Vacation | | | | 1,776.37 | 983.21 | 793.16 |
| ACCOUNT NO.<br>**Barrs, Paul**<br>**2037 Fair Oaks Avenue**<br>**South Pasadena, CA  91030** | | | Vacation | | | | 26,542.00 | 8,166.77 | 18,375.23 |
| ACCOUNT NO.<br>**Bates, Diane**<br>**175 S. Lake Avenue #413**<br>**Pasadena, CA  91101** | | | Vacation | | | | 3,608.61 | 2,338.40 | 1,270.21 |
| ACCOUNT NO.<br>**Behrend, Andrew**<br>**3019 Dartmouth Drive**<br>**Anchorage, AK  99508** | | | Vacation | | | | 11,985.48 | 4,760.34 | 7,225.14 |
| ACCOUNT NO.<br>**Bentley, Rebecca**<br>**11512 Lady Alison Court**<br>**Waldorf, MD  20601** | | | Vacation | | | | 1,246.50 | 1,246.50 | |
| ACCOUNT NO.<br>**Berg, Debra**<br>**1229 Chestnut St. Apt. 11**<br>**San Francisco, CA  94109** | | | Vacation | | | | 17,254.57 | 5,784.80 | 11,469.77 |

Sheet no. __8__ of __140__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)   $ **62,413.53**   $ **23,280.02**   $ **39,133.51**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $      $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**                                        Case No. **08-32514**
_____
                          Debtor(s)                                                    (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Berninzoni, Thomas**<br>**34 Short Street**<br>**San Francisco, CA 94114-2231** | | | **Vacation** | | | | 3,824.92 | 3,421.81 | 403.11 |
| ACCOUNT NO.<br>**Bernstein, Jeremy**<br>**65 Schriever Lane**<br>**New City, NY 10956** | | | **Vacation** | | | | 15,107.14 | 4,454.67 | 10,652.47 |
| ACCOUNT NO.<br>**Beshore, Trevel**<br>**440 Holladay Ave**<br>**San Francisco, CA 94110** | | | **Vacation** | | | | 2,698.61 | 2,452.15 | 246.46 |
| ACCOUNT NO.<br>**Biggers, Debora**<br>**225 S. Buena Vista St.**<br>**Redlands, CA 92373** | | | **Sabbatical Pay** | | | | 9,837.72 | 3,402.76 | 6,434.96 |
| ACCOUNT NO.<br>**Bina, Gabrielle**<br>**72 Wood Brook Way**<br>**Fitchburg, WI 53711** | | | **Vacation** | | | | 37,864.94 | 6,223.54 | 31,641.40 |
| ACCOUNT NO.<br>**Biratu, Sirak**<br>**120 Aschloop- Apt. 16D**<br>**Bronx, NY 10475** | | | **Vacation** | | | | 3,546.64 | 2,227.29 | 1,319.35 |

Sheet no. ___**9**___ of ___**140**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **72,879.97** | $ **22,182.22** | $ **50,697.75** |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Heller Ehrman LLP _____ Case No. 08-32514
Debtor(s) (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Birns, Kayla**<br>**173 N. Allen Avenue #2**<br>**Pasadena, CA 91106** | | | Vacation | | | | **4,782.77** | **4,782.77** | |
| ACCOUNT NO.<br>**Blackett, Rocel**<br>**2001 Mc Allister B-229**<br>**San Francisco, CA 94118** | | | Vacation and retention bonus | | | | **1,874.86** | **914.69** | **960.17** |
| ACCOUNT NO.<br>**Blaylock, Carla**<br>**662 Capp Street #2**<br>**San Francisco, CA 94110** | | | Vacation | | | | **6,462.28** | **3,197.14** | **3,265.14** |
| ACCOUNT NO.<br>**Bloodworth, Shannon**<br>**11409 Hunt Crossing Court**<br>**Ellicott City, MD 21042** | | | Vacation | | | | **28,997.94** | **9,527.89** | **19,470.05** |
| ACCOUNT NO.<br>**Bodden, Kendall**<br>**2315 19th Avenue E**<br>**Seattle, WA 98112** | | | Vacation | | | | **18,464.00** | **5,444.51** | **13,019.49** |
| ACCOUNT NO.<br>**Boehler, Jennifer**<br>**410 Kentucky Avenue**<br>**Berkeley, CA 94707** | | | Vacation | | | | **8,549.28** | **3,238.22** | **5,311.06** |

Sheet no. __10__ of __140__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **69,131.13** | $ **27,105.22** | $ **42,025.91**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $

IN RE **Heller Ehrman LLP**                                      Case No. **08-32514**
_____                        _____
                     Debtor(s)                                    (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Boger-Smith, Pheobe**<br>**13107 Belle Meade Trace**<br>**Bowie, MD  20720** | | | Vacation | | | | 2,157.93 | 2,157.93 | |
| ACCOUNT NO.<br>**Boggs, Russell**<br>**2159 Via Tiemp**<br>**Cardiff by the Sea, CA  92007** | | | Vacation | | | | 15,606.46 | 9,409.54 | 6,196.92 |
| ACCOUNT NO.<br>**Boggs, Tammy**<br>**3520 Park Blvd.**<br>**San Diego, CA  92103** | | | Vacation | | | | 10,321.23 | 5,681.23 | 4,640.00 |
| ACCOUNT NO.<br>**Bond, Heather**<br>**1139 Marguerite Avenue**<br>**Bremerton, WA  98337** | | | Vacation | | | | 4,148.64 | 2,432.98 | 1,715.66 |
| ACCOUNT NO.<br>**Boonshaft, Shara**<br>**2330 14th Street North Apt 304**<br>**Arlington, VA  22201** | | | Vacation | | | | 28,849.99 | 8,876.92 | 19,973.07 |
| ACCOUNT NO.<br>**Bowman, Nancy**<br>**19 Ellison Drive**<br>**New Windsor, NY  12553** | | | Vacation and retention bonus | | | | 2,937.15 | 1,315.17 | 1,621.98 |

Sheet no. __11__ of __140__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)  $  **64,021.40**   $  **29,873.77**   $  **34,147.63**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)  $          $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**        Case No. **08-32514**

Debtor(s)      (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Bradley, Heidi**<br>**445 N. Rossmore Avenue #422**<br>**Los Angeles, CA 90004** | | | Vacation | | | | **16,597.54** | **7,456.61** | **9,140.93** |
| ACCOUNT NO.<br>**Brainerd, Alexander**<br>**2363 Larkin Street, Apt. 42**<br>**San Francisco, CA 94109** | | | Shareholder Pension Contributions, Contribution to Employee Benefit Plan and Wages | | | | **90,667.17** | **14,345.57** | **76,321.60** |
| ACCOUNT NO.<br>**Brand, Ilana**<br>**860 Turquoise Street #326**<br>**San Diego, CA 92109** | | | Vacation | | | | **6,398.76** | **2,179.69** | **4,219.07** |
| ACCOUNT NO.<br>**Brand, Kristian**<br>**3615 Buchananon St #304**<br>**San Francisco, CA 94123** | | | Vacation | | | | **19,618.00** | **6,036.31** | **13,581.69** |
| ACCOUNT NO.<br>**Brazil, Lynn**<br>**1010 S. De Anza Bl. #201**<br>**San Jose, CA 95129** | | | Vacation | | | | **5,928.58** | **3,447.33** | **2,481.25** |
| ACCOUNT NO.<br>**Bretous, Emerson**<br>**1502 Rutland Way**<br>**Hanover, MD 21076** | | | Vacation | | | | **14,506.96** | **4,873.41** | **9,633.55** |

Sheet no. ___**12**___ of ___**140**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)   $ **153,717.01**   $ **38,338.92**   $ **115,378.09**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $      $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP                    Case No. **08-32514**
_____
Debtor(s)                                      (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

<div style="writing-mode: vertical;">© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Brockmeyer, Neal**<br>**445 Woodfield Rd.**<br>**La Canada, CA  91011** | | | **Shareholder Pension Contributions, Contribution to Employee Benefit Plan and Wages** | | | | **36,599.99** | **11,798.89** | **24,801.10** |
| ACCOUNT NO.<br>**Brophy, Troy**<br>**2117 Sacramento Street**<br>**Berkeley, CA  94702** | | | **Vacation** | | | | **2,250.77** | **2,250.77** | |
| ACCOUNT NO.<br>**Brown, Elisabeth**<br>**224 Scott Street**<br>**San Francisco, CA  94117** | | | **Vacation** | | | | **20,322.61** | **7,332.34** | **12,990.27** |
| ACCOUNT NO.<br>**Bruns, Charlene**<br>**1204 Humphrey Avenue West**<br>**Bremerton, WA  98312** | | | **Vacation** | | | | **4,603.88** | **1,619.03** | **2,984.85** |
| ACCOUNT NO.<br>**Bryan, Catherine**<br>**2603 37th Ave. W.**<br>**Seattle, WA  98199** | | | **Vacation** | | | | **3,026.55** | **2,177.39** | **849.16** |
| ACCOUNT NO.<br>**Budinger, Carol**<br>**15 Hancock St.**<br>**San Francisco, CA  94114** | | | **Vacation** | | | | **6,016.89** | **3,761.34** | **2,255.55** |

Sheet no. **13** of **140** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **72,820.69** | $ **28,939.76** | $ **43,880.93** |

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)                    $                    $

IN RE **Heller Ehrman LLP**                               Case No. **08-32514**
_____                      _____
               Debtor(s)                                                    (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Bush, Chelseaa**<br>**1693 19th Avenue**<br>**San Francisco, CA  94122** | | | **Vacation** | | | | **26,542.00** | **7,826.49** | **18,715.51** |
| ACCOUNT NO.<br><br>**Bustamante, Frank**<br>**327 Carrera Dr**<br>**Mill Valley, CA  94941** | | | **Supplemental Profit Sharing Contributions, Contribution to Employee Benefit Plan and Vacation** | | | | **41,584.46** | **11,208.39** | **30,376.07** |
| ACCOUNT NO.<br><br>**Bykin, Veronica**<br>**20 Graystone Terrace**<br>**San Francisco, CA  94114** | | | **Vacation** | | | | **4,877.32** | **3,549.93** | **1,327.39** |
| ACCOUNT NO.<br><br>**Cabasug, Lauriana**<br>**459 Alvarado Street**<br>**San Leandro, CA  94577** | | | **Vacation** | | | | **1,899.65** | **1,899.65** | |
| ACCOUNT NO.<br><br>**Calhoun, Gene**<br>**5050 Creely Avenue**<br>**Richmond, CA  94804** | | | **Vacation** | | | | **2,059.74** | **2,059.74** | |
| ACCOUNT NO.<br><br>**Camaya, John**<br>**4542 Amiens Avenue**<br>**Fremont, CA  94555** | | | **Vacation** | | | | **4,102.53** | **1,513.27** | **2,589.26** |

Sheet no. ___**14**___ of ___**140**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ **81,065.70** | $ **28,057.47** | $ **53,008.23** |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP _____ Case No. **08-32514**
_____
Debtor(s)                                                    (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Capinpin, Dennis**<br>**12030 32nd Avenue NE #1**<br>**Seattle, WA  98125** | | | Vacation | | | | 3,555.96 | 1,633.95 | 1,922.01 |
| ACCOUNT NO.<br>**Cardoso, Denise**<br>**3700 Meadowbrook Common #202**<br>**Fremont, CA  94536** | | | Vacation | | | | 9,006.51 | 6,036.31 | 2,970.20 |
| ACCOUNT NO.<br>**Carey, James**<br>**1200 Lakeshore Ave #20-F**<br>**Oakland, CA  94606** | | | Vacation | | | | 3,406.46 | 2,166.19 | 1,240.27 |
| ACCOUNT NO.<br>**Carian, Mel**<br>**350 Mt.  Vernon Ave**<br>**San Francisco, CA  94112-3634** | | | Vacation | | | | 11,407.82 | 3,538.57 | 7,869.25 |
| ACCOUNT NO.<br>**Carlie, Jason**<br>**780 St. Mark's Avenue Apt 1-C**<br>**Brooklyn, NY  11213** | | | Vacation | | | | 9,054.07 | 5,665.06 | 3,389.01 |
| ACCOUNT NO.<br>**Carmichael, Lisa**<br>**13691 Putney Road**<br>**Poway, CA  92064** | | | Vacation | | | | 3,936.69 | 3,405.90 | 530.79 |

Sheet no. __15__ of __140__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **40,367.51** | $ **22,445.98** | $ **17,921.53**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $                    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP** _____ Case No. **08-32514**

Debtor(s)            (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Carr, Barbara 198 Halpine Road, Apt 1418 Rockville, MD 20852** | | | Vacation | | | | **490.19** | **490.19** | |
| ACCOUNT NO. **Casella, Jason 26 Ludlow St., #4A New York, NY 10002** | | | Vacation | | | | **28,318.03** | **9,925.65** | **18,392.38** |
| ACCOUNT NO. **Cashman, Richard 27 William Puckey Drive Cortlandt Mnr, NY 10567** | | | Vacation | | | | **37,310.33** | **10,950.00** | **26,360.33** |
| ACCOUNT NO. **Caso, Anthony 7129 114th Avenue S.E. Newcastle, WA 98056** | | | Vacation | | | | **20,772.00** | **6,391.39** | **14,380.61** |
| ACCOUNT NO. **Cassidy, Michael 25 Millbrae Ave. San Anselmo, CA 94960** | | | Sabbatical Pay and Vacation | | | | **15,226.93** | **3,408.38** | **11,818.55** |
| ACCOUNT NO. **Castaneda Hoke, Isabel 5117 College Gardens San Diego, CA 92115** | | | Vacation | | | | **1,440.10** | **1,440.10** | |

Sheet no. __16__ of __140__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **103,557.58** $ **32,605.71** $ **70,951.87**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $     $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP        Case No. **08-32514**

               Debtor(s)                                  (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Caughey, Michael**<br>**519 N. 61st Street**<br>**Seattle, WA  98103** | | | Vacation | | | | 10,494.46 | 6,391.39 | 4,103.07 |
| ACCOUNT NO.<br>**Cenicola Thys, Janet**<br>**374 Blue Oak Lane**<br>**Clayton, CA  94517** | | | Sabbatical Pay and Vacation | | | | 32,893.10 | 5,548.40 | 27,344.70 |
| ACCOUNT NO.<br>**Ceniza, Jacqueline**<br>**P.O. Box**<br>**Daly City, CA  94017** | | | Vacation | | | | 5,555.45 | 2,975.63 | 2,579.82 |
| ACCOUNT NO.<br>**Chan, Carly**<br>**615 6th Street Unit 403**<br>**Kirkland, WA  98033** | | | Vacation | | | | 11,174.57 | 5,681.23 | 5,493.34 |
| ACCOUNT NO.<br>**Chan, Cecilia**<br>**1 Tiara Court**<br>**Burlingame, CA  94010** | | | Vacation | | | | 26,404.71 | 9,527.89 | 16,876.82 |
| ACCOUNT NO.<br>**Chand, Suresh**<br>**27940 Biscayne Avenue**<br>**Hayward, CA  94544** | | | Vacation | | | | 8,804.10 | 2,788.82 | 6,015.28 |

Sheet no. __17__ of __140__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page)   $ 95,326.39   $ 32,913.36   $ 62,413.03

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $     $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**                                   Case No. **08-32514**
_____
Debtor(s)                                                         (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Cheatham, Krista**<br>**2113 St. Marys Dr.**<br>**Camp Lejeune, NC 25847** | | | Vacation | | | | **22,584.79** | **9,409.54** | **13,175.25** |
| ACCOUNT NO.<br>**Chen, Jennifer**<br>**177 Jordan Court**<br>**Mountain View, CA 94043** | | | Vacation | | | | **8,049.23** | **5,255.14** | **2,794.09** |
| ACCOUNT NO.<br>**Chen, Kevin**<br>**501 Beale Street, 19E**<br>**San Francisco, CA 94105** | | | Vacation | | | | **20,966.67** | **6,349.96** | **14,616.71** |
| ACCOUNT NO.<br>**Cheng, Priscilla**<br>**2971 23rd Street**<br>**San Francisco, CA 94110** | | | Vacation | | | | **2,656.64** | **982.50** | **1,674.14** |
| ACCOUNT NO.<br>**Chew, Linda**<br>**2861 Muirfield Circle**<br>**San Bruno, CA 94066-1230** | | | Vacation | | | | **6,288.43** | **2,330.69** | **3,957.74** |
| ACCOUNT NO.<br>**Chiang, Harriet**<br>**1655 Portland Avenue**<br>**Berkeley, CA 94707** | | | Vacation | | | | **2,764.40** | **2,537.98** | **226.42** |

Sheet no. **18** of **140** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **63,310.16** | $ **26,865.81** | $ **36,444.35** |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

*© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*

Case: 08-32514     Doc# 823     Filed: 12/15/09     Entered: 12/15/09 18:45:03     Page 29 of 163

IN RE **Heller Ehrman LLP**                                      Case No. **08-32514**
_____
        Debtor(s)                                                      (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Childs, Stephanie**<br>**6334 - 24th Ave. SW**<br>**Seattle, WA  98106** | | | **Vacation** | | | | 3,749.46 | 1,966.68 | 1,782.78 |
| ACCOUNT NO.<br>**Chin, Luz**<br>**567 Hillside Blvd**<br>**Daly City, CA  94014** | | | **Vacation and retention bonus** | | | | 8,963.71 | 2,581.69 | 6,382.02 |
| ACCOUNT NO.<br>**Chinn, Brian**<br>**79 Kathleen Ct**<br>**Pacifica, CA  94044** | | | **Vacation** | | | | 1,436.15 | 934.74 | 501.41 |
| ACCOUNT NO.<br>**Chinn, Cathryn**<br>**38 Club Drive**<br>**San Carlos, CA  94070** | | | **Sabbatical Pay, Supplemental Profit Sharing Contributions, Contribution to Employee Benefit Plan and Vacation** | | | | 62,539.15 | 12,356.48 | 50,182.67 |
| ACCOUNT NO.<br>**Chirino, Julio**<br>**13646 Ottoman St.**<br>**Arleta, CA  91331** | | | **Vacation** | | | | 6,579.77 | 2,373.05 | 4,206.72 |
| ACCOUNT NO.<br>**Chiu, Carol**<br>**344 Oaktree Dr.**<br>**Mountain View, CA  94040** | | | **Vacation** | | | | 6,050.27 | 2,145.72 | 3,904.55 |

Sheet no. __19__ of __140__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ 89,318.51 | $ 22,358.36 | $ 66,960.15 |
| Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP        Case No. **08-32514**

       Debtor(s)               (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Chmielewski, Francis**<br>**1861 Chestnut St  Apt #1**<br>**San Francisco, CA  94123** | | | **Supplemental Profit Sharing Contributions, Contribution to Employee Benefit Plan and Vacation** | | | | **37,476.70** | **10,379.62** | **27,097.08** |
| ACCOUNT NO.<br>**Christ, Catherine**<br>**767 2nd Ave**<br>**San Francisco, CA  94118** | | | **Vacation** | | | | **8,526.86** | **3,324.03** | **5,202.83** |
| ACCOUNT NO.<br>**Christensen, Kent**<br>**748 Sunny Grove Lane**<br>**Glendora, CA  91741** | | | **Vacation** | | | | **8,475.08** | **5,681.23** | **2,793.85** |
| ACCOUNT NO.<br>**Cirando, Lisa**<br>**126 Fourth Place #2**<br>**Brooklyn, NY  11231** | | | **Vacation** | | | | **68,153.85** | **10,950.00** | **57,203.85** |
| ACCOUNT NO.<br>**Clare, James**<br>**86 E. 3rd St., Apt. 4A**<br>**New York, NY  10003** | | | **Vacation** | | | | **9,858.46** | **5,853.89** | **4,004.57** |
| ACCOUNT NO.<br>**Clouse, Maren**<br>**2532 Lansford Avenue**<br>**San Jose, CA  95125** | | | **Vacation** | | | | **4,354.94** | **4,354.94** | |

Sheet no. __20__ of __140__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

     Subtotal
(Totals of this page)    $ **136,845.89**    $ **40,543.71**    $ **96,302.18**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

*© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*

IN RE **Heller Ehrman LLP**                     Case No. **08-32514**
_____
Debtor(s)                                              (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Clouser, Devlon** <br> **10 Madrid Court** <br> **Novato, CA  94949** | | | **Vacation** | | | | **8,820.40** | **2,793.98** | **6,026.42** |
| ACCOUNT NO. <br> **Cochener-Metcalfe, Donna** <br> **4014 Woodlawn Ave. N.** <br> **Seattle, WA  98103** | | | **Vacation** | | | | **21,926.00** | **6,746.46** | **15,179.54** |
| ACCOUNT NO. <br> **Coleman, Daisy** <br> **820 La Montagne Place** <br> **South San Francisco, CA  94080** | | | **Vacation** | | | | **14,891.13** | **6,036.31** | **8,854.82** |
| ACCOUNT NO. <br> **Coleman, Katherine** <br> **289 Gloria Drive** <br> **Pleasant Hill, CA  94523** | | | **Vacation** | | | | **4,207.27** | **2,747.17** | **1,460.10** |
| ACCOUNT NO. <br> **Compton, Jacqueline** <br> **19001 46th Ave. West** <br> **Lynnwood, WA  98036** | | | **Vacation** | | | | **4,381.73** | **1,620.68** | **2,761.05** |
| ACCOUNT NO. <br> **Contino, Joanne** <br> **50 E Grandview Avenue** <br> **Sierra Madre, CA  91024** | | | **Vacation** | | | | **6,297.38** | **2,318.95** | **3,978.43** |

Sheet no. _____**21**_____ of _____**140**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **60,523.91**   $ **22,263.55**   $ **38,260.36**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $          $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP        Case No. **08-32514**

<div align="center">Debtor(s)        (If known)</div>

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
<div align="center">(Type of Priority for Claims Listed on This Sheet)</div>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Cook, Claudia<br>22 Hillway Avenue<br>San Francisco, CA 94117** | | | Vacation | | | | 4,503.10 | 3,223.40 | 1,279.70 |
| ACCOUNT NO.<br>**Cooper, Lucila<br>1527 Avion Drive<br>Monterey Park, CA 91754** | | | Sabbatical Pay and Vacation | | | | 7,687.31 | 1,465.47 | 6,221.84 |
| ACCOUNT NO.<br>**Correa, Michaeline<br>199 New Montgomery #502<br>San Francisco, CA 94105** | | | Vacation | | | | 26,033.86 | 9,174.30 | 16,859.56 |
| ACCOUNT NO.<br>**Corwin, Robert<br>89 Belcher St<br>San Francisco, CA 94114** | | | Vacation | | | | 9,358.59 | 4,154.94 | 5,203.65 |
| ACCOUNT NO.<br>**Cox, Michael<br>2920 Huff Ave. #10<br>San Jose, CA 95128** | | | Vacation | | | | 7,643.50 | 3,373.71 | 4,269.79 |
| ACCOUNT NO.<br>**Crank, Linda<br>9024 25th Ave. S.W. 301G<br>Seattle, WA 98106** | | | Vacation | | | | 4,793.26 | 2,207.67 | 2,585.59 |

Sheet no. __22__ of __140__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ 60,019.62 | $ 23,599.49 | $ 36,420.13 |
|---|---|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

IN RE **Heller Ehrman LLP** _____ Case No. **08-32514**

Debtor(s)                                                    (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Crawford, Karen**<br>**2329 Divisadero Street #6**<br>**San Francisco, CA  94115** | | | **Vacation** | | | | 7,990.61 | 7,990.61 | |
| ACCOUNT NO.<br>**Creizman, Eric**<br>**68 Puritan Dr.**<br>**Scarsdale, NY  10583** | | | **Vacation** | | | | 29,745.72 | 10,267.91 | 19,477.81 |
| ACCOUNT NO.<br>**Cripps, Christopher**<br>**932  25th Ave.**<br>**Seattle, WA  98122** | | | **Supplemental Profit Sharing Contributions, Contribution to Employee Benefit Plan and Vacation** | | | | 24,905.21 | 8,524.04 | 16,381.17 |
| ACCOUNT NO.<br>**Crosby, Peter**<br>**30 Oval Road**<br>**Oakland, CA  94611** | | | **Vacation** | | | | 23,830.09 | 7,332.34 | 16,497.75 |
| ACCOUNT NO.<br>**Cross, Julie**<br>**4173 Garibaldi Place**<br>**Pleasanton, CA  94566** | | | **Vacation** | | | | 4,236.69 | 2,208.72 | 2,027.97 |
| ACCOUNT NO.<br>**Croyle, Deborah**<br>**2247 Fulton Street**<br>**San Francisco, CA  94117** | | | **Vacation** | | | | 19,353.70 | 9,845.30 | 9,508.40 |

Sheet no. **23** of **140** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ 110,062.02 | $ 46,168.92 | $ 63,893.10 |

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $         $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP** _____ Case No. **08-32514**
      Debtor(s)          (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Cruzado, Stephen**<br>**6710 Lake Park Drive Unit 301**<br>**Greenbelt, MD  20770** | | | Vacation | | | | 5,241.72 | 2,895.26 | 2,346.46 |
| ACCOUNT NO.<br>**Cullen, Jennifer**<br>**613 Forest Ave**<br>**Palo Alto, CA  94301** | | | Vacation | | | | 8,200.98 | 6,036.31 | 2,164.67 |
| ACCOUNT NO.<br>**Cullen, Laura**<br>**160 W. 73rd St., Apt. 1F**<br>**New York, NY  10023** | | | Vacation | | | | 6,006.28 | 1,984.96 | 4,021.32 |
| ACCOUNT NO.<br>**Cunningham, Maureen**<br>**4102 George Avenue**<br>**San Mateo, CA  94403** | | | Vacation | | | | 1,970.47 | 1,479.73 | 490.74 |
| ACCOUNT NO.<br>**Cunningham, Nicole**<br>**11534 Village Ridge Rd.**<br>**San Diego, CA  92131** | | | Vacation | | | | 23,675.08 | 7,456.61 | 16,218.47 |
| ACCOUNT NO.<br>**Curlee, Heather**<br>**2103 Mt. Vernon Avenue Apt. 1**<br>**Alexandria, VA  22301** | | | Vacation | | | | 7,765.34 | 5,586.54 | 2,178.80 |

Sheet no. __24__ of __140__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Totals of this page) | $ 52,859.87 | $ 25,439.41 | $ 27,420.46 |
|---|---|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP

Case No. **08-32514**

Debtor(s)                                        (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Cygnor, Jennifer**<br>**914 Naval Avenue**<br>**Bremerton, WA 98312** | | | **Sabbatical Pay and Vacation** | | | | 9,184.76 | 2,616.44 | 6,568.32 |
| ACCOUNT NO.<br>**Dacuag, Evelyn**<br>**10812 S.E. 232 Pl.**<br>**Kent, WA 98031** | | | **Vacation** | | | | 1,285.22 | 1,285.22 | |
| ACCOUNT NO.<br>**Dahlberg, Joyce**<br>**1544 Valdez Way**<br>**Pacifica, CA 94044** | | | **Sabbatical Pay and Vacation** | | | | 26,800.32 | 5,003.39 | 21,796.93 |
| ACCOUNT NO.<br>**Dalessio, John Alex**<br>**452 Oak St. #11**<br>**San Francisco, CA 94102** | | | **Vacation** | | | | 4,167.39 | 4,167.39 | |
| ACCOUNT NO.<br>**Davis, Kathleen**<br>**17847 Kingston Way**<br>**Castro Valley, CA 94546** | | | **Vacation** | | | | 10,552.10 | 4,213.95 | 6,338.15 |
| ACCOUNT NO.<br>**Davis, Nancy**<br>**7761 Cedar Lake Avenue**<br>**San Diego, CA 92119** | | | **Vacation** | | | | 15,768.25 | 4,649.61 | 11,118.64 |

Sheet no. **25** of **140** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ 67,758.04  $ 21,936.00  $ 45,822.04

