John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Miriam P. Khatiblou (CA Bar No. 178584)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: jfiero@pszjlaw.com
       kbrown@pszjlaw.com
       mkhatiblou@pszjlaw.com
       tkapur@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>Heller Ehrman LLP,<br><br>               Debtor. | Case No.: 08-32514<br><br>Chapter 11<br><br>**NOTICE OF OMNIBUS COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF MONTHLY INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES (November 2009)**<br>[No Hearing Required]<br><br>**Date of Service: December 18, 2009** |

**PLEASE TAKE NOTICE** that each of the professionals listed on **Exhibit A** hereto (the "Professionals") has applied to the United States Bankruptcy Court for the Northern District of California for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing November 1, 2009 and ending November 30, 2009 (the "Application Period"). As detailed on **Exhibit A**, the Professionals seek allowance and payment of interim compensation for 80% of the fees for services rendered, plus

Case: 08-32514  Doc# 831  Filed: 12/18/09  Entered: 12/18/09 16:19:06  Page 1 of 2

100% of the interim expenses incurred during the Application Period, subject to their previously submitted budgets.

Pursuant to the *Order Establishing Interim Fee Application and Expense Reimbursement Procedures* entered by the Court on May 7, 2009, any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the Court and serve a copy of that objection within ten (10) calendar days after the date of the mailing of this notice on the Office of the United States Trustee, the Debtor, and the Official Committee of Unsecured Creditors appointed herein and their respective counsel.

If an objection is timely filed and served, the Debtor will pay the Professional(s) whose application is the subject of an objection only those amounts not in dispute, until the Court hears and resolves such disputes.

DATE OF MAILING: December 18, 2009.   PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ John D. Fiero*
    John D. Fiero
    Attorneys for Heller Ehrman LLP,
    Debtor and Debtor in Possession