STEVEN H. FELDERSTEIN, State Bar No. 056978
THOMAS A. WILLOUGHBY, State Bar No. 137597
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
E-mail: sfelderstein@ffwplaw.com
E-mail: twilloughby@ffwplaw.com

Attorneys for The Official Committee
of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

HELLER EHRMAN LLP,

        Debtor.

CASE NO.: 08-32514

Chapter 11

**EX PARTE APPLICATION TO FILE UNDER SEAL SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR AN ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO SETTLE CERTAIN CLAIMS WITHOUT FURTHER HEARING OR NOTICE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019(b), AND DECLARATION OF RYLAN MALERBI**

[NO HEARING REQUESTED]

The Official Committee of Unsecured Creditors (the "Committee") in the above-referenced case hereby submits this application ("Application") to file under seal the unredacted copies of the Committee's Supplemental Memorandum of Points and Authorities in Support of Motion for an Order Authorizing the Official Committee of Unsecured Creditors to Settle Certain Claims Without Further Hearing or Notice Pursuant to Federal Rule of Bankruptcy Procedure 9019(b) (the "Supplemental Memorandum"), and the Declaration of Rylan Malerbi (collectively the "Confidential Documents"), in support of the same, pursuant to Civil LR 79-5, incorporated by reference by B.L.R. 1001-2(a), and respectfully represents as follows:

Pursuant to Civil Local Rule 79-5 (applicable to this proceeding pursuant to B.L.R. 1001-2(a)), the Committee respectfully requests that the Court receive and file under seal its Supplemental Memorandum in support of the December 9, 2009, Motion ("Motion") for an Order Authorizing the Official Committee of Unsecured Creditors to Settle Certain Claims Without Further Hearing or Notice Pursuant to Federal Rule of Bankruptcy Procedure 9019(b) [Docket No. 814], and the Declaration or Rylan Malerbi in support of the Supplemental Memorandum.

The Confidential Documents explain the Committee's Confidential Settlement Model which provides a rigorous analytical framework for discrete and individualized settlements for estate claims against shareholders ("Shareholders") of the Heller Ehrman LLP's ("Debtor") corporate general partners (the "Heller PCs") and a suggests a model for individualized settlements with Shareholders (the "Settlement Model").

The mechanics of the confidential Settlement Model necessarily involve sensitive information which would likely prejudice the Committee in the negotiation process and litigation strategy in reaching reasonable settlement proposals for all of the potential defendants, many of whom have not yet settled. The Debtor and the Committee continue to have a duty to maximize the Debtor's estate. *Value Property Trust v. Zim Co.* (*In re Mortgage & Realty Trust)*, 212 B.R. 649, 653 (Bankr. C.D. Cal. 1997).

This Application is based on the facts and law set forth herein, the Declaration of Thomas A. Willoughby, and the accompanying Memorandum of Points and Authorities.

For the foregoing reasons, the Committee respectfully requests that the Court enter an Order granting the Committee's Application.

Dated: December 22, 2009

        FELDERSTEIN FITZGERALD
        WILLOUGHBY & PASCUZZI LLP

        By */s/ Thomas A. Willoughby*
          THOMAS A. WILLOUGHBY
          Attorneys for the Official
          Committee of Unsecured Creditors