STEVEN H. FELDERSTEIN, State Bar No. 056978
THOMAS A. WILLOUGHBY, State Bar No. 137597
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
E-mail: sfelderstein@ffwplaw.com
E-mail: twilloughby@ffwplaw.com

Attorneys for The Official Committee
of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HELLER EHRMAN LLP,<br><br>            Debtor. | CASE NO.: 08-32514<br><br>Chapter 11<br><br>**EX PARTE JOINT APPLICATION AND STIPULATION TO MODIFY OPPOSITION TIME PERIOD FOR MOTION FOR AN ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO SETTLE CERTAIN CLAIMS WITHOUT FURTHER HEARING OR NOTICE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019(b)**<br><br>[No Hearing Requested] |

      The Official Committee of Unsecured Creditors (the "Committee") in the Heller Ehrman LLP Chapter 11 Case (the "Debtor" or the "Bankruptcy Estate"), Bank of America NA ("BofA") and Citibank N.A. (together, the "Banks") respectfully stipulate to the following extension of time to file opposition to the Committee's Motion ("Motion") for an Order Authorizing the Committee to Settle Certain Claims Without Further Hearing or Notice Pursuant to Federal Rule of Bankruptcy Procedure 9019(b), and respectfully requests that the Court enter an Order granting the following amended relief:

-1-
APPLICATION TO AMEND BRIEFING SCHEDULE AND ENTRY OF ORDER SHORTENING TIME

1. On December 22, 2009, the Committee filed Amendments to the Motion (the "Amendments"), and also filed additional documents in support of the Motion under seal ("Sealed Documents").

2. Counsel for BofA has contacted counsel for the Committee and raised various concerns about the Motions, including concerns about the timing of the Motion and of the filing of the Amendments, as well as substantive issues concerning the Motion and the Sealed Documents. Counsel for BofA requested that the Committee continue the motion for twenty one (21) days from the date of the filing of the Amendments.

3. Another former Shareholder and a group of creditors have also requested additional time to respond and access to the Sealed Documents.

4. The Committee has represented to the Banks that several of the potentially settling Shareholders have required that approval of the Motion be obtained prior to December 31, 2009, largely for tax reasons. The Committee has also represented that, while it has received the consent of certain of the settling Shareholders to continue the Motion into January, it might well not receive consents from all other Shareholders who have previously agreed to settle prior to the December 30, 2009, hearing.

5. The Committee and the Banks desire to extend the time for the Banks to file an objection to the Motion in order to give them further opportunity to discuss potential resolution of the Banks' concerns, and to that end they have agreed to the following briefing schedule for any opposition to be filed to the Motion and respectfully request that the Court grant the following relief::

   i. Oppositions to the Motion may be filed no later than 2 P.M. on Tuesday, December 29, 2009;

   ii. Any Oppositions shall be served no later than Tuesday, December 29, 2009 2:00 p.m. by electronic mail on Counsel for the Committee, Counsel for the Debtor and Counsel for the United States Trustee;

   iii. The Banks and other creditors reserve all rights to object to the Motion on any grounds, including, but not limited to, the non-disclosure by the Committee of any portion of

the Sealed Documents, and the need for more time to respond adequately to the Motion.

WHEREFORE, the Committee and the Banks respectfully request that the Court enter the Order, lodged concurrently herewith.

Dated December 23, 2009

                                  FELDERSTEIN FITZGERALD
                                  WILLOUGHBY & PASCUZZI LLP

                                  By____*/s/ Thomas A. Willoughby*_____
                                      THOMAS A. WILLOUGHBY
                                      Attorneys for the Official Committee of Unsecured Creditors

                                  PILLSBURY WINTROP SHAW PITTMAN LLP

                                  By____*/s/ M. David Minnick*_____
                                      M. DAVID MINNICK, Attorneys for the Bank of America, N.A.

                                  PEITZMAN, WEG & KEMPINSKY LLP

                                  By____*/s/ Lawrence Peitzman*_____
                                      Lawrence Peitzman, Attorneys for the Citibank N.A.