1  John D. Fiero (CA Bar No. 136557)
   Kenneth H. Brown (CA Bar No. 100396)
2  Gail S. Greenwood (CA Bar No. 169939)
   PACHULSKI STANG ZIEHL & JONES LLP
3  150 California Street, 15th Floor
   San Francisco, California  94111-4500
4  Telephone: 415/263-7000
   Facsimile:  415/263-7010
5
   E-mail: jfiero@pszjlaw.com
6          kbrown@pszjlaw.com
           ggreenwood@pszjlaw.com
7
   Attorneys for Heller Ehrman LLP,
8  Debtor and Debtor in Possession

Signed and Filed: December 30, 2009

_Dennis Montali_

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

9              UNITED STATES BANKRUPTCY COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12  In re:                              Case No.: 08-32514 (DM)

13  Heller Ehrman LLP,                  Chapter 11

14                Debtor.               **ORDER SUSTAINING DEBTOR'S**
                                        **OBJECTION TO PROOFS OF CLAIM**
15                                      **FILED BY THE CLARO GROUP, LLC**
                                        **AND INTEGRATED ECONOMIC**
16                                      **SOLUTIONS CORPORATION**
                                        **[CLAIM NOS. 797 AND 1170]**
17

18

19      **THIS MATTER** came before the Court on December 17, 2009 at 1:30 p.m. upon

20  consideration of Heller Ehrman LLP's *Objection to the Proofs of Claim Filed by the Claro Group*

21  *LLC and Integrated Economic Solutions Corporation* [Docket No. 687] ("Objection") and pursuant

22  to the Court's *Order Approving Stipulation Regarding Briefing Schedule and Hearing Date for*

23  *Disputed Claims Filed by The Claro Group LLC and Integrated Economic Solutions Corporation*

24  [Docket No. 698].  John Fiero and Gail Greenwood of Pachulski Stang Ziehl & Jones LLP appeared

25  on behalf of the Debtor and Debtor in Possession, Heller Ehrman LLP (the "Debtor"); Joel Goldman

26  of Clark & Trevithick appeared on behalf of The Claro Group and Integrated Economic Solutions

27  Corporation (collectively, the "Claimants").

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Based upon the Court's review of the Objection, the briefing in connection therewith, the arguments of counsel at the hearing, and for reasons stated on the record,

**IT IS HEREBY ORDERED** that:

1. The Objection is sustained;

2. The proofs of claim filed by Claimants shall each be allowed as general unsecured claims only in the amounts stated therein; and

3. The Order is without prejudice to the rights of Claimant to pursue any claims and remedies against third parties, including but not limited to the Debtor's lenders.

Approved as to Form:

CLARK & TREVITHICK

_____
Joel A. Goldman, Esq.
Attorneys for The Claro Group LLC and
Integrated Economic Solutions Corporation

* * * END OF ORDER * * *

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Pachulski Stang Ziehl & Jones LLP
ATTORNEYS AT LAW
San Francisco, California

1

# COURT SERVICE LIST

2

3  **Office of the U.S. Trustee**           **Counsel for IES/Claro**
   Donna S. Tamanaha, Esq.                Clark & Trevithick
   Assistant U.S.Trustee                  Joel Goldman, Esq.
4  235 Pine Street, Suite 700             800 Wilshire Blvd., 12th Floor
   San Francisco, CA  94104               Los Angeles, CA  90017
5  Donna.S.Tamanaha@usdoj.gov             jgoldman@clarktrev.com

6  **Counsel for the Liquidating Trustee**
   Pachulski Stang Ziehl & Jones LLP
7  Gail S. Greenwood, Esq.
   150 California Street, 15th Floor
8  San Francisco, CA  94111
   ggreenwood@pszjlaw.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28