John D. Fiero (CA Bar No. 136557)
Gail S. Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: jfiero@pszjlaw.com
ggreenwood@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>Heller Ehrman LLP,<br><br>            Debtor. | Case No.: 08-32514<br><br>Chapter 11<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING DATE FOR ABOVENET'S MOTION FOR ADMINISTRATIVE EXPENSE CLAIM** |

This *Stipulation Regarding Briefing Schedule and Hearing Date For AboveNet's Motion for Administrative Expense Claim* is entered into by and between Heller Ehrman LLP, debtor and debtor-in-possession (the "Debtor") and AboveNet Communications, Inc. ("AboveNet") (collectively referred to as the "Parties") by and through the undersigned counsel of record.

## RECITALS

A. On December 2, 2009, AboveNet filed a Motion For Allowance of Administrative Claim Pursuant to 11 U.S.C. Section 365(D)(5) and 503(a) (the "Motion"). The hearing on the Motion is currently set for January 28, 2010 at 1:30 PM and the deadline for filing an opposition to the Motion is January 14, 2010.

B. The Parties would like to attempt to resolve the matter informally prior to any scheduled hearing or opposition deadline and therefore, agree to extend the current hearing date and briefing schedule.

**NOW, THEREFORE,** the Parties stipulate and agree to the following schedule with respect to the Motion:

1. The hearing on the Motion shall be continued to **February 25, 2010 at 1:30 PM,** *provided* that in the event that AboveNet's counsel is unable to complete its reply brief in time to be filed and served by February 23, 2010, at AboveNet's request, such hearing shall be further continued to the next available Court calendar.

2. No later than January 15, 2010, the Debtor shall provide to AboveNet, through counsel, a draft of the declaration of Scott Kelly (and any exhibits) that the Debtor intends to submit with its opposition to the Motion, which draft shall be reasonably complete and substantially in the form to be filed with the Court.

3. The Debtor shall file and serve its opposition to the Motion by February 11, 2010.

4. AboveNet's reply brief shall be filed and served on February 23, 2010, *provided* that if the hearing on the Motion is further continued pursuant to paragraph 1 above, AboveNet's reply brief shall be filed and served no later than one week prior to such further continued hearing.

Dated: January 13, 2010    PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ John D. Fiero*
John D. Fiero
Attorneys for Heller Ehrman LLP,

DATED: January 13, 2010    MEYERS LAW GROUP, P.C.

By:  */s/ Merle C. Meyers*
Merle C. Meyers
Attorneys for AboveNet Communications, Inc.