

John D. Fiero (CA Bar No. 136557)
Gail S. Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: jfiero@pszjlaw.com
ggreenwood@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession

Signed and Filed: January 14, 2010

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

In re:

Heller Ehrman LLP,

            Debtor.

Case No.: 08-32514

Chapter 11

**ORDER**

    Based upon the *Stipulation Regarding Briefing Schedule and Hearing Date For AboveNet's Motion for Administrative Expense Claim* (the "Stipulation") submitted on January 13, 2010 by the parties hereto, as evidenced by the signatures of their counsel of record thereon,

    NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, as follows:

    1.    The Stipulation is hereby approved.

    2.    The hearing on the Motion shall be continued to **February 25, 2010 at 1:30 PM,** *provided* that in the event that AboveNet's counsel is unable to complete its reply brief in time to be filed and served by February 23, 2010, at AboveNet's request, such hearing shall be further continued to the next available Court calendar.

    3.    No later than January 15, 2010, the Debtor shall provide to AboveNet, through counsel, a draft of the declaration of Scott Kelly (and any exhibits) that the Debtor

intends to submit with its opposition to the Motion, which draft shall be reasonably complete and substantially in the form to be filed with the Court.

4. The Debtor shall file and serve its opposition to the Motion by February 11, 2010.

5. AboveNet's reply brief shall be filed and served on February 23, 2010, *provided* that if the hearing on the Motion is further continued pursuant to paragraph 1 above, AboveNet's reply brief shall be filed and served no later than one week prior to such further continued hearing.

** END OF ORDER **

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
WILMINGTON, DELAWARE

# COURT SERVICE LIST

Merle C. Meyers, Esq.
MEYERS LAW GROUP, P.C.
44 Montgomery St., Ste. 1010
San Francisco, CA 94104

John D. Fiero, Esq.
Gail S. Greenwood, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500

35685-001\DOCS_SF:69558.1
DOCS_SF:69601.2
Mlg-24632

STIPULATION REGARDING BRIEFING
SCHEDULE AND HEARING DATE

Case: 08-32514  Doc# 867  Filed: 01/14/10  Entered: 01/15/10 09:34:32  Page 3 of 3