# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: mwalker | Date Created: 1/15/2010 |
| Case: 08−32514 | Form ID: pdfeoc | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty      John D. Fiero      jfiero@pszjlaw.com
aty      Merle C. Meyers      mmeyers@mlg−pc.com

TOTAL: 2