John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: jfiero@pszjlaw.com
       kbrown@pszjlaw.com
       tkapur@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>Heller Ehrman LLP,<br><br>Debtor | Case No.: 08-32514<br><br>Chapter 11<br><br>**NOTICE OF OBJECTION TO CLAIM NUMBER 133-1 FILED BY CLAIMANT LAWYERS' COMMITTEE FOR CIVIL RIGHTS**<br><br>[No Hearing Date Set] |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE; THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; THE OFFICE OF THE UNITED STATES TRUSTEE; LAWYERS' COMMITTEE FOR CIVIL RIGHTS; AND ANY PARTIES ENTITLED TO SPECIAL NOTICE:**

**NOTICE IS HEREBY GIVEN** that Heller Ehrman LLP, formerly known as Heller Ehrman White & McAuliffe LLP, a California limited liability partnership, the debtor and debtor in possession in the above-captioned case (the "Debtor"), hereby objects to the claims as identified in the *Objection to Claim Number 133-1 Filed By Claimant Lawyers' Committee For Civil Rights* (the "Objection").

**PROCEDURE TO BE FOLLOWED**

Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed by anyone who requests a hearing on the relief requested in the Objection. Bankr. N.D. Cal. 9014-1. Rule 9014-1(b)(3) requires the following:

(i) That any objection to the requested relief, or a request for a hearing on the matter, must be filed and served upon the initiating party within twenty (20) days of the mailing of this Notice;

(ii) That a request for a hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

(iii) That if there is not a timely objection to the requested relief or a request for a hearing, the Court may enter an order granting the relief by default; and

(iv) That the initiating party will give at least ten (10) days' written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for a hearing is timely made.

For further information, claimant may wish to contact Debtor's counsel, John D. Fiero of Pachulski, Stang, Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, California 94111-4500, telephone (415) 263-7000.

**NOTICE IS HEREBY FURTHER GIVEN** that pursuant to Rule 3007-1 of the United States Bankruptcy Court for the Northern District of California, where a factual dispute is involved, the initial hearing on the objection shall be deemed a status conference at which the Court will not receive evidence. Where the objection involves only a matter of law, the matter may be argued at the initial hearing.

**NOTICE IS HEREBY FURTHER GIVEN** that the Objection may be prosecuted by the Debtor and/or any successor thereof.

**NOTICE IS HEREBY FURTHER GIVEN** that without limiting the generality of the next paragraph of this Notice, if the Court overrules a particular objection to any claim, any such ruling shall have no *res judicata* effect on, and is without prejudice to, the allowance, disallowance or reclassification of such claim on such other grounds as the Debtor (or any party in interest) may later assert and, in connection therewith, the Debtor (or any party in interest) may assert additional objections to such claim.

**NOTICE IS HEREBY FURTHER GIVEN** that the Debtor reserves (a) the right to object to or seek disallowance or reclassification of the claim that is subject to the Objection on any other

grounds as the Debtor or its successors may later assert; and (b) the right to assert any claims, demands for relief requiring an adversary proceeding consistent with Rule 3007(b) and Rule 7001 the Federal Rules of Bankruptcy Procedure, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions, or any other bankruptcy or nonbankruptcy claims and causes of action against the claimant whose claim is subject to the Objection.

Dated: January 19, 2010

PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ John D. Fiero*
John D. Fiero
Kenneth H. Brown
Teddy M. Kapur

Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession