Entered on Docket
January 22, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: January 21, 2010

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**
_____

John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Miriam P. Khatiblou (CA Bar No. 178584)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: jfiero@pszjlaw.com
 kbrown@pszjlaw.com
 mkhatiblou@pszjlaw.com
 tkapur@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>Heller Ehrman LLP,<br><br> Debtor. | Case No.: 08-32514<br><br>Chapter 11<br><br>**ORDER APPROVING DEBTOR'S APPLICATION TO EMPLOY FOX, WANG & MORGAN AS SPECIAL EMPLOYMENT LITIGATION COUNSEL NUNC PRO TUNC TO JANUARY 1, 2010** |

The Court has considered the *Application To Employ Fox, Wang & Morgan as Special Employment Litigation Counsel* (the "Application") filed by the Debtor and Debtor-in-Possession, Heller Ehrman LLP ("Debtor") and the declaration of John C. Fox in support thereof, both filed on or about January 21, 2010. It appears that Fox, Wang & Morgan P.C. (the "Firm") does not hold or represent any interest adverse to the estate with respect to the matters upon which it will be engaged, and that its employment is in the best interests of the estate. It further appears that due and sufficient notice of the Application has been given under the circumstances. Based on the record before the Court, and after due deliberation and sufficient cause shown,

55685\00l\DOCS_SF:69410.1
1
ORDER GRANTING APPLICATION TO EMPLOY FOX, WANG & MORGAN AS SPECIAL EMPLOYMENT LITIGATION COUNSEL

Case: 08-32514  Doc# 877  Filed: 01/21/10  Entered: 01/22/10 12:36:12  Page 1 of 3

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED.

2. The Debtor is authorized to retain and employ the Firm as its special employment litigation counsel effective January 1, 2010, pursuant to section 327(e) and 328 of title 11 of the United States Code (the "Bankruptcy Code") on an hourly fee basis on the terms and conditions set forth in the Application and engagement letter.

3. The Debtor is authorized to compensate the Firm in accordance with sections 330 and 331 of the Bankruptcy Code, pursuant to the notice and objection procedures set forth in the Debtor's *Motion for Order Establishing Interim Fee Application and Expense Reimbursement Procedures* which was approved by the Court on April 24, 2009, as an expense of administration pursuant to sections 507(a) and 503(b) of the Bankruptcy Code, in such amounts and at such times as the Court may hereafter determine and allow.

4. The Court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees shall apply.

**END OF ORDER**

# COURT SERVICE LIST

United States Trustee
Donna S. Tamanaha, Assistant U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

Pachulski Stang Ziehl & Jones LLP
Attn: John Fiero
Attn: Miriam Khatiblou
150 California Street
15th Floor
San Francisco, CA 94111

Thomas A. Willoughby, Esq.
Felderstein Fitzgerald Willoughby & Pascuzzi, LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814

John C. Fox
Fox, Morgan & Wang PC
160 West Santa Clara Street, Suite 700
San Jose, California 95113

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

55685-003\DOCS_SF:69410.1

Case: 08-32514  Doc# 877  Filed: 01/21/10  Entered: 01/22/10 12:36:12  Page 3 of 3

ORDER GRANTING APPLICATION TO EMPLOY FOX, WANG & MORGAN AS SPECIAL EMPLOYMENT LITIGATION COUNSEL

1