UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

**FILED**
JAN 2 1 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

In Re: Heller Ehrman LLP  : Chapter 11
Debtor  : Case No. 08-32514

## WITHDRAWAL OF PROOF OF CLAIM # 259 DATED MARCH 20, 2009 BY HARTFORD FIRE INSURANCE COMPANY AS ASSIGNEE OF HARTFORD SPECIALTY COMPANY

1. On December 28, 2008, Heller Ehrman LLP (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the U.S. Bankruptcy Code in the U.S. Bankruptcy Court, Northern District of California.

2. On March 20, 2009, Hartford Fire Insurance Company as Assignee of Hartford Specialty Company filed proof of claim no. 259 in the Debtor's Chapter 11 case.

WHEREFORE, Hartford Fire Insurance Company as Assignee of Hartford Specialty Company hereby withdraws the above-referenced Proof of Claim.

HARTFORD FIRE INSURANCE COMPANY AS
ASSIGNEE OF HARTFORD SPECIALTY
COMPANY

By _____
Hank D. Hoffman
Assistant Vice-President
The Hartford
Hartford Plaza
Hartford, CT 06115

Executed this 5th day of January, 2010