John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Miriam P. Khatiblou (CA Bar No. 178584)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: jfiero@pszjlaw.com
   kbrown@pszjlaw.com
   mkhatiblou@pszjlaw.com
   tkapur@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>Heller Ehrman LLP,<br><br>            Debtor. | Case No.: 08-32514<br><br>Chapter 11<br><br>**NOTICE OF MOTION PURSUANT TO BANKRUPTCY RULE 9019(A) FOR APPROVAL OF SETTLEMENT AND COMPROMISE REGARDING ATTORNEYS' FEES AND COSTS IN THE SSA MATTER**<br><br>[No Hearing Date Set] |

**TO THE HONORABLE DENNIS MONTALI, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, THE OFFICE OF THE UNITED STATES TRUSTEE, THE SETTLING PARTIES, AND OTHER PARTIES REQUESTING NOTICE PURSUANT TO BANKRUPTCY RULE 2002:**

**NOTICE IS HEREBY GIVEN** that Heller Ehrman LLP, the debtor and debtor in possession in the above-captioned case (the "Debtor"), hereby moves the Court (the "Motion") for an order approving the settlement and compromise regarding among the Debtor, Howrey LLP, the Disability Rights Education and Defense Fund, Inc., Gerald A. McIntyre, Kathleen L. Wilde, and the United States Department of Justice pertaining to attorneys' fees and costs in the matter entitled, *American Council for the Blind v. Michael Astrue, et al.* (Case No. C-05-4696) (the "SSA

Litigation").

## PROCEDURE TO BE FOLLOWED

Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed by anyone who requests a hearing on the relief requested in the Motion. Bankr. N.D. Cal. 9014-1. Rule 9014-1(b)(3) requires the following:

(i) That any objection to the requested relief, or a request for a hearing on the matter, must be filed and served upon the initiating party within twenty-one (21) days of the mailing of this Notice;

(ii) That a request for a hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

(iii) That if there is not a timely objection to the requested relief or a request for a hearing, the Court may enter an order granting the relief by default; and

(iv) That the initiating party will give at least seven (7) days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for a hearing is timely made.

Dated: March 8, 2010					PACHULSKI STANG ZIEHL & JONES LLP

						By	*/s/ Teddy M. Kapur*
							John D. Fiero
							Kenneth H. Brown
							Miriam P. Khatiblou
							Teddy M. Kapur
							Attorneys for Heller Ehrman LLP,
							Debtor and Debtor in Possession