| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Lawrence Peitzman (State Bar No. 62379)<br>PEITZMAN, WEG & KEMPINSKY LLP<br>10100 Santa Monica Boulevard, Suite 1450<br>Los Angeles, CA 90067<br>Telephone: (310) 552-3100<br>Facsimile: (310) 552-3101<br><br>Attorneys for Citibank, N.A. |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>HELLER EHRMAN LLP,<br><br>                       Debtor. | Case No. 08-32514<br><br>Chapter 11<br><br>**JOINDER OF CITIBANK, N.A. TO BANK OF AMERICA'S OBJECTION TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION (1) FOR AUTHORITY TO EMPLOY MCGRANE GREENFIELD LLP AS SPECIAL LITIGATION COUNSEL; AND (2) TO APPROVE A COMBINATION FLAT FEE AND CONTINGENCY FEE AGREEMENT UNDER SECTION 328 OF THE BANKRUPTCY CODE**<br><br>Date: April 13, 2010<br>Time: 1:30 p.m.<br>Place: U.S. Bankruptcy Court<br>        235 Pine Street, 22nd Floor<br>        San Francisco, CA<br>Judge: Hon. Dennis Montali |

Citibank, N.A. hereby joins in and adopts the "Objection to the Official Committee of Unsecured Creditors' Motion (1) for Authority to Employ McGrane Greenfield LLP as Special Litigation Counsel; and (2) to Approve a Combination Flat Fee and Contingency Fee Agreement Under Section 328 of the Bankruptcy Code" (the "Objection"), filed by Bank of America for the reasons set forth in the Objection.

Dated: April 12, 2010    PEITZMAN, WEG & KEMPINSKY LLP

By /s/ Lawrence Peitzman_____
    Lawrence Peitzman
    Attorneys for Citibank, N.A.

# PROOF OF SERVICE

STATE OF CALIFORNIA         )
                            )
COUNTY OF LOS ANGELES       )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, Suite 1450.

On April 12, 2010, I served the document described as **JOINDER OF CITIBANK, N.A. TO BANK OF AMERICA'S OBJECTION TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION (1) FOR AUTHORITY TO EMPLOY MCGRANE GREENFIELD LLP AS SPECIAL LITIGATION COUNSEL; AND (2) TO APPROVE A COMBINATION FLAT FEE AND CONTINGENCY FEE AGREEMENT UNDER SECTION 328 OF THE BANKRUPTCY CODE**

[ ]   **BY MAIL.** By placing a true copy thereof in a sealed envelope and addressed to the following party with postage thereon fully prepaid at Los Angeles, California and delivering it to the U.S. Postal Service at 10100 Santa Monica Boulevard, Los Angeles, California 90067:

[ ]   **BY FAX.** I caused such documents to be transmitted via facsimile machine to the following party to the fax number set forth above the party's name. Written confirmation of transmission from the facsimile machine is attached hereto. The document transmitted did not exceed 15 pages (excluding cover page) except with the express prior consent of the party receiving the transmission or by court order.

[ ]   **BY OVERNIGHT COURIER.** I caused an overnight courier service to deliver such envelopes to the addresses of the parties listed on the attached Service List on the next business day.

[ X ]   **BY E-MAIL.** I transmitted such document by electronic mail to the e-mail address provided by the parties listed on the attached service list.

Executed on April 12, 2010, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_/s/ Matthew M. Dryer_
Matthew M. Dryer

# SERVICE LIST

**United States Trustee**

**Email:  Donna.S.Tamanaha@usdoj.gov**
Donna S. Tamanaha
Assistant U.S. Trustee
San Francisco Divisional Office
235 Pine Street, Suite 700
San Francisco, CA  94014-3401

**Attorneys for Debtor**

**Email:  jfiero@pszjlaw.com**
John D. Fiero
Kenneth H. Brown
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA  94111

**Counsel for Bank of America**

**Email:  dminnick@pillsburylaw.com**
M. David Minnick, Esq.
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA  94105

**Counsel for the Creditors' Committee**

**Email:  twilloughby@ffwplaw.com**
Thomas Willoughby, Esq.
Felderstein Fitzgerald Willoughby & Pascuzzi LLP
400 Capitol Mall, Suite 1450
Sacramento, CA  95814