**Entered on Docket**
**April 16, 2010**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



```
1  John D. Fiero (CA Bar No. 136557)
   Kenneth H. Brown (CA Bar No. 100396)
2  Miriam Khatiblou (CA Bar No. 178584)    Signed and Filed: April 15, 2010
   PACHULSKI STANG ZIEHL & JONES LLP
3  150 California Street, 15th Floor
   San Francisco, California  94111-4500
4  Telephone: 415/263-7000                 _____
   Facsimile:  415/263-7010                        DENNIS MONTALI
5                                                 U.S. Bankruptcy Judge
   E-mail: jfiero@pszjlaw.com
6          kbrown@pszjlaw.com
           mkhatiblou@pszjlaw.com
7
   Attorneys for Heller Ehrman LLP,
8  Debtor and Debtor in Possession
```

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>Heller Ehrman LLP,<br><br>               Debtor. | Case No.: 08-32514<br><br>Chapter 11<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM**<br><br>Date: February 25, 2010<br>Time: 1:30 p.m.<br>Place: US Bankruptcy Court<br>       235 Pine Street, 22nd Floor<br>       San Francisco, CA |

This matter came before the Court upon consideration of the *Motion of AboveNet Communications Inc. For Allowance of Administrative Claim* (the "Motion") filed by AboveNet Communications, Inc. ("AboveNet"). For the reasons stated in the Court's *Memorandum Decision on Motion for Allowance of Administrative Claim* filed on March 2, 2010, and based upon the agreement of the parties with respect to the calculation, the Motion is granted in part and denied in part as follows:

       1.      AboveNet is entitled to payment forthwith of $18,759.57 under Bankruptcy Code section 365(d)(5).

2. AboveNet shall not be entitled to a Bankruptcy Code section 503(b) administrative claim for the balance of the sums sought in the Motion.

**APPROVED AS TO FORM**

MEYERS LAW GROUP, PC

By: _/s/ Michele Thompson_ _____
Michele Thompson
Attorneys for AboveNet Communications, Inc.

* * *

END OF ORDER

## COURT SERVICE LIST

Michele Thompson, Esq.
*Meyers Law Group*
**Counsel for AboveNet Communications, Inc.**
44 Montgomery Street, Suite 1010
San Francisco, California 94104