Dean J. Leitzen
678 Mangels Avenue
San Francisco, CA 94127
dleitzen@gmail.com
415.290.9669

April 14, 2010

**FILED**
APR 1 6 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**RECEIVED**
APR 1 6 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA



United States Bankruptcy Court
Northern District of California
Attn: Hon. Dennis Montali
PO Box 7341
San Francisco, CA 94102-7341

Re: Address Change for creditor in Heller Ehrman bankruptcy matter (08-32514)

Dear Judge Montali,

I am writing to alert you that my address has changed and I fear that I am no longer receiving notices regarding the above-referenced Heller Ehrman bankruptcy matter. Can you please update my address information according to the following:

The court may have either one of the following **OLD** addresses for me:

1443 W. Winona Street                    P.O. Box 1094
Chicago, IL 60640                         Redwood City, CA 94064

Please update your records to show the address at the top of this letter as my only current address.

Sincerely,

Dean J. Leitzen

*Leitzen*
*678 Mangels Ave*
*San Francisco, CA 94127*

**RECEIVED**
APR 1 6 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**FILED**
APR 1 6 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA