Brian O'Neill (State Bar No. 38650)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
Email: boneill@jonesday.com

Tobias S. Keller (State Bar No. 151445)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email: tkeller@jonesday.com

Attorneys for Thomas M. Donnelly, Deborah Saxe, and
Randall Schai

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>**Heller Ehrman LLP,**<br><br>  Debtor. | Case No. 08-32514-DM<br><br>Chapter 11<br><br>**OBJECTION TO DISCLOSURE STATEMENT**<br><br>Date: May 5, 2010<br>Time: 9:30 a.m.<br>Place: 235 Pine Street, 22ND Floor, San Francisco, CA<br>Judge: The Hon. Dennis Montali |

Thomas M. Donnelly, Deborah Saxe, and Randall Schai (the "Objecting Shareholders"), each a former shareholder of Heller Ehrman (California), A Professional Corporation (one of the partners of debtor Heller Ehrman LLP), hereby object to approval of the Disclosure Statement filed with the Court on or about March 31, 2010 (the "Disclosure Statement"). Each of the Objecting Shareholders has timely filed a Proof of Claim with respect to their Promissory Notes which, as of the date of this Objection, remain undisputed.

In the Disclosure Statement and the attached Joint Plan of Liquidation (the "Plan"), the Debtor and the Official Committee of Unsecured Creditors (the "Committee") seek Court approval to subordinate and impair Class 7 claims -- which include the Promissory Notes given by the Debtor to each of the Objecting Shareholders in connection with their departures from the Heller Ehrman (California) PC -- essentially rendering these duly-issued and enforceable Promissory Notes worthless. *See* Plan section 1.113, 2.2.7, 4.7, and Exhibit C; *see also* Disclosure Statement at pp. 10, 41, and 48. Neither the Disclosure Statement nor the Plan provides any legal or factual basis or justification for this requested subordination and impairment.

The debtor has an obligation to provide adequate information to creditors regarding the plan and its terms. 11 U.S.C. §1125(b). The returns to creditors in Classes 5 through 7 will be materially affected by the subordination of the Class 7 claims and, accordingly, a "hypothetical investor" should have adequate information to judge the likelihood that the Class 7 claims will be subordinated. *See* 11 U.S.C. §1125(a). Accordingly, the Objecting Shareholders respectfully request that the Court order the Debtor and the Committee to provide the legal and factual basis and justification for their requested subordination and impairment of Class 7 claims.

Dated: April 28, 2010

Respectfully submitted,

JONES DAY

By: /s/ Tobias S. Keller
Tobias S. Keller

Counsel for Thomas M. Donnelly, Deborah Saxe, and Randall Schai

# CERTIFICATE OF SERVICE

I, Alissa Larson, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. On April 27, 2010, I served a copy of the within document(s):

**OBJECTION TO DISCLOSURE STATEMENT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

JOHN D. FIERO, ESQ.
TEDDY KAPUR, ESQ.
Pachulski Stang Ziehl Young & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

THOMAS A. WILLOUGHBY, ESQ.
Felderstein Fitzgerald Willoughby & Pascuzzi LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814

MINNIE LOO, ESQ.
Office of the United States Trustee
235 Pine Street, 7th Floor
San Francisco, CA 94104

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage

SFI-64015lvl

1  meter date is more than one day after date of deposit for mailing in affidavit.
2  I declare that I am employed in the office of a member of the bar of this court at whose
3  direction the service was made.
4  I declare under penalty of perjury under the laws of the United States of America that the
5  foregoing is true and correct, that this declaration is executed on April 27, 2010, at San Francisco,
6  California.

*Alissa Larson* (signature)

Alissa Larson

SF1-640151v1

2