EXHIBIT 1 TO BANK OF AMERICA'S OBJECTION TO DISCLOSURE STATEMENT (MAR 31, 2010)

I.  **Plan:**

28:24-27 - "Upon Confirmation" Plan Administrator is to estimate Plan Expenses but Plan Administrator is not appointed until the Effective Date. 25:15-18. This should likely be "Upon the Effective Date.".

32:1-7.  §5.20.  Liquidating Debtor can settle or withdraw any objections to any Disputed Claims without notice to creditors or authority of the court, except as otherwise provided in Confirmation Order.  This removes all oversight.  Even retention of bankruptcy court jurisdiction in Article IX leaves it to the Plan Administrator's discretion whether to seek court approval for settlements or sales of assets. P. 43.

32:16-19 - §5.21(ii) and §5.19 should be consistent in either requiring that the Liquidating Debtor reserve for Professional Fees as stated in Plan §5.19 or omit them as they are in §5.21(ii).

II.  **Disclosure Statement:**

2:27 – 3:2 – Disclosure Statement should reflect events that occurred prior to hearing on court approval instead of prior to filing Disclosure Statement for court approval.

11:5 – Partners in an LLP are "general" partners, not "limited" partners.

11:12-14 – Debtor did not employ the Shareholders.  Inaccurate to say that Debtor grew to 730 attorneys.

11:18-20 – Evidence is still being reviewed to determine which entity provided legal services and could properly do so.  This is Debtor's view.

11:20-21 – Debtor had other professional corporations besides the six Heller Ehrman PCs.  Particularly in some foreign offices, attorneys affiliated with the Heller entities may have been employed by these additional professional corporations.

12:7 – CitiBank should be Citibank

12:7-8 – add after "Agent"), "and Citibank are the Debtor's only prepetition secured creditors."

12:18 – add "and Lenders" after Agent

13:1 – Change definition to "2008 Financing Statement" and conform throughout the document.

13:17 – Remove "new" from in front of "liens". The liens have remained at all times. Only the perfection has been challenged.

14:5-9 – Should acknowledge that attachments served on bank accounts require bank's to hold accounts so no money is paid in violation of the attachment which in this case far exceeded the balances in the accounts.

19:27 – missing Former at the start of the sentence. Definition should be reconsidered as attorneys have not been shown to be former shareholders of the Heller Ehrman PCs.

27:27 – Should add "in the Biggers Case." at the end of the sentence.

28:8-12 – Needs further explanation of terms and risks of DIP Loan e.g. repayment due on conversion of case may prevent conversion.

28:15 – "or/or" should be "and/or"

31:6-7 – alleged settlements with the Committee have not been approved by the court. Full terms of any settlement agreement have not been presented for approval. As a result settlements are subject to objection and may not be approved by the Court.

33:3-5 – Refers to claims against the Heller Ehrman PCs but never describes what those claims are here or later.

39:11 – who are Heller Ehrman LLP lawyers as opposed to Former Shareholders?

39:15 – delete "of absence" after "absence"

39:22 and 26 – who is covered by reference to "Heller lawyers"

40:8 – "form" should be "from"

40:16-20 – This sentence makes no sense. Needs reworking in some way.

42:17-20 – No explanation of what "capitalization" means.

44:13-21 – Need some estimate to be provided so as to have sufficient funds on had to go effective.

47:27-48:5 – No estimate of when likely to be paid. Should at least state that any payment is at the discretion of the Plan Administrator without any deadline or supervision.

49:19-21 – How can assumption of contacts be conditional upon having Cash available? How do the non-debtor parties know how there contract will be treated? Is there an agreement to defer the payment of Cure Amounts?

53:16-22 – reference on line 17 to shareholders who have agreed to terms should at least have a parenthetical phrase added such as (subject to formal Court approval) as no approval of terms has occurred as yet.

55:1-5 – Reference to enforcing rights under the plan should be expanded to describe what that means e.g. sue the Liquidating Debtor for the unpaid amount. No remedies are spelled out elsewhere.

55:19-56:8 – Make clear that there is no deadline for payment. No procedure for creditors to complain if no payments being made. The case could go on forever.

57:20-25 – Improperly limits a claim to the amount reserved for it even if allowed in a higher amount.

60:23-28 – Even if a conflict on some issue, creditor should be allowed to participate in discussion on other issues where there is no conflict.

63:3-5 – This conflicts with earlier reference that Cure Amounts would not be paid unless there was sufficient Cash.