Michael St. James, CSB No. 95653
ST. JAMES LAW, P.C.
155 Montgomery Street, Suite 1004
San Francisco, California  94104
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

Counsel for the Vested Retirees

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| In re<br><br>HELLER EHRMAN, LLP<br><br>    Debtor | Case No. 08-32514-DM<br><br>Chapter 11<br><br>[No Hearing Set] |

## *EX PARTE* APPLICATION FOR ORDER
## SEPARATELY SETTING HEARING

The Application of the Vested Retirees for an Order separately setting the hearing on their Objection to the Disclosure Statement in this case respectfully represents as follows:

1.  The Plan Proponents initially set the Disclosure Statement hearing for May 5, 2010 at 9:30 a.m.  The Vested Retirees, and three other parties in interest, filed Objections.

2.  Thereafter, the Plan Proponents unilaterally continued the Disclosure Statement hearing to May 13, 2010 at 9:30 a.m.  Although only four Objections had been filed, no attempt was made to comply with Bankruptcy Local Rule 9006-1(c)(4).

3. Thereafter, the Plan Proponents unilaterally continued the Disclosure Statement hearing to May 15, 2010 at 1:30 p.m. Again, no attempt was made to comply with Bankruptcy Local Rule 9006-1(c)(4).

4. Counsel for the Vested Retirees is unavailable May 14, 2010 through May 18, 2010, inclusive.

5. The issues associated with the Vested Retirees' Objection to the Disclosure Statement are discrete and unlikely to affect any other Objection to the Disclosure Statement.

6. The Vested Retirees respectfully submit that it would be appropriate for the Court to specially set a hearing on the Vested Retirees' Objection to the Disclosure Statement, to be conducted at a time when their counsel can participate.

WHEREFORE, the Vested Retirees pray that the Court make and enter its Order setting the Vested Retirees' Objection to the Disclosure Statement for hearing at a time their counsel can participate in the hearing, and that it grant such other and further relief as may be just and proper.

Respectfully submitted,

DATED: May 10, 2010         ST. JAMES LAW, P.C.


By: /s/ *Michael St James* .
    Michael St. James
    Counsel for the Vested Retirees