| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | STEVEN H. FELDERSTEIN, State Bar No. 056978<br>THOMAS A. WILLOUGHBY, State Bar No. 137597<br>FELDERSTEIN FITZGERALD<br>WILLOUGHBY & PASCUZZI LLP<br>400 Capitol Mall, Suite 1450<br>Sacramento, CA 95814<br>Telephone: (916) 329-7400<br>Facsimile: (916) 329-7435<br>E-mail: sfelderstein@ffwplaw.com<br>E-mail: twilloughby@ffwplaw.com<br><br>Attorneys for The Official Committee<br>of Unsecured Creditors |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HELLER EHRMAN LLP,<br><br>            Debtor. | CASE NO.: 08-32514<br><br>Chapter 11<br><br>**NOTICE OF CONTINUED HEARING ON MOTION FOR AN ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO SETTLE CERTAIN CLAIMS WITHOUT FURTHER HEARING OR NOTICE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019(b)**<br><br>**Prior Hearing Date:**<br>Date:    May 12, 2010<br>Time:   9:30 a.m.<br>Place:   235 Pine Street<br>           San Francisco, CA<br>Judge:  Hon. Dennis Montali<br><br>**New Hearing Date**:<br>Date:    May 14, 2010<br>Time:   1:30 p.m.<br>Place:   235 Pine Street<br>           San Francisco, CA<br>Judge:  Hon. Dennis Montali |

**PLEASE TAKE NOTICE** that the hearing on The Official Committee of Unsecured Creditors' Motion for an Order Authorizing the Official Committee of Unsecured Creditors to Settle Certain Claims Without Further Hearing or Notice Pursuant to Federal Rule of Bankruptcy

Procedure 9010(b) previously scheduled to occur on May 12, 2010, at 9:30 a.m. has been continued. The continued hearing will be held on **May 14, 2010, at 1:30 p.m.** before the Honorable Dennis Montali, United States Bankruptcy Judge, at 235 Pine Street, 22nd Floor, San Francisco, California.

Dated: May 10, 2010

        FELDERSTEIN FITZGERALD
        WILLOUGHBY & PASCUZZI LLP

        By_____*/s/ Thomas A. Willoughby*_____
          THOMAS A. WILLOUGHBY
          Attorneys for the Official Committee of Unsecured
          Creditors