# Exhibit C

# Heller Ehrman, LLP
## Sources and uses of cash at confirmation

**SOURES OF CASH FOR CONFIRMATION**

| | | |
|---|---|---|
| Anticipated cash from Debtor at confirmation | $ | 5,075,000 |
| Exit financing | | 3,000,000 |
| Anticipated litigation recoveries | | 5,000,000 |
| Cash Sources for Confirmation | $ | 13,075,000 |

**USES OF CASH AT CONFIRMATION**

| | | | |
|---|---|---|---|
| Payment of Administrative professional fees | | $ 2,075,000 | |
| Payment of other Administrative expenses | | 300,000 | |
| Payment of allowed Priority Tax Claims | | 0 | Deferred |
| Payment of allowed Priority Employee Class Claims | Class 1 | 3,382,000 | |
| Allowed Biggers Priority Employee Class claims | Class 2 | 1,500,000 | |
| Estimated Allowed Unsecured Priority Claims | Class 3 | 700,000 | |
| Payment of Litigation Counsel deposit | | 3,500,000 | |
| Cash Uses for Confirmation | | $ 11,457,000 | |

| | | |
|---|---|---|
| Estimated remaining Cash at Confirmation | $ | 1,618,000 |

**DEFERRED TAX PRIORITY CLAIMS**

| | | |
|---|---|---|
| Total of Allowed Priority Tax Claims | $ | 4,040,000 |
| Amount paid per above | | 0 |
| Deferred portion of Allowed Priority Tax Claims | $ | 4,040,000 |