# Exhibit D

In re Heller Ehrman LLP
Liquidation Analysis as of 06.30.2010

|  | Chapter 11 | Chapter 7 |
|---|---:|---:|
| **Analysis of Net Proceeds** | | |
| Assets | | |
|   Cash and Cash Equivalents | 14,849,000 | 11,849,000 |
|   Accounts Receivable, Net | 14,000,000 | 14,000,000 |
|   Property Plant & Equipment | 75,000 | 75,000 |
|   All Other Assets | 5,050,000 | 1,050,000 |
|     Total Assets | $ 33,974,000 | $ 26,974,000 |
| Post Effective Income & Expenses | | |
|   Litigation Recoveries | 45,000,000 | 45,000,000 |
|   Less: Contingent Fees | 8,090,000 | 8,090,000 |
|     Net Litigation Recoveries | 36,910,000 | 36,910,000 |
|   Staffing Costs | 853,000 | 1,066,000 |
|   Operating Costs & Services | 3,331,000 | 3,331,000 |
|   Litigation Costs | 460,000 | 460,000 |
|   Other Contingencies | 50,000 | 50,000 |
|   US Trustee | 103,000 | - |
|     Net Post Effective Income (Expenses) | $ 32,113,000 | $ 32,003,000 |
|       Net Proceeds Available for Distribution | $ 66,087,000 | $ 58,977,000 |
| Secured Creditors | | |
|   Payout to Secured Creditors | 1,610,000 | 1,610,000 |
|     Total Secured Creditor Claims | $ 1,610,000 | $ 1,610,000 |
|       Net Available for Administrative Creditors | $ 64,477,000 | $ 57,367,000 |
| Administrative Creditors | | |
|   Administrative Claims Due on Confirmation | 2,375,000 | 2,375,000 |
|   Taxes | 532,000 | 532,000 |
|   Plan Agent's Costs Under Plan | 1,010,000 | - |
|   Professional Fees | 2,532,000 | 2,466,000 |
|   Substantial Contribution Claim | 950,000 | 950,000 |
|   Trustee Fees Under Chapter 7 | - | 2,182,000 |
|   Trustee Professionals Under Chapter 7 | - | 2,180,000 |
|     Total Administrative Claims | $ 7,399,000 | $ 10,685,000 |
|       Net Available for Priority Creditors | $ 57,078,000 | $ 46,682,000 |
| Priority Creditors | | |
|   Priority Tax Claims | 4,181,000 | 4,040,000 |
|   Priority Wages and WARN | 4,882,000 | 4,882,000 |
|   Unsecured Priority Claims | 700,000 | 700,000 |
|     Total Priority Claims | $ 9,763,000 | $ 9,622,000 |
|       Net Available for Unsecured Creditors | $ 47,315,000 | $ 37,060,000 |
| Unsecured Creditors | | |
|   Amount of Unsecured Claims | 95,000,000 | 95,000,000 |
|   Payout to Unsecured Creditors | 47,315,000 | 37,060,000 |
| **Return to unsecured creditors** | **50%** | **39%** |