# Exhibit E

| Non-Debtor Contracting Party | Type of Service | Cure Amount |
|---|---|---|
| Access<br>P.O. Box 55008<br>Hayward, CA 94545 | File Storage | $1,969.59 |
| Alaska Archives<br>1300 West 56th Avenue, #14<br>Anchorage, AK 99518 | File Storage | $3,784.63 |
| Cisco Recall Total Information Management PTE LTD<br>Cisco Recall Centre<br>7 Yung Ho Road<br>Signapore<br>618594 | File Storage | $0.00 |
| Cor-O-Van<br>12375 Kerran Street<br>Poway, CA 92064 | File Storage | $0.00 |
| DataLok<br>500 Valley Drive<br>Brisbane, CA 94005 | File Storage | $0.00 |
| DataSite<br>9401 Aurora Avenue, N.<br>Seattle, WA 98301 | File Storage | $0.00 |
| Filekeepers<br>6277 E. Slauson Ave.<br>Los Angeles, CA 90040 | File Storage | $0.00 |
| GRM<br>41099 Boyce Road<br>Fremont, CA 94538 | File Storage | $0.00 |
| GRM<br>9200 East Hampton Drive<br>Capital Heights, MD 20743 | File Storage | $0.00 |
| Harrison 160, LLC<br>Union Property Capital<br>201 California Street, Suite 1250<br>San Francisco, CA 94111 | Contract for co-location facility (365 The Main Exchange, Inc.) housing the firm's data center. | $0.00 |

| Non-Debtor Contracting Party | Type of Service | Cure Amount |
|---|---|---|
| Iron Mountain<br>8001 Research Way<br>Springfield, VA 22153 | File Storage | $15,475.76 |
| Kaiser Foundation Health Plan<br>Legal Dept.<br>1950 Franklin Street, 17th Floor<br>Oakland, CA 94612 | Employee Medical Insurance Carrier, Policy #7942 and #101303 | $0.00 |
| NOVA<br>9 Empire Blvd.<br>South Hackensack, NJ 07606 | File Storage | $10,484.44 |
| PayFlex<br>302 S 6th Street, Suite 700<br>Omaha, NE 68131 | Third-party Administrator. COBRA administration, Group ID - HEWM | $0.00 |
| Recall<br>2109 Bering Drive<br>San Jose, CA 95131 | File Storage – account #s RE200454 RE200456 | $0.00 |
| Unum Life Insurance Company of America<br>2211 Congress Street<br>Portland, ME 04122<br><br>*** | Employee Life/AD&D and Long-term Disability Insurance carrier. Policy #579445 | $0.00 |
| Vision Service Plan<br>3333 Quality Drive<br>Rancho Cordova, CA 95670<br><br>*** | Employee Vision Insurance carrier, Policy #00111845 | $0.00 |
| | TOTAL: | $31,714.42 |