# Exhibit B

| | | |
|---|---|---|
| ALAILY, RIMA | COHEN, BRENT M. | GOLDMAN, BETH M. |
| ALEXANDER, PAUL | COHEN, MATTHEW | GOLDSTEIN, DAVID M. |
| ANDREWS, CRAIG S. | COHEN, MICHAEL P.A. | GOLDSTEIN, RICHARD S. |
| ANGLAND, JOSEPH | COHEN, NANCY S. | GOODWIN, DAVID B. |
| APPELMAN, DANIEL L. | COHEN, RUSSELL | GRANADOS, PATRICIA D. |
| ARMAO, JOSEPH J. | COLE, ADAM M. | GREER, GEORGE E. |
| ARMSTRONG, AARON | COLLINS, KEVIN T. | GREGORATOS, BARBARA |
| ARNOLD, A. JOY | CRUPI, KAREN M | GREW, CHRISTOPHER |
| ARONOW, GEOFFREY F. | CULLIGAN, KEVIN | GRIMM, RICHARD |
| ASHER, ROBERT | CURTIS, CHARLES G. | GUSE, KYLE |
| AZCUENAGA, MARY L. | CYPERS, MICHAEL | GUSSIS, CHRYSANTHE |
| BADAL, ROBERT G. | CZABAN, JAMES | GUTIERREZ, HEIDI |
| BAILEY, EDWARD W. | DANELO, PETER A. | HALBE, SHAILENDRA N. |
| BARASH, LOUISA | DAVIS, PAUL | HALL-JONES, DAVID |
| BARRINGER, WILLIAM | DAVIS, STEPHEN M. | HANISH, JOHN |
| BATALOV, LEO | DEMING, RENEE R. | HANLEY, JOHN W. |
| BAUTISTA, JOHN | DEMPSEY, KAREN A. | HARTH, DAVID J. |
| BELL, BERNARD | DENATALE, RICHARD | HASKETT, CHRISTINE S. |
| BEN-AMI, ANDREW R. | DICK, BRETT R. | HASLAM, ROBERT T |
| BENASSI, JOHN M. | DIXON, MEGAN | HATCH, MARCIA |
| BENNER, SCOTT | DONNELLY, THOMAS M. | HAWK, ROBERT B. |
| BENUDIZ, P. PETER | DOTTEN, MICHAEL C. | HAYDEN, JONATHAN P |
| BENVENUTTI, PETER J | DOWNEY, MARTIN | HAYS, JAMES |
| BERMAN, STAN | DOWNS, PAUL D. | HECKER, PETER S |
| BJERKE, BRUCE | DREGER, GINGER R. | HENDRICKS, SHARON J. |
| BLANKENHEIMER, ALAN H. | DUNN, CHRISTOPHER | HENNEBERRY, EDWARD |
| BLAWIE, ELIAS J. | DUNNE, DANIEL J. | HIXSON, RAYMOND H. |
| BLEARS, NORMAN J | DURLING, JAMES | HOBEL, LAWRENCE A. |
| BLUM, LORA | EATON, RICHARD | HOXIE, TIMOTHY G. |
| BOMSE, STEPHEN V. | EDELMAN, DANIEL D. | HUBBELL, ROBERT B. |
| BOOTH, PAUL | ERICKSON, SONYA F. | HULSE, BRIAN D. |
| BRANDT-ERICHSEN, SVEND A. | FABER, MICHAEL R | HURST, ANNETTE L. |
| BRODY, SARA B. | FAGAN, JOSEPH H. | ISACSON, JOHN |
| BROSNAHAN, BRIAN PAUL | FELDMAN, LEONARD J. | JACOBS, ALAN |
| BROWN, GEORGE H. | FELDSTEIN, STEVEN R | JAEGER, CHARLES R. |
| BROWNE, MAUREEN | FERRUOLO, STEPHEN C. | JARGIELLO, DAVID M. |
| BROWNSTEIN, DAVID C. | FIALA, MARIE L | JENETT, BRUCE W. |
| BRUNER, BECKY M. | FRAM, ROBERT D. | JOHNSON, CARL B |
| BUEHLER, R. | FREDERICKS, WESLEY | JONES, DAVID |
| BURKE, KEVIN | FREEMAN-GLEASON, ALISON | JOYCE, EDWARD M. |
| BURNINGHAM, ROSS L. | FREIBERG, CHARLES N | JURATA, JOHN |
| BURNS, TIM | FULLER, CHAD | KAGNOFF, MICHAEL S. |
| BURNSTEIN, MICHAEL | GAMSKY, MICHAEL J. | KAUFMAN, RICHARD A. |
| BYRNES, ANDREW | GARTRELL, PHILIP G. | KEESHAN, LAWRENCE W. |
| CARO, HOWARD S. | GAVENMAN, JON E. | KELLER, DONALD |
| CAROTHERS, JO | GIBNEY, ROBERT L. | KELLY, KEVIN F. |
| CHA JOSEPH | GIBSON, NORA L. | KIM, EDWARD Y. |
| CHARLES, PAMELA | GILLETTE, PATRICIA K. | KIRSCHNER, KENNETH |
| CHARLSON, MICHAEL L. | GLASS, TODD G. | KJELLAND, KURT M. |
| CHERNOF, KENNETH L. | GLUSKY, SHON | KLEIN, DAVID |
| CHIU, JOHNNY | GOLDBERG, STEPHEN N | KLEINFELD, DAVID E. |

