# Exhibit E

| | | |
|---|---|---|
| ALAILY, RIMA | CYPERS, MICHAEL | HALBE, SHAILENDRA N. |
| ANGLAND, JOSEPH | CZABAN, JAMES | HALL-JONES, DAVID |
| APPELMAN, DANIEL L. | DANELO, PETER | HANISH, JOHN |
| ARMAO, JOSEPH J. | DAVIS, PAUL | HANLEY, JOHN W. |
| ARMSTRONG, AARON | DAVIS, STEPHEN M. | HARTH, DAVID J. |
| ARNOLD, A. JOY | DEMING, RENEE R. | HASKETT, CHRISTINE S. |
| ARONOW, GEOFFREY F. | DEMPSEY, KAREN A. | HASLAM, ROBERT T |
| ASHER, ROBERT | DENATALE, RICHARD | HATCH, MARCIA |
| AZCUENAGA, MARY L. | DICK, BRETT R. | HAWK, ROBERT B. |
| BADAL, ROBERT G. | DIXON, MEGAN | HAYS, JAMES RICHARD |
| BAILEY, EDWARD W. | DONNELLEY, THOMAS | HAYDEN, JONATHAN P |
| BARASH, LOUISA | DOTTEN, MICHAEL C. | HECKER, PETER S |
| BARRINGER, WILLIAM | DOWNEY, MARTIN | HENDRICKS, SHARON J. |
| BATALOV, LEO | DOWNS, PAUL D. | HENNEBERRY, EDWARD |
| BELL, BERNARD | DREGER, GINGER | HOXIE, TIMOTHY G. |
| BEN-AMI, ANDREW R. | DUNN, CHRISTOPHER | HUBBELL, ROBERT B. |
| BENNER, SCOTT | DUNNE, DANIEL J. | HULSE, BRIAN D. |
| BENUDEZ, PETER | DURLING, JAMES | HURST, ANNETTE L. |
| BENVENUTTI, PETER J | EATON, RICHARD | ISACSON, JOHN |
| BERMAN, STAN | EDELMAN, DANIEL D. | JARGIELLO, DAVID M. |
| BJERKE, BRUCE | ERICKSON, SONYA F. | JENETT, BRUCE |
| BLANKENHEIMER, ALAN H. | FABER, MICHAEL R | JOHNSON, CARL B |
| BLAWIE, ELIAS J. | FAGAN, JOSEPH H. | JONES, DAVID |
| BLEARS, NORMAN J | FELDMAN, LEONARD J. | JOYCE, EDWARD M. |
| BLUM, LORA | FELDSTEIN, STEVEN R | JURATA, JOHN |
| BOMSE, STEPHEN V. | FERRUOLO, STEPHEN | KAGANOFF, MICHAEL S. |
| BOOTH, PAUL | FIALA, MARIE L | KAUFMAN, RICHARD A. |
| BRANDT-ERICHSEN, SVEND A. | FRAM, ROBERT D. | KEESHAN, LAWRENCE W. |
| BRODY, SARA B. | FREDERICKS, WESLEY | KIM, EDWARD Y. |
| BROSNAHAN, BRIAN PAUL | FREEMAN-GLEASON, ALISON | KIRSCHNER, KENNETH |
| BROWNE, MAUREEN | FREIBERG, CHARLES N | KJELLAND, KURT M. |
| BROWNSTEIN, DAVID C. | FULLER, CHAD | KLEIN, DAVID |
| BRUNER, BECKY M. | GAMSKY, MICHAEL J. | KLEINFELD, DAVID E. |
| BUEHLER, R. | GARTRELL, PHILIP | KOPPEL, STEVEN C. |
| BURKE, KEVIN | GAVENMAN, JON E. | LANDRY, JOHN M. |
| BURNS, TIM | GIBNEY, ROBERT L. | LARRABEE, MATTHEW L |
| BURNSTEIN, MICHAEL | GIBSON, NORA L. | LAUB, DAVID |
| BYRNES, ANDREW | GILLETTE, PATRICIA | LEAL, HEATHER N. |
| CARO, HOWARD S. | GLASS, TODD G. | LESKOVSEK, NATASHA |
| CAROTHERS, JO | GOLDBERG, STEPHEN | LEVIN, BARRY S |
| CHARLES, PAMELA | GOLDMAN, BETH M. | LIVINGSTON, ANDREW |
| CHARLSON, MICHAEL L. | GOLDSTEIN, DAVID M. | LOACKER, LYNN J. |
| CHERNOF, KENNETH L. | GOLDSTEIN, RICHARD S. | LUK, SIMON |
| CHIU, JOHNNY | GRANADOS, PATRICIA | LUNA, FELIX |
| COHEN, MATTHEW | GREER, GEORGE E. | MACCORMACK, SCOTT W. |
| COHEN, MICHAEL P.A. | GREGORATOS, BARBARA | MAHALEY, PERI |
| COHEN, NANCY S. | GREW, CHRISTOPHER | MALONEY, TERESA |
| COHEN, RUSSELL | GRIMM, RICHARD | MANGAN, BRENDAN T. |
| COLLINS, KEVIN T. | GUSE, KYLE | MANN, MARGARET |
| CULLIGAN, KEVIN | GUSSIS, CHRYSANTHE | MARCUS, JEFFREY |
| CURTIS, CHARLES G. | GUTIERREZ, HEIDI | MARKMAN, MICHAEL M. |

