# Exhibit F

**EXHIBIT F**

**Top Thirty Former Shareholders**

**(To be submitted prior to the Confirmation Hearing)**