# **Exhibit H**

# EXHIBIT H

**Term Sheet for Exit Financing**

**(To be submitted prior to the Confirmation Hearing)**