# Exhibit K

# Heller Ehrman, LLP
# Post-confirmation cash budget

| | Q3 2010 | Q4 2010 | FY 2011 | FY 2012 | FY 2013 | FY 2014 - Low | FY 2014 - High | Total - Low | Total - High |
|---|---|---|---|---|---|---|---|---|---|
| **Cash Balance - Beginning** | $ 1,618,000 | $ 880,000 | $ 5,246,000 | $ 1,204,000 | $ 1,803,000 | $ 5,605,000 | $ 5,605,000 | $ 1,618,000 | $ 1,618,000 |
| **Cash Receipts** | | | | | | | | | |
| Receivable Collections | $ 1,500,000 | $ 10,500,000 | $ 2,000,000 | $ - | $ - | $ - | $ - | $ 14,000,000 | $ 14,000,000 |
| Litigation Recoveries | - | - | 11,000,000 | - | 5,000,000 | - | 45,000,000 | 18,500,000 | 65,000,000 |
| Other Assets | 285,000 | - | - | 2,000,000 | - | 2,000,000 | 2,000,000 | 4,285,000 | 4,285,000 |
| **Total Cash Receipts** | $ 1,785,000 | $ 10,500,000 | $ 13,000,000 | $ 2,000,000 | $ 5,000,000 | $ 2,000,000 | $ 47,000,000 | $ 36,785,000 | $ 83,285,000 |
| **Disbursements** | | | | | | | | | |
| **Staffing Costs** | | | | | | | | | |
| Salary | $ 171,000 | $ 157,000 | $ - | $ - | $ - | $ - | $ - | $ 328,000 | $ 328,000 |
| Contract Staffing | 20,000 | 20,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 340,000 | 340,000 |
| Vacation | - | 53,000 | - | - | - | - | - | 53,000 | 53,000 |
| Payroll Taxes & Fees | 19,000 | 23,000 | - | - | - | - | - | 42,000 | 42,000 |
| Payroll Preparation | 10,000 | 10,000 | - | - | - | - | - | 20,000 | 20,000 |
| Employee Benefits | 35,000 | 35,000 | - | - | - | - | - | 70,000 | 70,000 |
| **Total Staffing Costs** | $ 255,000 | $ 298,000 | $ 75,000 | $ 75,000 | $ 75,000 | $ 75,000 | $ 75,000 | $ 853,000 | $ 853,000 |
| **Service Providers** | | | | | | | | | |
| Record Storage | 150,000 | 150,000 | - | - | - | - | - | 300,000 | 300,000 |
| Record Destruction | - | 900,000 | - | - | - | - | - | 900,000 | 900,000 |
| IP Networks (Internet Networks) | 20,000 | 20,000 | - | - | - | - | - | 40,000 | 40,000 |
| 365 Inc (Server Warehouse) | 69,000 | 69,000 | 276,000 | 276,000 | 276,000 | 276,000 | 276,000 | 1,242,000 | 1,242,000 |
| Telephone | 9,000 | 9,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 22,000 | 22,000 |
| Insurance (Business & D&O) | 60,000 | 10,000 | 70,000 | 70,000 | 70,000 | 35,000 | 35,000 | 315,000 | 315,000 |
| Server Maintenance & Operating Costs | 10,000 | 10,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 260,000 | 260,000 |
| Database searches | 6,000 | 6,000 | 24,000 | 24,000 | - | - | - | 60,000 | 60,000 |
| ESI/Electronic Storage | 50,000 | 50,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 400,000 | 400,000 |
| Misc Operating Costs | 25,000 | 25,000 | - | - | - | - | - | 50,000 | 50,000 |
| **Total Costs** | $ 399,000 | $ 1,249,000 | $ 506,000 | $ 506,000 | $ 482,000 | $ 447,000 | $ 447,000 | $ 3,589,000 | $ 3,589,000 |
| **Professional Fees** | | | | | | | | | |
