John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Gail S. Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: jfiero@pszjlaw.com
       kbrown@pszjlaw.com
       ggreenwood@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>Heller Ehrman LLP,<br><br>               Debtor. | Case No.: 08-32514<br><br>Chapter 11<br><br>**NOTICE OF HEARING REGARDING THE DEBTOR'S OBJECTION TO THE CLAIM OF COLUMBIA CENTER PROPERTY, LLC [CLAIM NO. 664]**<br><br>Date:    June 25, 2010<br>Time:   1:30 p.m.<br>Place:  U. S. Bankruptcy Court<br>           235 Pine Street, 22nd Floor<br>           San Francisco, CA<br>Judge:  Honorable Dennis Montali |

**TO COLUMBIA CENTER PROPERTY, LLC:**

       **PLEASE TAKE NOTICE** that on June 25, 2010 at 1:30 p.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Dennis Montali, Unites States Bankruptcy Judge, located at 235 Pine Street, 22nd Floor, San Francisco, California, a hearing will be held on the Debtor's *Objection to the Claim of Columbia Center Property, LLC* [Claim No. 664] (the "Objection"). The Debtor objects to the claim on the grounds that it is over-stated relative to the landlord "cap" imposed by Bankruptcy Code section 502(b)(6). In addition, the Debtor objects to claim with respect to (a) recovery of over $2 million of abated rent, (b) calculation of the prepetition

base rent, (c) charges for "other delinquent amounts," (d) calculation of the fee imposed on the Debtor for its prepetition exercise of an option to terminate the lease with respect to a portion of the 58th floor, and (e) unspecified prepetition attorneys' fees. The Debtor requests that Columbia's Claim be disallowed to the extent that it exceeds a general unsecured claim for $5,815,406.71.

The Objection is made pursuant to section 502 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 3007, and is based on this Notice of Hearing, the accompanying Objection, the supporting Declaration of Paul Soulier, and any other evidence properly before the Court, prior to or at any hearing on the Objection.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Local Rule 9014-1(c)(2), any opposition to or request for hearing on the Objection must be filed with Court and served upon counsel to the Debtor at least fourteen (14) days prior to the scheduled hearing date.

Dated: May 17, 2010                    PACHULSKI STANG ZIEHL & JONES LLP

By  /s/ *Gail S. Greenwood*
    Gail S. Greenwood
    Attorneys for Heller Ehrman LLP,
    Debtor and Debtor in Possession