

**Signed and Filed: May 15, 2010**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**
_____

1  John D. Fiero (CA Bar No. 136557)
   Kenneth H. Brown (CA Bar No. 100396)
2  Teddy M. Kapur (CA Bar No. 242486)
   PACHULSKI STANG ZIEHL & JONES LLP
3  150 California Street, 15th Floor
   San Francisco, California 94111-4500
4  Telephone: 415/263-7000
   Facsimile: 415/263-7010
5  E-mail: jfiero@pszjlaw.com
          kbrown@pszjlaw.com
6          tkapur@pszjlaw.com

7  Attorneys for Heller Ehrman LLP,
   Debtor and Debtor in Possession
8
9  Steven H. Felderstein (CA Bar No. 56978)
   Thomas A. Willoughby (CA Bar No. 137597)
   Jason Rios (CA Bar No. 190086)
10 Christopher Crowell (CA Bar No. 253103)
   FELDERSTEIN FITZGERALD WILLOUGHBY &
11 PASCUZZI LLP
   400 Capitol Mall, Suite 1450
12 Sacramento, CA 95814
   Telephone: (916) 329-7400
13 Facsimile: (916) 329-7435

14 Attorneys for The Committee of Unsecured Creditors

15            **UNITED STATES BANKRUPTCY COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
16               **SAN FRANCISCO DIVISION**

17 In re:                              |  Case No.: 08-32514

18 **HELLER EHRMAN LLP**,             |  Chapter 11

19              Debtor.               |  **ORDER: (1) APPROVING FORM OF**
20                                    |  **DISCLOSURE STATEMENT IN**
                                      |  **SUPPORT OF JOINT PLAN OF**
                                      |  **LIQUIDATION OF HELLER**
21                                    |  **EHRMAN LLP (MAY 14, 2010) AND (2)**
                                      |  **SETTING VARIOUS DATES**
22                                    |  **RELATED TO THE**
                                      |  **CONFORMATION OF THE JOINT**
23                                    |  **PLAN OF LIQUIDATION**

24                                    |  **Disclosure Statement Hearing**
                                      |  Date:    May 14, 2010
25                                    |  Time:    1:30 p.m.
                                      |  Place:   United States Bankruptcy Court
26                                    |           235 Pine Street, 22nd Floor
                                      |           San Francisco, CA
27                                    |  Judge:   Honorable Dennis Montali

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1    THIS MATTER came before the Court at the above-referenced time and place upon

2  consideration of the Disclosure Statement in Support of the Joint Plan of Liquidation (May 14, 2010)

3  proposed by Heller Ehrman LLP (the "Debtor) and the Official Committee of Unsecured Creditors

4  (the "Committee") (the Debtor and the Committee are collectively, the "Plan Proponents").

5  Appearances were made as reflected in the record.  Based upon the Court's review of the Disclosure

6  Statement, the arguments of counsel at the hearing, the Court's consideration of the agreed-upon

7  additional text to be added to the Disclosure Statement and/or the Plan of Liquidation (the "Plan"),

8  as necessary, and good cause appearing therefore,

9    IT IS HEREBY ORDERED:

10    1.    The form of the Disclosure Statement and the Plan are approved.

11    2.    The Plan Proponents shall cause the Disclosure Statement, Plan and a ballot to be

12  served by mail as required by the Bankruptcy Code and Federal Rules of Bankruptcy Procedure no

13  later than May 24, 2010.

14    3.    In order to be valid and counted, ballots shall be returned for tabulation so that they

15  are received by no later than 5:00 p.m. on June 16, 2010, and delivered (by first class mail, postage

16  prepaid) as follows:

17                  Heller Ehrman LLP Plan Balloting
                  c/o Development Specialists, Inc.
18                  235 Pine Street, Suite 1150
                  San Francisco, CA  94104
19

20    4.    The Plan Proponents shall cause a ballot tabulation to be filed with the Court and

21  served upon those parties requesting special notice herein no later than June 18, 2010.

22    5.    Any objections to confirmation of the Plan and any briefs in support thereof

23  ("Objections") shall be filed with the Bankruptcy Court and served upon the Plan Proponents'

24  counsel (at the addresses provided in the upper left hand corner of the first page of this Order) so that

25  they are received no later than 5:00 p.m. on June 21, 2010.  Any objecting party wishing to take

26  discovery must be prepared to meet and confer with the Plan Proponents and proceed with discovery

27  on an expedited basis.

28

1        6.      A status conference will be held in this Court on June 28, 2010 at 1:30 p.m. to discuss

any Objections to the Plan and to schedule additional briefing, discovery and evidentiary hearings, to

the extent necessary.

        7.      The hearing on confirmation of the Plan shall begin on July 6, 2010 at 1:30 p.m. in

this Court.  The confirmation hearing may be continued.

* * *

END OF ORDER

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA