HEINZ BINDER, #87908
ROYA SHAKOORI, #236383
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408)295-1700
Facsimile: (408) 295-1531
Email: heinz@bindermalter.com
Email: roya@bindermalter.com


Attorney for Creditor,
David Taran

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3

| | |
|---|---|
| In re | Case No. 08-32514-DM |
| HELLER EHRMAN LLP, | Chapter 11 |
| Debtor. | |

## REQUEST FOR SPECIAL NOTICE

NOTICE IS HEREBY GIVEN that DAVID TARAN is a creditor of the Debtor in the above-entitled bankruptcy estate, and hereby requests pursuant to Federal Rule of Bankruptcy Procedure 2002 that it receive notice of all pleadings, notices and other documents, filed and served in this matter by sending copies of the same to:

Heinz Binder
Roya Shakoori
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408)295-1700
Facsimile: (408) 295-1531
Email: heinz@bindermalter.com
Email: roya@bindermalter.com

Dated: June 24, 2010          BINDER & MALTER LLP


By: /s/ Heinz Binder
    Heinz Binder
    Attorneys for Creditor