Alan D. Smith, Bar No. 24964
ADSmith@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Creditors
Paul M. Booth, John P. Isacson,
David W. Laub, Colin G. Sandercock

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HELLER EHRMAN LLP,<br><br>        Debtor. | CASE NO. 08-32514<br><br>Chapter: 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

To the Debtor and Its Attorneys of Record, the U.S. Trustee, and All Parties in Interest:

    PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Paul M. Booth, John P. Isacson, David W. Laub and Colin G. Sandercock appear in this case by and through the undersigned attorneys.

    YOU ARE REQUESTED to serve all notices, including the notices required to be sent to creditors under Fed. R. Bankr. P. 2002, 4001 and 9007, on the undersigned at the addresses below.

    The foregoing request includes not only the notices and papers referred to in the rules specified above, but also, without limitation, pleadings or papers seeking relief from stay, assumption or rejection of an executory contract or unexpired lease, or abandonment of an asset of the Debtor, all orders, notices, hearing dates, applications, motions, petitions, requests,

complaints, operating reports, whether directed to parties in interest, generally or specifically. This request applies to documents served both before and after the last date upon which a proof of claim may be filed.

The Clerk of the Bankruptcy Court is further requested to add the names and addresses stated below to the master mailing list in this case:

> Alan D. Smith
> Perkins Coie LLP
> 1201 Third Avenue, 40th Floor
> Seattle, WA 98101-3099

The undersigned hereby also consent to email service, including ECF service, at the following email addresses: adsmith@perkinscoie.com.

DATED: June 30, 2010	**PERKINS COIE LLP**

By:  /s/  Alan D. Smith
Alan D. Smith, Bar No. 24964
ADSmith@perkinscoie.com

Attorneys for Creditors
Paul M. Booth, John P. Isacson, David W. Laub, and Colin G. Sandercock