John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Miriam P. Khatiblou (CA Bar No. 178584)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: jfiero@pszjlaw.com
        kbrown@pszjlaw.com
        mkhatiblou@pszjlaw.com
        tkapur@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No.: 08-32514 |
| Heller Ehrman LLP, | Chapter 11 |
| Debtor. | **NOTICE OF HEARING AND OPPORTUNITY TO OBJECT TO MOTION PURSUANT TO BANKRUPTCY RULE 9019(A) FOR APPROVAL OF SETTLEMENT AND COMPROMISE WITH MPC INSURANCE, LTD.** |
| | Date: July 19, 2010 |
| | Time: 1:30 p.m. |
| | Place: U. S. Bankruptcy Court |
| | 235 Pine Street, 22nd Floor |
| | San Francisco, CA |
| | Judge: Honorable Dennis Montali |

**TO THE HONORABLE DENNIS MONTALI, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, THE OFFICE OF THE UNITED STATES TRUSTEE, THE SETTLING PARTIES, AND OTHER PARTIES REQUESTING NOTICE PURSUANT TO BANKRUPTCY RULE 2002:**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1    **PLEASE TAKE NOTICE** that Heller Ehrman LLP, the debtor and debtor-in-possession in

2    the above-captioned case (the "Debtor"), has filed the *Motion Pursuant to Bankruptcy Rule 9019(a)*

3    *for Approval of Settlement and Compromise with MPC Insurance, Ltd.* (the "Motion"), and

4    additional papers in support thereof.

5    **PLEASE TAKE FURTHER NOTICE** that, by the Motion, the Debtor requests entry of an

6    order, pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure, approving the

7    settlement and compromise between the Debtor and MPC Insurance, Ltd. ("MPC") regarding

8    disputes related to MPC's claims against the Debtor and the Debtor's treatment of self-insured

9    retention amounts under the Joint Plan of Liquidation proposed by the Debtor and Official

10   Committee of Unsecured Creditors.

11   **PLEASE TAKE FURTHER NOTICE** that pursuant to the *Order Shortening Time for*

12   *Hearings On and Opposition to Motions Related to Plan Confirmation* (the "OST Regarding Plan

13   Confirmation") entered on June 29, 2010, a hearing on the Motion will be held on **July 19, 2010, at**

14   **1:30 p.m.,** or as soon thereafter as counsel may be heard, before the Honorable Dennis Montali,

15   United States Bankruptcy Judge, at the United States Bankruptcy Court located at 235 Pine Street,

16   22nd Floor, San Francisco, California.

17   **PLEASE TAKE FURTHER NOTICE** that pursuant to the OST Regarding Plan

18   Confirmation, any opposition to the relief requested in the Motion must be filed with the Court (with

19   chambers copies to be received simultaneously by the Court) and served upon counsel for the Debtor

20   by **July 16, 2010**.  If there is no timely objection, the Court may grant the relief requested in the

21   Motion without further notice.

22   Dated:    July 7, 2010                          PACHULSKI STANG ZIEHL & JONES LLP

23

24                                                    By      */s/ Teddy M. Kapur*
                                                             John D. Fiero
25                                                           Kenneth H. Brown
                                                             Miriam P. Khatiblou
26                                                           Teddy M. Kapur
                                                             Attorneys for Heller Ehrman LLP,
27                                                           Debtor and Debtor in Possession

28

NOTICE OF MOTION TO APPROVE
COMPROMISE WITH MPC INSURANCE

DOCS_LA:222050.1