UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

HELLER EHRMAN LLP,[1/]

Debtor.

Chapter: 11
Case No.: 08-32514

**STIPULATION FOR BINDING MANDATORY FEE ARBITRATION AND FOR RELIEF FROM STAY**

1. On May 14, 2010, Burrill & Company LLC (hereinafter "Burrill"), a former client of debtor Heller Ehrman LLP, filed a Client's Request for Resolution of a Fee Dispute with the Bar Association of San Francisco ("BASF") for mandatory binding arbitration.

2. BASF is concerned that the bankruptcy stay precludes it from proceeding with the arbitration. Heller Ehrman LLP hereby stipulates to relief from the bankruptcy stay in order to, and to the extent necessary, permit this binding arbitration to proceed to conclusion, provided however, that Burrill shall have no right to receive any actual monetary recovery of any kind absent further order of the Bankruptcy Court.

---

[1/] Federal Tax I.D. No. XX-XXX-7308; 333 Bush Street , San Francisco, CA 94104
Firm File No. 8396

- 1 -

| | |
|---|---|
| Dated: June 12, 2010 | ADLER LAW FIRM<br><br>By: _____<br>Joel D. Adler<br>Special Collection Counsel for HELLER EHRMAN LLP, Debtor in Possession |
| Dated: June __, 2010 | HELLER EHRMAN LLP, a California Limited Liability Partnership (Debtor In Possession)<br><br>By: _____<br>Shelly Salinero, Its Authorized Representative |
| Dated: June __, 2010 | SCHIFF HARDIN LLP<br><br>By: _____<br>Stephen M. Hankins<br>Attorneys for Claimant BURRILL & COMPANY LLC |
| Dated: June __, 2010 | BURRILL & COMPANY LLC<br><br>By: _____<br>Victor A. Hebert, Its Authorized Representative |

ADLER LAW FIRM
101 MONTGOMERY STREET, SUITE 2050
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 433-5333   FACSIMILE: (415) 433-5334

Case: 08-32514   Doc# 1316   Filed: 07/12/10   Entered: 07/12/10 14:02:04   Page 2 of 3

| | | |
|---|---|---|
| 1 | Dated: June __, 2010 | ADLER LAW FIRM |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Joel D. Adler |
| | | Special Collection Counsel for HELLER |
| 5 | | EHRMAN LLP, Debtor in Possession |
| 6 | Dated: June __, 2010 | HELLER EHRMAN LLP, a California Limited |
| 7 | | Liability Partnership (Debtor In Possession) |
| 8 | | |
| 9 | | By: _____ |
| | | Shelly Salinero, Its Authorized Representative |
| 10 | Dated: ~~June~~ July /2, 2010 | |
| 11 | | SCHIFF HARDIN LLP |
| 12 | | |
| 13 | | By: /s/ _____ |
| | | Stephen M. Hankins |
| 14 | | Attorneys for Claimant BURRILL & COMPANY LLC |
| 15 | Dated: June __, 2010 | BURRILL & COMPANY LLC |
| 16 | | |
| 17 | | By: /s/ _____ |
| 18 | | Victor A. Hebert, Its Authorized Representative |

ADLER LAW FIRM
101 MONTGOMERY STREET, SUITE 2050
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 433-5333  FACSIMILE: (415) 433-5334

Firm File No. 8396          - 2 -          Case No. 08-32514

**STIPULATION FOR BINDING MANDATORY FEE ARBITRATION AND RELIEF FROM STAY**