UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

HELLER EHRMAN LLP,

Debtor.

Case No. 08-32514

Chapter 11

**FILED**
JUL 29 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

### REQUEST FOR CHANGE OF ADDRESS

Please change the address for the following creditor (the "Creditor") on the service list in the above-referenced case as follows:

OLD ADDRESS
NAME: Kurt M. Kjelland
ADDRESS: Foley & Lardner LLP
11250 El Camino Real, Suite 200
San Diego CA 92130

NEW ADDRESS
NAME: Kurt M. Kjelland
ADDRESS: Foley & Lardner LLP
**3579 Valley Centre Drive, Suite 300**
San Diego CA 92130

The signatory below represents and warrants under penalty of perjury that the foregoing change of address is true and correct and that he/she has the corporate authority to execute this Request for Change of Address on behalf of the Creditor in this bankruptcy case.

Dated: 7/29/10 _____
[Signature]

-1-
Request for Change of Address

| | |
|---|---|
| 1 | The original of this document must be filed with the Clerk of the Court at the |
| 2 | following address: |
| 3 | Via Mail or Federal Express: |
| 4 | Bankruptcy Court Clerk |
| 5 | U.S. Bankruptcy Court<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104 |
| 6 | |
| 7 | |
| 8 | A copy must also be served upon counsel for the Debtor at the following address: |
| 9 | Pachulski Stang Ziehl & Jones LLP<br>150 California Street, 15th Floor<br>San Francisco, California 94111-4500 |