Entered on Docket
August 16, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: August 13, 2010

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: jfiero@pszjlaw.com
 kbrown@pszjlaw.com
 tkapur@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession

Steven H. Felderstein (CA Bar No. 56978)
Thomas A. Willoughby (CA Bar No. 137597)
Jason Rios (CA Bar No. 190086)
Christopher Crowell (CA Bar No. 253103)
FELDERSTEIN FITZGERALD WILLOUGHBY &
PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435

Attorneys for The Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HELLER EHRMAN LLP,<br><br>               Debtor | Case No.: 08-32514<br><br>Chapter 11<br><br>**ORDER CONFIRMING THE JOINT PLAN OF LIQUIDATION OF HELLER EHRMAN LLP (AUGUST 9, 2010)**<br><br>Date: August 9, 2010<br>Time: 9:30 a.m.<br>Place: United States Bankruptcy Court<br>       235 Pine Street, 22nd Floor<br>       San Francisco, CA<br>Judge: Honorable Dennis Montali |

A hearing was held before this Court on August 9, 2010 (the "Confirmation Hearing") to consider confirmation of the *Joint Plan of Liquidation of Heller Ehrman LLP (August 9, 2010)* [Docket No. 1431] (the "Plan"). For the reasons stated generally on the record, and as more fully set forth in the *Findings of Fact and Conclusions of Law in Support of Confirmation of the Joint Plan of Liquidation of Heller Ehrman LLP (August 9, 2010)*, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The Plan is confirmed.
2. The injunction described in Article 8.3 of the Plan is granted.

* * * END OF ORDER * *