John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Victoria A. Newmark (CA Bar No. 183581)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: jfiero@pszjlaw.com
      kbrown@pszjlaw.com
      vnewmark@pszjlaw.com
      tkapur@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**HELLER EHRMAN LLP,**<br><br>              Debtor. | Case No.: 08-32514<br><br>Chapter 11<br><br>**STIPULATION TO WITHDRAW PROOF OF CLAIM FILED BY HELLMAN & FRIEDMAN LLC (CLAIM NO. 251)**<br><br>[No hearing required] |

      This *Stipulation to Withdraw Proof of Claim Filed by Hellman & Friedman LLC (Claim No. 251)* ("Stipulation") is entered into by and between the above-captioned debtor and debtor-in-possession Heller Ehrman LLP (the "Debtor"), and Hellman & Friedman LLC ("Claimant").

## RECITALS

      A.     On December 28, 2008 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, thereby initiating the above-captioned bankruptcy case.
35685-001\DOCS_LA:223798.1

STIPULATION TO WITHDRAW CLAIM

Case: 08-32514   Doc# 1469   Filed: 08/23/10   Entered: 08/23/10 16:10:56   Page 2 of 3

B. Claimant filed proof of claim number 251 (the "Proof of Claim") on or about March 19, 2009 asserting a claim in an unstated amount for the return of client and client affiliate files. Subsequently, the Debtor delivered to Claimant all material related to Claimant and its affiliates that the Debtor found pursuant to a search of files in the Debtor's possession.

NOW, THEREFORE, the Debtor and Claimant hereby stipulate and agree as follows:

## AGREEMENT

1. Proof of claim number 251, filed by Claimant, shall be deemed withdrawn and expunged.

2. The Debtor and Claimant shall bear their own attorneys fees and costs in connection with this Stipulation.

Dated: August 18, 2010   PACHULSKI STANG ZIEHL & JONES LLP

By   /s/ Victoria A. Newmark
     Victoria A. Newmark
     Attorneys for the Debtor

Dated: August 23 2010   HELLMAN & FRIEDMAN LLC

By: Georgia Lee
Its: Managing Director