John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Gail S. Greenwod (CA Bar No. 169939_
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: jfiero@pszjlaw.com
kbrown@pszjlaw.com
ggreenwood@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>Heller Ehrman LLP,<br><br>                Debtor. | Case No.: 08-32514<br><br>Chapter 11<br><br>**SUPPLEMENTAL CERTIFICATE OF SERVICE**<br><br>[Pursuant to B.L.R. 9014-1, no hearing unless objection filed or hearing requested] |

STATE OF CALIFORNIA     )
                        )
CITY OF SAN FRANCISCO   )

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On August 30, 2010, I caused to be served the

- **OBJECTION TO PROOF OF CLAIM FILED BY HARLEQUIN HOTELS & RESORTS LIMITED/HARLEQUIN PROPERTY [CLAIM NO. 1159]**

- **DECLARATION OF CAROL BUDINGER IN SUPPORT OF OBJECTION TO PROOF OF CLAIM FILED BY HARLEQUIN HOTELS & RESORTS LIMITED/HARLEQUIN PROPERTY [CLAIM NO. 1159]**

- **NOTICE AND OPPORTUNITY FOR A HEARING ON OBJECTION TO PROOF OF CLAIM FILED BY HARLEQUIN HOTELS & RESORTS LIMITED/HARLEQUIN PROPERTY [CLAIM NO. 1159]**

**To: Terry, Simon (Solicitor)
c/o: Harlequin Property
11 Honywood Business Park
Honywood Road
Basildon, Essex SS14 BHW (UK)**

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on August 30, at San Francisco, California.

*/s/ Oliver Carpio*
Oliver Carpio, Legal Assistant

CERTIFICATE OF SERVICE