John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: jfiero@pszjlaw.com
        kbrown@pszjlaw.com
        tkapur@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**HELLER EHRMAN LLP**,<br><br>          Debtor. | Case No.: 08-32514<br><br>Chapter 11<br><br>**STIPULATION MODIFYING AND ALLOWING CLAIM OF WILLIAMS LEA INC. (CLAIM NO. 896)** |

This *Stipulation Modifying and Allowing Claim of Williams Lea Inc. (Claim No. 896)* ("Stipulation") is entered into by and between the above-captioned debtor and debtor-in-possession Heller Ehrman LLP (the "Debtor") and Williams Lea Inc. ("Claimant"), by and through the undersigned counsel.

RECITALS

A. On December 28, 2008, the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, thereby initiating the above-captioned bankruptcy case.

B. Claimant filed claim number 896 alleging a general unsecured claim in the amount of $2,882,512.23 (the "Claim").

C. The Debtor is a co-proponent of the *Joint Plan of Liquidation of Heller Ehrman LLP (August 9, 2010)* (the "Plan") that was confirmed by the Court on August 16, 2010.

D. The undersigned are duly authorized to enter into this Stipulation, and this Stipulation shall be binding upon the Debtor and the Liquidating Debtor and their respective successors and assigns, and all other parties-in-interest.

NOW, THEREFORE, the Debtor and Claimant hereby stipulate and agree as follows:

AGREEMENT

1.  In response to certain disputes between the Debtor and the Claimant as to the amount of the Claim, as filed, the Debtor and the Claimant have now agreed to compromise and settle the Claim in the amount of $2,374,792.23 (as so compromised and settled, the "Modified Claim").

2.  Specifically, the Debtor and the Claimant hereby agree that the Modified Claim shall be fully and finally allowed *in toto* as an Allowed Class 7 General Unsecured Claim[1] under the Plan.

3.  Except as provided for above, (i) Claimant shall have no other claims against the Debtor or its estate, and any such claims shall be expressly disallowed; and (ii) neither the Debtor nor Liquidating Debtor shall object to or dispute the amount or allowance of the Modified Claim as an Allowed Class 7 General Unsecured Claim under the Plan; provided, however, that anything herein to the contrary notwithstanding, to the extent that any objections are raised to the Modified Claim, the Debtor (or its successor) and Claimant reserve their respective rights to defend the Modified Claim, and Claimant shall have the right to assert and prosecute the full amount of the Claim as filed in the amount of $2,882,512.23 in response to any such objections to the Modified Claim, and Claimant reserves all of its rights in this regard.

4.  The Debtor and Claimant shall each bear their own attorneys fees and costs.

Dated: August 31, 2010         PACHULSKI STANG ZIEHL & JONES LLP

                               By:  */s/ Teddy M. Kapur*
                                    Teddy M. Kapur
                                    Attorney for the Debtor


                               ARNOLD & PORTER LLP

Dated: August 31, 2010
                               By:  */s/ Michael J. Canning*
                                    Michael J. Canning
                                    Attorney for Williams Lea Inc.

---

[1] Capitalized terms that are not defined herein shall have the meaning ascribed to them in the Plan [Docket No. 1431].