This document is sealed pursuant to Order of June 11, 2009, Docket No. 486.

Michael S. Kogan (SBN 128500)
Michael V. Mancini (SBN 263799)
**ERVIN, COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325
mkogan@ecjlaw.com
mmancini@ecjlaw.com

Attorneys for Ronald A. Katz
Technology Licensing, L.P. and A2D, L.P.

*A M*
**FILED**
SEP - 1 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

ORIGINAL

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HELLER EHRMAN LLP,<br><br>Debtor. | Case No. 08-32514<br><br>Chapter 11<br><br>**DECLARATION OF JAMES E. MALACKOWSKI REGARDING SEALED DOCUMENTS IN SUPPORT OF CLAIM NUMBER 709 OF RONALD A. KATZ TECHNOLOGY LICENSING, L.P. AND ITS AFFILIATE A2D, L.P.**<br><br>Date: [No hearing requested]<br>Time:<br>Place:<br>Judge: Hon. Dennis Montali |

**CONFIDENTIAL: FILED BY A2D, L.P. AND RONALD A. KATZ TECHNOLOGY LICENSING, L.P. PURSUANT TO A SEALING ORDER (DOCKET NO. 486, ENTERED JUNE 11, 2009); THIS DOCUMENT IS NOT TO BE OPENED, NOR THE CONTENTS REVEALED, EXCEPT (1) BY AND TO THE COURT AND THEN RESEALED; (2) PURSUANT TO PRIOR WRITTEN PERMISSION OF A2D, L.P. AND RONALD A. KATZ TECHNOLOGY LICENSING, L.P.; OR (3) PURSUANT TO A PRIOR ORDER OF THE COURT.**

IDOCS:916.135:1091304.1

DECLARATION OF JAMES E. MALACKOWSKI REGARDING SEALED DOCUMENTS IN SUPPORT OF CLAIM NUMBER 709 OF RONALD A. KATZ TECHNOLOGY LICENSING, L.P.

Case: 08-32514 Doc# 1597 Filed: 09/01/10 Entered: 09/02/10 13:08:03 Page 1 of 1