Signed and Filed: September 17, 2010

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

_____

| | |
|---|---|
| John D. Fiero (CA Bar No. 136557) | |
| Kenneth H. Brown (CA Bar No. 100396) | |
| Miriam Khatiblou (CA Bar No. 178584) | |
| Teddy M. Kapur (CA Bar No. 242486) | |
| PACHULSKI STANG ZIEHL & JONES LLP | |
| 150 California Street, 15th Floor | |
| San Francisco, California 94111-4500 | |
| Telephone: 415/263-7000 | |
| Facsimile: 415/263-7010 | |

E-mail: jfiero@pszjlaw.com
        kbrown@pszjlaw.com
        mkhatiblou@pszjlaw.com
        tkapur@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>Heller Ehrman LLP,<br><br>Debtor. | Case No.: 08-32514<br><br>Chapter 11<br><br>**ORDER APPROVING COMPROMISE OF CONTROVERSY WITH COGNAC FERRAND AND GIRL SCOUTS BY DEFAULT** |

Upon consideration of the application ("Application") filed by Heller Ehrman LLP ("Debtor") for entry of an order pursuant to Bankruptcy Rule 9019, approving the Debtor's settlements with Cognac Ferrand USA, Inc. ("Cognac") and Girl Scouts of the USA ("Girl Scouts") by default, the declarations of Kyle Everett and Miriam Khatiblou in support thereof, the *Notice of Compromise of Controversy With Cognac Ferrand and The Girl Scouts and Opportunity for Hearing* ("Notice"), no objections to the Notice or requests for hearing having been filed, and due and adequate notice of the Notice having been provided, and good cause shown,

**IT IS HEREBY ORDERED** that:

1. The Application is GRANTED.

2. The Debtor's settlement with Cognac, as described in the Application and the underlying Settlement Agreement and Mutual Release is approved.

3. The Settlement Agreement and Mutual Release, by and between the Debtor and Cognac, a copy of which was filed with the Court on September 16, 2010 [Docket No. 1668] and incorporated herein as Exhibit A, is approved.

4. The Debtor's settlement with the Girl Scouts, as described in the Application and the underlying Settlement Agreement and Mutual Release is approved.

5. The Settlement Agreement and Mutual Release, by and between the Debtor and the Girl Scouts, a copy of which was filed with the Court on September 16, 2010 [Docket No. 1668] and incorporated herein as Exhibit B, is approved.

**\*\*\*END OR ORDER\*\*\***

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

ORDER APPROVING COMPROMISE OF CONTROVERSIES WITH COGNAC AND GIRL SCOUTS BY DEFAULT: 08-

53685-001\DOCS_SF:73987.1

Case: 08-32514   Doc# 1680   Filed: 09/17/10   Entered: 09/20/10 13:45:46   Page 2 of 3

## COURT SERVICE LIST

**Counsel of Cognac Ferrand USA, Inc.**
Stephen D. Finestone
Law Offices of Stephen D. Finestone
456 Montgomery St. 20th Fl.
San Francisco, CA 94104
(415) 421-2624
Email: sfinestone@pobox.com

**Counsel of Girl Scouts**
Michael E. DeLarco
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Email: michael.delarco@hoganlovells.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

ORDER APPROVING COMPROMISE OF CONTROVERSIES WITH COGNAC AND GIRL SCOUTS BY DEFAULT: 08-

53685-001\DOCS_SF:73981.1

Case: 08-32514    Doc# 1680    Filed: 09/17/10    Entered: 09/20/10 13:45:46    Page 3 of 3