Entered on Docket
October 18, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: October 14, 2010

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: jfiero@pszjlaw.com
  kbrown@pszjlaw.com
  tkapur@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Liquidating Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>Heller Ehrman LLP,<br><br>              Debtor. | Case No.: 08-32514<br><br>Chapter 11<br><br>**ORDER RECLASSIFYING PRIORITY CLAIMS FILED BY ADAM MENDELOWITZ (103), ALI'S CONTRACTING ELITE (1029), ERIN WIGGINS (93), INTERSECT SYSTEMS (1128), KENNETH KRONSTADT (240), LANDMARK LEGAL PROFESSIONALS (1139), RETINAGENIX (371), ROY LO (293), SARAH GROSSMAN-SWENSON (955), TEG STAFFING (626), AND TRACY TALBOT (1115) AND ALLOWING THEM AS GENERAL UNSECURED CLAIMS** |

Upon consideration of the *Third Omnibus Objection Seeking to Reclassify Priority Claims Filed by Adam Mendelowitz (103), Ali's Contracting Elite, LLC (1029), Erin Wiggins (93), Havila Unrein (715), Intersect Systems (1128), Kelly Seaburg (561), Kenneth Kronstadt (240), Landmark Legal Professionals (1139), Retinagenix (371), Roy Lo (293), Sarah Grossman-Swenson (955), Teg Staffing (626), and Tracy Talbot (1115) as General Unsecured Claims* (Docket No. 1500) (the "Omnibus Objection"), filed by Heller Ehrman LLP (the "Liquidating Debtor") on August 27, 2010, and upon consideration of the notice of the Omnibus Objection (Docket No. 1501) (the "Notice"), the Declaration of Carol Budinger in support thereof, and any and all exhibits attached thereto, no responses to the Omnibus Objection or requests for hearing having been filed by Adam Mendelowitz

(103), Ali's Contracting Elite, LLC (1029), Erin Wiggins (93), Intersect Systems (1128), Kenneth Kronstadt (240), Landmark Legal Professionals (1139), Retinagenix (371), Roy Lo (293), Sarah Grossman-Swenson (955), Teg Staffing (626), and Tracy Talbot (1115) (the "Subject Claims"), and due and adequate notice of the Omnibus Objection having been provided, and good cause shown,

**IT IS HEREBY ORDERED**:

1. The Objection is SUSTAINED with respect to the Subject Claims.

2. The full amount of the Subject Claims shall be reclassified and allowed as Class 7 General Unsecured Claims, as defined by the *Joint Plan of Liquidation of Heller Ehrman LLP (August 9, 2010)*.

\*\*END OF ORDER\*\*

# COURT SERVICE LIST

Ali's Contracting Elite, LLC
Attn: Ahmed Ali
1220 L Street NW, Ste. 100-514
Washington, DC 20005

Sarah Grossman-Swenson
114 Pfeiffer Street
San Francisco, CA 94133

Intersect Systems Inc.
c/o Mark E. Legaz Ph.D
3304 Trumbull St
San Diego, CA 92106

Kenneth Kronstadt
478 South Madison Ave., # 4
Pasadena, CA 91101

Landmark Legal Professionals
2055 Gateway Place, #430
San Jose, CA 95110

Roy Lo
2440 Dana Street
Berkeley, CA 94704

Adam Mendelowitz
304 Mulberry Street, Apt. 5L
New York, New York 10012

Retinagenix LLC
Marco Northland
38 Chemin du Jerlon
Geneva, Switzerland 1223

Kelly A. Seaburg
1740 NE 86th Street, #212
Seattle, WA 98115

Tracy Talbot
1315 Dwight Way, Apt. B
Berkeley, CA 94702

Teg Staffing
2355 Northside Drive, Ste. 170
San Diego, CA 92108

Havila Unrein
16011 10th Avenue NE
Shoreline, WA 98155

Erin Wiggins
475 48th Avenue, Apt. 3803
Long Island City, New York 11109-5529