John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Miriam Khatiblou (CA Bar No. 178584)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: jfiero@pszjlaw.com
       kbrown@pszjlaw.com
       mkhatiblou@pszjlaw.com
       tkapur@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Liquidating Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>Heller Ehrman LLP,<br><br>                Debtor. | Case No.: 08-32514<br><br>Chapter 11<br><br>**SUPPLEMENTAL DECLARATION OF JOHN D. FIERO IN SUPPORT OF FIFTH AND FINAL APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**<br><br>Date: October 22, 2010<br>Time: 9:30 a.m.<br>Place: United States Bankruptcy Court<br>       235 Pine Street,<br>       San Francisco, CA<br>Judge: Honorable Dennis Montali |

I, John D. Fiero, hereby declare as follows:

    1.    I am an attorney at law duly licensed to practice in the state of California and am a member of the law firm Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel for Heller Ehrman LLP, liquidating debtor in the above-captioned bankruptcy case.

2. I submit this supplemental declaration in support of the *Fifth and Final Application of Pachulski Stang Ziehl & Jones LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses* (the "Application").[1]

3. During the time period following the filing of the Application, PSZJ billed the estate an additional $22,929.00 in fees in connection with preparing the Application and assisting other professionals prepare and file their final fee applications. PSZJ also incurred $4,399.68 in expenses in connection with tasks performed prior to the Effective Date that were not reflected in the Application. A true and correct copy of PSZJ's billing statement reflecting its charges is attached hereto as **Exhibit A**.

4. In addition, I estimate I will devote 2 hours preparing for, participating in, and traveling to and from the hearing on the Application. Mr. Kapur spent 1 hour reviewing the billing statement and drafting this declaration. With my regular hourly rate of $695.00 and Mr. Kapur's regular hourly rate of $450.00, this amounts to an additional $1,840.00. Accordingly, the total amount of fees incurred in connection with the Application is $29,168.68 (sum of $22,929.00, $4,399.68 and $1,840.00).

I declare under penalty of perjury under the laws of the California that the foregoing is true and correct.

Executed this 21st day of October, 2010, at San Francisco, California.

*/s/ John D. Fiero*
John D. Fiero

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

# EXHIBIT A

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

September 30, 2010

Invoice Number 91457      35685  00001      JDF

Peter Benvenutti
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104

Re: Chapter 11

**Statement of Professional Services Rendered Through**     **09/30/2010**

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Compensation Prof. [B160]** | | | | | | |
| 09/02/10 | KLS | Create template for final fee applications to send to Professionals; draft email re same and send to T. Kapur and J. Fiero for review. | | 1.40 | 185.00 | $259.00 |
| 09/07/10 | KLS | Email to Professionals re final fee applications. | | 0.20 | 185.00 | $37.00 |
| 09/14/10 | KLS | Email to W. Neuman re fee app exhibits. | | 0.20 | 185.00 | $37.00 |
| 09/15/10 | KLS | Emails to Professionals re Final Fee Applications. | | 0.20 | 185.00 | $37.00 |
| 09/16/10 | KLS | Review L&H draft final fee application and email to L. Davies re same. | | 0.60 | 185.00 | $111.00 |
| 09/22/10 | KLS | Telephone call with Joel Adler re final fee apps. | | 0.10 | 185.00 | $18.50 |
| 09/23/10 | MK | Prepare fee application relating to settlements and retention of professionals, review files. | | 0.60 | 515.00 | $309.00 |
| 09/27/10 | KLS | Review Adler final fee application; email to M. Khatiblou re same. | | 0.70 | 185.00 | $129.50 |
| 09/27/10 | KLS | Review Trucker Huss draft fourth and final fee application and email to Michelle Schuller re same. | | 0.50 | 185.00 | $92.50 |
| 09/28/10 | KLS | Review BZresources final fee app and email to C. Miller re same. | | 0.50 | 185.00 | $92.50 |
| 09/29/10 | KLS | Review fee applications sent by various firms; emails re same. | | 0.70 | 185.00 | $129.50 |
| | **Task Code Total** | | | 5.70 | | $1,252.50 |

