```
 1  WILLIAM McGRANE (057761)
    CHRISTOPHER D. SULLIVAN (148083)
 2  TREPEL MCGRANE GREENFIELD LLP
    150 California Street, 22nd Floor
 3  San Francisco, California  94111
    Telephone:    (415) 283-1776
 4  Email:        wmcgrane@tmcglaw.com
                  csullivan@tmcglaw.com
 5

 6  Attorneys for Liquidating Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 08-32514 DM<br>Chapter 11 |
|---|---|
| HELLER EHRMAN LLP,<br><br>        Liquidating Debtor. | **NOTICE OF HEARING ON PLAINTIFF LIQUIDATING DEBTOR'S MOTION TO APPROVE SETTLEMENT AGREEMENT WITH DEFENDANTS BANK OF AMERICA, N.A. AND CITIBANK, N.A.** |
| | Date:     March 31, 2011<br>Time:    1:00 P.M.<br>Place:   235 Pine Street, Courtroom 22<br>           San Francisco, CA 94111<br>Judge:   Honorable Dennis Montali |

**TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiff Liquidating Debtor Heller Ehrman LLP ("Liquidating Debtor") has filed a motion to approve a settlement agreement with defendants Bank of America, N.A. and Citibank, N.A. to resolve the Adversary Proceeding No. 09-03071 DM (the "Motion"). AS SET FORTH BELOW YOUR RIGHTS MAY BE AFFECTED.  The Liquidating Debtor's Motion is scheduled to be heard before the Honorable Dennis Montali on Thursday, March 31, 2011, at 1:00 p.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at Courtroom 22, 235 Pine Street, 23rd, San Francisco, California. The Motion is supported by this Notice of Hearing, the Motion, Memorandum of Points and

1
Notice of Plaintiff Liquidating Debtor's Motion to Approve Settlement
Agreement with Defendants Bank of America, N.A. and Citibank, N.A.

Case: 08-32514    Doc# 2091    Filed: 03/10/11    Entered: 03/10/11 18:55:10    Page 1 of 2

Authorities, and the Declarations of Christopher D. Sullivan and Michael Burkart filed in support thereof.

PLEASE TAKE FURTHER NOTICE that the general terms are that defendants Bank of America, N.A. and Citibank, N.A. ("Banks") will make a payment of $20 million in settlement of the adversary proceeding, will waive any unsecured claim, and will enter into certain mutual releases with specified parties.

PLEASE TAKE FURTHER NOTICE that if the Motion is approved the defendant Banks will agree to a covenant not to sue certain former Heller Ehrman shareholders on the terms contained in the proposed settlement agreement. The Banks will also enter into certain mutual releases with requesting shareholders as more particularly described in the proposed settlement agreement. The Liquidating Debtor contends that these terms comply with its obligations under a number of settlement agreements with former Heller Ehrman shareholders.

All of the information contained in the Motion is not set forth in this Notice of Hearing. A copy of the Motion and all supporting papers, including a form of the proposed settlement agreement, are part of the Court's electronic record, which is the official record of the Court, and can be accessed either through the e-CalWebPACER information system (see http://www.caeb.uscourts.gov/ -- subscription required), or available for inspection at computer terminals (printing is available), which are located at the Office of the Clerk, at 235 Pine Street, 19th Floor, San Francisco, California. These documents are also available from the Liquidating Debtor's attorneys upon reasonable request.

Dated: March 10, 2011

TREPEL, McGRANE GREENFIELD LLP

By: */s/ Christopher D. Sullivan*
Christopher D. Sullivan
Special Litigation Counsel for Liquidating Debtor, Heller Ehrman LLP

2
Notice of Plaintiff Liquidating Debtor's Motion to Approve Settlement
Agreement with Defendants Bank of America, N.A. and Citibank, N.A.

Case: 08-32514   Doc# 2091   Filed: 03/10/11   Entered: 03/10/11 18:55:10   Page 2 of 2