United States Bankruptcy Court
For the Northern District Of California

| Heller Ehrman LLP | } Chapter 11 |
| | } |
| | } Case No. |
| | } 08-32514 |
| Debtor | } Amount $6,828.55 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**Baron**
**P O Box 24073**
**Oakland, CA 94623**

The transfer of your claim as shown above in the amount of **$6,6828.55** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      By/s/Jeffrey L Caress
      Liquidity Solutions Inc
      (201) 968-0001

3185858

**TRANSFER NOTICE**

BARON ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Heller Ehrman, LLP., et al. ("Debtors"), in the aggregate amount of $~~12,474.46~~ $6,828.55 RJR representing all claims of Assignor pending against Debtors in the United States Bankruptcy Court, Northern District of California, administered as Case No. 08-32514.

IN WITNESS WHEREOF, Assignor has signed below as of the 06 day of APRIL, 2011.

BARON

By: _(Signature)_

OLGA KAZAKOVA/VP
(Print Name and Title)

LIQUIDITY SOLUTIONS, INC.

_(Signature)_

JEFFREY L. CARESS
(Print Name of Witness)