THOMAS A. WILLOUGHBY, State Bar No. 137597
TANIA M. MOYRON, State Bar No. 235736
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
E-mail: twilloughby@ffwplaw.com
E-mail: tmoyron@ffwplaw.com

Attorneys for the Post-Confirmation Liquidating Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HELLER EHRMAN LLP,<br><br>Liquidating Debtor. | CASE NO.: 08-32514<br><br>Chapter 11<br><br>**MOTION TO ESTIMATE PROOF OF CLAIM NO. 709 FILED BY RONALD A. KATZ TECHNOLOGY LICENSING, L.P. AND ITS AFFILIATES A2D, L.P. FOR PURPOSES OF ESTABLISHING A RESERVE FOR THE UNLIQUIDATED AND DISPUTED CLAIM NO. 709 PURSUANT TO 11 U.S.C. § 502(C)**<br><br>Date: July 7, 2011<br>Time: 1:30 p.m.<br>Crtrm: 235 Pine Street, 22nd Floor<br>San Francisco, California<br>Judge: Honorable Dennis Montali |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE; RONALD A. KATZ TECHNOLOGY LICENSING, L.P. AND ITS AFFILIATES A2D, L.P. AND ITS COUNSEL; THE OFFICE OF THE UNITED STATES TRUSTEE; AND ANY PARTIES ENTITLED TO POST-EFFECTIVE DATE NOTICE:**

Pursuant to the provisions in the Joint Plan of Liquidation of Heller Ehrman LLP (August 9, 2010) (the "Plan") and section 502(c) of title 11 of the United States Code (the "Bankruptcy Code"), the liquidating debtor, Heller Ehrman LLP (the "Post-Confirmation Debtor"), hereby files this motion (the "Motion") requesting the entry of an order estimating the amended proof of claim filed by Ronald A. Katz Technology Licensing, L.P. and its Affiliates A2D, L.P., which is

-1-
MOTION TO ESTIMATE PROOF OF CLAIM NO. 709
FILED BY RONALD A. KATZ TECHNOLOGY
LICENSING, L.P. AND ITS AFFILIATES A2D, L.P.

Case: 08-32514    Doc# 2178    Filed: 05/19/11    Entered: 05/19/11 14:47:10    Page 1 of 3

denominated in the Bankruptcy Court's records as Claim No. 709 (the "RAKTL Claim").

In the Motion, the Post-Confirmation Debtor asserts that, pursuant to section 5.14(d) of the confirmed Plan, the plan administrator appointed under the Plan (the "Plan Administrator") must make a distribution to creditors within six months after the receipt by the Post-Confirmation Debtor of sufficient funds (which is defined in the Plan as Net Available Cash) to make a distribution to creditors. This Plan provision has recently been triggered by the settlement of the Bank of America preference action, which has resulted in the sum of $20,000,000.00 being paid to the Post-Confirmation Debtor. The Plan Administrator intends to comply with section 5.14(d) of the Plan by making an initial distribution (the "Initial Distribution") in the approximate amount of $20,000,000 to unclassified priority and general unsecured claims in Class 7 of the Plan on or about September 15, 2011.

The Post-Confirmation Debtor requests that the Court estimate the amount of the RAKTL Claim at the amount of Post-Confirmation Debtor's the self insured retention ("SIR") of $2,000,000.00, less any defense costs previously expended, for the purposes of allowing the Plan Administrator appointed under the Plan to calculate the reserve for the RAKTL Claim from the Initial Distribution based on Plan provisions respecting the treatment of malpractice claims. The estimation of the RAKTL Claim is warranted because the RAKTL Claim is a malpractice claim, which is capped in both Classes 6 and 7 at the amount of the SIR (less defense costs) in the Plan.

**WHEREFORE**, the Post-Confirmation Debtor respectfully requests that the Court grant the Motion in its entirety and enter an order: (a) estimating the amount of the RAKTL Claim at the amount of Post-Confirmation Debtor's the SIR of $2,000,000.00, less any defense costs previously expended, for the purposes of allowing the Plan Administrator to calculate the reserve

///
///
///
///
///
///

-2-

MOTION TO ESTIMATE PROOF OF CLAIM NO. 709
FILED BY RONALD A. KATZ TECHNOLOGY
LICENSING, L.P. AND ITS AFFILIATES A2D, L.P.

Case: 08-32514    Doc# 2178    Filed: 05/19/11    Entered: 05/19/11 14:47:10    Page 2 of 3

for the RAKTL Claim from the Initial Distribution based on the Plan provisions respecting the treatment of malpractice claims; and (b) granting such other relief as is just and proper.

Dated: May 19, 2011

           FELDERSTEIN FITZGERALD
           WILLOUGHBY & PASCUZZI LLP

         By:  */s/ Thomas A. Willoughby*
           THOMAS A. WILLOUGHBY
           Attorneys for the Post-Confirmation
           Liquidating Debtor

-3- MOTION TO ESTIMATE PROOF OF CLAIM NO. 709 FILED BY RONALD A. KATZ TECHNOLOGY LICENSING, L.P. AND ITS AFFILIATES A2D, L.P.

Case: 08-32514 Doc# 2178 Filed: 05/19/11 Entered: 05/19/11 14:47:10 Page 3 of 3