THOMAS A. WILLOUGHBY, State Bar No. 137597
TANIA M. MOYRON, State Bar No. 235736
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
E-mail: twilloughby@ffwplaw.com
E-mail: tmoyron@ffwplaw.com

Attorneys for the Post-Confirmation Liquidating Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HELLER EHRMAN LLP,<br><br>        Liquidating Debtor. | CASE NO.: 08-32514<br><br>Chapter 11<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO ESTIMATE PROOF OF CLAIM NO. 709 FILED BY RONALD A. KATZ TECHNOLOGY LICENSING, L.P. AND ITS AFFILIATES A2D, L.P. FOR PURPOSES OF ESTABLISHING A RESERVE FOR THE UNLIQUIDATED AND DISPUTED CLAIM NO. 709 PURSUANT TO 11 U.S.C. § 502(c)**<br><br>Date: July 7, 2011<br>Time: 1:30 p.m.<br>Crtrm: 235 Pine Street, 22nd Floor<br>       San Francisco, California<br>Judge: Honorable Dennis Montali |

      Pursuant to Rule 201 of the Federal Rules of Evidence, the liquidating debtor, Heller Ehrman LLP (the "Post-Confirmation Debtor"), hereby submits this request for judicial notice in support of its motion (the "Motion") requesting the entry of an order estimating the amended proof of claim filed by Ronald A. Katz Technology Licensing, L.P. and its Affiliates A2D, L.P., which is denominated in the Bankruptcy Court's records as Claim No. 709. The Post-Confirmation Debtor requests that this Court take judicial notice of the following documents in

///

-1-

REQUEST FOR JUDICIAL NOTICE IN
SUPPORT OF MOTION TO ESTIMATE

support of its Motion:

| EXHIBIT | DOCUMENT TITLE |
|---|---|
| 1 | Complaint and Adversary Proceeding Cover Sheet in *Heller Ehrman LLP v. Ronald A. Katz Technology Licensing, L.P.*, United States Bankruptcy Court, Northern District of California, Adv. Proc. Case No. 10-03318 [Docket No. 1]. |
| 2 | Adversary Proceeding Docket listing all documents filed in *Heller Ehrman LLP v. Ronald A. Katz Technology Licensing, L.P.*, United States Bankruptcy Court, Northern District of California, Adv. Proc. Case No. 10-03318 |

Dated: May 19, 2011

FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP


By: */s/ Thomas A. Willoughby*
THOMAS A. WILLOUGHBY
Attorneys for the Post-Confirmation
Liquidating Debtor