# CAUSES OF ACTION

(1)-(3) BREACH OF CONTRACT;
QUANTUM MERUIT; AND BREACH OF THE
IMPLIED COVENANT OF GOOD FAITH
AND FAIR DEALING AGAINST RAKTL
DEFENDANTS

(4)–(6) BREACH OF
CONTRACT; BREACH OF THE
IMPLIED COVENANT OF GOOD FAITH
AND FAIR DEALING; AND
BREACH OF FIDUCIARY DUTY  AGAINST
IP  SHAREHOLDER DEFENDANTSRAKTL
DEFENDANTS

(7) EQUITABLE
INDEMNIFICATION AGAINST IP
SHAREHOLDER DEFENDANTS AND
COVINGTON & BURLING

(8)-(11)       AVOIDANCE OF FRAUDULENT
TRANSFERS -- UNFINISHED BUSINESS
AGAINST COVINGTON & BURLING [11
U.S.C. §§ 544, 548, 550; CAL. CIVIL CODE §§
3439.04, 3439.05, 3439.07]

(12)-(13) AIDING
AND ABETTING BREACH OF FIDUCIARY
DUTY AND INTENTIONAL INTERFERNCE
WITH CONTRACTUAL RELATIONS
AGAISNT GAINST COVINGTON &
BURLING

(14)     ACCOUNTING

(15) DECLARATORY RELIEF

(16) – (22) AVOIDANCE OF FRAUDULENT
TRANSFERS -- IP SHAREHOLDER
TRANSFERS [11 U.S.C. §§ 544, 548, 550; CAL.
CIVIL CODE §§ 3439.04, 3439.05, 3439.07]

ATTACHMENT 2