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)  $          $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP      Case No. **08-32514**

           Debtor(s)                  (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Dawson, Hannelore** <br> **13602 Jadestone Way** <br> **San Diego, CA 92130** | | | Vacation | | | | 12,010.44 | 3,695.52 | 8,314.92 |
| ACCOUNT NO. <br> **De La Rosa, Nora** <br> **5308 Forte Lane** <br> **Concord, CA 94521** | | | Vacation and retention bonus | | | | 4,167.60 | 1,957.25 | 2,210.35 |
| ACCOUNT NO. <br> **Dean, Patricia** <br> **1218 Tramore Trail** <br> **Madison, WI 53717** | | | Vacation | | | | 3,104.17 | 2,588.91 | 515.26 |
| ACCOUNT NO. <br> **Deckman, Elizabeth** <br> **14305 3rd Avenue Nw** <br> **Seattle, WA 98177** | | | Vacation | | | | 26,926.66 | 8,847.33 | 18,079.33 |
| ACCOUNT NO. <br> **DeLarco, Michael** <br> **6 Cider Mill Lane** <br> **North Salem, NY 10560** | | | Vacation | | | | 32,143.09 | 9,500.77 | 22,642.32 |
| ACCOUNT NO. <br> **DeMelis, Linda** <br> **460 Santa Monica Avenue** <br> **Menlo Park, CA 94025** | | | Sabbatical Pay and Vacation | | | | 32,453.52 | 8,082.31 | 24,371.21 |

Sheet no. ___26___ of ___140___ continuation sheets attached to        Subtotal
Schedule of Creditors Holding Unsecured Priority Claims        (Totals of this page)    $ **110,805.48**    $ **34,672.09**    $ **76,133.39**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $      $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP                                    Case No. **08-32514**
_____           _____
                Debtor(s)                                            (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Dempski, Karen 310 Overlook Terrace Marshall, WI 53559** | | | Vacation | | | | 1,891.36 | 1,382.99 | 508.37 |
| ACCOUNT NO. **Dewan, Daniel 2411 32nd Street San Diego, CA 92104** | | | Vacation | | | | 3,116.45 | 1,018.81 | 2,097.64 |
| ACCOUNT NO. **Dietrick, Heather 10 Downing St. Apt. 6F New York, NY 10014** | | | Vacation | | | | 8,058.90 | 5,901.10 | 2,157.80 |
| ACCOUNT NO. **Diggs, Benjamin 3615 Buchanan St #304 San Francisco, CA 94123** | | | Vacation | | | | 16,048.00 | 5,885.40 | 10,162.60 |
| ACCOUNT NO. **Dimuzio, Elena 999 Chenery St. San Francisco, CA 94131** | | | Vacation | | | | 11,338.13 | 5,966.77 | 5,371.36 |
| ACCOUNT NO. **Dira, Ricardo 611 Larchmont Drive Daly City, CA 94015** | | | Vacation | | | | 2,456.58 | 1,600.76 | 855.82 |

Sheet no. __27__ of __140__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 42,909.42 | $ 21,755.83 | $ 21,153.59 |

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $        $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP        Case No. **08-32514**

       Debtor(s)                            (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Dong, Guanglin**<br>**4889 Central Avenue #119**<br>**Fremont, CA 94536** | | | Vacation | | | | 9,687.72 | 3,204.40 | 6,483.32 |
| ACCOUNT NO.<br>**Dowell, Sidney**<br>**271 Saybrook Way**<br>**Vallejo, CA 94591** | | | Vacation | | | | 10,224.95 | 4,221.67 | 6,003.28 |
| ACCOUNT NO.<br>**Dubois, Matthew**<br>**1450 Scott Avenue**<br>**Los Angeles, CA 90026** | | | Vacation | | | | 12,816.10 | 3,524.97 | 9,291.13 |
| ACCOUNT NO.<br>**Dudley, Nancy**<br>**10 East Roanoke #31**<br>**Seattle, WA 98102** | | | Vacation | | | | 8,423.16 | 4,905.24 | 3,517.92 |
| ACCOUNT NO.<br>**Dvorkin, Robin**<br>**4039 Coldstream Terrace**<br>**Tarzana, CA 91356** | | | Vacation | | | | 23,928.15 | 7,456.61 | 16,471.54 |
| ACCOUNT NO.<br>**Dzikonski, Anke**<br>**701 Minnesota Street #158**<br>**San Francisco, CA 94107** | | | Vacation | | | | 5,936.70 | 3,754.68 | 2,182.02 |

Sheet no. __28__ of __140__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)    $ **71,016.78**    $ **27,067.57**    $ **43,949.21**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

*© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*

IN RE **Heller Ehrman LLP**        Case No. **08-32514**

Debtor(s)        (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Earl, Scott** <br> **64 Thompson St. Apt. 30** <br> **New York, NY 10012** | | | Vacation | | | | 10,510.49 | 4,679.61 | 5,830.88 |
| ACCOUNT NO. <br> **Eaton, Malaika** <br> **1911 N. 44th St.** <br> **Seattle, WA 98103** | | | Vacation | | | | 24,234.00 | 7,456.61 | 16,777.39 |
| ACCOUNT NO. <br> **Edison, Jason** <br> **1962 Mount Henry Court** <br> **Antioch, CA 94531** | | | Vacation | | | | 17,269.17 | 5,092.19 | 12,176.98 |
| ACCOUNT NO. <br> **Efimchik, Inna** <br> **387 South Mary Avenue** <br> **Sunnyvale, CA 94086-7401** | | | Vacation | | | | 7,828.82 | 6,349.96 | 1,478.86 |
| ACCOUNT NO. <br> **Ekpo, Conway** <br> **45 W. 132 St. Apt 9K** <br> **New York, NY 10037** | | | Vacation | | | | 5,361.76 | 5,361.76 | |
| ACCOUNT NO. <br> **Ekstedt, Carolyn** <br> **1290 20th Avenue, #205** <br> **San Francisco, CA 94122** | | | Vacation | | | | 5,275.93 | 2,722.38 | 2,553.55 |

Sheet no. <u>29</u> of <u>140</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ 70,480.17    $ 31,662.51    $ 38,817.66

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP          Case No. **08-32514**

                 Debtor(s)                                         (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Elder, Kristi 250 Dedalera Drive Portola Valley, CA 94028** | | | Vacation | | | | 13,158.25 | 7,161.98 | 5,996.27 |
| ACCOUNT NO. **Ellis, Valerie 7334 Rockford Drive Falls Church, VA 22043** | | | Vacation | | | | 11,155.33 | 10,297.23 | 858.10 |
| ACCOUNT NO. **Eppler, Jefferson 1168 Folsom Street, Apt 204 San Francisco, CA 94103** | | | Vacation | | | | 7,697.08 | 6,036.31 | 1,660.77 |
| ACCOUNT NO. **Epps, Doryne 820 Boynton Ave. Apt. 3J Bronx, NY 10473** | | | Vacation | | | | 2,162.69 | 2,120.87 | 41.82 |
| ACCOUNT NO. **Erekson, Joshua 869 Faxon Avenue San Francisco, CA 94112** | | | Vacation | | | | 10,131.69 | 5,491.86 | 4,639.83 |
| ACCOUNT NO. **Erlich, Elizabeth 550 Mountain Boulevard Oakland, CA 94611** | | | Vacation | | | | 6,062.22 | 2,735.26 | 3,326.96 |

Sheet no. ___**30**___ of ___**140**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

       Subtotal
       (Totals of this page)   $ **50,367.26**   $ **33,843.51**   $ **16,523.75**

       Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

       Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $       $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP                                    Case No. **08-32514**
_____              _____
Debtor(s)                                                        (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Erlwein, Jennifer**<br>**120 Seminary Drive #3A**<br>**Mill Valley, CA 94941** | | | Vacation | | | | 3,855.93 | 2,860.85 | 995.08 |
| ACCOUNT NO.<br>**Esparza, Ralph**<br>**P.O. Box 2535**<br>**San Francisco, CA 94126** | | | Vacation | | | | 7,137.81 | 2,514.20 | 4,623.61 |
| ACCOUNT NO.<br>**Ettori, Paul**<br>**330 W. 56th St. Apt. 3N**<br>**New York, NY 10019** | | | Vacation | | | | 6,592.53 | 5,665.06 | 927.47 |
| ACCOUNT NO.<br>**Ewers, Michael**<br>**37 States Street #28**<br>**San Francisco, CA 94114** | | | Vacation | | | | 8,720.13 | 3,430.07 | 5,290.06 |
| ACCOUNT NO.<br>**Fang, Xin-Ying**<br>**6558 Vallejo St**<br>**Emeryville, CA 94608** | | | Vacation | | | | 2,660.07 | 1,626.16 | 1,033.91 |
| ACCOUNT NO.<br>**Farrow, Diane**<br>**55651/2 Marshall St.**<br>**Oakland, CA 94608** | | | Vacation | | | | 2,037.59 | 1,542.47 | 495.12 |

Sheet no. __31__ of __140__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **31,004.06** | $ **17,638.81** | $ **13,365.25**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $               $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Heller Ehrman LLP                                    Case No. 08-32514
_____
                    Debtor(s)                                          (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Fedele, John**<br>**1322 S. St. NW Apt B**<br>**Washington, DC 20009** | | | **Vacation** | | | | **11,931.69** | **8,030.66** | **3,901.03** |
| ACCOUNT NO.<br>**Felch, Jeffrey**<br>**2915 22nd St. Apt. #1**<br>**San Francisco, CA 94110** | | | **Vacation** | | | | **2,300.74** | **1,278.51** | **1,022.23** |
| ACCOUNT NO.<br>**Fernandez, Alejandra**<br>**1301 20th Street, NW Apt. 517**<br>**Washington, DC 20036** | | | **Vacation** | | | | **1,700.16** | **1,569.38** | **130.78** |
| ACCOUNT NO.<br>**Ferrier, Michael**<br>**1447 E. Capitol St., SE Apt.#2**<br>**Washington, DC 20003** | | | **Vacation** | | | | **4,766.02** | **4,399.41** | **366.61** |
| ACCOUNT NO.<br>**Finrow, Brian**<br>**1907 First Avenue, #46**<br>**Seattle, WA 98101** | | | **Bonus and Vacation** | | | X | **36,926.00** | **6,746.46** | **30,179.54** |
| ACCOUNT NO.<br>**Foley, Katherine**<br>**1410 E Pine St. #216**<br>**Seattle, WA 98122** | | | **Vacation** | | | | **14,736.93** | **5,326.16** | **9,410.77** |

Sheet no. ___**32**___ of ___**140**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)  $ **72,361.54** $ **27,350.58** $ **45,010.96**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $          $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP        Case No. **08-32514**

             Debtor(s)                                                 (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Forbes, Stephanie** <br> **6024 Broadway** <br> **Oakland, CA 94618** | | | Vacation | | | | 4,159.34 | 1,673.12 | 2,486.22 |
| ACCOUNT NO. <br> **Forman, William** <br> **1123 Fairview Avenue** <br> **South Pasadena, CA 91030** | | | Vacation | | | | 34,043.01 | 10,474.77 | 23,568.24 |
| ACCOUNT NO. <br> **Forsyth, Kelly** <br> **9553 Palatine Ave. N.** <br> **Seattle, WA 98103** | | | Vacation | | | | 6,858.07 | 2,580.80 | 4,277.27 |
| ACCOUNT NO. <br> **Foster, Jacob** <br> **1090 Montgomery St Apt. 304** <br> **San Francisco, CA 94133** | | | Vacation | | | | 10,966.31 | 6,036.31 | 4,930.00 |
| ACCOUNT NO. <br> **Foster, Karen** <br> **7078 Hanover Parkway Apartment D2** <br> **Greenbelt, MD 20770** | | | Vacation | | | | 2,752.99 | 1,894.33 | 858.66 |
| ACCOUNT NO. <br> **Foust, Paul** <br> **7109 Boer Avenue** <br> **Whittier, CA 90606** | | | Vacation | | | | 27,223.07 | 8,876.92 | 18,346.15 |

Sheet no. ___**33**___ of ___**140**___ continuation sheets attached to          Subtotal

Schedule of Creditors Holding Unsecured Priority Claims    (Totals of this page)   $ **86,002.79**   $ **31,536.25**   $ **54,466.54**

Total

(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total

(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $         $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE  Heller Ehrman LLP _____     Case No.  08-32514
_____
Debtor(s)                                             (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Fowler, Ruby**<br>**4211 S. Henderson St.**<br>**Seattle, WA  98118** | | | **Vacation** | | | | **4,481.55** | **2,443.57** | **2,037.98** |
| ACCOUNT NO.<br>**Fox, Sheri**<br>**432 S. Curson Avenue, #4K**<br>**Los Angeles, CA  90036** | | | **Vacation** | | | | **33,781.29** | **10,474.77** | **23,306.52** |
| ACCOUNT NO.<br>**Freeman, Darlene**<br>**1221 Fairway Drive**<br>**El Sobrante, CA  94803** | | | **Vacation** | | | | **3,312.88** | **1,824.45** | **1,488.43** |
| ACCOUNT NO.<br>**Frey, Cheryl**<br>**840 Sea Spray Lane #311**<br>**Foster City, CA  94404** | | | **Vacation** | | | | **1,105.61** | **1,105.61** | |
| ACCOUNT NO.<br>**Fuller, Hope**<br>**6144 First Place, NE**<br>**Washington, DC  20011** | | | **Vacation** | | | | **2,274.41** | **1,937.77** | **336.64** |
| ACCOUNT NO.<br>**Fung, Sharon**<br>**11065 Culver Blvd.**<br>**Culver City, CA  90230** | | | **Vacation** | | | | **5,466.01** | **2,626.52** | **2,839.49** |

Sheet no. __34__ of __140__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)  $ **50,421.75**   $ **20,412.69**   $ **30,009.06**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $          $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP                                                          Case No. **08-32514**
_____
Debtor(s)                                                                          (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Gallagher, Erin**<br>**1425 Lyndon St Unit C**<br>**S Pasadena, CA 91030** | | | Vacation | | | | **4,347.19** | **2,250.56** | **2,096.63** |
| ACCOUNT NO.<br>**Garcia, Nan**<br>**14284 Barrymore Street**<br>**San Diego, CA 92129** | | | Vacation | | | | **2,652.48** | **2,003.72** | **648.76** |
| ACCOUNT NO.<br>**Garza, Rosa**<br>**19014 Leslie Lane**<br>**Rowland Heights, CA 91748** | | | Vacation | | | | **5,310.44** | **2,717.82** | **2,592.62** |
| ACCOUNT NO.<br>**Gates, Deborah**<br>**255 E. Saint John Street, #6**<br>**San Jose, CA 95112-5458** | | | Vacation | | | | **1,946.66** | **1,474.36** | **472.30** |
| ACCOUNT NO.<br>**Gatta, George**<br>**1605 York Avenue Apt. 1A**<br>**New York, NY 10028** | | | Vacation | | | | **965.82** | **965.82** | |
| ACCOUNT NO.<br>**Gaul, Tamara**<br>**380 Heather Way**<br>**South San Francisco, CA 94080** | | | Vacation | | | | **2,880.03** | **1,493.10** | **1,386.93** |

Sheet no. ___**35**___ of ___**140**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | | |
|---|---|---|---|
| Subtotal (Totals of this page) | $ **18,102.62** | $ **10,905.38** | $ **7,197.24** |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP                                      Case No. **08-32514**
_____                    _____
Debtor(s)                                                        (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Gee, Benjamin**<br>**7574 Mountain Boulevard Unit 7**<br>**Oakland, CA 94605** | | | Vacation | | | | 4,078.15 | 2,115.26 | 1,962.89 |
| ACCOUNT NO.<br>**Gee, Reyman**<br>**39 Meadowbrook Dr.**<br>**San Francisco, CA 94132** | | | Vacation | | | | 4,801.53 | 2,357.50 | 2,444.03 |
| ACCOUNT NO.<br>**Gehrt, Michael**<br>**11928 Darlington Avenue #301**<br>**Los Angeles, CA 90049** | | | Vacation | | | | 18,917.08 | 5,633.89 | 13,283.19 |
| ACCOUNT NO.<br>**Gerber, Cristina**<br>**392 44th St**<br>**Oakland, CA 94609** | | | Vacation | | | | 6,147.69 | 2,727.64 | 3,420.05 |
| ACCOUNT NO.<br>**Gibney, Nicolle**<br>**555 Gorge Road Apt. 3J**<br>**Cliffside Park, NJ 07010** | | | Vacation | | | | 6,211.19 | 2,205.92 | 4,005.27 |
| ACCOUNT NO.<br>**Giusti, Darlene**<br>**901 Masson Ave.**<br>**San Bruno, CA 94066** | | | Vacation | | | | 3,539.68 | 2,106.91 | 1,432.77 |

Sheet no. ____36____ of ____140____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **43,695.32** | $ **17,147.12** | $ **26,548.20** |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**                                    Case No. **08-32514**
_____                      _____
Debtor(s)                                                    (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Givens, Stephen**<br>**191 Ney Street**<br>**San Francisco, CA 94112** | | | **Vacation** | | | | 4,307.93 | 2,621.32 | 1,686.61 |
| ACCOUNT NO.<br>**Givens, Tara**<br>**12718 Colby Drive**<br>**Woodbridge, VA 22192** | | | **Vacation** | | | | 7,758.77 | 3,106.02 | 4,652.75 |
| ACCOUNT NO.<br>**Glazer, Melody**<br>**2320 Rowley Avenue**<br>**Madison, WI 53726** | | | **Vacation** | | | | 21,349.00 | 6,295.22 | 15,053.78 |
| ACCOUNT NO.<br>**Glick, Robert**<br>**500 W Middlefield Rd#159**<br>**Mountain View, CA 94043** | | | **Vacation** | | | | 2,513.36 | 2,513.36 | |
| ACCOUNT NO.<br>**Goebel, Teresa**<br>**48 Manzanita Avenue**<br>**San Francisco, CA 94118** | | | **Vacation** | | | | 16,491.45 | 8,376.26 | 8,115.19 |
| ACCOUNT NO.<br>**Gold, Judith**<br>**1301 St. Charles**<br>**Alameda, CA 94501** | | | **Shareholder Pension Contributions and Contribution to Employee Benefit Plan** | | | | 10,391.00 | 2,073.00 | 8,318.00 |

Sheet no. ___**37**___ of ___**140**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **62,811.51** | $ **24,985.18** | $ **37,826.33**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $ | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP _____ Case No. **08-32514**
                     Debtor(s)                                    (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Goldfarb, Susan**<br>**2723 11th Street**<br>**Santa Monica, CA  90405** | | | Vacation | | | | **19,483.69** | **7,960.61** | **11,523.08** |
| ACCOUNT NO.<br>**Goldstein, Danielle**<br>**855 Pine Street, Apt. 1**<br>**San Francisco, CA  94108** | | | Vacation | | | | **11,469.34** | **5,533.28** | **5,936.06** |
| ACCOUNT NO.<br>**Goncalves, Beatrice**<br>**17307 Via El Cerrito**<br>**San Lorenzo, CA  94580** | | | Vacation | | | | **3,540.63** | **2,630.56** | **910.07** |
| ACCOUNT NO.<br>**Goodman, Andrea**<br>**1425 De Haro St.**<br>**San Francisco, CA  94107** | | | Vacation | | | | **11,259.40** | **4,151.02** | **7,108.38** |
| ACCOUNT NO.<br>**Goodman, Carl**<br>**525 Belmont Ave. E. No. 11A**<br>**Seattle, WA  98102** | | | Vacation | | | | **10,917.51** | **3,827.94** | **7,089.57** |
| ACCOUNT NO.<br>**Gordon, Diane**<br>**5005 Townsend Way, Apartment B3**<br>**Bladensburg, MD  20710** | | | Vacation | | | | **2,452.14** | **2,121.33** | **330.81** |

Sheet no. ___**38**___ of ___**140**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | | |
|---|---|---|---|
| Subtotal (Totals of this page) | $ **59,122.71** | $ **26,224.74** | $ **32,897.97** |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**                                                     Case No. **08-32514**
_____                                    _____
Debtor(s)                                                                   (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Gordon, Erin**<br>**1 Daniel Burnham Court #510**<br>**San Francisco, CA 94109** | | | **Vacation** | | | | 21,935.84 | 7,456.61 | 14,479.23 |
| ACCOUNT NO.<br>**Gordon, Jennifer**<br>**2319 Dartmouth Lane**<br>**Crofton, MD 21114** | | | **Vacation** | | | | 6,925.67 | 2,915.40 | 4,010.27 |
| ACCOUNT NO.<br>**Gotham, Michael**<br>**70 Potomac Street**<br>**San Francisco, CA 94117** | | | **Supplemental Profit Sharing Contributions, Contribution to Employee Benefit Plan and Vacation** | | | | 34,569.91 | 9,310.36 | 25,259.55 |
| ACCOUNT NO.<br>**Grace, Sandy**<br>**6511 Wiscasset Road**<br>**Bethesda, MD 20816** | | | **Vacation** | | | | 7,721.43 | 7,721.43 | |
| ACCOUNT NO.<br>**Granett, Garfield**<br>**454 Castro Street**<br>**San Francisco, CA 94114** | | | **Vacation** | | | | 2,296.13 | 1,771.35 | 524.78 |
| ACCOUNT NO.<br>**Grayson, Rhonda**<br>**5067 Blue Horizon Point**<br>**San Diego, CA 92154** | | | **Vacation** | | | | 9,803.01 | 2,890.63 | 6,912.38 |

Sheet no. ___**39**___ of ___**140**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 83,251.99 | $ 32,065.78 | $ 51,186.21 |

| | |
|---|---|
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ |

| | |
|---|---|
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ |

**IN RE** Heller Ehrman LLP _____ Case No. **08-32514**
Debtor(s)                                                        (If known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Green, Brenda**<br>**Flats A&B, 68th Floor Tower 3**<br>**Bellagio 33 Castle Peak Road**<br>**Sham Tseng New Territori,** | | | **Supplemental Profit Sharing Contributions and Contribution to Employee Benefit Plan** | | | | 9,882.00 | 1,976.42 | 7,905.58 |
| ACCOUNT NO.<br>**Greenberg, Brett**<br>**1647 Grove Street**<br>**San Francisco, CA  94117** | | | **Vacation** | | | | 5,065.85 | 5,065.85 | |
| ACCOUNT NO.<br>**Greene, Sarah**<br>**50 Oak Street**<br>**North Merrick, NY  11566** | | | **Vacation** | | | | 2,053.45 | 1,388.91 | 664.54 |
| ACCOUNT NO.<br>**Greeson, Lisa**<br>**6277 Primrose Drive**<br>**La Mesa, CA  91942** | | | **Vacation** | | | | 10,288.04 | 3,033.65 | 7,254.39 |
| ACCOUNT NO.<br>**Gresl, Theresa**<br>**311 Highland Avenue**<br>**Madison, WI  53705** | | | **Vacation** | | | | 2,594.03 | 2,093.67 | 500.36 |
| ACCOUNT NO.<br>**Grignon, Lynn**<br>**1505 SW Kenyon Street**<br>**Seattle, WA  98106** | | | **Vacation** | | | | 710.67 | 710.67 | |

Sheet no. ___40___ of ___140___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ **30,594.04** | $ **14,269.17** | $ **16,324.87** |

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $              $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**        Case No. **08-32514**

Debtor(s)        (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Guevara, Manuel**<br>**454 Castro**<br>**San Francisco, CA 94114** | | | **Sabbatical Pay and Vacation** | | | | **11,951.07** | **2,314.17** | **9,636.90** |
| ACCOUNT NO.<br>**Guggenhime, Richard**<br>**1000 Mason St. #403**<br>**San Francisco, CA 94108** | | | **Shareholder Pension Contributions, Contribution to Employee Benefit Plan and Wages** | | | | **79,329.57** | **13,276.61** | **66,052.96** |
| ACCOUNT NO.<br>**Guilbeaux, Amanda**<br>**2171 O'Farrell Street #5**<br>**San Francisco, CA 94115** | | | **Vacation** | | | | **1,983.04** | **998.51** | **984.53** |
| ACCOUNT NO.<br>**Gully, Chavah**<br>**68 Bradhurst Ave. #2U**<br>**New York, NY 10039** | | | **Vacation** | | | | **6,856.97** | **2,640.67** | **4,216.30** |
| ACCOUNT NO.<br>**Gupta, Aseem**<br>**3340 23rd Street**<br>**San Francisco, CA 94110-3019** | | | **Vacation** | | | | **4,782.77** | **4,782.77** | |
| ACCOUNT NO.<br>**Guzman, Marilyn**<br>**300 Vaqueros Avenue #8**<br>**Rodeo, CA 94572** | | | **Vacation** | | | | **1,005.69** | **877.85** | **127.84** |

Sheet no. **41** of **140** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **105,909.11** | $ **24,890.58** | $ **81,018.53** |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**                                              Case No. **08-32514**
_____
               Debtor(s)                                                (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ha, Charles**<br>**4430 134th Pl. SE**<br>**Bellevue, WA  98006** | | | Vacation | | | | **26,771.92** | **8,205.23** | **18,566.69** |
| ACCOUNT NO.<br>**Hale, M. Alexuss**<br>**740 Bair Island Rd. #201**<br>**Redwood City, CA  94063** | | | Vacation | | | | **1,223.65** | **608.44** | **615.21** |
| ACCOUNT NO.<br>**Hall, Lynn**<br>**10 Milland Drive Apartment E3**<br>**Mill Valley, CA  94941** | | | Sabbatical Pay and Vacation | | | | **16,201.51** | **3,833.42** | **12,368.09** |
| ACCOUNT NO.<br>**Hallenbeck, Joanne**<br>**21809 Se 30th Ct**<br>**Sammamish, WA  98075** | | | Vacation | | | | **5,478.69** | **2,035.93** | **3,442.76** |
| ACCOUNT NO.<br>**Halverson, Dawn**<br>**8107 Arroyo Dr. #1**<br>**Pleasanton, CA  94588** | | | Vacation | | | | **2,288.18** | **2,288.18** | |
| ACCOUNT NO.<br>**Hamadalla, Lillie**<br>**RR5, Box 72A3**<br>**49 Walnut Drive**<br>**Bushkill, PA  18324** | | | Vacation | | | | **2,165.59** | **1,897.09** | **268.50** |

Sheet no. ____**42**____ of ____**140**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ **54,129.54** | $ **18,868.29** | $ **35,261.25** |
| Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP      Case No. **08-32514**

           Debtor(s)                           (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Hamilton, Robert**<br>**1616 Easton Drive**<br>**Burlingame, CA 94010** | | | Vacation | | | | 10,321.23 | 5,681.23 | 4,640.00 |
| ACCOUNT NO.<br>**Hanewicz, Christopher**<br>**33 Siskiwit Circle**<br>**Madison, WI 53719** | | | Vacation | | | | 33,465.99 | 9,868.18 | 23,597.81 |
| ACCOUNT NO.<br>**Hansford, Susan**<br>**13428 Hartland Street**<br>**Van Nuys, CA 91405** | | | Vacation | | | | 12,219.86 | 3,719.91 | 8,499.95 |
| ACCOUNT NO.<br>**Hapiuk, William**<br>**87 Webster Street**<br>**San Francisco, CA 94117** | | | Vacation | | | | 26,513.84 | 9,942.15 | 16,571.69 |
| ACCOUNT NO.<br>**Haq, Adil**<br>**429 37th Street**<br>**Oakland, CA 94609** | | | Vacation | | | | 5,398.16 | 5,398.16 | |
| ACCOUNT NO.<br>**Hardy, Catherine**<br>**460 Falk Ct.**<br>**Menlo Park, CA 94025** | | | Vacation | | | | 11,134.81 | 4,613.81 | 6,521.00 |

Sheet no. **43** of **140** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page)    $ **99,053.89**    $ **39,223.44**    $ **59,830.45**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $      $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP _____ Case No. **08-32514**