In re: Heller Ehrman, LLP, Debtor
Former Shareholders
Exhibit B

| | | |
|---|---|---|
| KOPPEL, STEVEN C. | PENWARDEN, STRUAN | THACKER, JEFFREY C. |
| KULKA, HOLLY K. | PERCIVAL, DONALD E. | THAU, STEPHEN |
| KUMAR, JOHNNY A. | PERS, JESSICA S | THAYER, M. PATRICIA |
| LANDRY, JOHN M. | PHILLIPS, LORI LYNN | THOMPSON, CAROL L. |
| LARRABEE, MATTHEW L | PHILLIPS, MICHAEL | THORP, MICHAEL R. |
| LAUB, DONALD | PIERSON, KIT A. | TITELBAUM, DANIEL E |
| LEAL, HEATHER N. | PLIMACK, MICHAEL K. | TOBIASON, THOMAS |
| LEE, DAVID | PLUMER, MARK | TONER, KEVIN J. |
| LESKOVSEK, NATASHA | POPOVIC, NEIL A.F. | TONSFELDT, STEVEN J. |
| LEVIN, BARRY S | PORTER, DANIEL | TORGERSON, JAMES E. |
| LI, YING | PROUT, CHRISTOPHER | TRODELLA, ROBERT A. |
| LIVINGSTON, ANDREW R. | PYM, BRUCE M. | TRUBITT, HAYDEN J. |
| LOACKER, LYNN J. | REID, RUSSELL | TUCKER, BARRY J. |
| LUK, SIMON | RENNERT, STUART | ULIN, JOHN C. |
| LUNA, FELIX G. | REWINSKI, JON L. | UMBERGER, MICHELLE |
| MACCORMACK, SCOTT W. | RHEAUME, WARREN J. | UNDERWOOD, LAURA E. |
| MAEDER, GARY W. | RICE-JOHNSON, DALE | VAN LIGTEN, GLEN |
| MAHALEY, PERI | ROBERTSON, JOHN W. | VAN ZANT, AMY |
| MALONEY, TERESA | ROCCO, VICTOR J. | VENUTO, AMY E. P. |
| MANGAN, BRENDAN T. | ROSENFELD, ROBERT A | VITIELLO, SALVATORE |
| MANN, MARGARET M. | ROSENKRANZ, E. JOSHUA | WALDOW, ROBURT J. |
| MARCUS, JEFFREY | RUBIN, HARRY | WATKINS, SAMUEL R. |
| MARKMAN, MICHAEL M. | RUGEN, MICHAEL L | WEEKS, MARK B. |
| MARKS, JERRY L. | RUFFIN, EDMUND | WEISE, STEVEN O. |
| MARTIN, RICHARD A. | RUSSELL, BERNARD L. | WEISS, LAURENCE A. |
| MARTINIAK, LEONARD J. | RYAN, NICOLE M. | WELLS, VANESSA O. |
| MCLAUGHLIN, JOSEPH T. | SABER, BRUCE D. | WEN, CARSON |
| MCLEAN, ANNA S. | SANDERCOCK, COLIN | WESTRICH, SCOTT A. |
| MEDEARIS, MARK A. | SAXE, DEBORAH | WINDFELD-HANSEN, MARK |
| MILES, JUDITH C. | SCHAI, RANDALL B. | WOLFF, JESSICA R. |
| MILLER, KEITH A. | SCHILDKRAUT, MARC G. | WRENN, MICHAEL R. |
| MILLER, SHERYL | SCHWAB, DOUGLAS M | YAKREN, AVIVA |
| MILSTEIN, HAROLD J. | SEDDON, NICHOLAS | YANG, ING LONG |
| MOHLER, PAUL B. | SELLERS, JOHN H. | YEE, MAVIS |
| MOORE, ALFRED D. | SHAPLAND, DAVID | YOUNG, STANLEY |
| MORRISSEY, MICHAEL | SHEEN, RAYMOND | ZHU, JONATHAN |
| MURR, RYAN | SHEPARD, MICHAEL J. | ZULKIE, MITCHELL |
| MYERS, MARTIN H. | SHULDBERG, KIRT | ZWEIFACH, LAWRENCE J. |
| NADLER, CARL S. | SHULMAN, CARREN B. | |
| NELLERMOE, LESLIE C. | SIEMENS, REYNOLD L. | |
| NEUMAN, K. WILLIAM | SILVERMAN, DANIEL S. | |
| NEWTON, STEPHEN E. | SKILTON, JOHN S. | |
| NICHOLS, MARTIN C. | SMITH, BRIAN D. | |
| NIEMANN, ANGELA M. | SMUTNY, DAVID F. | |
| O'DOWD, SARAH A | SNIDER, DARRYL L. | |
| OLSON, JAMES C. | SOBIN, STURGIS | |
| PALMER, JONATHAN M. | SPEYER, JAMES F. | |
| PARKER, RICHARD L. | STOLER, JONATHAN | |
| PARKER, WARRINGTON S. | STOLL, CHRISTOPHER F. | |
| PARRIS, MARK S. | STUART, COLBERN C. | |
| PAULSON, DAVID I. | SUBHEDAR, NITIN | |
| PAYSON, KENNETH E. | SUGARMAN, PAUL W | |
| PENFOLD, RICHARD | TEMPLEMAN, BLAINE | |