In re:  Heller Ehrman, LLP, Debtor
Subordinated Former Shareholders
Exhibit E

| | |
|---|---|
| MARKS, JERRY | SHAPLAND, DAVID |
| MARTIN, RICHARD | SHEEN, RAYMOND |
| MARTINIAK, LEONARD J. | SHEPARD, MICHAEL J. |
| MCLEAN, ANNA S. | SHULDBERG, KIRT |
| MEDEARIS, MARK A. | SHULMAN, CARREN |
| MILES, JUDITH C. | SIEMENS, REYNOLD L. |
| MILLER, KEITH A. | SILVERMAN, DANIEL S. |
| MILLER, SHERYL | SKILTON, JOHN S. |
| MILSTEIN, HAROLD | SMITH, BRIAN D. |
| MOHLER, PAUL B. | SMUTNY, DAVID F. |
| NADLER, CARL S. | SOBIN, STURGIS |
| NELLERMOE, LESLIE C. | SPEYER, JAMES F. |
| NEUMAN, K. WILLIAM | STOLL, CHRISTOPHER F. |
| NEWTON, STEPHEN E. | STOLER, JONATHAN |
| NICHOLS, MARTIN C. | SUBHEDAR, NITIN |
| NIEMANN, ANGELA M. | THACKER, JEFFREY C. |
| PALMER, JONATHAN M. | THAU, STEPHEN |
| PARKER, RICHARD L. | THAYER, M. PATRICIA |
| PARKER III, WARRINGTON S. | THOMPSON, CAROL L. |
| PARRIS, MARK S. | THORP, MICHAEL R. |
| PAULSON, DAVID I. | TITELBAUM, DANIEL E |
| PAYSON, KENNETH E. | TONER, KEVIN J. |
| PENFOLD, RICHARD | TONSFELDT, STEVEN J. |
| PENWARDEN, STRUAN | TORGERSON, JAMES E. |
| PERCIVAL, DONALD E. | TRODELLA, ROBERT A. |
| PERS, JESSICA S | TRUBITT, HAYDEN J. |
| PHILLIPS, LORI LYNN | TUCKER, BARRY J. |
| PHILLIPS, MICHAEL | ULIN, JOHN C. |
| PIERSON, KIT A. | UMBERGER, MICHELLE |
| PLIMACK, MICHAEL K. | UNDERWOOD, LAURA E. |
| PLUMER, MARK | VAN ZANT, AMY |
| POPOVIC, NEIL A.F. | VENUTO, AMY E. P. |
| PORTER, DANIEL | WEEKS, MARK B. |
| PROUT, CHRISTOPHER | WEISE, STEVEN O. |
| REID JR., RUSSELL L. | WEISS, LAURENCE A. |
| RENNERT, STUART | WEN, CARSON |
| REWINSKI, JON L. | WESTRICH, SCOTT A. |
| RHEAUME, WARREN J. | WINDFELD-HANSEN, MARK |
| RICE-JOHNSON, DALE | WOLFF, JESSICA |
| ROBERTSON, JOHN W. | YAKREN, AVIVA |
| ROCCO, VICTOR J. | YANG, ING LONG |
| ROSENFELD, ROBERT A | YEE, MAVIS |
| ROSENKRANZ, E. JOSHUA | YOUNG, STANLEY |
| RUBIN, HARRY | ZHU, JONATHAN |
| RUGEN, MICHAEL L | ZWEIFACH, LAWRENCE J. |
| RUSSELL, BERNARD L. | |
| RYAN, NICOLE M. | |
| SANDERCOCK, COLIN | |
| SAXE, DEBORAH | |
| SCHAI, RANDALL | |
| SCHILDKRAUT, MARC | |
| SEDDON, NICHOLAS | |
| SELLERS, JOHN H. | |

Case: 08-32514    Doc# 1129-6    Filed: 05/11/10    Entered: 05/11/10 21:59:11    Page 3 of 3