| Post Confirmation Trustee | $ 60,000 | $ 50,000 | $ 150,000 | $ 100,000 | $ 75,000 | $ 75,000 | $ 75,000 | $ 510,000 | $ 510,000 |
| Post Confirmation Counsel | 50,000 | 50,000 | 150,000 | 100,000 | 75,000 | 75,000 | 75,000 | 500,000 | 500,000 |
| Bond costs | 1,000 | 7,000 | 33,000 | 5,000 | 13,000 | 5,000 | 118,000 | 64,000 | 177,000 |
| Class action counsel substantial contribution claim | 950,000 | | | | | | | 950,000 | 950,000 |
| Contingent Fees | - | - | 3,000,000 | - | - | 875,000 | 3,170,000 | 3,875,000 | 6,170,000 |
| Post Confirmation Claims Litigation | 100,000 | 100,000 | 500,000 | 500,000 | 400,000 | 400,000 | 400,000 | 2,000,000 | 2,000,000 |
| Consultants - Development Specialists Inc. | 15,000 | 15,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 130,000 | 130,000 |
| Malpractice Consultants | 25,000 | 25,000 | 50,000 | 50,000 | 25,000 | 25,000 | 25,000 | 200,000 | 200,000 |
| Accountants | - | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 100,000 | 100,000 |
| **Total Professional Costs** | $ 1,201,000 | $ 267,000 | $ 3,928,000 | $ 800,000 | $ 633,000 | $ 1,500,000 | $ 3,908,000 | $ 8,329,000 | $ 10,737,000 |
| **Occupancy** | | | | | | | | | |
| Rent | $ 126,000 | $ 126,000 | $ - | $ - | $ - | $ - | $ - | $ 252,000 | $ 252,000 |
| Moving Cost | - | - | - | - | - | - | - | - | - |
| **Total Occupancy Costs** | $ 126,000 | $ 126,000 | $ - | $ - | $ - | $ - | $ - | $ 252,000 | $ 252,000 |
| **US Trustee payments** | $ 10,000 | $ 13,000 | $ 33,000 | $ 20,000 | $ 8,000 | $ 19,000 | $ 36,000 | $ 103,000 | $ 120,000 |
| **Taxes** | | | | | | | | | |
| Priority Tax Payments | $ - | $ 4,181,000 | $ - | $ - | $ - | $ - | $ - | $ 4,181,000 | $ 4,181,000 |
| Payroll Taxes - Pre-confirmation | 532,000 | - | - | - | - | - | - | 532,000 | 532,000 |
| **Total Taxes** | $ 532,000 | $ 4,181,000 | $ - | $ - | $ - | $ - | $ - | $ 4,713,000 | $ 4,713,000 |
| **Total Disbursements** | $ 2,523,000 | $ 6,134,000 | $ 4,542,000 | $ 1,401,000 | $ 1,198,000 | $ 2,041,000 | $ 4,466,000 | $ 17,839,000 | $ 20,264,000 |
| **Cash Balance - Before Distributions** | $ 880,000 | $ 5,246,000 | $ 13,704,000 | $ 1,803,000 | $ 5,605,000 | $ 5,564,000 | $ 48,139,000 | $ 20,564,000 | $ 64,639,000 |
| Distribution to Unsecured Creditors | | | | | | | | | |
| Unsecured | - | - | 12,500,000 | - | - | 5,564,000 | 48,139,000 | 20,564,000 | 64,639,000 |
| **Total Distributions** | $ - | $ - | $ 12,500,000 | $ - | $ - | $ 5,564,000 | $ 48,139,000 | $ 20,564,000 | $ 64,639,000 |
| **Cash Balance - Ending** | $ 880,000 | $ 5,246,000 | $ 1,204,000 | $ 1,803,000 | $ 5,605,000 | $ - | $ - | $ - | $ - |
| **Unsecured Creditor Return** | | | | | | | | | |
| Assumed Allowed Claims | | | | | | | | 95,000,000 | 95,000,000 |
| **Return to Creditors** | | | | | | | | 22% | 68% |