**Comp. of Prof./Others**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 09/28/10 | MK | Review final application of J. Adler, make comments thereto. | 0.30 | 515.00 | $154.50 |
| 09/30/10 | MK | Review Wondie Russell final fee application and email to counsel re same. | 0.20 | 515.00 | $103.00 |
| 09/30/10 | TMK | Review email correspondence with M. Leyva regarding Fox, Wang & Morgan fee application. | 0.60 | 450.00 | $270.00 |
| 09/30/10 | TMK | Review Lovitt & Hannan final fee application. | 0.30 | 450.00 | $135.00 |
| | | **Task Code Total** | **1.40** | | **$662.50** |

**Fee/Employment Application**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 09/02/10 | TMK | Confer with J. Fiero regarding final fee application. | 0.20 | 450.00 | $90.00 |
| 09/02/10 | TMK | Confer with K. Suk regarding final fee application. | 0.30 | 450.00 | $135.00 |
| 09/07/10 | TMK | Review and revise notice of deadline to file final fee applications. | 0.80 | 450.00 | $360.00 |
| 09/08/10 | TMK | Review docket and draft final fee application. | 2.40 | 450.00 | $1,080.00 |
| 09/09/10 | TMK | Review docket and draft final fee application. | 3.10 | 450.00 | $1,395.00 |
| 09/15/10 | TMK | Draft final fee application. | 1.40 | 450.00 | $630.00 |
| 09/16/10 | TMK | Review docket and draft final fee application. | 3.60 | 450.00 | $1,620.00 |
| 09/17/10 | TMK | Draft final fee application. | 3.40 | 450.00 | $1,530.00 |
| 09/20/10 | MK | Work on fee application relating to retention of professionals and settlements. | 0.30 | 515.00 | $154.50 |
| 09/20/10 | TMK | Confer with K. Suk regarding prebill. | 0.30 | 450.00 | $135.00 |
| 09/20/10 | TMK | Confer with K. Suk regarding final fee application. | 0.40 | 450.00 | $180.00 |
| 09/20/10 | TMK | Review and revise Heller prebill. | 1.70 | 450.00 | $765.00 |
| 09/20/10 | TMK | Draft final fee application. | 2.60 | 450.00 | $1,170.00 |
| 09/20/10 | TMK | Confer with G. Greenwood regarding final fee application. | 0.30 | 450.00 | $135.00 |
| 09/20/10 | TMK | Confer with N. Hong regarding final fee application. | 0.30 | 450.00 | $135.00 |
| 09/20/10 | TMK | Confer with M. Khatiblou regarding final fee application. | 0.20 | 450.00 | $90.00 |
| 09/20/10 | GSG | Emails to/from T. Kapur re fee application. | 0.10 | 550.00 | $55.00 |
| 09/21/10 | TMK | Confer with E. Fitzgerald and M. Lyles regarding prebill revisions. | 0.40 | 450.00 | $180.00 |
| 09/21/10 | TMK | Review and revise Heller prebill. | 1.60 | 450.00 | $720.00 |
| 09/21/10 | TMK | Confer with K. Suk regarding prebill and final fee application. | 0.20 | 450.00 | $90.00 |
| 09/21/10 | GSG | Draft insert re final fee application; email T. Kapur re same. | 0.60 | 550.00 | $330.00 |
| 09/22/10 | TMK | Confer with G. Greenwood regarding final fee application. | 0.10 | 450.00 | $45.00 |
| 09/22/10 | TMK | Confer with N. Hong regarding final fee application. | 0.30 | 450.00 | $135.00 |
| 09/23/10 | TMK | Confer with K. Suk regarding final fee application. | 0.30 | 450.00 | $135.00 |
| 09/23/10 | TMK | Review and revise prebill. | 2.40 | 450.00 | $1,080.00 |
| 09/23/10 | TMK | Confer with N. Hong regarding final fee application. | 0.20 | 450.00 | $90.00 |
| 09/24/10 | TMK | Confer with M. Khatiblou regarding final fee application. | 0.10 | 450.00 | $45.00 |
| 09/27/10 | KLS | Prepare chart of previously approved fees for PSZJ final fee application. | 0.30 | 185.00 | $55.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/27/10 | TMK | Review prebill for Fifth Application Period. | 0.40 | 450.00 | $180.00 |
| 09/27/10 | TMK | Confer with J. Fiero and K. Suk regarding fee bill and final fee application. | 0.30 | 450.00 | $135.00 |
| 09/28/10 | KLS | Review/revise billing and PSZJ final fee application. | 3.20 | 185.00 | $592.00 |
| 09/28/10 | TMK | Confer with K. Suk regarding final fee application. | 0.20 | 450.00 | $90.00 |
| 09/28/10 | TMK | Review and revise final fee application. | 0.80 | 450.00 | $360.00 |
| 09/29/10 | JDF | Review and revise fee application. | 3.50 | 695.00 | $2,432.50 |
| 09/29/10 | KLS | Review billing. | 1.50 | 185.00 | $277.50 |
| 09/29/10 | KLS | Draft fifth and final interim fee application. | 4.70 | 185.00 | $869.50 |
| 09/30/10 | JDF | Review and revise fee application. | 3.50 | 695.00 | $2,432.50 |
| 09/30/10 | TMK | Review and revise Heller final fee application. | 2.10 | 450.00 | $945.00 |
| 09/30/10 | TMK | Confer with K. Suk and J. Fiero regarding revisions to Heller fee application. | 0.30 | 450.00 | $135.00 |
| | | **Task Code Total** | **48.40** | | **$21,014.00** |
| | | **Total professional services:** | **55.50** | | **$22,929.00** |