Debtor(s) (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Harper, Sean**<br>**505 Belmont Ave E #305**<br>**Seattle, WA  98102** | | | **Vacation** | | | | **2,008.53** | **1,025.01** | **983.52** |
| ACCOUNT NO.<br>**Harrington, Mathew**<br>**5001 36th Ave NE**<br>**Seattle, WA  98105** | | | **Vacation** | | | | **24,234.00** | **8,078.00** | **16,156.00** |
| ACCOUNT NO.<br>**Harty, Candida**<br>**2727 29th Street, NW Apt #320**<br>**Washington, DC  20008** | | | **Vacation** | | | | **15,910.46** | **6,959.51** | **8,950.95** |
| ACCOUNT NO.<br>**Harvey, Doni**<br>**348 Nevada Street**<br>**San Francisco, CA  94110** | | | **Sabbatical Pay and Vacation** | | | | **12,265.52** | **2,327.56** | **9,937.96** |
| ACCOUNT NO.<br>**Hawkins, Suzanne**<br>**7 Buck Hill Rd.**<br>**Westport, CT  06880** | | | **Vacation** | | | | **30,934.12** | **10,950.00** | **19,984.12** |
| ACCOUNT NO.<br>**Haws, Janet**<br>**1824 S Street NW #202**<br>**Washington, DC  20009** | | | **Hours Bonus and Vacation** | | | | **21,691.03** | **10,950.00** | **10,741.03** |

Sheet no. ____**44**____ of ____**140**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **107,043.66** $ **40,290.08** $ **66,753.58**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $ $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP _____ Case No. **08-32514**

Debtor(s)  (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Hechtkopf, Helene**<br>**275 West 96th Street Apt 25C**<br>**New York, NY 10025** | | | **Vacation** | | | | **7,207.91** | **5,665.06** | **1,542.85** |
| ACCOUNT NO.<br>**Heffernan, Edmond**<br>**35 W. 20th Avenue, Apt. 303**<br>**San Mateo, CA 94403** | | | **Vacation** | | | | **11,552.00** | **5,681.23** | **5,870.77** |
| ACCOUNT NO.<br>**Hellfeld, Samuel**<br>**4747 Del Monte Avenue**<br>**San Diego, CA 92107** | | | **Vacation** | | | | **19,204.77** | **7,456.61** | **11,748.16** |
| ACCOUNT NO.<br>**Henn, William**<br>**3524 B 17th St.**<br>**San Francisco, CA 94110** | | | **Vacation** | | | | **8,404.85** | **3,031.91** | **5,372.94** |
| ACCOUNT NO.<br>**Hensley, Barbara**<br>**20325 15th Ave. N.W.**<br>**Shoreline, WA 98177** | | | **Vacation** | | | | **4,317.83** | **2,233.76** | **2,084.07** |
| ACCOUNT NO.<br>**Hobbs, Kenneth**<br>**633 S 20th Street**<br>**Arlington, VA 22202** | | | **Vacation** | | | | **1,624.54** | **1,624.54** | |

Sheet no. **45** of **140** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **52,311.90** $ **25,693.11** $ **26,618.79**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**            Case No. **08-32514**
<div style="border-bottom:1px solid"></div>
Debtor(s)            (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Hoffman, Gilbert**<br>**10346 Interlake Ave N.**<br>**Seattle, WA 98133** | | | Vacation | | | | 1,462.46 | 1,425.18 | 37.28 |
| ACCOUNT NO.<br>**Holdrup, Richard**<br>**2100 Green Street Apt. 402**<br>**San Francisco, CA 94123** | | | Vacation | | | | 26,435.07 | 10,950.00 | 15,485.07 |
| ACCOUNT NO.<br>**Holzer, Michele**<br>**14047 S.E. 159th Place**<br>**Renton, WA 98058** | | | Vacation | | | | 2,703.57 | 1,876.42 | 827.15 |
| ACCOUNT NO.<br>**Hong, Jenny**<br>**206 Judah St, Apt. 304**<br>**San Francisco, CA 94122** | | | Vacation | | | | 5,886.36 | 5,886.36 | |
| ACCOUNT NO.<br>**Hoogland, Mark**<br>**1395 Golden Gate Ave #206**<br>**San Francisco, CA 94115** | | | Vacation | | | | 16,048.00 | 5,885.40 | 10,162.60 |
| ACCOUNT NO.<br>**Hornbeck, Kirk**<br>**426 1/2 N. Stanley Avenue**<br>**Los Angeles, CA 90036** | | | Vacation | | | | 16,587.39 | 6,568.92 | 10,018.47 |

Sheet no. **46** of **140** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Totals of this page) | $ 69,122.85 | $ 32,592.28 | $ 36,530.57 |
|---|---|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP                                    Case No. **08-32514**
_____          _____
Debtor(s)                                                      (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Horton-Brown, Yvonne**<br>**8408 Duncan Avenue South**<br>**Seattle, WA 98118** | | | Vacation | | | | **4,502.21** | **2,951.15** | **1,551.06** |
| ACCOUNT NO.<br>**Horvath, August**<br>**168 Johnson Road**<br>**Scarsdale, NY 10583** | | | Vacation | | | | **25,564.50** | **10,444.94** | **15,119.56** |
| ACCOUNT NO.<br>**Hsieh, Hutch**<br>**122 East Court Ln**<br>**Foster City, CA 94404** | | | Vacation | | | | **28,849.99** | **8,581.02** | **20,268.97** |
| ACCOUNT NO.<br>**Huesca, Elizabeth**<br>**55 Lenox Road #3H**<br>**Brooklyn, NY 11226** | | | Vacation | | | | **1,727.06** | **1,727.06** | |
| ACCOUNT NO.<br>**Hui, Bernie**<br>**19777 North 76 St 3211**<br>**Scottsdale, AZ 85255** | | | Vacation | | | | **12,159.08** | **3,585.37** | **8,573.71** |
| ACCOUNT NO.<br>**Hutchinson, Lou**<br>**2958 Georgia Street**<br>**Oakland, CA 94602** | | | Vacation | | | | **8,579.37** | **3,728.69** | **4,850.68** |

Sheet no. ____**47**____ of ____**140**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **81,382.21** | $ **31,018.23**  $ **50,363.98** |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $          $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP                                     Case No. **08-32514**
_____                    _____
Debtor(s)                                                    (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ilstrup, Blake**<br>**7825 233rd Ave NE**<br>**Redmond, WA  98053** | | | **Vacation** | | | | 31,157.53 | 9,527.89 | 21,629.64 |
| ACCOUNT NO.<br>**Inabathini, Kshama**<br>**47091 Benns Terrace**<br>**Fremont, CA  94539** | | | **Vacation** | | | | 4,898.00 | 2,574.76 | 2,323.24 |
| ACCOUNT NO.<br>**Isaacs, Maria**<br>**28521 Kemptown Rd**<br>**Damascus, MD  20872** | | | **Vacation and retention bonus** | | | | 16,430.47 | 3,977.69 | 12,452.78 |
| ACCOUNT NO.<br>**Jackson, Celia**<br>**6825 Exeter Drive**<br>**Oakland, CA  94611** | | | **Vacation** | | | | 18,895.28 | 6,997.54 | 11,897.74 |
| ACCOUNT NO.<br>**Jackson, Michael**<br>**1035 Aster Avenue #2136**<br>**Sunnyvale, CA  94086** | | | **Vacation** | | | | 5,645.32 | 2,884.54 | 2,760.78 |
| ACCOUNT NO.<br>**Jacobs, Aaron**<br>**2917 Sherwood Dr.**<br>**San Carlos, CA  94070** | | | **Vacation** | | | | 30,345.89 | 9,409.54 | 20,936.35 |

Sheet no. ___**48**___ of ___**140**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **107,372.49**   $ **35,371.96**   $ **72,000.53**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $          $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP                    Case No. **08-32514**

_____                    _____
Debtor(s)                                        (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Jalkut, Ellen**<br>**89 Murray St. #11F**<br>**New York, NY 10007** | | | **Vacation** | | | | **21,185.77** | **7,435.38** | **13,750.39** |
| ACCOUNT NO.<br>**Jarrett, Nicole**<br>**1409 37th Avenue**<br>**San Francisco, CA 94122** | | | **Vacation** | | | | **675.49** | **675.49** | |
| ACCOUNT NO.<br>**Jensen, Ebba**<br>**2131 Parker Street, Apt. C**<br>**Berkeley, CA 94704** | | | **Sabbatical Pay and Vacation** | | | | **1,397.21** | **1,046.87** | **350.34** |
| ACCOUNT NO.<br>**Jezick, Paul**<br>**98 Union #301**<br>**Seattle, WA 98101** | | | **Vacation** | | | | **2,646.36** | **2,646.36** | |
| ACCOUNT NO.<br>**Jin, Xiao Long**<br>**67-40 Yellowstone Boulevard Apt 2B**<br>**Forest Hills, NY 11375** | | | **Vacation** | | | | **2,020.06** | **2,020.06** | |
| ACCOUNT NO.<br>**Johe, Cynthia**<br>**1315 El Centro Avenue**<br>**Oakland, CA 94602** | | | **Vacation** | | | | **1,463.00** | **1,463.00** | |

Sheet no. **49** of **140** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **29,387.89** | $ **15,287.16** | $ **14,100.73** |

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $          $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP** _____ Case No. **08-32514**
Debtor(s)                                                    (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**John, Richard**<br>**5345 Chenin Blanc Place**<br>**Vallejo, CA 94591** | | | Vacation | | | | **10,447.65** | **3,925.90** | **6,521.75** |
| ACCOUNT NO.<br>**Johnsen, Patricia**<br>**1478 18th Ave. #1**<br>**San Francisco, CA 94122** | | | Vacation | | | | **3,187.24** | **3,187.24** | |
| ACCOUNT NO.<br>**Joneja, Bhavana**<br>**61 West 62nd Street Apt 7M**<br>**New York, NY 10023** | | | Vacation | | | | **19,212.50** | **10,164.64** | **9,047.86** |
| ACCOUNT NO.<br>**Jones, Lea**<br>**520 Van Buren Ave #209**<br>**Oakland, CA 94610** | | | Vacation | | | | **1,256.35** | **1,256.35** | |
| ACCOUNT NO.<br>**Jones, Rachel**<br>**715 Noe Street**<br>**San Francisco, CA 94114** | | | Vacation | | | | **24,023.99** | **9,942.15** | **14,081.84** |
| ACCOUNT NO.<br>**Kaider, Brian**<br>**24230 Kings Valley Road**<br>**Damascus, MD 20872** | | | Vacation | | | | **28,849.99** | **8,876.92** | **19,973.07** |

Sheet no. __**50**__ of __**140**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Totals of this page) | $ **86,977.72** | $ **37,353.20** | $ **49,624.52** |
|---|---|---|---|---|
|  | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
|  | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**      Case No. **08-32514**

                 Debtor(s)                                                      (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Kanazi, Ramzi** <br> **3150 - 33rd St. Apt. C-7** <br> **Astoria, NY 11106** | | | Vacation | | | | **2,376.25** | **1,260.34** | **1,115.91** |
| ACCOUNT NO. <br> **Kaplan-Sears, Sebastian** <br> **681 Santa Rosa Ave.** <br> **Berkeley, CA 94707** | | | Vacation | | | | **12,929.59** | **6,036.31** | **6,893.28** |
| ACCOUNT NO. <br> **Kassabian, Daniel** <br> **88 King Street #119** <br> **San Francisco, CA 94107** | | | Vacation | | | | **13,727.00** | **9,095.88** | **4,631.12** |
| ACCOUNT NO. <br> **Kassabian, Matthew** <br> **10926 Huston St., #107** <br> **West Toluca Lake, CA 91601** | | | Vacation | | | | **3,496.30** | **1,953.67** | **1,542.63** |
| ACCOUNT NO. <br> **Katz, Marilyn** <br> **1305 Colonial Court** <br> **Mamaroneck, NY 10543** | | | Vacation | | | | **1,870.31** | **1,870.31** | |
| ACCOUNT NO. <br> **Kaufman, Daniel** <br> **4834 Hollow Corner Rd, #402** <br> **Culver City, CA 90230** | | | Vacation | | | | **18,160.36** | **6,036.31** | **12,124.05** |

Sheet no. _**51**_ of _**140**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page)    $ **52,559.81**   $ **26,252.82**   $ **26,306.99**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $      $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**                                    Case No. **08-32514**

_____                              _____
Debtor(s)                                                     (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Kelley, Colin**<br>**1130 Montgomery St**<br>**San Francisco, CA 94133** | | | Vacation | | | | 10,563.54 | 5,784.80 | 4,778.74 |
| ACCOUNT NO.<br>**Kelly, Kevin**<br>**4040 55th Ave., N.E.**<br>**Seattle, WA 98105** | | | Shareholder Pension Contributions, Contribution to Employee Benefit Plan and Wages | | | | 56,347.45 | 12,676.08 | 43,671.37 |
| ACCOUNT NO.<br>**Kercher, Kristen**<br>**15 Rolling Woods Drive**<br>**Bedford, NH 03110** | | | Vacation | | | | 34,854.56 | 10,950.00 | 23,904.56 |
| ACCOUNT NO.<br>**Khim, Khattavy**<br>**2070 43rd Ave**<br>**San Francisco, CA 94116** | | | Sabbatical Pay and Vacation | | | | 26,203.20 | 5,302.81 | 20,900.39 |
| ACCOUNT NO.<br>**Kim, Stacy**<br>**65 Morton Street Apt 6i**<br>**New York, NY 10014** | | | Vacation | | | | 10,711.15 | 7,435.38 | 3,275.77 |
| ACCOUNT NO.<br>**Kimbrell, Thomas**<br>**4315 Chesapeake Street, NW**<br>**Washington, DC 20016** | | | Vacation | | | | 16,647.43 | 9,320.77 | 7,326.66 |

Sheet no. __**52**__ of __**140**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **155,327.33** $ **51,469.84** $ **103,857.49**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $          $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP     Case No. **08-32514**

      Debtor(s)            (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**King, David**<br>**1302 North 188th Street**<br>**Shoreline, WA 98133** | | | Vacation | | | | 2,338.91 | 937.08 | 1,401.83 |
| ACCOUNT NO.<br>**King, Shannon**<br>**2120 Larkin Street, Apt 203**<br>**San Francisco, CA 94109** | | | Vacation | | | | 24,234.00 | 7,145.92 | 17,088.08 |
| ACCOUNT NO.<br>**Kinsey, Jacquline**<br>**5403 Victoria Lane**<br>**El Sobrante, CA 94803** | | | Vacation | | | | 3,924.00 | 3,138.93 | 785.07 |
| ACCOUNT NO.<br>**Kirk, Janet**<br>**101 Sunny Hills Drive Apt. 33**<br>**San Anselmo, CA 94960** | | | Vacation | | | | 2,708.46 | 2,168.93 | 539.53 |
| ACCOUNT NO.<br>**Kirk, Lynn**<br>**4016 Los Arabis Drive**<br>**Lafayette, CA 94549** | | | Vacation | | | | 50,904.00 | 10,950.00 | 39,954.00 |
| ACCOUNT NO.<br>**Kjome, Lea**<br>**2853 Shasta Road**<br>**Berkeley, CA 94708** | | | Vacation | | | | 12,496.61 | 4,006.76 | 8,489.85 |

Sheet no. __53__ of __140__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ 96,605.98 | $ 28,347.62 | $ 68,258.36 |
| Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**                                                      Case No. **08-32514**
_____                        _____
Debtor(s)                                                                        (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Knickmeier, Kristine**<br>**1197 Pleasant Hill Road**<br>**Stoughton, WI 53589** | | | **Vacation** | | | | 3,443.28 | 2,465.95 | 977.33 |
| ACCOUNT NO.<br>**Koch, Jocelyn**<br>**4501 Fellows Street**<br>**Union City, CA 94587** | | | **Sabbatical Pay and Vacation** | | | | 13,182.12 | 3,314.79 | 9,867.33 |
| ACCOUNT NO.<br>**Koester, Eric**<br>**3816-B Whitman Ave. N.**<br>**Seattle, WA 98103** | | | **Vacation** | | | | 14,515.39 | 5,104.23 | 9,411.16 |
| ACCOUNT NO.<br>**Kong, David**<br>**624 Athol Avenue**<br>**Oakland, CA 94610** | | | **Vacation and retention bonus** | | | | 5,386.89 | 1,662.08 | 3,724.81 |
| ACCOUNT NO.<br>**Koop, Lissa**<br>**808 Williamson Street Apt 302**<br>**Madison, WI 53703** | | | **Vacation** | | | | 17,757.59 | 5,784.80 | 11,972.79 |
| ACCOUNT NO.<br>**Kopet, Peggianne**<br>**11381 Lott Point**<br>**SanDiego, CA 92126** | | | **Vacation** | | | | 11,198.87 | 3,302.23 | 7,896.64 |

Sheet no. __**54**__ of __**140**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **65,484.14**   $ **21,634.08**   $ **43,850.06**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**                                                                  Case No. **08-32514**
_____                                    _____
Debtor(s)                                                                                    (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Kosola, Karen**<br>**22 Creekside Court**<br>**Corte Madera, CA  94925** | | | Vacation | | | | 3,554.38 | 2,886.05 | 668.33 |
| ACCOUNT NO.<br>**Kozakiewicz, Cynthia**<br>**1502 Olive Street**<br>**Ramona, CA  92065** | | | Vacation and retention bonus | | | | 9,517.82 | 2,918.24 | 6,599.58 |
| ACCOUNT NO.<br>**Krobot, Kristine**<br>**1262 Fell Street**<br>**San Francisco, CA  94117** | | | Vacation | | | | 6,603.63 | 3,347.20 | 3,256.43 |
| ACCOUNT NO.<br>**Kropp, Kimberley**<br>**19625 SE 23rd Street**<br>**Sammamish, WA  98075** | | | Vacation | | | | 4,949.32 | 2,771.34 | 2,177.98 |
| ACCOUNT NO.<br>**Krueger, Brad**<br>**219 Taylor Blvd**<br>**Millbrae, CA  94030** | | | Vacation | | | | 11,621.90 | 6,036.31 | 5,585.59 |
| ACCOUNT NO.<br>**Kudon, Jeremy**<br>**314 West 94th Street Apt. 4B**<br>**New York, NY  10025** | | | Vacation | | | | 25,267.70 | 9,087.70 | 16,180.00 |

Sheet no. **55** of **140** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)   $ **61,514.75**   $ **27,046.84**   $ **34,467.91**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $          $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP                                      Case No. **08-32514**

                    Debtor(s)                                              (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Kwan, Wendy** <br> **696 Spruce Ave** <br> **South San Francisco, CA  94080-2750** | | | **Vacation** | | | | **5,879.01** | **2,277.78** | **3,601.23** |
| ACCOUNT NO. <br> **Lacy, Brian** <br> **65 Mews Lane** <br> **South Orange, NJ  07079** | | | **Vacation** | | | | **20,464.99** | **5,616.31** | **14,848.68** |
| ACCOUNT NO. <br> **LaFollette, Claudia** <br> **17711 Mclean Road** <br> **Mt Vernon, WA  98273** | | | **Vacation** | | | | **7,014.53** | **2,948.39** | **4,066.14** |
| ACCOUNT NO. <br> **Lam, Jameson** <br> **1439 Judah Street** <br> **San Francisco, CA  94122** | | | **Vacation** | | | | **4,863.98** | **1,416.10** | **3,447.88** |
| ACCOUNT NO. <br> **Lamoureux, Yvonne** <br> **7601 Soldotna Drive** <br> **Anchorage, AK  99507** | | | **Vacation** | | | | **6,011.39** | **3,740.26** | **2,271.13** |
| ACCOUNT NO. <br> **Landfried, Paul** <br> **1159 Debbie Hill Road** <br> **Cotati, CA  94931** | | | **Vacation** | | | | **6,784.34** | **2,958.90** | **3,825.44** |

Sheet no. __**56**__ of __**140**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)   $ **51,018.24**   $ **18,957.74**   $ **32,060.50**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $          $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**                                    Case No. **08-32514**
_____                        _____
                    Debtor(s)                                          (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Lane, Jared**<br>**12709 Ne 130th Ct #C102**<br>**Kirkland, WA  98034** | | | Vacation | | | | 2,037.98 | 1,596.54 | 441.44 |
| ACCOUNT NO.<br>**Lang, Daniel**<br>**184 Lexington Ave., Apt. 5C**<br>**New York, NY  10016** | | | Vacation | | | | 13,306.70 | 5,818.48 | 7,488.22 |
| ACCOUNT NO.<br>**Lapple, Matthew**<br>**13156 Chambord Way**<br>**San Diego, CA  92130** | | | Vacation | | | | 30,626.16 | 9,764.62 | 20,861.54 |
| ACCOUNT NO.<br>**Larivee, Franklyn**<br>**4439 Strohm Avenue**<br>**Toluca Lake, CA  91602** | | | Vacation | | | | 16,423.94 | 5,658.52 | 10,765.42 |
| ACCOUNT NO.<br>**Larson, Ryan**<br>**303 East 60th Street Apt. 17A**<br>**New  York, NY  10022** | | | Vacation | | | | 1,022.63 | 1,022.63 | |
| ACCOUNT NO.<br>**Laster, Jana**<br>**677 7th Avenue, Unit 501**<br>**San Diego, CA  92101** | | | Vacation | | | | 4,499.16 | 3,133.31 | 1,365.85 |

Sheet no. ___**57**___ of ___**140**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **67,916.57**  $ **26,994.10**  $ **40,922.47**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $           $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Lathrop, Alexander** <br> **7816 Lobelia Lane** <br> **Springfield, VA 22152** | | | Vacation | | | | 24,117.58 | 10,039.80 | 14,077.78 |
| ACCOUNT NO. <br> **Lau, Ronald** <br> **210 San Benito Way** <br> **San Francisco, CA 94127** | | | Vacation | | | | 10,635.85 | 4,063.13 | 6,572.72 |
| ACCOUNT NO. <br> **Lavallee, Paula** <br> **13223 116th Pl. N.E.** <br> **Kirkland, WA 98034-2155** | | | Vacation | | | | 2,317.94 | 1,423.11 | 894.83 |
| ACCOUNT NO. <br> **Law, Susan** <br> **2501 Seventh Avenue #6** <br> **Oakland, CA 94606** | | | Vacation | | | | 2,524.44 | 1,310.09 | 1,214.35 |
| ACCOUNT NO. <br> **Le Master, Matt** <br> **7630 72nd PL SE** <br> **Mercer Island, WA 98040** | | | Vacation | | | | 26,542.00 | 7,826.49 | 18,715.51 |
| ACCOUNT NO. <br> **Le, Han** <br> **5551 Stoney Creek Place** <br> **San Jose, CA 95138** | | | Vacation | | | | 20,528.36 | 6,349.96 | 14,178.40 |

Sheet no. __58__ of __140__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ 86,666.17   $ 31,012.58   $ 55,653.59

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $      $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP                                    Case No. **08-32514**

Debtor(s)                                                    (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Lee, Judy**<br>**2366 42nd Avenue**<br>**San Francisco, CA  94116** | | | Vacation | | | | 5,962.83 | 1,989.32 | 3,973.51 |
| ACCOUNT NO.<br>**Lee, Monika**<br>**3021 Hacienda Street**<br>**San Mateo, CA  94403** | | | Vacation | | | | 29,524.97 | 10,047.49 | 19,477.48 |
| ACCOUNT NO.<br>**Lee, Norman**<br>**477 41st Avenue**<br>**San Francisco, CA  94121** | | | Vacation | | | | 7,722.29 | 2,277.09 | 5,445.20 |
| ACCOUNT NO.<br>**Lee, Wei-Drin**<br>**642 W. 19th Avenue**<br>**Anchorage, AK  99501** | | | Vacation | | | | 5,981.29 | 3,621.03 | 2,360.26 |
| ACCOUNT NO.<br>**Lefko, Elliott**<br>**24645 Varese Court**<br>**Valencia, CA  91355** | | | Vacation | | | | 9,278.48 | 3,017.49 | 6,260.99 |
| ACCOUNT NO.<br>**Leith, Debra**<br>**9033 Loyal Ave. N.W.**<br>**Seattle, WA  98117-2648** | | | Vacation | | | | 27,424.20 | 9,610.75 | 17,813.45 |

Sheet no. __59__ of __140__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **85,894.06**   $ **30,563.17**   $ **55,330.89**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $          $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP _____ Case No. **08-32514**
                        Debtor(s)                                            (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Leonard, Colleen**<br>**555 Duboce Ave., Apt. 12**<br>**San Francisco, CA  94117** | | | Vacation | | | | **11,777.12** | **8,166.73** | **3,610.39** |
| ACCOUNT NO.<br>**Leong, Sharon**<br>**776 Bush St #403**<br>**San Francisco, CA  94108** | | | Vacation | | | | **6,750.48** | **2,996.72** | **3,753.76** |
| ACCOUNT NO.<br>**Lepelstat, David**<br>**2960 Wynsum Avenue**<br>**Merrick, NY  11566** | | | Vacation | | | | **5,477.01** | **3,835.38** | **1,641.63** |
| ACCOUNT NO.<br>**Leung, Helena**<br>**526 28th Ave**<br>**San Francisco, CA  94121** | | | Vacation | | | | **5,426.26** | **2,785.33** | **2,640.93** |
| ACCOUNT NO.<br>**Levine, Shelley**<br>**10 Avon Avenue**<br>**Mill Valley, CA  94941** | | | Vacation | | | | **4,390.29** | **2,984.72** | **1,405.57** |
| ACCOUNT NO.<br>**Lewis, Geraldina**<br>**811 Bounty Drive #206**<br>**Foster City, CA  94404** | | | Vacation | | | | **1,924.46** | **1,354.16** | **570.30** |

Sheet no. __**60**__ of __**140**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims      Subtotal
(Totals of this page) $ **35,745.62** $ **22,123.04** $ **13,622.58**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $       $

*© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*

IN RE **Heller Ehrman LLP**        Case No. **08-32514**

_____
Debtor(s)      (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Lewis, Katherine** <br> **66 West 38th Street Apt. 26F** <br> **New York, NY 10018** | | | **Vacation** | | | | 1,401.82 | 1,143.91 | 257.91 |
| ACCOUNT NO. <br> **Lidstrom, Shawne** <br> **4012 52nd Ave. S.W.** <br> **Seattle, WA 98116** | | | **Vacation** | | | | 5,671.11 | 2,453.41 | 3,217.70 |
| ACCOUNT NO. <br> **Lingenbrink, Laura** <br> **22128 N.E. 11th Pl.** <br> **Sammamish, WA 98074** | | | **Vacation** | | | | 3,296.84 | 2,014.88 | 1,281.96 |
| ACCOUNT NO. <br> **Lis, Sylwia** <br> **4315 Ellicott Street, NW** <br> **Washington, DC 20016** | | | **Vacation** | | | | 12,705.05 | 9,409.54 | 3,295.51 |
| ACCOUNT NO. <br> **Little, Brittany** <br> **16937 Hutchins Landing #84** <br> **San Diego, CA 92127** | | | **Vacation** | | | | 21,349.00 | 6,568.92 | 14,780.08 |
| ACCOUNT NO. <br> **Livingston, Trevor** <br> **2252A NW 60th Street** <br> **Seattle, WA 98107** | | | **Vacation** | | | | 18,482.77 | 6,391.39 | 12,091.38 |

Sheet no. **61** of **140** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 62,906.59 | $ 27,982.05 | $ 34,924.54 |