### Costs Advanced:

| Date | Code | Description | Amount |
|---|---|---|---|
| 08/06/2010 | CC | Conference Call [E105] AT&T Conference Call, JDF | $31.36 |
| 08/27/2010 | OR | Outside Reproduction Expense [E102] Legal Vision Consulting Group Inv. 1465 | $3,959.34 |
| 08/30/2010 | OS | ALM Media, LLC, outside service, JDF | $20.00 |
| 08/31/2010 | FF | Filing Fee [E112] USBC Filing, JDF | $250.00 |
| 08/31/2010 | PO | Postage [E108] | $5.70 |
| 08/31/2010 | PO | Postage [E108] | $1.39 |
| 08/31/2010 | PO | Postage [E108] | $1.39 |
| 08/31/2010 | PO | Postage [E108] | $15.86 |
| 08/31/2010 | PO | Postage [E108] | $4.48 |
| 08/31/2010 | PO | Postage [E108] | $2.10 |
| 08/31/2010 | PO | Postage [E108] | $2.78 |
| 08/31/2010 | RE | (CORR 105 @0.20 PER PG) | $21.00 |
| 08/31/2010 | RE | (CORR 5 @0.20 PER PG) | $1.00 |
| 08/31/2010 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 08/31/2010 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | $0.60 |
| 08/31/2010 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 08/31/2010 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 08/31/2010 | SO | Secretarial Overtime, O. Carpio | $18.54 |
| 08/31/2010 | SO | Secretarial Overtime, O. Carpio | $18.54 |
| 09/01/2010 | OS | Specialized Legal Services, Deilvery to Honorable D. Montali, Inv. 280337 | $45.00 |
| | | **Total Expenses:** | **$4,399.68** |

## Summary:

| | |
|---|---|
| Total professional services | $22,929.00 |
| Total expenses | $4,399.68 |
| **Net current charges** | $27,328.68 |

| | | | | |
|---|---|---|---|---|
| GSG | Greenwood, Gail S. | 0.70 | 550.00 | $385.00 |
| JDF | Fiero, John D. | 7.00 | 695.00 | $4,865.00 |
| KLS | Suk, Kati L. | 14.80 | 185.00 | $2,738.00 |
| MK | Khatiblou, Miriam | 1.40 | 515.00 | $721.00 |
| TMK | Kapur, Teddy M. | 31.60 | 450.00 | $14,220.00 |
| | | 55.50 | | $22,929.00 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| CP | Compensation Prof. [B160] | 5.70 | $1,252.50 |
| CPO | Comp. of Prof./Others | 1.40 | $662.50 |
| FE | Fee/Employment Application | 48.40 | $21,014.00 |
| | | 55.50 | $22,929.00 |

## Expense Code Summary

| | |
|---|---|
| Conference Call [E105] | $31.36 |
| Filing Fee [E112] | $250.00 |
| Outside Reproduction Expense | $3,959.34 |
| Outside Services | $65.00 |
| Postage [E108] | $33.70 |
| Reproduction Expense [E101] | $22.00 |
| Reproduction/ Scan Copy | $1.20 |
| Overtime | $37.08 |
| | $4,399.68 |