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**                                   Case No. **08-32514**
_____                      _____
Debtor(s)                                                    (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Lloyd, Eric**<br>**1609 Gordon Street**<br>**Redwood City, CA  94061** | | | Vacation | | | | 10,936.62 | 5,681.23 | 5,255.39 |
| ACCOUNT NO.<br>**Lo, Cindy**<br>**112A Palmetto Drive**<br>**Alhambra, CA  91801** | | | Vacation | | | | 6,013.54 | 5,681.23 | 332.31 |
| ACCOUNT NO.<br>**Loehr, Lincoln**<br>**11500 W. Oakmont Dr.**<br>**Mukilteo, WA  98275-4871** | | | Vacation | | | | 5,645.34 | 2,899.22 | 2,746.12 |
| ACCOUNT NO.<br>**Logue, Sarah**<br>**295 Park Avenue South, # 5H Apt. 6**<br>**New York, NY  10010** | | | Vacation | | | | 5,977.14 | 5,665.06 | 312.08 |
| ACCOUNT NO.<br>**Loh, Madeleine**<br>**383 Grand Avenue Apt 2**<br>**Oakland, CA  94610** | | | Vacation | | | | 21,349.00 | 6,568.92 | 14,780.08 |
| ACCOUNT NO.<br>**Longman, Christopher**<br>**4985 Coronado Avenue #4**<br>**San Diego, CA  92107** | | | Vacation | | | | 19,699.08 | 6,835.23 | 12,863.85 |

Sheet no. __62__ of __140__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ 69,620.72 | $ 33,330.89 | $ 36,289.83 |
| Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP         Case No. **08-32514**

         Debtor(s)         (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Lorand, Shari<br>970 Roxbury Drive<br>Pasadena, CA  91104 | | | Vacation | | | | 3,534.87 | 2,608.38 | 926.49 |
| ACCOUNT NO.<br>Lothlen, Donna<br>11321 Golf Links Road<br>Oakland, CA  94605 | | | Vacation | | | | 2,893.05 | 2,318.01 | 575.04 |
| ACCOUNT NO.<br>Louzin, Brenna<br>533 N.E. 98th<br>Seattle, WA  98115 | | | Vacation | | | | 9,463.84 | 3,216.46 | 6,247.38 |
| ACCOUNT NO.<br>Lubbock, Jaime<br>510A Diamond St<br>San Francisco, CA  94114 | | | Vacation | | | | 3,930.26 | 3,930.26 | |
| ACCOUNT NO.<br>Lubiszewski, Catherine<br>1530 Mathias Place<br>Rohnert Park, CA  94928 | | | Vacation | | | | 4,056.52 | 2,793.30 | 1,263.22 |
| ACCOUNT NO.<br>Lum, Trevor<br>565 Laurel St.<br>San Francisco, CA  94118 | | | Vacation | | | | 3,305.31 | 1,276.71 | 2,028.60 |

Sheet no.   **63**  of   **140**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | | |
|---|---|---|---|
| Subtotal (Totals of this page) | $ **27,183.85** | $ **16,143.12** | $ **11,040.73** |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**      Case No. **08-32514**

_____
Debtor(s)      (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Lydick, Shannon**<br>**24 Ludlow Street Apt. 1**<br>**New York, NY  10022** | | | Vacation | | | | 4,993.68 | 2,672.80 | 2,320.88 |
| ACCOUNT NO.<br>**MacCarthy, Justin**<br>**1880 Steiner St #412**<br>**San Francisco, CA  94115** | | | Vacation | | | | 11,672.46 | 5,885.40 | 5,787.06 |
| ACCOUNT NO.<br>**MacEntee, Thomas**<br>**1416 W. Carmen Ave., Unit 3**<br>**Chicago, IL  60640-2813** | | | Vacation | | | | 11,369.54 | 3,352.56 | 8,016.98 |
| ACCOUNT NO.<br>**MacPherson, Monica**<br>**4952 1/2 Del Mar Ave**<br>**San Diego, CA  92107** | | | Vacation | | | | 759.45 | 759.45 | |
| ACCOUNT NO.<br>**Madrilejo, Mariza**<br>**535 Sylvan St.**<br>**Daly City, CA  94014** | | | Vacation | | | | 3,585.05 | 1,282.91 | 2,302.14 |
| ACCOUNT NO.<br>**Madrilejo-Ynalvis, Aleli**<br>**331 Michelle Lane**<br>**Daly City, CA  94015** | | | Vacation | | | | 3,011.02 | 2,404.54 | 606.48 |

Sheet no. **64** of **140** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

       Subtotal
(Totals of this page)   $ **35,391.20**   $ **16,357.66**   $ **19,033.54**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP      Case No. **08-32514**

<div align="center">Debtor(s)      (If known)</div>

<div align="center">

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

</div>

<div align="center">

**Wages, salaries, and commissions**

(Type of Priority for Claims Listed on This Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Malaluan, Carina** <br> **1013 San Gabriel Circle Unit 407** <br> **Daly City, CA  94014** | | | Vacation | | | | 4,954.76 | 1,696.96 | 3,257.80 |
| ACCOUNT NO. <br> **Maldonado, Jaszick** <br> **28-33 42nd Street** <br> **Astoria, NY  11103** | | | Vacation | | | | 3,791.92 | 1,906.34 | 1,885.58 |
| ACCOUNT NO. <br> **Malik, Jill** <br> **5756 Owens Drive # 202** <br> **Pleasanton, CA  94588** | | | Vacation | | | | 7,934.51 | 2,339.66 | 5,594.85 |
| ACCOUNT NO. <br> **Mallory, Adam** <br> **13847 Carmel Ridge Road** <br> **San Diego, CA  92128** | | | Vacation and retention bonus | | | | 4,815.83 | 1,592.36 | 3,223.47 |
| ACCOUNT NO. <br> **Mamon, Elizabeth** <br> **2167 42nd Avenue** <br> **San Francisco, CA  94116** | | | Vacation | | | | 4,243.44 | 1,465.22 | 2,778.22 |
| ACCOUNT NO. <br> **Manio, Lina** <br> **888 Skyridge Drive** <br> **Pacifica, CA  94044** | | | Vacation | | | | 2,644.07 | 2,644.07 | |

Sheet no. __65__ of __140__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | | |
|---|---|---|---|
| Subtotal (Totals of this page) | $ 28,384.53 | $ 11,644.61 | $ 16,739.92 |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP** _____ Case No. **08-32514**

<div align="center">Debtor(s)</div> <div align="right">(If known)</div>

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Marifosque, Cherry**<br>**23607 108th Avenue SE**<br>**Kent, WA  98031** | | | Vacation | | | | **1,454.82** | **800.65** | **654.17** |
| ACCOUNT NO.<br>**Marquez-Santos, Rachelle**<br>**23385 Compass Ct**<br>**Hayward, CA  94541** | | | Vacation | | | | **3,678.40** | **1,762.41** | **1,915.99** |
| ACCOUNT NO.<br>**Marquis, Rosemarie**<br>**7330 Basking Ridge Ave**<br>**San Jose, CA  95138** | | | Vacation | | | | **1,521.72** | **1,521.72** | |
| ACCOUNT NO.<br>**Marsh, Ryan**<br>**570 Maybell Ave**<br>**Palo Alto, CA  94306** | | | Vacation | | | | **10,068.15** | **7,208.06** | **2,860.09** |
| ACCOUNT NO.<br>**Martin, Judy**<br>**750 Columbus Avenue #8K**<br>**New York, NY  10025** | | | Vacation | | | | **15,585.09** | **2,261.79** | **13,323.30** |
| ACCOUNT NO.<br>**Masadao, Dawn**<br>**3818 69th St.**<br>**San Diego, CA  92115** | | | Vacation | | | | **1,425.98** | **1,425.98** | |

Sheet no. __**66**__ of __**140**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

<div align="right">Subtotal<br>(Totals of this page) $   **33,734.16**   $   **14,980.61**   $   **18,753.55**</div>

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP        Case No. **08-32514**

Debtor(s)        (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Masino, Rita**<br>**170 Albert Street**<br>**North Arlington, NJ 07031** | | | **Vacation** | | | | 3,529.22 | 2,042.57 | 1,486.65 |
| ACCOUNT NO.<br>**Massony, Richard**<br>**1725 New Hampshire Ave Apt. 102**<br>**Washington, DC 20009** | | | **Vacation** | | | | 1,332.92 | 1,332.92 | |
| ACCOUNT NO.<br>**Mathews, Cynthia**<br>**1053 Peralta Avenue**<br>**Albany, CA 94706** | | | **Vacation** | | | | 7,723.96 | 3,405.88 | 4,318.08 |
| ACCOUNT NO.<br>**Matteo, L. Michele**<br>**150 West End Ave**<br>**New York, NY 10023** | | | **Vacation** | | | | 3,486.77 | 1,905.42 | 1,581.35 |
| ACCOUNT NO.<br>**May, Kristine**<br>**558 Wellington Dr.**<br>**San Carlos, CA 94070** | | | **Vacation** | | | | 2,555.11 | 1,856.57 | 698.54 |
| ACCOUNT NO.<br>**Mayo, Angelita**<br>**10 Lakeridge Court**<br>**San Ramon, CA 94583** | | | **Sabbatical Pay and Vacation** | | | | 3,902.20 | 1,736.58 | 2,165.62 |

Sheet no. **67** of **140** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **22,530.18** $ **12,279.94** $ **10,250.24**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $    $

IN RE **Heller Ehrman LLP**                                    Case No. **08-32514**
_____                        _____
Debtor(s)                                                       (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**McCluskey, David**<br>**739 Grafton Avenue**<br>**San Francisco, CA  94112** | | | Vacation | | | | 10,675.64 | 3,281.23 | 7,394.41 |
| ACCOUNT NO.<br>**McCormack, Shannon**<br>**1725 Grant Street**<br>**Berkeley, CA  94703** | | | Vacation | | | | 6,036.31 | 6,036.31 | |
| ACCOUNT NO.<br>**McCowan, Steven**<br>**1651 Market Street #411**<br>**San Francisco, CA  94103** | | | Vacation | | | | 2,285.23 | 1,240.56 | 1,044.67 |
| ACCOUNT NO.<br>**McDaniels, Laura**<br>**175 Glen Aulin Lane**<br>**Burlingame, CA  94010-6028** | | | Vacation | | | | 27,705.05 | 7,938.47 | 19,766.58 |
| ACCOUNT NO.<br>**McDonald, Brian**<br>**112 29th Street**<br>**San Francisco, CA  94110** | | | Vacation | | | | 24,930.76 | 8,655.00 | 16,275.76 |
| ACCOUNT NO.<br>**McFadden, Darryl**<br>**331 E. 29th St., #11J**<br>**New York, NY  10016** | | | Vacation | | | | 1,436.03 | 1,436.03 | |

Sheet no. __**68**__ of __**140**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 73,069.02 | $ 28,587.60 | $ 44,481.42 |

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ |

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP** _____ Case No. **08-32514**

Debtor(s) (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**McNamara, Allyson**<br>**829 Garden Street Apt. 3**<br>**Hoboken, NJ 07030** | | | Vacation | | | | 4,142.61 | 3,172.57 | 970.04 |
| ACCOUNT NO.<br>**McNary, Robert**<br>**820 California Avenue #202**<br>**Santa Monica, CA 90403** | | | Vacation | | | | 12,167.39 | 5,681.23 | 6,486.16 |
| ACCOUNT NO.<br>**Meadows, Robert**<br>**333 Bush Street**<br>**San Francisco, CA 94104** | | | Supplemental Profit Sharing Contributions, Contributions to Employee Benefit Plan and Vacation | | | | 62,990.00 | 13,595.31 | 49,394.69 |
| ACCOUNT NO.<br>**Melendez, Michelle**<br>**251 Riverview Way**<br>**Oceanside, CA 92057** | | | Vacation | | | | 2,498.12 | 2,498.12 | |
| ACCOUNT NO.<br>**Melo, Darcy**<br>**1489 Gordon Street**<br>**Redwood City, CA 94061** | | | Vacation | | | | 4,582.99 | 1,889.99 | 2,693.00 |
| ACCOUNT NO.<br>**Meyer, Sandra**<br>**438 24th Ave**<br>**San Mateo, CA 94403** | | | Vacation | | | | 12,623.68 | 3,884.21 | 8,739.47 |

Sheet no. _**69**_ of _**140**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ 99,004.79 | $ 30,721.43 | $ 68,283.36 |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**                                    Case No. **08-32514**
_____                        _____
Debtor(s)                                                      (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Michaelson, Carl**<br>**905 Cherry Street #401**<br>**Seattle, WA  98104** | | | **Vacation** | | | | 1,464.32 | 1,028.36 | 435.96 |
| ACCOUNT NO.<br>**Miles, Judith**<br>**345 Birchwood Dr.**<br>**Moraga, CA  94556** | | | **Shareholder Pension Contributions, Contributions to Employee Benefit Plan and Wages** | | | | 64,616.00 | 14,338.78 | 50,277.22 |
| ACCOUNT NO.<br>**Milholland, Scot**<br>**24609 Skyridge Drive**<br>**Santa Clarita, CA  91321** | | | **Sabbatical Pay and Vacation** | | | | 28,564.21 | 4,383.74 | 24,180.47 |
| ACCOUNT NO.<br>**Millar, Aaron**<br>**2657 Altura Avenue**<br>**La Crescenta, CA  91214** | | | **Vacation** | | | | 22,059.69 | 7,456.61 | 14,603.08 |
| ACCOUNT NO.<br>**Minamoto, Melyssa**<br>**903 Laurel Ave**<br>**Menlo Park, CA  94025** | | | **Vacation** | | | | 9,006.51 | 6,036.31 | 2,970.20 |
| ACCOUNT NO.<br>**Mink, James**<br>**739 Cerrito Street**<br>**Albany, CA  94706** | | | **Vacation** | | | | 25,078.20 | 8,655.00 | 16,423.20 |

Sheet no. **70** of **140** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ **150,788.93** | $ **41,898.80** | $ **108,890.13** |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP                                    Case No. **08-32514**
_____                               _____
Debtor(s)                                                      (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Minoli, Eugenio**<br>**58 West 58th St. #33F**<br>**New York, NY 10019** | | | **Vacation** | | | | **31,803.09** | **9,913.85** | **21,889.24** |
| ACCOUNT NO.<br>**Mitchell, Barbara**<br>**19655 Friar Street**<br>**Tarzana, CA 91335** | | | **Vacation** | | | | **13,868.07** | **4,274.32** | **9,593.75** |
| ACCOUNT NO.<br>**Mitchell, John**<br>**3711 Redwood Cir**<br>**Palo Alto, CA 94306** | | | **Vacation** | | | | **20,233.76** | **9,095.88** | **11,137.88** |
| ACCOUNT NO.<br>**Mitterndorfer, Ericka**<br>**12212 Phinney Avenue N.**<br>**Seattle, WA 98133** | | | **Vacation** | | | | **5,684.85** | **2,638.90** | **3,045.95** |
| ACCOUNT NO.<br>**Moffett, Willie**<br>**66 Barbaree Way**<br>**Tiburon, CA 94920** | | | **Vacation and retention bonus** | | | | **6,040.46** | **2,681.73** | **3,358.73** |
| ACCOUNT NO.<br>**Moll, Kathleen**<br>**5420 55th Ave. S.**<br>**Seattle, WA 98118** | | | **Vacation** | | | | **2,753.33** | **2,253.74** | **499.59** |

Sheet no. ____71____ of ____140____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Totals of this page) | $ 80,383.56 | $ 30,858.42 | $ 49,525.14 |
|---|---|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**                                    Case No. **08-32514**

_____                          _____
Debtor(s)                                                           (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Moody, Cheryle**<br>**2003 Esperanza Drive**<br>**Concord, CA 94519** | | | **Vacation** | | | | **2,210.47** | **2,210.47** | |
| ACCOUNT NO.<br>**Moody, Dwight**<br>**86 Stonebridge Road**<br>**Wilton, CT 06897** | | | **Supplemental Profit Sharing Contributions, Contributions to Employee Benefit Plan and Vacation** | | | | **26,234.84** | **7,481.04** | **18,753.80** |
| ACCOUNT NO.<br>**Moore, Kim**<br>**600 34th Avenue, Apt 9**<br>**San Francisco, CA 94121** | | | **Vacation** | | | | **9,183.65** | **2,708.00** | **6,475.65** |
| ACCOUNT NO.<br>**Moore, Steven**<br>**3634 Lloyd Terrace**<br>**San Diego, CA 92117** | | | **Vacation** | | | | **28,307.43** | **9,409.54** | **18,897.89** |
| ACCOUNT NO.<br>**Morales, Robert**<br>**3720 Orinda Dr**<br>**San Mateo, CA 94403** | | | **Vacation** | | | | **6,890.82** | **3,684.09** | **3,206.73** |
| ACCOUNT NO.<br>**Morey, Bethann**<br>**13852 130th Pl. N.E.**<br>**Kirkland, WA 98034** | | | **Vacation** | | | | **6,268.40** | **2,501.69** | **3,766.71** |

Sheet no. __**72**__ of __**140**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ **79,095.61** | $ **27,994.83** | $ **51,100.78** |
|---|---|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**                                          Case No. **08-32514**
_____                          _____
                    Debtor(s)                                              (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Moss, Matthew**<br>**2102 Mendocino Blvd.**<br>**San Diego, CA 92107** | | | **Vacation** | | | | **1,494.97** | **1,015.64** | **479.33** |
| ACCOUNT NO.<br>**Mottman, Patricia**<br>**P.O. Box 84892**<br>**Seattle, WA 98124** | | | **Vacation** | | | | **695.18** | **695.18** | |
| ACCOUNT NO.<br>**Mozingo, Donna**<br>**525 Lebo Blvd #G5**<br>**Bremerton, WA 98310** | | | **Sabbatical Pay and Vacation** | | | | **8,709.44** | **2,276.76** | **6,432.68** |
| ACCOUNT NO.<br>**Mukherjee, Jayajit**<br>**39939 Stevenson Commons Apt. 2118**<br>**Fremont, CA 94538** | | | **Vacation** | | | | **4,821.20** | **2,408.56** | **2,412.64** |
| ACCOUNT NO.<br>**Mullen, Kevin**<br>**4140 Cesar Chavez St #60**<br>**San Francisco, CA 94131** | | | **Vacation** | | | | **1,476.07** | **1,455.80** | **20.27** |
| ACCOUNT NO.<br>**Mumayiz, Sarra**<br>**9614 Commonwealth Blvd APT. 18**<br>**Fairfax, VA 22032** | | | **Vacation** | | | | **847.51** | **847.51** | |

Sheet no. ___**73**___ of ___**140**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal<br>(Totals of this page) | $ 18,044.37 | $ 8,699.45 | $ 9,344.92 |
|---|---|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP        Case No. **08-32514**

<div align="center">Debtor(s)        (If known)</div>

<div align="center">

### AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

</div>

<div align="center">

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Nadas, Imre**<br>**555 10th St Apt. 427**<br>**Oakland, CA 94607** | | | Vacation | | | | 1,394.69 | 822.57 | 572.12 |
| ACCOUNT NO.<br>**Nakayama, Casey**<br>**22055 Mcclellan Road**<br>**Cupertino, CA 95014** | | | Vacation | | | | 5,492.36 | 1,785.09 | 3,707.27 |
| ACCOUNT NO.<br>**Naraja, Pamela**<br>**5168 Carriage Drive**<br>**Richmond, CA 94803** | | | Vacation | | | | 4,505.26 | 3,048.86 | 1,456.40 |
| ACCOUNT NO.<br>**Narensky, Matthew**<br>**1830 Fremont Drive**<br>**Alameda, CA 94501** | | | Vacation | | | | 30,580.99 | 9,409.54 | 21,171.45 |
| ACCOUNT NO.<br>**Nemirofsky, Nicole**<br>**6639 Colton Blvd**<br>**Oakland, CA 94611** | | | Vacation | | | | 10,957.69 | 6,811.54 | 4,146.15 |
| ACCOUNT NO.<br>**Nero, Autumn**<br>**3701 Hillcrest Drive**<br>**Madison, WI 53705** | | | Vacation | | | | 19,618.00 | 5,784.80 | 13,833.20 |

Sheet no. __74__ of __140__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **72,548.99** | $ **27,662.40** | $ **44,886.59**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP** _____ Case No. **08-32514**

Debtor(s)                                    (If known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Newland, Molly**<br>**2460 Larkin St Apt 7**<br>**San Francisco, CA 94109** | | | **Vacation** | | | | **10,062.26** | **5,784.80** | **4,277.46** |
| ACCOUNT NO.<br>**Newton, Stephen**<br>**16936 Coral Cay Lane**<br>**Huntington Beach, CA 92649** | | | **Shareholder Pension Contributions, Contribution to Employee Benefit Plan and Wages** | | | | **37,368.54** | **11,009.56** | **26,358.98** |
| ACCOUNT NO.<br>**Nicholson, David**<br>**1212 Cordova Ave.**<br>**Glendale, CA 91207** | | | **Vacation** | | | | **7,862.99** | **2,360.22** | **5,502.77** |
| ACCOUNT NO.<br>**Niemiec, Malgorzata**<br>**P. O. Box 76**<br>**San Francisco, CA 94104-0076** | | | **Vacation** | | | | **9,643.37** | **3,583.68** | **6,059.69** |
| ACCOUNT NO.<br>**Nikravesh, Babak**<br>**428 Colgate Way**<br>**San Mateo, CA 94402** | | | **Vacation** | | | | **32,311.99** | **9,942.15** | **22,369.84** |
| ACCOUNT NO.<br>**Norris, Marjorie**<br>**2863 Glenvale Dr.**<br>**Fairfax, VA 22031-1414** | | | **Vacation** | | | | **6,606.42** | **2,853.08** | **3,753.34** |

Sheet no. **75** of **140** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Totals of this page) | $ **103,855.57** | $ **35,533.49** | $ **68,322.08** |
|---|---|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**                                    Case No. **08-32514**
_____
Debtor(s)                                                              (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Nuanez, Vern<br>68 Harriet Street No. 6<br>San Francisco, CA  94103-4094** | | | Sabbatical Pay and Vacation | | | | 16,171.62 | 4,110.81 | 12,060.81 |
| ACCOUNT NO.<br>**Nygaard, Rose<br>2611A  Dana Street<br>Berkeley, CA  94704** | | | Vacation | | | | 14,168.82 | 4,634.24 | 9,534.58 |
| ACCOUNT NO.<br>**O'Brien, Maureen<br>98 Beecher Road<br>North Babylon, NY  11703** | | | Sabbatical and Vacation | | | | 13,030.30 | 3,029.90 | 10,000.40 |
| ACCOUNT NO.<br>**Ohanian, C<br>680 Mission St.  Apst 24C<br>San Francisco, CA  94105** | | | Vacation | | | | 9,705.85 | 5,681.23 | 4,024.62 |
| ACCOUNT NO.<br>**Olson, Christina<br>1616 18th Street, NW Apt 912<br>Washington, DC  20009** | | | Vacation | | | | 11,620.16 | 5,382.38 | 6,237.78 |
| ACCOUNT NO.<br>**Ortiz, Heather<br>586 Willis Street<br>Hempstead, NY  11550** | | | Vacation | | | | 3,145.65 | 2,504.63 | 641.02 |

Sheet no. __76__ of __140__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)   $ **67,842.40**   $ **25,343.19**   $ **42,499.21**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $        $

IN RE Heller Ehrman LLP                                                     Case No. 08-32514
_____                                                         _____
Debtor(s)                                                                    (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Orvald, Thomas** <br> **202 East Hamilton Avenue** <br> **Silver Spring, MD 20901** | | | Vacation | | | | 30,580.99 | 9,017.47 | 21,563.52 |
| ACCOUNT NO. <br> **Osner, Miriam** <br> **108 East 4th Street Apt. 11** <br> **New York, NY 10003** | | | Vacation | | | | 8,203.08 | 5,429.01 | 2,774.07 |
| ACCOUNT NO. <br> **Overholser, Beth** <br> **1800 State Street, #48** <br> **South Pasadena, CA 91030** | | | Vacation | | | | 2,172.58 | 1,983.66 | 188.92 |
| ACCOUNT NO. <br> **Overman, Leslie** <br> **4751 Mt. Harris Drive** <br> **San Diego, CA 92117-3908** | | | Vacation | | | | 26,542.00 | 8,166.77 | 18,375.23 |
| ACCOUNT NO. <br> **Oxwang, Kristen** <br> **23229 - 59th Pl. S.** <br> **Kent, WA 98032** | | | Vacation | | | | 11,052.74 | 2,494.04 | 8,558.70 |
| ACCOUNT NO. <br> **Ozenne-Eakin, Michelle** <br> **140 Seville Street** <br> **San Francisco, CA 94112** | | | Vacation | | | | 1,919.85 | 1,919.85 | |

Sheet no. __77__ of __140__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ 80,471.24   $ 29,010.80   $ 51,460.44

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $            $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**                                     Case No. **08-32514**
_____                      _____
                    Debtor(s)                                          (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Pace, Brandon**<br>**1860 Orchard Wood Road**<br>**Encinitas, CA 92024** | | | **Hours Bonus and Vacation** | | | | **60,311.99** | **10,950.00** | **49,361.99** |
| ACCOUNT NO.<br>**Palmer, Robert**<br>**1876 Burnt Maple Way**<br>**Vista, CA 92081-7357** | | | **Vacation** | | | | **18,464.00** | **5,681.23** | **12,782.77** |
| ACCOUNT NO.<br>**Pan, Xichun**<br>**19 West 69th Street Apt. 1101**<br>**New York, NY 10023** | | | **Vacation** | | | | **42,592.96** | **8,143.51** | **34,449.45** |
| ACCOUNT NO.<br>**Papciak, Walter**<br>**1501 Pike Place Apt 84**<br>**Seattle, WA 98101** | | | **Vacation** | | | | **23,034.66** | **9,527.89** | **13,506.77** |
| ACCOUNT NO.<br>**Parlovecchio, Gina**<br>**10-30 Jackson Ave., Apt. 5B**<br>**Long Island City, NY 11101** | | | **Vacation** | | | | **19,663.46** | **8,482.83** | **11,180.63** |
| ACCOUNT NO.<br>**Parviz, Ahmad**<br>**840 Geary Street # 22**<br>**San Francisco, CA 94109** | | | **Vacation** | | | | **3,359.39** | **1,445.43** | **1,913.96** |

Sheet no. ___**78**___ of ___**140**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)  $ **167,426.46**   $ **44,230.89**   $ **123,195.57**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)  $          $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP                                    Case No. **08-32514**
_____
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Patel, Menesh**<br>**1920 Pacific Ave # 6**<br>**San Francisco, CA  94109** | | | Vacation | | | | **21,349.00** | **6,349.96** | **14,999.04** |
| ACCOUNT NO.<br>**Patrick, Lindy**<br>**1471 E. Orange Grove Bl.**<br>** Pasadena, CA  91104** | | | Vacation | | | | **3,056.27** | **2,640.20** | **416.07** |
| ACCOUNT NO.<br>**Patterson, Patricia**<br>**7514 Martha Street**<br>** Forestville, MD  20747** | | | Vacation | | | | **3,724.54** | **2,538.42** | **1,186.12** |
| ACCOUNT NO.<br>**Payne, Laina**<br>**2045 Hyde Street**<br>** San Francisco, CA  94109** | | | Vacation | | | | **7,143.35** | **4,356.86** | **2,786.49** |
| ACCOUNT NO.<br>**Peardon, Kristin**<br>**2912 Cascades Cove**<br>**Austin, TX  78664** | | | Vacation | | | | **7,428.60** | **3,478.92** | **3,949.68** |
| ACCOUNT NO.<br>**Pearson-Gibbs, Linda**<br>**42 Custer Ave.**<br>**Newark, NJ  07112** | | | Vacation | | | | **1,821.38** | **1,821.38** | |

Sheet no. ___**79**___ of ___**140**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal<br>(Totals of this page) | $ **44,523.14** | $ **21,185.74** | $ **23,337.40** |
|---|---|---|---|---|
|  | Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
|  | Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**                                   Case No. **08-32514**
_____                              _____
Debtor(s)                                                    (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

---

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

---

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Peng, Michael** <br> **411A Sherman Place** <br> **Fairview, NJ 07022** | | | **Vacation** | | | | 19,922.80 | 8,143.51 | 11,779.29 |
| ACCOUNT NO. <br> **Perez, Gabriel** <br> **8355 Station Village Ln # 4404** <br> **San Diego, CA 92108** | | | **Vacation and Sabbatical Pay** | | | | 29,030.34 | 4,269.63 | 24,760.71 |
| ACCOUNT NO. <br> **Perez, Isabel** <br> **755 Le Conte Avenue** <br> **San Francisco, CA 94124** | | | **Vacation** | | | | 6,123.44 | 2,031.53 | 4,091.91 |
| ACCOUNT NO. <br> **Peters, Saxon** <br> **731 Old County Rd. Apt. L** <br> **Belmont, CA 94002** | | | **Vacation** | | | | 15,946.87 | 5,784.80 | 10,162.07 |
| ACCOUNT NO. <br> **Peterson, Leslie** <br> **5019 46th Ave South** <br> **Seattle, WA 98118** | | | **Vacation** | | | | 5,534.77 | 2,000.96 | 3,533.81 |
| ACCOUNT NO. <br> **Peterson, Linda** <br> **930 Glen Drive** <br> **San Leandro, CA 94577** | | | **Vacation** | | | | 9,587.73 | 4,059.71 | 5,528.02 |

Sheet no. __80__ of __140__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Totals of this page) | $ 86,145.95 | $ 26,290.14 | $ 59,855.81 |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Heller Ehrman LLP        Case No. **08-32514**

Debtor(s)             (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

---

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Pettigrew, Linda**<br>**403E San Vicente Blvd.**<br>**Santa Monica, CA 90402** | | | Vacation | | | | 2,409.34 | 2,409.34 | |
| ACCOUNT NO.<br>**Piccolo, Cynthia**<br>**469 Puritan Drive**<br>**Shirley, NY 11967** | | | Vacation | | | | 1,644.45 | 1,644.45 | |
| ACCOUNT NO.<br>**Pierre, Nicole**<br>**709 E 79th St.**<br>**Brooklyn, NY 11236** | | | Vacation | | | | 6,312.98 | 2,320.02 | 3,992.96 |
| ACCOUNT NO.<br>**Pildis, Sara**<br>**345 East 86th Street Apt. 10F**<br>**New York, NY 10028** | | | Vacation | | | | 22,401.09 | 8,261.54 | 14,139.55 |
| ACCOUNT NO.<br>**Pitre, Suzanne**<br>**1100 University St. #14F**<br>**Seattle, WA 98101** | | | Vacation | | | | 1,832.54 | 1,832.54 | |
| ACCOUNT NO.<br>**Pixley, Michael**<br>**8400 Ocean View Terrace #102**<br>**San Francisco, CA 94132** | | | Vacation | | | | 14,588.62 | 10,950.00 | 3,638.62 |

Sheet no. __81__ of __140__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)    $ **49,189.02**   $ **27,417.89**   $ **21,771.13**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE  Heller Ehrman LLP _____  Case No. **08-32514**
Debtor(s)                                                      (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Plant, Barbara** <br> **1117 El Camino Real #2** <br> **Burlingame, CA 94010** | | | **Vacation** | | | | 4,791.79 | 2,107.39 | 2,684.40 |
| ACCOUNT NO. <br> **Plotts, Karen** <br> **1619 S. Bentley Avenue #105** <br> **Los Angeles, CA 90025** | | | **Sabbatical Pay and Vacation** | | | | 23,473.31 | 3,789.40 | 19,683.91 |
| ACCOUNT NO. <br> **Pohlman, Matthew** <br> **5518 34th Ave NE** <br> **Seattle, WA 98105** | | | **Vacation** | | | | 27,119.00 | 9,039.67 | 18,079.33 |
| ACCOUNT NO. <br> **Pojanowski, Sarah** <br> **4799 Crescent Street** <br> **Bethesda, MD 20816** | | | **Vacation** | | | | 13,087.56 | 6,295.22 | 6,792.34 |
| ACCOUNT NO. <br> **Pond, Tawny** <br> **3412 39th Avenue West** <br> **Seattle, WA 98199** | | | **Vacation** | | | | 1,587.69 | 1,587.69 | |
| ACCOUNT NO. <br> **Ponsness, Karen** <br> **8900 Tempest Circle** <br> **Anchorage, AK 99507** | | | **Vacation** | | | | 5,896.71 | 2,758.78 | 3,137.93 |

Sheet no. __82__ of __140__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | | |
|---|---|---|---|
| Subtotal (Totals of this page) | $ 75,956.06 | $ 25,578.15 | $ 50,377.91 |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**        Case No. **08-32514**

_____

Debtor(s)             (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Poston, Jennifer** <br> **935 Old Country Road #40** <br> **Belmont, CA 94002** | | | Vacation | | | | 2,892.78 | 1,922.13 | 970.65 |
| ACCOUNT NO. <br> **Priefer, Janet** <br> **702 Palo Alto Ave.** <br> **Mountain View, CA 94041** | | | Sabbatical Pay and Vacation | | | | 12,418.61 | 3,276.21 | 9,142.40 |
| ACCOUNT NO. <br> **Pulido, Elsa** <br> **288 Whitmore Street #230** <br> **Oakland, CA 94611** | | | Vacation | | | | 5,535.92 | 3,154.87 | 2,381.05 |
| ACCOUNT NO. <br> **Quintero, Jose** <br> **3818 Volk Avenue** <br> **Long Beach, CA 90808** | | | Vacation | | | | 1,399.97 | 1,399.97 | |
| ACCOUNT NO. <br> **Rabinovitch, Tima** <br> **1020 Los Gamos Road #K** <br> **San Rafael, CA 94903** | | | Vacation | | | | 2,604.12 | 2,604.12 | |
| ACCOUNT NO. <br> **Rades, Jane** <br> **7 Dawson Place** <br> **San Francisco, CA 94108** | | | Vacation | | | | 2,363.74 | 2,177.23 | 186.51 |

Sheet no. __83__ of __140__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **27,215.14**   $ **14,534.53**   $ **12,680.61**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)      $      $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP** _____ Case No. **08-32514**

<div align="center">Debtor(s)                                           (If known)</div>

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Rafoth, Angela**<br>**5684 Bay St. Apt 557**<br>**Emeryville, CA  94608** | | | Vacation | | | | **16,205.05** | **6,568.92** | **9,636.13** |
| ACCOUNT NO.<br>**Raichelson, Deborah**<br>**4515 Willard Ave Apt 2007 South**<br>**Chevy Chase, MD  20815** | | | Vacation | | | | **6,306.22** | **3,631.90** | **2,674.32** |
| ACCOUNT NO.<br>**Ramirez, Mila**<br>**40 Belhaven Ave**<br>**Daly City, CA  94015** | | | Vacation | | | | **2,004.69** | **871.67** | **1,133.02** |
| ACCOUNT NO.<br>**Ramirez, Robin**<br>**487 Matadero Avenue**<br>**Palo Alto, CA  94306-2839** | | | Vacation | | | | **4,084.22** | **3,413.84** | **670.38** |
| ACCOUNT NO.<br>**Ravner, Ofer**<br>**127 Farnum Street**<br>**San Francisco, CA  94131** | | | Vacation | | | | **9,781.61** | **2,884.32** | **6,897.29** |
| ACCOUNT NO.<br>**Reich, Claudius**<br>**589A Dolores Street**<br>**San Francisco, CA  94110** | | | Vacation | | | | **244.91** | **244.91** | |

Sheet no. __**84**__ of __**140**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ **38,626.70** | $ **17,615.56** | $ **21,011.14** |

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $        $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**                                    Case No. **08-32514**

_____
                    Debtor(s)                                              (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Reinsdorf, Jonathan**<br>**366 Evergreen Place**<br>**Ridgewood, NJ 07450** | | | Vacation | | | | 10,281.78 | 3,720.64 | 6,561.14 |
| ACCOUNT NO.<br>**Remennik, Marina**<br>**2446 24th Avenue**<br>**San Francisco, CA 94116** | | | Vacation | | | | 20,813.39 | 10,038.32 | 10,775.07 |
| ACCOUNT NO.<br>**Reynaert, Cristine**<br>**319 S. Clark Drive #302**<br>**Los Angeles, CA 90048** | | | Vacation | | | | 20,911.64 | 6,404.70 | 14,506.94 |
| ACCOUNT NO.<br>**Reynolds, Tony**<br>**1622 Harrison St #402**<br>**Oakland, CA 94612** | | | Vacation | | | | 3,367.95 | 1,608.15 | 1,759.80 |
| ACCOUNT NO.<br>**Ricci, Elayne**<br>**38947 Larkspur St.**<br>**Newark, CA 94560** | | | Vacation | | | | 4,608.42 | 2,275.84 | 2,332.58 |
| ACCOUNT NO.<br>**Rice, Eugene**<br>**2736 Independence Ave**<br>**Bronx, NY 10463** | | | Vacation | | | | 2,562.33 | 2,419.81 | 142.52 |

Sheet no. **85** of **140** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ 62,545.51 | $ 26,467.46 | $ 36,078.05 |

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $         $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP

Case No. **08-32514**

_____
Debtor(s)  (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Rice, Richard** <br> **831 Rockaway Ct.** <br> **San Diego, CA  92109** | | | Vacation | | | | 7,009.63 | 2,542.56 | 4,467.07 |
| ACCOUNT NO. <br> **Richmond, Jeffrey** <br> **710 N Orlando Ave #102** <br> **Los Angeles, CA  90069-5549** | | | Vacation | | | | 23,617.63 | 9,113.64 | 14,503.99 |
| ACCOUNT NO. <br> **Riegels, Hans** <br> **831 Colorado Avenue** <br> **Palo Alto, CA  94303** | | | Vacation | | | | 16,600.72 | 5,784.80 | 10,815.92 |
| ACCOUNT NO. <br> **Rinkema, Richard** <br> **416 Pendleton Street** <br> **Alexandria, VA  22314** | | | Vacation | | | | 9,511.38 | 7,270.20 | 2,241.18 |
| ACCOUNT NO. <br> **Rivera, Wanda** <br> **2548 Bronxwood Avenue** <br> **Bronx, NY  10469** | | | Vacation | | | | 4,441.25 | 2,508.74 | 1,932.51 |
| ACCOUNT NO. <br> **Robbins, Regina** <br> **171 Sutton Manor Road** <br> **New Rochelle, NY  10801** | | | Vacation | | | | 14,850.00 | 4,085.03 | 10,764.97 |

Sheet no. __86__ of __140__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ 76,030.61 $ 31,304.97 $ 44,725.64

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $                    $

IN RE **Heller Ehrman LLP**      Case No. **08-32514**

_____
Debtor(s)      (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Roberts, Sirena**<br>**2000 Vallejo St. #19**<br>**San Francisco, CA 94123** | | | Vacation | | | | **8,617.03** | **5,207.80** | **3,409.23** |
| ACCOUNT NO.<br>**Robinson, Elba**<br>**218 Tom Hunter Road**<br>**Fort Lee, NJ 07024** | | | Vacation | | | | **2,771.84** | **2,415.49** | **356.35** |
| ACCOUNT NO.<br>**Rodrigues, Susan**<br>**1538 Irving Street**<br>**San Francisco, CA 94122** | | | Vacation | | | | **2,817.62** | **1,764.74** | **1,052.88** |
| ACCOUNT NO.<br>**Rodriguez, Lisa**<br>**743 Lincoln Place**<br>**Brooklyn, NY 11216** | | | Vacation | | | | **2,584.46** | **2,584.46** | |
| ACCOUNT NO.<br>**Rodriguez, Richard**<br>**3099 Clubhouse Rd.**<br>**Merrick, NY 11566** | | | Vacation | | | | **1,894.40** | **1,894.40** | |
| ACCOUNT NO.<br>**Rogan, Daniel**<br>**800 Church St. #20**<br>**San Francisco, CA 94114-3010** | | | Vacation | | | | **4,660.99** | **1,653.24** | **3,007.75** |

Sheet no. **87** of **140** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **23,346.34** | $ **15,520.13** | $ **7,826.21** |

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**                                    Case No. **08-32514**
_____
Debtor(s)                                                              (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Rogers, Deborah**<br>**2325 42nd Street NW Apt 421**<br>**Washington, DC 20007** | | | **Vacation** | | | | **5,368.11** | **3,759.40** | **1,608.71** |
| ACCOUNT NO.<br>**Rogers, Kathleen**<br>**1 Bowles Place**<br>**Oakland, CA 94610** | | | **Vacation** | | | | **6,544.79** | **2,615.62** | **3,929.17** |
| ACCOUNT NO.<br>**Roldan, Nilda**<br>**32 Perry Street**<br>**Belleville, NJ 07109** | | | **Vacation** | | | | **2,305.99** | **2,305.99** | |
| ACCOUNT NO.<br>**Romanow-Phillips, Julie**<br>**1022 Rawlings Dr.**<br>**San Jose, CA 95136** | | | **Vacation** | | | | **4,717.34** | **2,294.47** | **2,422.87** |
| ACCOUNT NO.<br>**Rose, Allen**<br>**116 Elm Street No. 2**<br>**San Mateo, CA 94401** | | | **Vacation** | | | | **4,181.16** | **3,370.17** | **810.99** |
| ACCOUNT NO.<br>**Rose, Paul**<br>**11519 Rose Garden Court**<br>**San Diego, CA 92131** | | | **Vacation** | | | | **34,620.01** | **10,652.31** | **23,967.70** |

Sheet no. **88** of **140** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **57,737.40** | $ **24,997.96** | $ **32,739.44** |
| Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP      Case No. **08-32514**

          Debtor(s)                    (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Rosenberg, Nicholas**<br>**300 E. 34th St Apt. 6J**<br>**New York, NY 10016** | | | **Vacation** | | | | 12,130.99 | 5,665.06 | 6,465.93 |
| ACCOUNT NO.<br>**Rosenthal, Sol**<br>**1 Elizabeth St., Apt. 3**<br>**San Francisco, CA 94110** | | | **Vacation** | | | | 13,080.41 | 6,036.31 | 7,044.10 |
| ACCOUNT NO.<br>**Rosing, Robert**<br>**2717 Western Ave #7010**<br>**Seattle, WA 98121** | | | **Vacation** | | | | 4,334.39 | 4,334.39 | |
| ACCOUNT NO.<br>**Royer, Mark**<br>**405 Crescent Avenue**<br>**San Mateo, CA 94402** | | | **Vacation** | | | | 21,672.92 | 6,390.73 | 15,282.19 |
| ACCOUNT NO.<br>**Rugani, Paul**<br>**105 Valley Street**<br>**Seattle, WA 98109** | | | **Vacation** | | | | 9,753.08 | 5,326.16 | 4,426.92 |
| ACCOUNT NO.<br>**Russell, Wondie**<br>**465 Roosevelt Way**<br>**San Francisco, CA 94114** | | | **Wages** | | | | 91,666.68 | 10,950.00 | 80,716.68 |

Sheet no. **89** of **140** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

      Subtotal
(Totals of this page)    $ **152,638.47**    $ **38,702.65**    $ **113,935.82**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**       Case No. **08-32514**

_____
Debtor(s)       (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Sadasivan, Bhanu** <br> **1643 Lyle Drive** <br> **San Jose, CA  95129** | | | **Vacation** | | | | 18,650.05 | 8,030.66 | 10,619.39 |
| ACCOUNT NO. <br> **Sage, Jann** <br> **301 Minor Avenue North Apt 519** <br> **Seattle, WA  98109** | | | **Vacation** | | | | 6,419.67 | 1,911.11 | 4,508.56 |
| ACCOUNT NO. <br> **Salim, Zakiyyah** <br> **615 MacDonough Street** <br> **Brooklyn, NY  11233** | | | **Vacation** | | | | 16,170.82 | 9,382.75 | 6,788.07 |
| ACCOUNT NO. <br> **Salinero, Shelley** <br> **106 Talley Way** <br> **Hercules, CA  94547** | | | **Supplemental Profit Sharing Contributions and Wages** | | | | 29,413.35 | 4,134.14 | 25,279.21 |
| ACCOUNT NO. <br> **Salvi, Dedra** <br> **2813 San Ardo Way** <br> **Belmont, CA  94002** | | | **Vacation** | | | | 5,082.65 | 3,185.06 | 1,897.59 |
| ACCOUNT NO. <br> **Samarakkody, Niroshana** <br> **1015 Kains Ave** <br> **Albany, CA  94706** | | | **Vacation** | | | | 8,393.44 | 2,838.42 | 5,555.02 |

Sheet no. **90** of **140** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 84,129.98 | $ 29,482.14 | $ 54,647.84 |

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $     $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**                                          Case No. **08-32514**

_____                        _____
Debtor(s)                                                                        (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Samuelson, Andrew**<br>**157 Canon Dr.**<br>**Orinda, CA 94563** | | | **Vacation** | | | | **700.48** | **700.48** | |
| ACCOUNT NO.<br>**Sana, Marilou**<br>**949 Hillside Blvd.**<br>**Daly City, CA 94014** | | | **Vacation** | | | | **5,416.11** | **1,741.28** | **3,674.83** |
| ACCOUNT NO.<br>**Sandall, Leon**<br>**2272 Gilman DR. W. #2**<br>**Seattle, WA 98119** | | | **Vacation** | | | | **1,410.09** | **559.51** | **850.58** |
| ACCOUNT NO.<br>**Sanders, Carmela**<br>**11738 Kallgren Rd.**<br>**Bainbridge Is, WA 98110** | | | **Vacation** | | | | **7,183.13** | **2,648.20** | **4,534.93** |
| ACCOUNT NO.<br>**Sanders, David**<br>**3226 Lucas Circle**<br>**Lafayette, CA 94549** | | | **Sabbatical Pay, Supplemental Profit Sharing Contributions and Vacation** | | | | **62,056.78** | **13,786.02** | **48,270.76** |
| ACCOUNT NO.<br>**Santos, Jaime**<br>**709 Carroll St Apt 2L**<br>**Brooklyn, NY 11215** | | | **Vacation** | | | | **20,784.67** | **8,143.51** | **12,641.16** |

Sheet no. **91** of **140** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **97,551.26** | $ **27,579.00** | $ **69,972.26**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $                    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP                                                      Case No. **08-32514**
_____                          _____
Debtor(s)                                                                         (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Sartori, James**<br>**814 Grove St.**<br>**San Francisco, CA  94117** | | | **Vacation** | | | | **9,166.16** | **3,040.55** | **6,125.61** |
| ACCOUNT NO.<br>**Saurey, Heber**<br>**961 Pine St. Apt. 12**<br>**San Francisco, CA  94108** | | | **Vacation** | | | | **2,030.96** | **2,030.96** | |
| ACCOUNT NO.<br>**Saw, Elizabeth**<br>**1606 Third Street #306**<br>**San Rafael, CA  94901** | | | **Vacation** | | | | **3,011.85** | **1,321.16** | **1,690.69** |
| ACCOUNT NO.<br>**Sawyer, Jennifer**<br>**535 Arguello Blvd. #308**<br>**San Francisco, CA  94118** | | | **Vacation** | | | | **3,149.85** | **2,228.39** | **921.46** |
| ACCOUNT NO.<br>**Sborea, Luigi**<br>**946 Tunesbrook Drive**<br>**Toms River, NJ  08753** | | | **Vacation and retention bonus** | | | | **7,132.51** | **3,364.95** | **3,767.56** |
| ACCOUNT NO.<br>**Scanlon, Kathleen**<br>**120 E. 79th St, 2E**<br>**New York, NY  10021** | | | **Vacation** | | | | **13,048.36** | **7,553.63** | **5,494.73** |

Sheet no. ___**92**___ of ___**140**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | | | Subtotal<br>(Totals of this page) | $ **37,539.69** | $ **19,539.64** | $ **18,000.05** |
|---|---|---|---|---|---|---|---|
| | | | | Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | | | | Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case: 08-32514    Doc# 823    Filed: 12/15/09    Entered: 12/15/09 18:45:03    Page 103 of 163

**IN RE** Heller Ehrman LLP                                     Case No. **08-32514**
_____
                   Debtor(s)                                                          (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Scarpa, Anna<br>771 Brower Avenue<br>Franklin Square, NY 11010** | | | Vacation | | | | 9,817.99 | 3,353.28 | 6,464.71 |
| ACCOUNT NO.<br>**Schapira, Lisa<br>680 Mission St. Apt 20 S<br>San Francisco, CA 94105** | | | Vacation | | | | 5,398.16 | 5,398.16 | |
| ACCOUNT NO.<br>**Schendel, Jason<br>4248 F Rickey's Way<br>Palo Alto, CA 94306** | | | Vacation | | | | 21,010.25 | 8,655.00 | 12,355.25 |
| ACCOUNT NO.<br>**Schmelzer, Barbara<br>3193 Wayside Plaza #14<br>Walnut Creek, CA 94597** | | | Vacation | | | | 1,409.69 | 1,409.69 | |
| ACCOUNT NO.<br>**Schmidt, Phillip<br>11206 21st Avenue Sw<br>Seattle, WA 98146** | | | Vacation | | | | 5,303.56 | 2,426.19 | 2,877.37 |
| ACCOUNT NO.<br>**Scholl, Jacob<br>615 N.E. 77th St.<br>Seattle, WA 98115** | | | Vacation | | | | 19,214.29 | 6,095.83 | 13,118.46 |

Sheet no. **93** of **140** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Totals of this page) | $ 62,153.94 | $ 27,338.15 | $ 34,815.79 |
|---|---|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case: 08-32514   Doc# 823   Filed: 12/15/09   Entered: 12/15/09 18:45:03   Page 104 of 163

IN RE **Heller Ehrman LLP**                                       Case No. **08-32514**
_____                    _____
Debtor(s)                                                              (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Schoos, Rebecca**<br>**2440 Diamond St.**<br>**Milton, WA  98354** | | | **Vacation** | | | | 2,071.58 | 2,025.65 | 45.93 |
| ACCOUNT NO.<br>**Schultz, Kathryn**<br>**3229 Harrison St.**<br>**San Francisco, CA  94110** | | | **Supplemental Profit Sharing Contributions, Contribution to Employee Benefit Plan and Vacation** | | | | 36,312.24 | 2,596.35 | 33,715.89 |
| ACCOUNT NO.<br>**Schwegmann, Gregory**<br>**200 Second Ave., #60**<br>**New York, NY  10003** | | | **Vacation** | | | | 8,581.98 | 5,192.97 | 3,389.01 |
| ACCOUNT NO.<br>**Schweigert, Mollie**<br>**314 A Street, NE**<br>**Washington, DC  20002** | | | **Vacation** | | | | 2,218.09 | 1,307.82 | 910.27 |
| ACCOUNT NO.<br>**Scimeca, Dario**<br>**1060 Clayton Street**<br>**San Francisco, CA  94117** | | | **Vacation** | | | | 26,474.77 | 7,826.49 | 18,648.28 |
| ACCOUNT NO.<br>**Scott, Brad**<br>**333 Bush Street**<br>**San Francisco, CA  94104** | | | **Employment Bonus, Vacation and Wages** | | | | 433,659.10 | 0.01 | 433,659.09 |

Sheet no. ___**94**___ of ___**140**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **509,317.76** | $ **18,949.29** | $ **490,368.47** |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP** _____  Case No. **08-32514**
Debtor(s)                                                       (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Seyferth, Zina 6143 Dell Drive Unit 2 Madison, WI 53718** | | | Vacation | | | | 1,711.20 | 1,470.42 | 240.78 |
| ACCOUNT NO. **Shabi, Mojisola 559 Clinton Street Apt. #4 Brooklyn, NY 11231** | | | Vacation | | | | 6,238.70 | 2,222.69 | 4,016.01 |
| ACCOUNT NO. **Shallenberger, Karen 5625 Anza Avenue No 6 San Francisco, CA 94121** | | | Vacation | | | | 1,486.94 | 1,486.94 | |
| ACCOUNT NO. **Sharp, Lael 405 Lincoln Avenue Takoma Park, MD 20912** | | | Vacation | | | | 4,372.41 | 1,973.72 | 2,398.69 |
| ACCOUNT NO. **Shaw, Gary 1642 Bunting Court Lincoln, CA 95648** | | | Vacation | | | | 4,977.04 | 2,172.06 | 2,804.98 |
| ACCOUNT NO. **Shea, Mary 5210 Fiore Terrace #L-409 San Diego, CA 92122** | | | Vacation | | | | 3,635.96 | 1,657.51 | 1,978.45 |

Sheet no. **95** of **140** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **22,422.25** | $ **10,983.34** | $ **11,438.91**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP                              Case No. **08-32514**

Debtor(s)                                                    (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Sheller, Miriam**<br>**1473 Treat Blvd #1614**<br>**Walnut Creek, CA 94597** | | | Vacation | | | | 4,506.05 | 2,271.63 | 2,234.42 |
| ACCOUNT NO.<br>**Sheth, Bhavit**<br>**920 Peregrine Court**<br>**Santa Clara, CA 95051** | | | Vacation | | | | 6,628.92 | 5,681.23 | 947.69 |
| ACCOUNT NO.<br>**Shiang, Catherine**<br>**6045 Roma Terrace**<br>**Fremont, CA 94555** | | | Vacation | | | | 38,940.09 | 9,942.15 | 28,997.94 |
| ACCOUNT NO.<br>**Sikes, David**<br>**300 Third Street #724**<br>**San Francisco, CA 94107** | | | Vacation | | | | 23,146.15 | 8,655.00 | 14,491.15 |
| ACCOUNT NO.<br>**Simon, David**<br>**203 Los Banos Ave**<br>**Walnut Creek, CA 94598** | | | Vacation | | | | 21,349.00 | 6,568.92 | 14,780.08 |
| ACCOUNT NO.<br>**Simpson, Ann**<br>**955 Kains Avenue**<br>**Albany, CA 94706** | | | Vacation | | | | 1,658.84 | 841.27 | 817.57 |

Sheet no. __96__ of __140__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ 96,229.05 | $ 33,960.20 | $ 62,268.85 |

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $          $

**IN RE** Heller Ehrman LLP                                    Case No. **08-32514**

_____                    _____
Debtor(s)                                                      (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Singh, Vishal<br>2834 California St Apt A<br>San Francisco, CA  94115** | | | **Vacation** | | | | **1,952.82** | **1,589.07** | **363.75** |
| ACCOUNT NO.<br>**Siraj, Hussein<br>370B Greenwich Street<br>New York, NY  10013** | | | **Sabbatical Pay and Vacation** | | | | **12,202.06** | **3,232.31** | **8,969.75** |
| ACCOUNT NO.<br>**Sisgold, Jesse<br>1039 Galloway Street<br> Pacific Palisades, CA  90272** | | | **Vacation** | | | | **26,557.69** | **8,876.92** | **17,680.77** |
| ACCOUNT NO.<br>**Smedley, Tamara<br>4486 Clairemont Dr.<br> San Diego, CA  92117** | | | **Vacation** | | | | **2,302.55** | **1,767.58** | **534.97** |
| ACCOUNT NO.<br>**Smith, Catherine<br>1390 Candelero Dr.<br> Walnut Creek, CA  94598-1310** | | | **Sabbatical Pay and Vacation** | | | | **30,818.98** | **3,862.02** | **26,956.96** |
| ACCOUNT NO.<br>**Smith, Diana<br>365 Military East<br> Benicia, CA  94510** | | | **Vacation** | | | | **3,625.61** | **2,472.78** | **1,152.83** |

Sheet no. _____**97**___ of ___**140**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **77,459.71** | $ **21,800.68** | $ **55,659.03**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $ | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP                                    Case No. **08-32514**
_____                    _____
Debtor(s)                                                      (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Snider, Darryl**<br>**25 Buggy Whip Dr.**<br>**Rolling Hills, CA 90274** | | | **Shareholder Pension Contributions and Contribution to Employee Benefit Plan** | | | | **27,090.97** | **7,665.78** | **19,425.19** |
| ACCOUNT NO.<br>**Soboleva, Larissa**<br>**7320 Greenville Pl.**<br>**Castro Valley, CA 94552** | | | **Vacation** | | | | **1,992.37** | **1,366.92** | **625.45** |
| ACCOUNT NO.<br>**Solomon, Robin**<br>**4360 Lanai Road**<br>**Encino, CA 91436** | | | **Vacation** | | | | **19,394.44** | **5,718.87** | **13,675.57** |
| ACCOUNT NO.<br>**Soohoo, Khanh**<br>**39 Riverton Drive**<br>**San Francisco, CA 94132** | | | **Vacation** | | | | **7,931.99** | **2,501.84** | **5,430.15** |
| ACCOUNT NO.<br>**Sorensen, Todd**<br>**157 West 3rd St. Apt. 3**<br>**Boston, MA 02127** | | | **Vacation** | | | | **3,471.63** | **2,678.98** | **792.65** |
| ACCOUNT NO.<br>**Soulier, Paul**<br>**1068 Clarendon Crescent**<br>**Oakland, CA 94610** | | | **Vacation** | | | | **16,902.12** | **2,599.53** | **14,302.59** |

Sheet no. __**98**__ of __**140**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **76,783.52** | $ **22,531.92** | $ **54,251.60**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP        Case No. **08-32514**

_____
Debtor(s)        (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Spector, Naomi**<br>**1157 Alexandra Lane**<br>**Encinitas, CA 92024** | | | Vacation | | | | **28,849.99** | **8,876.92** | **19,973.07** |
| ACCOUNT NO.<br>**Spencer-Mork, Nathaniel**<br>**1424 Milva Street**<br>**Berkeley, CA 94709** | | | Vacation | | | | **17,426.92** | **7,826.49** | **9,600.43** |
| ACCOUNT NO.<br>**Staley, Ryan**<br>**2927 Piedmont Avenue**<br>**La Crescenta, CA 91214** | | | Vacation | | | | **24,843.53** | **8,166.77** | **16,676.76** |
| ACCOUNT NO.<br>**Stermer, Tara**<br>**15660 Camino Del Cerro**<br>**Los Gatos, CA 95032** | | | Vacation | | | | **4,823.01** | **2,582.18** | **2,240.83** |
| ACCOUNT NO.<br>**Stevens, Bethany**<br>**7320 Ogelsby Avenue**<br>**Los Angeles, CA 90045** | | | Vacation | | | | **15,394.16** | **6,036.31** | **9,357.85** |
| ACCOUNT NO.<br>**Stevenson, Stacey**<br>**26204 S. Corral Hollow**<br>**Tracy, CA 95376** | | | Vacation | | | | **4,369.09** | **2,912.57** | **1,456.52** |

Sheet no. **99** of **140** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ **95,706.70** | $ **36,401.24**    $ **59,305.46** |
| Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | |
| Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $      $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**        Case No. **08-32514**

_____
Debtor(s)                    (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Stone, Kimberly**<br>**1097 Blanche St. #304**<br>**Pasadena, CA 91106** | | | Vacation | | | | 6,752.09 | 2,239.56 | 4,512.53 |
| ACCOUNT NO.<br>**Stone, Matthew**<br>**2195 Sacramento St #404**<br>**San Francisco, CA 94109** | | | Vacation | | | | 1,993.97 | 1,993.97 | |
| ACCOUNT NO.<br>**Strangways, Brittan**<br>**442 W. 57th St., Apt. 4C**<br>**New York, NY 10019** | | | Vacation | | | | 14,263.79 | 8,143.51 | 6,120.28 |
| ACCOUNT NO.<br>**Sudra, Dipa**<br>**2335 NE 91st Street**<br>**Seattle, WA 98115** | | | Vacation | | | | 18,931.49 | 4,412.57 | 14,518.92 |
| ACCOUNT NO.<br>**Suess, Benjamin**<br>**1337 San Luis Avenue**<br>**Oakland, CA 94602** | | | Sabbatical Pay and Vacation | | | | 30,163.93 | 4,716.14 | 25,447.79 |
| ACCOUNT NO.<br>**Sugarman, Paul**<br>**333 Bush Street**<br>**San Francisco, CA 94104** | | | Shareholder Pension Contributions, Contribution to Employee Benefit Plan and Wages | | | | 25,166.66 | 13,826.80 | 11,339.86 |

Sheet no. **100** of **140** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ 97,271.93   $ 35,332.55   $ 61,939.38

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP                                      Case No. **08-32514**
_____
<div align="center">Debtor(s)                              (If known)</div>

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
<div align="center">(Type of Priority for Claims Listed on This Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Sugnet, Joshua**<br>**442 Mississippi Street**<br>**San Francisco, CA 94107** | | | Vacation | | | | **19,618.00** | **5,835.10** | **13,782.90** |
| ACCOUNT NO.<br>**Suh, Paul**<br>**350 Broderick St. #220**<br>**San Francisco, CA 94117** | | | Vacation | | | | **17,028.31** | **7,456.61** | **9,571.70** |
| ACCOUNT NO.<br>**Sullivan, Sean**<br>**1267 Stoner Avenue, #201**<br>**Los Angeles, CA 90025** | | | Vacation | | | | **18,312.72** | **7,622.32** | **10,690.40** |
| ACCOUNT NO.<br>**Sumiran, Reshna**<br>**1970 Latham Street #9**<br>**Mountain View, CA 94040** | | | Vacation | | | | **1,469.88** | **1,469.88** | |
| ACCOUNT NO.<br>**Sutter, James**<br>**7964 Fall Creek Rd #205**<br>**Dublin, CA 94568** | | | Vacation | | | | **13,215.19** | **3,896.79** | **9,318.40** |
| ACCOUNT NO.<br>**Szeto, Yee Wun**<br>**149-18 Sanford Avenue**<br>**Flushing, NY 11355** | | | Vacation | | | | **6,592.53** | **5,665.06** | **927.47** |

Sheet no. **101** of **140** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Totals of this page) | $ 76,236.63 | $ 31,945.76 | $ 44,290.87 |
|---|---|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Heller Ehrman LLP      Case No. 08-32514

Debtor(s)      (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Szydlo, Amy** <br> **200 Broad Street Apt. 2338** <br> **Stamford, CT 06901** | | | Vacation | | | | 6,001.56 | 3,676.52 | 2,325.04 |
| ACCOUNT NO. <br> **Takahashi, Pauline** <br> **16013-B Brighton Ave.** <br> **Gardena, CA 90247** | | | Vacation | | | | 3,820.32 | 2,645.84 | 1,174.48 |
| ACCOUNT NO. <br> **Tambour, Florence** <br> **10 Crestline Dr #6** <br> **San Francisco, CA 94131** | | | Vacation | | | | 3,685.57 | 1,380.24 | 2,305.33 |
| ACCOUNT NO. <br> **Tan, Rico** <br> **986 Martin Ave** <br> **Daly City, CA 94014** | | | Vacation | | | | 2,325.78 | 1,836.63 | 489.15 |
| ACCOUNT NO. <br> **Tanuatmadja, Martha** <br> **3143 #A Noriega Street** <br> **San Francisco, CA 94122** | | | Vacation | | | | 6,323.21 | 2,144.06 | 4,179.15 |
| ACCOUNT NO. <br> **Tardiff, Janis** <br> **103 Oakview Dr** <br> **San Carlos, CA 94070** | | | **Supplemental Profit Sharing Contributions, Contribution to Employee Benefit Plan, retention bonus and Vacation** | | | | 35,101.11 | 3,209.68 | 31,891.43 |

Sheet no. <u>102</u> of <u>140</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ 57,257.55 $ 14,892.97 $ 42,364.58

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $     $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP** _____ Case No. **08-32514**

Debtor(s)                                                                    (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Taylor, Zachary**<br>**99 Sutton St., Apt. 407**<br>**Brooklyn, NY 11222** | | | Vacation | | | | 19,935.44 | 8,143.51 | 11,791.93 |
| ACCOUNT NO.<br>**Tcheng, Connie**<br>**1121 N. Olive Drive #313**<br>**W Hollywood, CA 90069** | | | Vacation | | | | 8,507.64 | 8,166.77 | 340.87 |
| ACCOUNT NO.<br>**Terwilliger, Molly**<br>**827 NW 165th Street**<br>**Shoreline, WA 98177** | | | Vacation | | | | 21,215.07 | 8,344.31 | 12,870.76 |
| ACCOUNT NO.<br>**Teshima, Darren**<br>**565 Arguello Blvd. Unit 3**<br>**San Francisco, CA 94118** | | | Vacation | | | | 14,672.87 | 6,295.22 | 8,377.65 |
| ACCOUNT NO.<br>**Thiebaut, Rose**<br>**7411 Masonville Drive**<br>**Annandale, VA 22003-1655** | | | Vacation | | | | 4,880.84 | 2,532.82 | 2,348.02 |
| ACCOUNT NO.<br>**Thill, Richard**<br>**3060 6th Ave #23**<br>**San Diego, CA 92103** | | | Vacation | | | | 13,049.08 | 7,456.61 | 5,592.47 |

Sheet no. __**103**__ of __**140**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Totals of this page) | $ 82,260.94 | $ 40,939.24 | $ 41,321.70 |
|---|---|---|---|---|
|  | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
|  | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Thomas, David**<br>**1776 Sacramento St. #412**<br>**San Francisco, CA  94109** | | | **Vacation** | | | | **24,625.97** | **9,409.54** | **15,216.43** |
| ACCOUNT NO.<br><br>**Thompson, Allan**<br>**35 Valley Road**<br>**Larchmont, NY  10538** | | | **Supplemental Profit Sharing Contributions , Contribution to Employee Benefit Plan and Vacation** | | | | **40,035.93** | **10,874.44** | **29,161.49** |
| ACCOUNT NO.<br><br>**Thornhill, Thomas**<br>**121 Stratford Road**<br>**Brooklyn, NY  11218** | | | **Vacation** | | | | **21,282.96** | **8,851.65** | **12,431.31** |
| ACCOUNT NO.<br><br>**Thurlow, Matthew**<br>**2850B Sacramento St**<br>**San Francisco, CA  94115** | | | **Vacation** | | | | **12,647.36** | **6,568.92** | **6,078.44** |
| ACCOUNT NO.<br><br>**Tian, Yuan**<br>**1750 Sutter St #204**<br>**San Francisco, CA  94115** | | | **Vacation** | | | | **8,640.15** | **7,456.61** | **1,183.54** |
| ACCOUNT NO.<br><br>**Tieu, Toan**<br>**3246 21St St Unit  2**<br>**San Francisco, CA  94110** | | | **Vacation** | | | | **13,042.36** | **3,445.92** | **9,596.44** |

Sheet no. **104** of **140** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ **120,274.73** | $ **46,607.08** $ **73,667.65** |
| Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | |
| Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $               $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP                                          Case No. **08-32514**
_____                    _____
Debtor(s)                                                              (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Tipler, Brad**<br>**4165 Pilon Point**<br>**San Diego, CA  92130** | | | Vacation | | | | **4,406.77** | **3,269.54** | **1,137.23** |
| ACCOUNT NO.<br>**Todderud, Eric**<br>**2301 Fairview Ave. E. #314**<br>**Seattle, WA  98102** | | | Vacation | | | | **13,827.54** | **9,054.46** | **4,773.08** |
| ACCOUNT NO.<br>**Toilolo, Eterei**<br>**1305 Roosevelt Avenue**<br>**Salt Lake City, UT  84105** | | | Vacation | | | | **1,567.47** | **1,291.15** | **276.32** |
| ACCOUNT NO.<br>**Tracey, Malissa**<br>**1917 N 195th Street**<br>**Shoreline, WA  98133** | | | Vacation | | | | **1,826.77** | **1,457.67** | **369.10** |
| ACCOUNT NO.<br>**Turner, Geoffrey**<br>**151 Alice B Toklas #401**<br>**San Francisco, CA  94109** | | | Vacation | | | | **8,966.48** | **2,941.69** | **6,024.79** |
| ACCOUNT NO.<br>**Vail, Jennifer**<br>**10388 Alphonse St #D1**<br>**Santee, CA  92071** | | | Vacation | | | | **3,227.04** | **2,859.74** | **367.30** |

Sheet no. **105** of **140** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | | |
|---|---|---|---|
| Subtotal (Totals of this page) | $ **33,822.07** | $ **20,874.25** | $ **12,947.82** |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP         Case No. **08-32514**

Debtor(s)      (If known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Vakilian, Shabnam** <br> **783 Barbour Drive** <br> **Redwood City, CA 94062** | | | Vacation | | | | 2,172.19 | 518.59 | 1,653.60 |
| ACCOUNT NO. <br> **Valenzuela, Ronald** <br> **11245 McDonald Street** <br> **Culver City, CA 90230** | | | Vacation | | | | 32,311.99 | 9,445.04 | 22,866.95 |
| ACCOUNT NO. <br> **Valle, Eva** <br> **48 Morton Dr** <br> **Daly City, CA 94015** | | | Vacation | | | | 1,476.15 | 975.38 | 500.77 |
| ACCOUNT NO. <br> **Van Bourg, Eva** <br> **8111 Phaeton Dr.** <br> **Oakland, CA 94605** | | | Vacation | | | | 2,624.83 | 2,624.83 | |
| ACCOUNT NO. <br> **Vance, Cheryl** <br> **3839 Brookdale Blvd** <br> **Castro Valley, CA 94546** | | | Vacation and retention bonus | | | | 3,576.21 | 1,222.86 | 2,353.35 |
| ACCOUNT NO. <br> **Vasudevan, Anita** <br> **308 Mindanao Drive** <br> **Redwood City, CA 94065** | | | Vacation | | | | 33,955.27 | 10,038.32 | 23,916.95 |

Sheet no. **106** of **140** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page)   $ **76,116.64**   $ **24,825.02**   $ **51,291.62**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $     $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP                                    Case No. **08-32514**
_____         _____
                    Debtor(s)                                    (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Venkatesan, Jaideep**<br>**225 Del Prado Drive**<br>**Campbell, CA 95008** | | | **Vacation** | | | | **29,412.91** | **9,942.15** | **19,470.76** |
| ACCOUNT NO.<br><br>**Venning, Robert**<br>**1717 Mountain Blvd**<br>**Oakland, CA 94611** | | | **Shareholder Pension Contributions, Contribution to Employee Benefit Plan and Wages** | | | | **56,720.01** | **19,438.93** | **37,281.08** |
| ACCOUNT NO.<br><br>**Vernon, Roger**<br>**1736 Astor Court**<br>**San Leandro, CA 94577** | | | **Vacation** | | | | **8,089.64** | **4,347.77** | **3,741.87** |
| ACCOUNT NO.<br><br>**Verstandig, Adam**<br>**115 W. 71st St., Apt. 7D**<br>**New York, NY 10023** | | | **Vacation** | | | | **9,987.03** | **5,768.32** | **4,218.71** |
| ACCOUNT NO.<br><br>**Vigil, Timothy**<br>**1650 California Street #6**<br>**San Francisco, CA 94109** | | | **Vacation** | | | | **1,489.33** | **1,347.63** | **141.70** |
| ACCOUNT NO.<br><br>**Villa, Justin**<br>**792 Southgate Ave**<br>**Daly City, CA 94015** | | | **Vacation** | | | | **8,583.00** | **2,935.13** | **5,647.87** |

Sheet no. **107** of **140** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ **114,281.92** | $ **43,779.93** | $ **70,501.99** |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case: 08-32514    Doc# 823    Filed: 12/15/09    Entered: 12/15/09 18:45:03    Page 118 of 163

**IN RE** Heller Ehrman LLP        Case No. **08-32514**

         Debtor(s)                                               (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br>**Villalovos, Matthew** <br>**1530 Gough Street #703** <br>**San Francisco, CA  94109-5360** | | | Vacation | | | | 4,125.17 | 1,556.06 | 2,569.11 |
| ACCOUNT NO. <br>**Vu, Vi** <br>**16 Jane Street Apt C ,** <br>**New York, NY  10014** | | | Vacation | | | | 10,664.62 | 5,429.01 | 5,235.61 |
| ACCOUNT NO. <br>**Wald, Samuel** <br>**1475 Chamberlain Road** <br>**Pasadena, CA  91103** | | | Vacation | | | | 10,968.05 | 6,036.31 | 4,931.74 |
| ACCOUNT NO. <br>**Walkenhorst, Sarah** <br>**16 Cornerstone Way #11** <br>**Fitchburg, WI  57311** | | | Vacation | | | | 28,849.99 | 8,507.05 | 20,342.94 |
| ACCOUNT NO. <br>**Walker, Amanda** <br>**2021 Ocean Avenue, Apt. 211** <br>**Santa Monica, CA  90405** | | | Vacation | | | | 8,475.08 | 5,681.23 | 2,793.85 |
| ACCOUNT NO. <br>**Walker, Jeffrey** <br>**6 Portia Court** <br>**Madison, WI  53718** | | | Vacation | | | | 9,848.62 | 5,444.51 | 4,404.11 |

Sheet no. __**108**__ of __**140**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

                        Subtotal
(Totals of this page)   $ **72,931.53**   $ **32,654.17**   $ **40,277.36**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**                                    Case No. **08-32514**
_____
                    Debtor(s)                                              (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Washburn, Valerie**<br>**1639 Walnut St**<br>**Berkeley, CA  94709** | | | Vacation | | | | 6,203.08 | 5,870.61 | 332.47 |
| ACCOUNT NO.<br>**Watson, Paula**<br>**110 Oak Rim Court #68**<br>**Los Gatos, CA  95032** | | | Vacation | | | | 2,185.35 | 2,185.35 | |
| ACCOUNT NO.<br>**Waul, Franziska**<br>**815 Ferdinand Ave Box721**<br>**El Granada, CA  94018-0721** | | | Vacation | | | | 9,837.82 | 3,237.31 | 6,600.51 |
| ACCOUNT NO.<br>**Wechkin, Robin**<br>**8426  316th Pl S.E.**<br>**Issaquah, WA  98027** | | | Vacation | | | | 24,234.00 | 5,220.92 | 19,013.08 |
| ACCOUNT NO.<br>**Weeks, Delilah**<br>**1468 25th Street #403**<br>**San Francisco, CA  94107** | | | Vacation | | | | 1,211.71 | 1,211.71 | |
| ACCOUNT NO.<br>**Wellington, Ann**<br>**1215 Castro St. #2**<br>**San Francisco, CA  94114** | | | Vacation | | | | 8,030.32 | 3,184.92 | 4,845.40 |

Sheet no. ___**109**___ of ___**140**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **51,702.28**   $ **20,910.82**   $ **30,791.46**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $          $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP                    Case No. **08-32514**

_____                    _____
Debtor(s)                                                                                      (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Wells, Wanda**<br>**68 Joyceton Terrace**<br>**Upper Marlboro, MD 20772** | | | Vacation | | | | 3,472.66 | 2,372.04 | 1,100.62 |
| ACCOUNT NO.<br><br>**Wells, Warren**<br>**7200 Shockley Court**<br>**Fort Washington, MD 20744** | | | Vacation | | | | 1,277.54 | 1,277.54 | |
| ACCOUNT NO.<br><br>**Wharton, David**<br>**1365 York Ave 26M**<br>**New York, NY 10021** | | | Vacation | | | | 1,745.80 | 1,745.80 | |
| ACCOUNT NO.<br><br>**Whetstone, Evelyn**<br>**15977 Gramercy Drive**<br>**San Leandro, CA 94578** | | | Vacation | | | | 3,039.11 | 2,212.49 | 826.62 |
| ACCOUNT NO.<br><br>**Whitley, Alice**<br>**1205 Geraldine Way #2**<br>**Belmont, CA 94002** | | | Vacation | | | | 1,375.00 | 1,375.00 | |
| ACCOUNT NO.<br><br>**Whitlock, Joseph**<br>**6605 Fisher Avenue**<br>**Falls Church, VA 22046** | | | Vacation | | | | 24,634.61 | 8,211.15 | 16,423.46 |

Sheet no. **110** of **140** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ 35,544.72 | $ 17,194.02 | $ 18,350.70 |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP                                   Case No. **08-32514**

_____

Debtor(s)                                                                    (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Wilkins, Debbie**<br>**3624 Country Club Drive**<br>**Redwood City, CA 94061-1108** | | | Vacation | | | | 9,815.00 | 4,823.41 | 4,991.59 |
| ACCOUNT NO.<br>**Willard, Michael**<br>**2000 124th Ave. NE # B-100**<br>**Bellevue, WA 98005** | | | Vacation | | | | 1,166.98 | 765.57 | 401.41 |
| ACCOUNT NO.<br>**Williams, Robert**<br>**787 Guerrero Street**<br>**San Francisco, CA 94110-1613** | | | Vacation | | | | 8,101.59 | 5,432.68 | 2,668.91 |
| ACCOUNT NO.<br>**Wismer, Deborah**<br>**166 Grand Ave Apt B10**<br>**Englewood, NJ 07631** | | | Vacation | | | | 5,100.05 | 2,897.92 | 2,202.13 |
| ACCOUNT NO.<br>**Wolszon, Jamie**<br>**15 8th Street SE**<br>**Washington, DC 20003** | | | Vacation | | | | 10,321.23 | 5,681.23 | 4,640.00 |
| ACCOUNT NO.<br>**Wong, Ky-Yen**<br>**1775 42nd Avenue**<br>**San Francisco, CA 94122** | | | Vacation | | | | 5,649.78 | 2,069.45 | 3,580.33 |

Sheet no. __111__ of __140__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ 40,154.63 | $ 21,670.26 | $ 18,484.37 |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP                                    Case No. **08-32514**
_____
Debtor(s)                                                    (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Wong, Salley<br>8 Brigantine Lane<br>Redwood City, CA  94065** | | | **Vacation** | | | | **10,869.70** | **3,931.23** | **6,938.47** |
| ACCOUNT NO.<br>**Wood, Katherine<br>1334 South Carolina Avenue, SE<br>Washington, DC  20003** | | | **Vacation** | | | | **40,697.19** | **9,409.54** | **31,287.65** |
| ACCOUNT NO.<br>**Woodard, Brian<br>17601 Valley Circle Dr.<br>Bothell, WA  98012** | | | **Vacation** | | | | **6,089.03** | **2,859.08** | **3,229.95** |
| ACCOUNT NO.<br>**Woods, Ken<br>1455 34th Avenue<br>San Francisco, CA  94122** | | | **Guaranteed Bonus and Vacation** | | | | **25,869.75** | **4,174.62** | **21,695.13** |
| ACCOUNT NO.<br>**Wright, Diane<br>P.O. Box 12774<br>Mill Creek, WA  98082** | | | **Vacation** | | | | **2,379.98** | **1,610.67** | **769.31** |
| ACCOUNT NO.<br>**Wright, Janis<br>1476 Allerton Ave.<br>Bronx, NY  10469** | | | **Vacation** | | | | **1,785.80** | **1,785.80** | |

Sheet no. __**112**__ of __**140**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ **87,691.45** | $ **23,770.94** | $ **63,920.51** |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

*© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*

**IN RE** Heller Ehrman LLP _____ Case No. **08-32514**

Debtor(s) (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Wu, Alice**<br>**1530 39th Avenue**<br>**San Francisco, CA 94122** | | | Vacation | | | | 3,372.77 | 1,867.24 | 1,505.53 |
| ACCOUNT NO.<br>**Wuisan, Jessica**<br>**555 Arguello Blvd Apt 202**<br>**San Francisco, CA 94118** | | | Vacation | | | | 1,037.07 | 1,014.40 | 22.67 |
| ACCOUNT NO.<br>**Wyatt, Leigh**<br>**60 Kalda Avenue**<br>**New Hyde Park, NY 11040** | | | Vacation | | | | 3,204.24 | 2,063.03 | 1,141.21 |
| ACCOUNT NO.<br>**Yabut, Fortunato**<br>**34301 Tupelo Street**<br>**Fremont, CA 94555** | | | Vacation | | | | 5,545.97 | 1,719.38 | 3,826.59 |
| ACCOUNT NO.<br>**Yee, Christine**<br>**1927 Lincoln Way**<br>**San Francisco, CA 94122** | | | Vacation | | | | 3,056.46 | 3,056.46 | |
| ACCOUNT NO.<br>**Yildiz, Isil**<br>**52 Barrow Apt. 2-C**<br>**New York, NY 10014** | | | Vacation | | | | 4,658.46 | 4,658.46 | |

Sheet no. __113__ of __140__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **20,874.97** | $ **14,378.97** $ **6,496.00** |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $       $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP                                    Case No. **08-32514**
_____                    _____
Debtor(s)                                                    (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Yuen, Tammy 31 Pierrepont Street Apt. 1B Brooklyn, NY 11201** | | | **Vacation** | | | | 20,080.77 | 8,143.51 | 11,937.26 |
| ACCOUNT NO. **Yun, Limei 248 N. Boothbay Avenue Foster City, CA 94404** | | | **Vacation** | | | | 3,241.89 | 1,907.23 | 1,334.66 |
| ACCOUNT NO. **Zahn, Margaret 101 Conestoga Drive #228 Marlton, NJ 08053** | | | **Vacation** | | | | 5,383.61 | 2,713.82 | 2,669.79 |
| ACCOUNT NO. **Zamoff, Jamie 136 Essex Avenue Glen Ridge, NJ 07028** | | | **Supplemental Profit Sharing Contributions and Vacation** | | | | 45,387.14 | 12,329.69 | 33,057.45 |
| ACCOUNT NO. **Zhao, Yvonne 195 Simpson Dr. Daly City, CA 94015** | | | **Vacation** | | | | 2,102.17 | 1,908.22 | 193.95 |
| ACCOUNT NO. **Zimmerman, Suzanne 3015 N Fair Oaks Altadena, CA 91001** | | | **Vacation, retention bonus** | | | | 16,448.83 | 2,861.36 | 13,587.47 |

Sheet no. __114__ of __140__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 92,644.41 | $ 29,863.83 | $ 62,780.58 |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

IN RE **Heller Ehrman LLP**  Case No. **08-32514**
_____  _____
Debtor(s)  (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

<div style="writing-mode: vertical; font-size:small">© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Zusman, Anna**<br>**310 Tahiti Way #306 ,**<br>**Marina Del Rey, CA  90292** | | | Vacation | | | | **21,504.00** | **6,897.37** | **14,606.63** |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __**115**__ of __**140**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **21,504.00** | $ **6,897.37** | $ **14,606.63**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ **8,519,172.98**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ **3,040,330.52** | $ **5,478,842.46**

# EXHIBIT 4

Case: 08-32514   Doc# 823   Filed: 12/15/09   Entered: 12/15/09 18:45:03   Page 127 of 163

IN RE **Heller Ehrman LLP**      Case No. **08-32514**

_____
Debtor(s)      (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **A-Data Technology Co., Ltd. 18F No. 258 Lian Cheng Road Chung Ho City Taipei Taiwan 235,** | | | Client Refund | | | | **184.67** |
| ACCOUNT NO. **A.A. Thornton 235 High Holborn London WC1V 7LE** | | | Foreign Vendor | X | X | | **Unknown** |
| ACCOUNT NO. **Acapo P.O. Box 1880 Nordnes 5817 Bergen Norway,** | | | Foreign Vendor | | | X | **113.03** |
| ACCOUNT NO. **Acterna Corporation One Milestone Center Court M/S MC2 Germantown, MD 20876-4023** | | | Client Refund | | | | **1,967.00** |

_____ continuation sheets attached

|  | Subtotal (Total of this page) | $ | **2,264.70** |
|---|---|---|---|
|  | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP                                    Case No. **08-32514**

Debtor(s)                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Adams & Adams**<br>**P.O. Box 1014**<br>**Pretoria 0001 South Africa** | | | **Foreign Vendor** | X | X | | Unknown |
| ACCOUNT NO.<br>**Ade & Company**<br>**2157 Henderson Highway**<br>**Winnipeg, Manitoba**<br>**R26-1P9 Canada,** | | | **Foreign Vendor** | X | X | | Unknown |
| ACCOUNT NO.<br>**Adventrx Pharmaceuticals, Inc.**<br>**6725 Mesa Ridge Road Suite 100**<br>**San Diego, CA 92121** | | | **Client Refund** | | | | 186.50 |
| ACCOUNT NO.<br>**AEW Capital Management L.P.**<br>**World Trade Center East**<br>**Two Seaport Lane**<br>**Boston, MA 02210-2021** | | | **Client Refund** | | | | 6.43 |
| ACCOUNT NO.<br>**Albany International Corp.**<br>**Post Office Box 1907**<br>**Albany, NY 12201** | | | **Client Refund** | | | | 704.86 |
| ACCOUNT NO.<br>**Allen & Gledhill**<br>**One Marina Blvd @28-00**<br>**Singapore 018989** | | | **Foreign Vendor** | X | X | | Unknown |
| ACCOUNT NO.<br>**Alpha Innotech Corporation**<br>**2401 Merced Street**<br>**San Leandro, CA 94577** | | | **Client Refund** | | | | 230.00 |

Sheet no. ____**1**____ of ____**267**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,127.79**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**      Case No. **08-32514**

Debtor(s)      (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Aluminum Company Of America** <br> **Accounts Payable** <br> **201 Isabella Street** <br> **Pittsburgh, PA 15212** | | | Client Refund | | | | 12,163.57 |
| ACCOUNT NO. <br> **Ameranth Wireless, Inc.** <br> **5373 Mira Sorrento Suite 150** <br> **San Diego, CA 92121** | | | Client Refund | | | | 1,200.73 |
| ACCOUNT NO. <br> **American Red Ball International** <br> **Atlas Van Lines International** <br> **9750 3rd Ave. NE Suite 200** <br> **Seattle, WA 98115** | | | Moving Expenses (Palmer) | | | | 3,991.50 |
| ACCOUNT NO. <br> **Anand & Anand** <br> **B-41 Nizamuddin East** <br> **New Delhi 110013 India** | | | Foreign Vendor | | X | X | **Unknown** |
| ACCOUNT NO. <br> **Aperto Networks** <br> **598 Gibraltor Drive** <br> **Milpitas, CA 95035** | | | Litigation | X | X | X | **unknown** |
| ACCOUNT NO. <br> **Ariba Inc.** <br> **Accounts Payables** <br> **210 Sixth Avenue** <br> **Pittsburgh, PA 19113** | | | Client Refund | | | | 14,440.32 |
| ACCOUNT NO. <br> **Arriva Pharmaceuticals, Inc.** <br> **1010 Atlantic Avenue** <br> **Alameda, CA 94501** | | | Client Refund | | | | 306.10 |

Sheet no. ____**2**____ of ____**267**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **32,102.22**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP

Case No. **08-32514**

Debtor(s)                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**ATMD<br>39 Robinson Road #07-01<br>Robinson Point, Singapore 068911** | | | **Foreign Vendor** | | X | X | **Unknown** |
| ACCOUNT NO.<br>**ATMEL Corporation<br>Cynthia Bright<br>2325 Orchard Parkway<br>San Jose, CA 95131** | | | **Client Refund** | | | | **4,209.67** |
| ACCOUNT NO.<br>**Barclays Capital<br>200 Park Avenue<br>New York, NY 10166** | | | **Client Refund** | | | | **21,387.00** |
| ACCOUNT NO.<br>**Barzano & Zanardo<br>26 Via Piemonte<br>00187 Roma, Italy** | | | **Foreign Vendor** | | X | X | **Unknown** |
| ACCOUNT NO.<br>**Bayer HealthCare LLC<br>100 Bayer Road<br>Pittsburgh, PA 15205-9741** | | | **Client Refund** | | | | **647.50** |
| ACCOUNT NO.<br>**Beck Greener<br>Fulwood House<br>12 Fulwood Place<br>London WC1V 6HR UK,** | | | **Client Refund** | | | | **324.03** |
| ACCOUNT NO.<br>**Belden Inc.<br>7701 Forsyth Blvd., #800<br>St. Louis, MO 63105** | | | **Client Refund** | | | | **22.50** |

Sheet no. ___**3**___ of ___**267**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **26,590.70**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP      Case No. **08-32514**

Debtor(s)          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Bereskin & Parr<br>Scotia Plaza<br>40 King Street West 40th Fl<br>M5H 3Y12, | | | Foreign Vendor | | | X | 216.41 |
| ACCOUNT NO. <br><br>Betzina, Keith<br>2630 Chestnut Street<br>San Francisco, CA 94123 | | | Supplemental Retirement Benefit | | | | 3,398.41 |
| ACCOUNT NO. <br><br>Bolet & Terrero<br>Av. Francisco de Miranda, Edificio caven<br>Piso 12, Los Palos Grandes,<br>Caracas - Venezuela, | | | Foreign Vendor | | X | X | Unknown |
| ACCOUNT NO. <br><br>Borton, Robert<br>2829 Benvenue Avenue<br>Berkeley, CA 94705 | | | Supplemental Retirement Benefit | | | | 798.95 |
| ACCOUNT NO. <br><br>Boult Wade Tennant<br>Verulam Gardens<br>70 Gray's Inn Road<br>London WC1X 8BT, | | | Foreign Vendor | | X | X | Unknown |
| ACCOUNT NO. <br><br>Bowne of Los Angeles<br>1931 Market Ctr Blvd, Ste 111<br>Dallas, TX 75207 | | | Trade Debt | | X | X | Unknown |
| ACCOUNT NO. <br><br>Browning, Kaleczcy, Berry<br>P.O. Box 1697<br>Helena, MT 59624 | | | Trade Debt | | X | X | Unknown |

Sheet no. **4** of **267** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,413.77**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP                                    Case No. **08-32514**

Debtor(s)                                                                (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**CA, Inc.**<br>**Accounts Payable**<br>**One CA Plaza**<br>**Islandia, NY 11749** | | | **Client Refund** | | | | **132.90** |
| ACCOUNT NO.<br>**Cathay General Bancorp**<br>**777 North Boradway**<br>**Los Angeles, CA 90012** | | | **Client Refund** | | | | **299.75** |
| ACCOUNT NO.<br>**Cathedral Hill Associates, Inc.**<br>**1255 Post Street, Suite 484**<br>**San Francisco, CA 94109** | | | **Client Refund** | | | | **2,012.00** |
| ACCOUNT NO.<br>**CCPIT**<br>**10/F, Ocean Plaza**<br>**158 Fuxingmennel Street**<br>**Beijing 100031, China,** | | | **Foreign Vendor** | X | X | | **Unknown** |
| ACCOUNT NO.<br>**Churchill Corporate Services**<br>**56 Utter Avenue**<br>**Hawthorne, NJ 07506** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Cisterra Partners LLC**<br>**4350 La Jolla Village Dr. 7th Flr**<br>**San Diego, CA 92122** | | | **Subtenant Refund** | | | | **1,550.00** |
| ACCOUNT NO.<br>**Citco BVI Ltd**<br>**P.O. Box 662, Road Town**<br>**Tortola, British Virgin Islands VG11110** | | | **Foreign Vendor** | X | X | | **Unknown** |

Sheet no. ___**5**___ of ___**267**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,994.65**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP                                        Case No. **08-32514**
_____                    _____
Debtor(s)                                                          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Clemson University**<br>**Revenue & Receivables**<br>**P.O. Box 345307**<br>**Clemson, SC 29634-5307,** | | | Trade Debt | | | X | **5,220.44** |
| ACCOUNT NO. <br><br>**Computer Patent Annuities**<br>**Liberation House, Castle Street**<br>**St Helier,  Jersey  Je1 1BI** | | | Outside Professional Services | | | | **7,167.54** |
| ACCOUNT NO. <br><br>**Conyers Dill & Pearman**<br>**Hutchins Drive**<br>**PO Box 2681**<br>**Grand Cayman KY1-1111,** | | | Professional Services | | | | **8,049.20** |
| ACCOUNT NO. <br><br>**Corventis**<br>**2226 North First Street**<br>**San Jose, CA  95131** | | | Litigation | X | X | X | **unknown** |
| ACCOUNT NO. <br><br>**Crosstrees Medical, Inc.**<br>**4735 Walnut Street, Ste E**<br>**Boulder, CO  80301** | | | Client Refund | | | | **375.29** |
| ACCOUNT NO. <br><br>**Curricula LLC**<br>**825 North Broadway Avenue**<br>**Oklahoma City, OK  73102-6039** | | | Litigation | X | X | X | **unknown** |
| ACCOUNT NO. <br><br>**Daniel Advogados**<br>**Av. Republica do Chile,**<br>**230/3 Floor Centro Rio de Janeiro**<br>**RJ Brazil CEP 20031-170,** | | | Foreign Vendor | | X | X | **Unknown** |

Sheet no. _____**6** of ____**267** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **20,812.47**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP                                        Case No. **08-32514**
_____                    _____
Debtor(s)                                                            (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Danneman Siemsen**<br>**P.O. Box 7247-6002**<br>**Philadelphia, PA  19170-6002** | | | **Foreign Vendor** | X | X | | **Unknown** |
| ACCOUNT NO.<br>**Del Monte Foods Company**<br>**PO Box 193575**<br>**San Francisco, CA  94119-3575** | | | **Client Refund** | | | | **794.71** |
| ACCOUNT NO.<br>**DigiVision, Inc.**<br>**12245 Kirkham Rd 100**<br>**Poway, CA  92054** | | | **Client Refund** | | | | **0.00** |
| ACCOUNT NO.<br>**DIRECTV, Inc.**<br>**2230 East Imperial Highway**<br>**El Segundo, CA  90245** | | | **Client Refund** | | | | **119.36** |
| ACCOUNT NO.<br>**Domnern Somgiat**<br>**719 S Phya Road, Bangrak**<br>**Bangkok 10500, Thailand** | | | **Foreign Vendor** | X | X | | **Unknown** |
| ACCOUNT NO.<br>**Dr. Martin Grund**<br>**Grund Intellectual Property Group**<br>**Nikolaistrasse 15**<br>**D-80802 Munich Germany,** | | | **Foreign Vendor** | X | X | | **Unknown** |
| ACCOUNT NO.<br>**Dry Soda, Inc.**<br>**410 First Avenue South**<br>**Seattle, WA  98004** | | | **Client Refund** | | | | **49.35** |

Sheet no. ____**7**___ of ___**267**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **963.42**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**      Case No. **08-32514**

Debtor(s)          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **E-mine Technology** <br> **C/O Law Office Of Dr. Chang C. Chen** <br> **7304 Pebble Beach Drive** <br> **El Cerrito, CA 94530** | | | Litigation | X | X | X | **unknown** |
| ACCOUNT NO. <br> **EBR Systems, Inc.** <br> **686 West Maude Avenue Suite 102** <br> **Sunnyvale, CA 94085** | | | Client Refund | | | | **2.50** |
| ACCOUNT NO. <br> **Ella Cheong Spruson** <br> **152 Beach Road #30-00** <br> **The Gateway East** <br> **Singapore 189721,** | | | Foreign Vendor | | X | X | **Unknown** |
| ACCOUNT NO. <br> **Embarcadero Technologies, Inc.** <br> **100 California St. 12th Floor** <br> **San Francisco, CA 94111** | | | Client Refund | | | | **2,951.72** |
| ACCOUNT NO. <br> **Enphase Energy, Inc.** <br> **201 First Street, Ste 300** <br> **Petaluma, CA 94952** | | | Client Refund | | | | **1,114.77** |
| ACCOUNT NO. <br> **Environmental Systems Research Institute** <br> **380 New York Street** <br> **Redlands, CA 92373** | | | Client Refund | | | | **1.25** |
| ACCOUNT NO. <br> **Estate Of Brobeck Phleger & Harrison** <br> **C/O FTI Consulting** <br> **633 West 5th St., 16th Flr** <br> **Los Angeles, CA 90071-2017** | | | Litigation | X | X | X | **unknown** |

Sheet no. _____**8**___ of ___**267**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,070.24**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP    Case No. **08-32514**

<div align="center">Debtor(s)          (If known)</div>

<div align="center">

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**F.B. Rice & Co.**<br>**P.O. Box A851**<br>**Sydney South**<br>**NSW 1235 Australia,** | | | **Foreign Vendor** | | X | X | **Unknown** |
| ACCOUNT NO.<br>**Facebook**<br>**156 University Ave.**<br>**Palo Alto, CA 94301-1605** | | | **Litigation** | X | X | X | **unknown** |
| ACCOUNT NO.<br>**FibroGen, Inc.**<br>**225 Gateway Blvd.**<br>**So. San Francisco, CA 94080** | | | **Client Refund** | | | | **2,259.16** |
| ACCOUNT NO.<br>**Finshpere, Inc.**<br>**505 106th Avenue NE Ste 200**<br>**Bellevue, WA 98004** | | | **Client Refund** | | | | **49.67** |
| ACCOUNT NO.<br>**First Law Lee & Co.**<br>**Trust Tower 275-7**<br>**Yanglae-Dong, Seocho-ku**<br>**Seoul, Korea,** | | | **Foreign Vendor** | | X | X | **Unknown** |
| ACCOUNT NO.<br>**Foundry Networks, Inc.**<br>**4980 Great America Parkway**<br>**Santa Clara, CA 95054** | | | **Trade Debt** | | | | **1,290.65** |
| ACCOUNT NO.<br>**Foveon, Inc.**<br>**2880 Junction Ave.**<br>**San Jose, CA 95134-1922** | | | **Trade Debt** | | | | **1.25** |

Sheet no. _____**9**__ of __**267**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">

Subtotal
(Total of this page) $ **3,600.73**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

</div>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP      Case No. **08-32514**

Debtor(s)              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Franciscan Friars Of California, Inc.** <br> **Province Of Santa Barbara** <br> **1500 34rh Ave.** <br> **San Jose, CA 95134-1922** | | | **Client Refund** | | | | 9,219.71 |
| ACCOUNT NO. <br> **Fuad Yahya** <br> **4627 Summer Lakes** <br> **Sugar Land, TX 77479** | | | **Translation Services** | | | | 7,954.80 |
| ACCOUNT NO. <br> **Kamran Mashayekh** <br> **One Riverway, Suite 1700** <br> **Houston, TX 77056** | | | **Assignee or other notification for:** <br> **Fuad Yahya** | | | | |
| ACCOUNT NO. <br> **FWStephens** <br> **Third Floor, 24 Chiswell Street** <br> **London EC1Y 4YX** | | | **Foreign Vendor** | | | X | 953.96 |
| ACCOUNT NO. <br> **G.Breuer** <br> **25 de Mayo 460** <br> **C1002ABJ Buenos Aires** <br> **Argentia,** | | | **Foreign Vendor** | | | | 831.70 |
| ACCOUNT NO. <br> **Gabriel Patent and Trademark Office** <br> **Calle Capitan Ravelo N# 2366** <br> **P.O. Box 830** <br> **La Paz - Boulivia,** | | | **Foreign Vendor** | | | X | 253.00 |
| ACCOUNT NO. <br> **GIC Special Investments Global Technolog** <br> **255 Shoreline Drive, Ste 600** <br> **Redwood City, CA 94065** | | | **Client Refund** | | | | 38.75 |

Sheet no. **10** of **267** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **19,251.92**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**                                      Case No. **08-32514**
_____                                 _____
Debtor(s)                                                        (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Gorodissky & Partners 25, Bldg 3, B Spasskaya Str Moscow 129090 Russia,** | | | **Foreign Vendor** | | | X | **95.00** |
| ACCOUNT NO. **Gowlings International Inc. (Ottawa) 160 Elgin Street Suite 2600 Ottawa Ontario K1P 1C3,** | | | **Foreign Vendor** | | | | **1,717.89** |
| ACCOUNT NO. **H. J. Heinz Company 600 Grant Street Pittsburgh, PA 15219** | | | **Client Refund** | | | | **3,625.00** |
| ACCOUNT NO. **Harrison Goodard Foote Belgrave Hall, Belgrave Street Leeds LS2 8DD United Kingdom,** | | | **Foreign Vendor** | X | X | | **Unknown** |
| ACCOUNT NO. **Heller Ehrman (China) P.C. 333 Bush Street San Francisco, CA 94104** | | | **Shareholder Capital Note Payable** | | | X | **106,746.00** |
| ACCOUNT NO. **Wen, Carson 35B, 17/F, Po Shan Mansion 10-16 Po Shan Road Hong Kong China,** | | | **Assignee or other notification for: Heller Ehrman (China) P.C.** | | | | |
| ACCOUNT NO. **Heller Ehrman White & McAuliffe A California Professional Corporation 333 Bush Street San Francisco, CA 94104** | | | **Shareholder Capital Note Payable** | | | X | **440,000.00** |

Sheet no. ___**11**___ of ___**267**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **552,183.89**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP      Case No. **08-32514**
_____
Debtor(s)            (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Estate Of John Benassi 15306 Las Planideras Rancho Santa Fe, CA 92067** | | | Assignee or other notification for: **Heller Ehrman White & McAuliffe** | | | | |
| ACCOUNT NO. **Heller Ehrman White & McAuliffe A New York Professional Corporation 333 Bush Street San Francisco, CA 94104** | | | **Shareholder Capital Note Payable** | | | X | **136,816.99** |
| ACCOUNT NO. **James Hays 105 White Oak Shade Drive New Canaan, CT 06840** | | | Assignee or other notification for: **Heller Ehrman White & McAuliffe** | | | | |
| ACCOUNT NO. **Heller Ehrman White & McAuliffe A New York Professional Corporation 333 Bush Street San Francisco, CA 94104** | | | **Shareholder Capital Note Payable** | | | X | **169,755.00** |
| ACCOUNT NO. **Russell Reid 181 E. 90th Street #27C New York, NY 10128** | | | Assignee or other notification for: **Heller Ehrman White & McAuliffe** | | | | |
| ACCOUNT NO. **Heller Ehrman White & McAuliffe A California Professional Corporation 333 Bush Street San Francisco, CA 94104** | | | **Shareholder Capital Note Payable** | | | X | **40,453.97** |
| ACCOUNT NO. **Benner, Scott D. 76 Valley View Court San Mateo, CA 94402** | | | Assignee or other notification for: **Heller Ehrman White & McAuliffe** | | | | |

Sheet no. __**12**__ of __**267**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **347,025.96**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

$

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP        Case No. **08-32514**

           Debtor(s)                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Heller Ehrman White & McAuliffe A California Professional Corporation 333 Bush Street San Francisco, CA 94104** | | | Shareholder Capital Note Payable | | | X | **21,450.75** |
| ACCOUNT NO. **Booth, Paul M. 16217 Orchard View Court Gaithersburg, MD 20878** | | | Assignee or other notification for: Heller Ehrman White & McAuliffe | | | | |
| ACCOUNT NO. **Heller Ehrman White & McAuliffe A California Professional Corporation 333 Bush Street San Francisco, CA 94104** | | | Shareholder Capital Note Payable | | | X | **142,379.63** |
| ACCOUNT NO. **Cypers, Michael L. 16844 Bajio Road Encino, CA 91436** | | | Assignee or other notification for: Heller Ehrman White & McAuliffe | | | | |
| ACCOUNT NO. **Heller Ehrman White & McAuliffe A California Professional Corporation 333 Bush Street San Francisco, CA 94104** | | | Shareholder Capital Note Payable | | | X | **70,902.87** |
| ACCOUNT NO. **Czaban, James 10318 Yellow Pine Drive Vienna, VA 22182** | | | Assignee or other notification for: Heller Ehrman White & McAuliffe | | | | |
| ACCOUNT NO. **Heller Ehrman White & McAuliffe A California Professional Corporation 333 Bush Street San Francisco, CA 94104** | | | Shareholder Capital Note Payable | | | X | **235,091.05** |

Sheet no. ___**13**___ of ___**267**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   $ **469,824.30**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP                                    Case No. **08-32514**

_____
Debtor(s)                                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Ferruolo, Stephen<br>2095 Via Sinalda<br>La Jolla, CA 92037 | | | Assignee or other notification for:<br>Heller Ehrman White & McAuliffe | | | | |
| ACCOUNT NO.<br>Heller Ehrman White & McAuliffe<br>A California Professional Corporation<br>333 Bush Street<br>San Francisco, CA 94104 | | | Shareholder Capital Note Payable | | | X | 158,650.97 |
| ACCOUNT NO.<br>Gartrell, Garth<br>2 Stowe Court<br>Menlo Park, CA 94025 | | | Assignee or other notification for:<br>Heller Ehrman White & McAuliffe | | | | |
| ACCOUNT NO.<br>Heller Ehrman White & McAuliffe<br>A California Professional Corporation<br>333 Bush Street<br>San Francisco, CA 94104 | | | Shareholder Capital Note Payable | | | X | 438,324.23 |
| ACCOUNT NO.<br>Gillette, Patricia<br>1 Arlington Court<br>Kensington, CA 94707 | | | Assignee or other notification for:<br>Heller Ehrman White & McAuliffe | | | | |
| ACCOUNT NO.<br>Heller Ehrman White & McAuliffe<br>A California Professional Corporation<br>333 Bush Street<br>San Francisco, CA 94104 | | | Shareholder Capital Note Payable | | | X | 119,594.83 |
| ACCOUNT NO.<br>Granados, Patricia<br>150 11th Street S.E.<br>Washington, DC 20003 | | | Assignee or other notification for:<br>Heller Ehrman White & McAuliffe | | | | |

Sheet no. __14__ of __267__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **716,570.03**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)     $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP                                    Case No. **08-32514**
_____          _____
Debtor(s)                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Heller Ehrman White & McAuliffe A California Professional Corporation 333 Bush Street San Francisco, CA 94104** | | | Shareholder Capital Note Payable | | | X | 126,065.10 |
| ACCOUNT NO. <br> **Guse, Kyle 624 Dorchester Road San Mateo, CA 94402** | | | Assignee or other notification for: Heller Ehrman White & McAuliffe | | | | |
| ACCOUNT NO. <br> **Heller Ehrman White & McAuliffe A California Professional Corporation 333 Bush Street San Francisco, CA 94104** | | | Shareholder Capital Note Payable | | | X | 54,798.52 |
| ACCOUNT NO. <br> **Isacson, John 7811 Crownhurst Court Mclean, VA 22102** | | | Assignee or other notification for: Heller Ehrman White & McAuliffe | | | | |
| ACCOUNT NO. <br> **Heller Ehrman White & McAuliffe A California  Professional Corporation 333 Bush Street San Francisco, CA 94104** | | | Shareholder Capital Note Payable | | | X | 3,827.88 |
| ACCOUNT NO. <br> **Laub, David 7207 Laketree Drive Fairfax Station, VA 22039** | | | Assignee or other notification for: Heller Ehrman White & McAuliffe | | | | |
| ACCOUNT NO. <br> **Heller Ehrman White & McAuliffe A California Professional Corporation 333 Bush Street San Francisco, CA 94104** | | | Shareholder Capital Note Payable | | | X | 150,277.34 |

Sheet no. ___**15**___ of ___**267**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | $ 334,968.84 |
|---|---|---|
|  | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**         Case No. **08-32514**

Debtor(s)                (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Livingston, Andrew<br>91 Tara Road<br>Orinda, CA 94563 | | | Assignee or other notification for:<br>Heller Ehrman White & McAuliffe | | | | |
| ACCOUNT NO.<br>Heller Ehrman White & McAuliffe<br>A Washington Professional Corporation<br>333 Bush Street<br>San Francisco, CA 94104 | | | Shareholder Capital Note Payable | | | X | 26,041.50 |
| ACCOUNT NO.<br>Luna, Felix<br>5725 Gazelle Street<br>Seattle, WA 98118 | | | Assignee or other notification for:<br>Heller Ehrman White & McAuliffe | | | | |
| ACCOUNT NO.<br>Heller Ehrman White & McAuliffe<br>A California Professional Corporation<br>333 Bush Street<br>San Francisco, CA 94104 | | | Shareholder Capital Note Payable | | | X | 266,204.79 |
| ACCOUNT NO.<br>Marks, Jerry<br>3659 San Pasqual Street<br>Pasadena, CA 91107 | | | Assignee or other notification for:<br>Heller Ehrman White & McAuliffe | | | | |
| ACCOUNT NO.<br>Heller Ehrman White & McAuliffe<br>A California Professional Corporation<br>333 Bush Street<br>San Francisco, CA 94104 | | | Shareholder Capital Note Payable | | | X | 108,211.98 |
| ACCOUNT NO.<br>Rubin, Harry<br>5585 Rutgers Road<br>La Jolla, CA 92037 | | | Assignee or other notification for:<br>Heller Ehrman White & McAuliffe | | | | |

Sheet no. **16** of **267** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **400,458.27**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case: 08-32514    Doc# 823    Filed: 12/15/09    Entered: 12/15/09 18:45:03    Page 144 of 163

**IN RE** Heller Ehrman LLP      Case No. **08-32514**

_____Debtor(s)_____      (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Heller Ehrman White & McAuliffe** <br> **A California Professional Corporation** <br> **333 Bush Street** <br> **San Francisco, CA 94104** | | | **Shareholder Capital Note Payable** | | | X | **136,252.75** |
| ACCOUNT NO. <br> **Sandercock, Colin G.** <br> **7818 Crownhurst Ct.** <br> **Mclean, VA 22102** | | | **Assignee or other notification for: Heller Ehrman White & McAuliffe** | | | | |
| ACCOUNT NO. <br> **Heller Ehrman White & McAuliffe** <br> **A California Professional Corporation** <br> **333 Bush Street** <br> **San Francisco, CA 94104** | | | **Shareholder Capital Note Payable** | | | X | **65,012.27** |
| ACCOUNT NO. <br> **Saxe, Deborah** <br> **5248 Pizzo Ranch Road** <br> **La Canada, CA 91011** | | | **Assignee or other notification for: Heller Ehrman White & McAuliffe** | | | | |
| ACCOUNT NO. <br> **Henry Goh Pte Ltd.** <br> **20 Science Park Road #03-34/35** <br> **Tele Tech Park Singapore Science Park 11** <br> **Singapore 117674,** | | | **Foreign Vendor** | X | X | | **Unknown** |
| ACCOUNT NO. <br> **Henry Hughes Ltd** <br> **P.O. Box 356** <br> **Wellington , New Zealand** | | | **Foreign Vendor** | X | X | | **Unknown** |
| ACCOUNT NO <br> **Hirsch & Associes** <br> **58, Avenue Marceau** <br> **75008 Paris, France** | | | **Foreign Vendor** | X | X | | **Unknown** |

Sheet no. _____**17**_____ of _____**267**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **201,265.02**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP        Case No. **08-32514**

<table>
<tr><td>Debtor(s)</td><td style="text-align:right">(If known)</td></tr>
</table>

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Hoge, Fenton, Jones & Appel, Inc.** <br> **60 Market Street Ste 1400** <br> **San Jose, CA  95113-2396** | | | Trade Debt | | | X | 1,120.00 |
| ACCOUNT NO. <br> **Hyatt Hotels Coporation** <br> **71 South Wacker Drive** <br> **Chicago, IL  60606** | | | Client Refund | | | | 2,302.25 |
| ACCOUNT NO. <br> **IndyMac Bank F.S.B.** <br> **Corporate Legal HQ-03-13** <br> **888 E Walnut Street** <br> **Pasadena, CA  91101** | | | Client Refund | | | | 9.63 |
| ACCOUNT NO. <br> **ING. Dallaglio S.R.L.** <br> **Viale Mentana 92/C** <br> **43100 Parma** <br> **Italy,** | | | Foreign Vendor | | | X | 1,173.25 |
| ACCOUNT NO. <br> **Intalco Aluminum Corporation** <br> **201 Isabella St. at  Seventh St. Bridge** <br> **Pittsburgh, PA  15212** | | | Client Refund | | | | 0.00 |
| ACCOUNT NO. <br> **Integrys Energy Group, Inc.** <br> **Accounts Payable** <br> **PO Box 19800** <br> **Green Bay, WI  54307-9004** | | | Client Refund | X | | | 13,935.06 |
| ACCOUNT NO <br> **Interwest Partners** <br> **2710 Sand Hill Road 2nd Florr** <br> **Menlo Park, CA  94025** | | | Client Refund | | | | 15,605.04 |

Sheet no. _____**18**_____ of _____**267**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **34,145.23**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE Heller Ehrman LLP**      Case No. **08-32514**

Debtor(s)      (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Invuity, Inc.** <br> **39 Stillman Street** <br> **San Francisco, CA 94107** | | | **Client Refund** | | | | **10,001.15** |
| ACCOUNT NO. <br> **IPR Int'l Services** <br> **Block No.8, Building No. 2, Ground Floor** <br> **Rajinder Nagar** <br> **New Delhi - 110060 India,** | | | **Foreign Vendor** | X | X | | **Unknown** |
| ACCOUNT NO. <br> **J&P Jacobacci & Partners** <br> **Corso Emilia, 8** <br> **10152 Torino** <br> **Italy,** | | | **Foreign Vendor** | | | X | **3,906.00** |
| ACCOUNT NO. <br> **J.A. Kemp** <br> **14 South Square** <br> **Gray's Inn** <br> **London WC1R 5JJ,** | | | **Foreign Vendor** | X | X | | **Unknown** |
| ACCOUNT NO. <br> **J.P. Morgan Chase Bank** <br> **One Chase Manhattan Plaza 5th Flr** <br> **New York, NY 10081** | | | **Client Refund** | | | | **5,836.99** |
| ACCOUNT NO. <br> **JasperSoft Corporation** <br> **303 Second Street, Suite 450 North** <br> **San Francisco, CA 94107** | | | **Client Refund** | | | | **1,653.64** |
| ACCOUNT NO. <br> **JSM** <br> **16th -19th Floor Prince Building** <br> **10 Chater Road** <br> **Central Hong Kong,** | | | **Foreign Vendor** | X | X | | **Unknown** |

Sheet no. **19** of **267** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   $ **21,397.78**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP        Case No. **08-32514**

Debtor(s)        (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**K & S Partners<br>BK House Plot # 109 Sector 44<br>Gurgaon 122 002 Haryana<br>India,** | | | **Foreign Vendor** | | | X | **380.00** |
| ACCOUNT NO.<br>**Kahler Kack Mollekopf<br>Vorderer Anger 239<br>D-86899 Landsberg AM LECH** | | | **Foreign Vendor** | X | X | | **Unknown** |
| ACCOUNT NO.<br>**Kelly-Moore Paint Company, Inc.<br>P.O. Box 3110 (93942)<br>Monterey, CA  93940** | | | **Client Refund** | | | | **0.00** |
| ACCOUNT NO.<br>**Kestrel Application Security, Inc.<br>2255 Showers Drive #343<br>Mountain View, CA  94040** | | | **Client Refund** | | | | **292.50** |
| ACCOUNT NO.<br>**Kevin Kelly<br>4040 55th Ave. N.E.<br>Seattle, WA  98105** | | | **Supplemental Retirement Benefit** | | | | **12,714.23** |
| ACCOUNT NO.<br>**KeyCorp<br>127 Public Square, 2nd Floor<br>Cleveland, OH  44114-1306** | | | **Client Refund** | | | | **6,000.00** |
| ACCOUNT NO.<br>**King County Arbitration<br>Arbitration Dept.<br>W 855 King County Courthouse<br>Seattle, WA  98104** | | | **Client Refund** | | | | **146.38** |

Sheet no. **20** of **267** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **19,533.11**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**                                    Case No. **08-32514**
_____                        _____
Debtor(s)                                                     (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **KLA-Tencor** <br> **One Technology Drive** <br> **Milpitas, CA 95035** | | | **Client Refund** | | | | **4,355.54** |
| ACCOUNT NO. <br> **Koreana** <br> **Dong-Kyong Bldg. 824-19** <br> **Yoksam-dong, Kangnam-ku** <br> **Seoul 135-080 Korea,** | | | **Foreign Vendor** | | X | X | **Unknown** |
| ACCOUNT NO. <br> **Kotka Energy Ltd.** <br> **PO Box 232 Kotkantie 2** <br> **FI-48101 Kotka, Finland,** | | | **Client Refund** | X | | | **28,526.32** |
| ACCOUNT NO. <br> **Kyocera Wireless Corp.** <br> **10300 Campus Point Drive** <br> **San Diego, CA 92121** | | | **Client Refund** | | | | **9,148.45** |
| ACCOUNT NO. <br> **Left Behind Games, Inc.** <br> **25060 Hancock Avenue Suite 103-110** <br> **Murrieta, CA 92562** | | | **Client Refund** | | | | **25.00** |
| ACCOUNT NO. <br> **Lehman Brothers** <br> **C/O Weil Gotshal & Manges LLP** <br> **767 Fifth Avenue** <br> **New York, NY 10153** | | | **Litigation** | X | X | X | **unknown** |
| ACCOUNT NO. <br> **Lek Pharmaceutical** <br> **Verovskova 57** <br> **1526 Ljubljana, Slovenia,** | | | **Client Refund** | | | | **0.00** |

Sheet no. **21** of **267** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **42,055.31**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP                                      Case No. **08-32514**
_____                    _____
Debtor(s)                                                          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**M S P Milkhailyuk, Sorokolat & Partners<br>46, Bobruiskaya St.,<br>Kharkov 61054<br>Ukraine,** | | | **Foreign Vendor** | | | X | 1,109.00 |
| ACCOUNT NO.<br>**Manoa Medical Inc.<br>1017 El Camino Real PMB 361<br>Redwood City, CA 94063** | | | **Client Refund** | | | | 0.00 |
| ACCOUNT NO.<br>**Marks & Clark<br>P.O. Box 635229<br>Cincinnati, OH 45263-5229** | | | **Trade Debt** | | X | X | Unknown |
| ACCOUNT NO.<br>**Marksmen<br>P.O. Box 10038<br>Glendale, CA 91209** | | | **Trade Debt** | | X | X | Unknown |
| ACCOUNT NO.<br>**Marval & O'Farrell<br>Av. Leandro N. Alem 928<br>1001 Buenos Aires<br>Argentina,** | | | **Foreign Vendor** | | X | X | Unknown |
| ACCOUNT NO.<br>**MasterPark LLC<br>2003 Western Avenue, Suite 500<br>Seattle, WA 98121** | | | **Client Refund** | | | | 3.00 |
| ACCOUNT NO.<br>**Maxim Integrated Products, Inc.<br>120 San Gabriel Drive (MS 165)<br>Sunnyvale, CA 94086** | | | **Client Refund** | | | | 13,321.60 |

Sheet no. _____**22**_____ of _____**267**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **14,433.60**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**      Case No. **08-32514**

_____

Debtor(s)                (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Maxine Rosston** <br> **3913 Happy Valley Road** <br> **Lafayette, CA 94549** | | | **Unused health premiums** | | | | **508.42** |
| ACCOUNT NO. <br> **Mayer Brown J S M** <br> **16th - 19th Floors Prince's Building** <br> **10 Chater Road** <br> **Central, Hong Kong,** | | | **Foreign Vendor** | | | X | **370.00** |
| ACCOUNT NO. <br> **MBM Intellectual Property Law LLP** <br> **Accounts Payable Department** <br> **270 Albert Street, 14Th Floor** <br> **Ottawa, ON K1P 5G8** | | | **Trade Debt** | | | | **832.00** |
| ACCOUNT NO. <br> **McCall, Charles W.** <br> **5995 Winword Pkwy** <br> **Alpharetta, GA 30005** | | | **Client Refund** | | | | **8,709.65** |
| ACCOUNT NO. <br> **McFadden Fincham-Partnerst** <br> **Suite 606** <br> **225 Metcalfe Street** <br> **Ottawa Ontario K2P 1P9,** | | | **Trade Debt** | | | X | **3,390.00** |
| ACCOUNT NO. <br> **Medawar, Joseph** <br> **35 Silver Springs Road** <br> **Rolling Hills Estates, CA 90274** | | | **Client Refund** | | | | **22.12** |
| ACCOUNT NO. <br> **Merck Patent GmbH** <br> **Patents Pharmaceuticals Dept** <br> **Frankfurter Strasse 250** <br> **Darmstadt D-64293 Germny,** | | | **Client Refund** | | | | **12,306.31** |

Sheet no. ____**23**____ of ____**267**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **26,138.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**       Case No. **08-32514**

Debtor(s)             (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Mercury Interactive Coorporation** <br> **C/O Hewlett Packard Company** <br> **617 Magill Road** <br> **Swarthmore, PA 19081** | | | Client Refund | | | | 136.08 |
| ACCOUNT NO. <br> **Merrill Legal Solutions** <br> **Wordwave Internationla Limited** <br> **190 Fleet Street** <br> **London EC4A 2AG,** | | | Foreign Vendor | | X | X | Unknown |
| ACCOUNT NO. <br> **Michelle E. Metzen Gill** <br> **37 Castle Knock Road** <br> **Toronto, Ontario M5N 2J5** <br> **Canada,** | | | Foreign Vendor | | X | X | Unknown |
| ACCOUNT NO. <br> **Microsoft Corporation** <br> **One Microsoft Way** <br> **Redmond, WA 98052-6399** | | | Client Refund | | | | 498.12 |
| ACCOUNT NO. <br> **Mitral Inventions** <br> **399 Mindanao Drive** <br> **Redwood City, CA 94065** | | | Client Refund | | | | 853.61 |
| ACCOUNT NO. <br> **Momsen Leonardos & Cia** <br> **Rua Teofilo Ottoni, 63-10 andar** <br> **20.090-080 Rio De Janeiro- RJ** <br> **Brazil,** | | | Foreign Vendor | | X | X | Unknown |
| ACCOUNT NO. <br> **MPC Insurance Ltd.** <br> **C/O Marsh Management Services** <br> **100 Bank Street Suite 610** <br> **Burlington, VT 05402-0530** | | | Client Refund | | | | 457.06 |

Sheet no. _____**24**___ of ____**267**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **1,944.87**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP        Case No. **08-32514**

<div align="center">

Debtor(s)       (If known)

### AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Navigant Consulting**<br>**4511 Paysphere Circle**<br>**Chicago, IL 60674** | | | Trade Debt | | X | X | **Unknown** |
| ACCOUNT NO.<br>**New Century TSR Holdings, Inc.**<br>**C/O Hahn & Hessen LLP**<br>**488 Madison Avenue**<br>**New York, NY 10022** | | | Litigation | X | X | X | **0.00** |
| ACCOUNT NO.<br>**New Horizons Diagnostics Corporation**<br>**9110 Red Branch Road, Suite E**<br>**Columbia, MD 21045** | | | Client Refund | | | | **0.00** |
| ACCOUNT NO.<br>**Nikon Precision**<br>**1399 Shoreway Rd.**<br>**Belmont, CA 94002** | | | Client Refund | | | | **392.76** |
| ACCOUNT NO.<br>**Ochsner Clinic Foundation**<br>**205 Nickerson Street, Suite 303**<br>**Seattle, WA 98109** | | | Client Refund | | | | **10,132.35** |
| ACCOUNT NO.<br>**Oggi's Pizza & Brewing Company**<br>**12840 Carmel Country Road**<br>**San Diego, CA 92130** | | | Trade Debt | | | | **85.03** |
| ACCOUNT NO.<br>**Oliver & Hana Hilsenrath**<br>**7 Fourth Street, N.E.**<br>**Washington, DC 20002** | | | Litigation<br>Subject to Setoff | X | X | X | **unknown** |

Sheet no. **25** of **267** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **10,610.14**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP                                    Case No. **08-32514**

<div style="text-align:center">Debtor(s)                                    (If known)</div>

<div style="text-align:center">

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Optichron, Inc.** <br> **4221 Technology Drive** <br> **Fremont, CA 94538** | | | **Client Refund** | | | | **5.00** |
| ACCOUNT NO. <br> **Oslo Patentkontor AS** <br> **Holtegaten 20** <br> **Boks 707 Majorstuen** <br> **0306 Oslo Norge,** | | | **Foreign Vendor** | | X | X | **Unknown** |
| ACCOUNT NO. <br> **Oxford Partners Capital Management LLC** <br> **152 West 57th Street 4th Flr** <br> **New York, NY 10019** | | | **Client Refund** | | | | **10,000.00** |
| ACCOUNT NO. <br> **Paravue Corporation** <br> **C/O Gwire Law Offices** <br> **235 Pine Street Suite 110** <br> **San Francisco, CA 94104** | | | **Litigation** | X | X | X | **unknown** |
| ACCOUNT NO. <br> **PATH** <br> **1455 NW Leary Way** <br> **Seattle, WA 98107-5136** | | | **Client Refund** | | | | **209.95** |
| ACCOUNT NO. <br> **PCCP, LLC** <br> **222 N. Sepulveda Blvd. Suite 2222** <br> **El Segundo, CA 90245** | | | **Client Refund** | | | | **2,454.46** |
| ACCOUNT NO. <br> **Peers, Richard A.** <br> **300 Olive Street** <br> **Menlo Park, CA 94025** | | | **Supplemental Retirement Benefit** | | | | **10,646.36** |

Sheet no. ____**26**____ of ____**267**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div style="text-align:right">

Subtotal
(Total of this page) $ **23,315.77**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

</div>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP      Case No. **08-32514**

       Debtor(s)                  (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Peet's Coffee & Tea, Inc.**<br>**Sasha Macomber, Director**<br>**1400 Park Avenue**<br>**Emeryville, CA 94608** | | | Client Refund | | | | **839.00** |
| ACCOUNT NO.<br>**Peterson Reporting**<br>**530 B Street Suite 350**<br>**San Diego, CA 92101** | | | Trade Debt | | X | X | **Unknown** |
| ACCOUNT NO.<br>**Qualcomm Corporation**<br>**C/O DLA Piper**<br>**401 B Street, Suite 1700**<br>**San Diego, CA 92101** | | | Litigation | X | X | X | **unknown** |
| ACCOUNT NO.<br>**Quest Discovery**<br>**P.O. Box 49051**<br>**San Jose, CA 95161-9051** | | | Trade Debt | | X | X | **Unknown** |
| ACCOUNT NO.<br>**Redman, Eric**<br>**10477 Maplewood Pl S.W.**<br>**Seattle, WA 98146** | | | Supplemental Retirement Benefit | | | | **14,581.01** |
| ACCOUNT NO.<br>**S.Y. Cha Patent Office**<br>**Yoonwah Bldg 16-3 YangJae-Dong**<br>**Socho-Gu Seoul 137-130**<br>**Korea,** | | | Foreign Vendor | | | X | **1,630.00** |
| ACCOUNT NO.<br>**S3 Graphics Inc.**<br>**940 Mission Court, Suite 220**<br>**Fremont, CA 94539** | | | Client Refund | | | | **7,378.75** |

Sheet no. **27** of **267** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **24,428.76**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP                                    Case No. **08-32514**
_____              _____
                    Debtor(s)                                      (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Saba & Co**<br>**812 Tabaris, Charles Malek Ave.**<br>**P.O. Box 11-9420**<br>**Beirut - Lebanon,** | | | **Foreign Vendor** | | X | X | **Unknown** |
| ACCOUNT NO.<br>**Santarelli**<br>**14 avenue de la Grande-Armee**<br>**Boite Postale 237**<br>**75822 Paris Cedex 17 Fra,** | | | **Foreign Vendor** | | X | X | **Unknown** |
| ACCOUNT NO.<br>**SAP AG**<br>**Invoice Verification Dietmar**<br>**Hope Allee 16 9190**<br>**Walldorf Germany,** | | | **Client Refund** | | | | **911.00** |
| ACCOUNT NO.<br>**Sargent & Krahm**<br>**Av. Andres Bello 2711**<br>**Piso 19 Las Condes**<br>**Santiago, Chile,** | | | **Foreign Vendor** | | X | X | **Unknown** |
| ACCOUNT NO.<br>**Schmucker S.R.L.**<br>**Via Aquileia, 46**<br>**34076 Romans D'Isonzo (GO)**<br>**34076 Italy,** | | | **Client Refund** | | | | **85.67** |
| ACCOUNT NO.<br>**Schutz u. Partner**<br>**A-1010 Wien**<br>**Schottenring 16, Borsegebaude**<br>**Austria,** | | | **Foreign Vendor** | | X | X | **Unknown** |
| ACCOUNT NO.<br>**Schwab, Douglas**<br>**520 Grizzly Peak Blvd**<br>**Berkeley, CA 94708** | | | **Supplemental Retirement Benefit** | | | | **30,333.94** |

Sheet no. ____**28**____ of ____**267**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **31,330.61**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP                                            Case No. **08-32514**

<div align="center">Debtor(s)                                                                    (If known)</div>

<div align="center">

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Sedin SA** <br> **24, Rue Merle D'Aubigne** <br> **1207 Geneve, Switzerland** | | | **Foreign Vendor** | | X | X | **Unknown** |
| ACCOUNT NO. <br><br> **Shanghai Patent & Trademark Law Office,** <br> **435 Guiping Road** <br> **Caohejing Hi Tech Park** <br> **Shanghai 200233 China,** | | | **Foreign Vendor** | | X | X | **Unknown** |
| ACCOUNT NO. <br><br> **Shearn Delamore & Co.** <br> **P.O. Box 10138** <br> **Kula Lumpur, Malaysia** | | | **Foreign Vendor** | | X | X | **Unknown** |
| ACCOUNT NO. <br><br> **Sim & McBurney** <br> **330 University Avenue 6th Floor** <br> **Toronto, Canada M5G 1R7** | | | **Foreign Vendor** | | X | X | **Unknown** |
| ACCOUNT NO. <br><br> **Simple Star Inc.** <br> **651 Brannan Street, Suite 300** <br> **San Francisco, CA 94107** | | | **Client Refund** | | | | **20.00** |
| ACCOUNT NO. <br><br> **Skyline Legal Technologies** <br> **151 West 46th Street 4th Fl** <br> **New York, NY 10036-4041** | | | **Trade Debt** | | | X | **19,702.84** |
| ACCOUNT NO. <br><br> **SOA Software, Inc.** <br> **12100 Wilshire Blvd. Suite 1800** <br> **Los Angeles, CA 90025** | | | **Client Refund** | | | | **389.00** |

Sheet no. ___**29**___ of ___**267**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">

Subtotal
(Total of this page) $ **20,111.84**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

</div>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP**                                    Case No. **08-32514**
_____                    _____
Debtor(s)                                                       (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Societa Italiana**<br>**Piazza di Pietra 38-39**<br>**P.O. Box 509**<br>**00186 Roma, Italy,** | | | **Foreign Vendor** | X | X | | **Unknown** |
| ACCOUNT NO.<br>**Sojuz Patent**<br>**MYasnitskaya St., 13, Bldg 5**<br>**Moscow K-9, GSP-9, 101999, Russia** | | | **Foreign Vendor** | X | X | | **Unknown** |
| ACCOUNT NO.<br>**Sonoda & Kobayashi**<br>**Shinjuku Mitsui Building Suite 5303**<br>**P.O. Box 268, 2-1-1 Nishi-Shinjuku**<br>**Shinjuku-ku Tokyo 163-04,** | | | **Foreign Vendor** | X | X | | **Unknown** |
| ACCOUNT NO.<br>**SonoSite, Inc.**<br>**21919 30th Drive SE**<br>**Bothell, WA  98021-3904** | | | **Client Refund** | | | | **86,731.28** |
| ACCOUNT NO.<br>**State Farm Insurance Companies**<br>**One State Farm Plaza, B-3**<br>**Bloomington, IL  61710** | | | **Client Refund** | | | | **1,665.55** |
| ACCOUNT NO.<br>**Stern, Julian**<br>**21 Hallmark Circle**<br>**Menlo Park, CA  94025** | | | **Shareholder Retirement** | | | | **135,000.00** |
| ACCOUNT NO.<br>**Sugarman, Paul**<br>**333 Bush Street**<br>**San Francisco, CA  94104** | | | **Supplemental Retirement Benefit** | | | | **17,762.67** |

Sheet no. ___**30**___ of ___**267**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **241,159.50**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Heller Ehrman LLP** _____ Case No. **08-32514**

Debtor(s) (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Sunesis Pharmaceuticals, Inc. 341 Oyster Point Blvd. So. San Francisco, CA 94080** | | | **Client Refund** | | | | 6,655.40 |
| ACCOUNT NO. **Sylantro Systems Corporation 910 East Hamilton Avenue Suite 300 Campbell, CA 95008** | | | **Client Refund** | | | | 15,812.89 |
| ACCOUNT NO. **Synbiotics Corporation 12200 N. Ambassador Dr. Suite 101 Kansas City, MO 64153-2054** | | | **Client Refund** | | | | 356.01 |
| ACCOUNT NO. **Tesoro Petroleum Corporation 300 Concord Plaza San Antonio, TX 78216** | | | **Client Refund** | X | | | 98,368.43 |
| ACCOUNT NO. **The Children's Place Po Box 310 Broadway, NJ 08808** | | | **Client Refund** | | | | 3,345.25 |
| ACCOUNT NO. **The Everest Funds LP 21 Ha'arba'a St. Tel Aviv 64379 Israel,** | | | **Client Refund** | | | | 422.00 |
| ACCOUNT NO. **The Johns Hopkins Health Systems Corp 600 North Wolfe Street Administration 414 Baltimore, MD 21287** | | | **Client Refund** | | | | 11.50 |

Sheet no. **31** of **267** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **124,971.48**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP        Case No. **08-32514**

Debtor(s)         (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**The Regents University Of California**<br>**The Office Of Technology Transfer**<br>**1111 Franklin Street, 12th Flr**<br>**Oakland, CA  94607** | | | **Client Refund** | | | | **1,431.46** |
| ACCOUNT NO.<br>**Thiel, Peter**<br>**C/O Clarium Capital Management LLC**<br>**One Letterman Drive Bldg C Ste 400**<br>**San Francisco, CA  94129** | | | **Client Refund** | | | | **366.50** |
| ACCOUNT NO.<br>**Thornburg Mortgage, Inc.**<br>**150 Washington Avenue**<br>**Santa Fe, NM  87501** | | | **Litigation** | X | X | X | **unknown** |
| ACCOUNT NO.<br>**Trans Union LLC**<br>**555 W Adams St.**<br>**Chicago, IL  60661-3601** | | | **Client Refund** | | | | **495.00** |
| ACCOUNT NO.<br>**Tyco Engineered Products & Services**<br>**9 Roszel Road**<br>**Princeton, NJ  08540-6205** | | | **Client Refund** | | | | **120.13** |
| ACCOUNT NO.<br>**Uhthoff Gomez**<br>**Vega & Uhthoff S.C.**<br>**Hamburgo 60 Col. Juarez**<br>**C.P. 0660 D. F. Mexico,** | | | **Trade Debt** | | | X | **832.00** |
| ACCOUNT NO.<br>**UK Intellectual Property Office**<br>**Concept House Cardiff Road**<br>**Newport, South Wales NP10 8QQ**<br>**United Kingdom,** | | | **Foreign Vendor** | | | X | **82.30** |

Sheet no. ___**32**___ of ___**267**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,327.39**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case: 08-32514    Doc# 823    Filed: 12/15/09    Entered: 12/15/09 18:45:03    Page 160 of 163

**IN RE Heller Ehrman LLP** _____ Case No. **08-32514**
Debtor(s)                                                                            (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Union Bank Of California, N.A.** <br> **Legal Division (G12-300) Attn Bookkeeper** <br> **445 S. Figueroa St** <br> **Los Angeles, CA 90071-1602** | | | **Client Refund** | | | | **9,990.83** |
| ACCOUNT NO. <br> **v. Funer Ebbinghaus Finck Hano** <br> **Postfache 950160** <br> **D-81517 Muchen, Germany** | | | **Foreign Vendor** | X | X | | **Unknown** |
| ACCOUNT NO. <br> **Varian Medical Systems Inc.** <br> **3100 Hansen Way, M/S 3-399** <br> **Palo Alto, CA 94304-1030** | | | **Client Refund** | | | | **518.03** |
| ACCOUNT NO. <br> **Vera Wang Bridal House** <br> **C/O Magma Design Automation** <br> **2 Results Way** <br> **Cupertino, CA 95014** | | | **Client Refund** | | | | **6,500.00** |
| ACCOUNT NO. <br> **Veritext San Francisco Reporting Co.** <br> **225 Bush St., Ste 1600** <br> **San Francisco, CA 94104** | | | **Trade Debt** | X | X | | **Unknown** |
| ACCOUNT NO. <br> **Vistage International** <br> **11452 El Camino Real, Ste 400** <br> **San Diego, CA 92130** | | | **Client Refund** | | | | **100.00** |
| ACCOUNT NO. <br> **VMWare Inc.** <br> **3401 Hillview Ave.** <br> **Palo Alto, CA 94303** | | | **Client Refund** | | | | **123.00** |

Sheet no. **33** of **267** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **17,231.86**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP                                    Case No. **08-32514**
_____          _____
          Debtor(s)                                        (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Washington Mutual Bank - Community Lendi**<br>**1301  Second Avenue 35th Flr**<br>**MS WMC3501 Attn Billing Coordinator**<br>**Seattle, WA  98101** | | | Client Refund | | | | 1,471.32 |
| ACCOUNT NO.<br>**Waste Management**<br>**Western Group Offices**<br>**7025 N Scottsdale, Suite 200**<br>**Scottsdale, AZ  85253** | | | Client Refund | | | | 172.54 |
| ACCOUNT NO.<br>**Watermark**<br>**GPO Box 5093**<br>**Melbourne Victoria 3001**<br>**Australia,** | | | Foreign Vendor | | | X | 418.26 |
| ACCOUNT NO.<br>**Wells Fargo Bank, N.A.**<br>**420 Montgomery Street 7th Floor**<br>**San Francisco, CA  94104** | | | Client Refund | | | | 61.63 |
| ACCOUNT NO.<br>**Wells Fargo Bank, N.A.**<br>**420 Montgomery Street 6th Floor**<br>**Mac A0101-064 Attn Stephen Bigler**<br>**San Francisco, CA  94104** | | | Client Refund | | | | 55,318.98 |
| ACCOUNT NO.<br>**Wildbore & Gibbons**<br>**Wildbore House**<br>**361 Liverpool Road**<br>**London N1 1NL, UK,** | | | Foreign Vendor | X | X | | **Unknown** |
| ACCOUNT NO.<br>**Willbros Group Inc.**<br>**1087 East 71st Street**<br>**Tulsa, OK  74136** | | | Client Refund | | | | 957.59 |

Sheet no. _____**34**_____ of _____**267**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | $ **58,400.32** |
|---|---|---|
|  | Total | |
|  | (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Heller Ehrman LLP          Case No. **08-32514**

Debtor(s)         (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Women's Basketball Club Of Seattle LLC**<br>**1201 Third Ave. Suite 1000**<br>**Seattle, WA 98101** | | | Client Refund | | | | **294.00** |
| ACCOUNT NO.<br>**Worldwide Data Solutions, Inc.**<br>**268 Castellana South**<br>**Palm Desert, CA 92260** | | | Trade Debt | | | | **0.00** |
| ACCOUNT NO.<br>**Wrenn, Michael**<br>**9836 Rainier Avenue S**<br>**Seattle, WA 98118** | | | Supplemental Retirement Benefit | | | | **7,587.32** |
| ACCOUNT NO.<br>**Xunlight Corporation**<br>**3145 Nebraska Avenue**<br>**Toledo, OH 43607** | | | Client Refund | | | | **5.00** |
| ACCOUNT NO.<br>**Zivko Mijatovic & Partners**<br>**Avda. San Sebastian 2**<br>**P.O. Box 111**<br>**03540 Alicante Spain,** | | | Foreign Vendor | | X | X | **Unknown** |
| ACCOUNT NO.<br>**Zuazo Gauger Maldonado & Asociados**<br>**P.O. Box 3304**<br>**28080 Madrid, Spain** | | | Foreign Vendor | | X | X | **Unknown** |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___**35**___ of ___**267**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **7,886.32**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **3,863,911.31**

*© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*