# EXHIBIT 2

**Jdemand**

# U.S. Bankruptcy Court
## Northern District of California (San Francisco)
## Adversary Proceeding #: 10-03318

*Assigned to:* Judge Dennis Montali                              *Date Filed:* 12/23/10
*Lead BK Case:* 08-32514
*Lead BK Title:* Heller Ehrman LLP
*Lead BK Chapter:* 11
*Demand:*

*Nature[s] of Suit:* 11 Recovery of money/property - 542 turnover of property
                     13 Recovery of money/property - 548 fraudulent transfer
                     14 Recovery of money/property - other

**Plaintiff**
-----------------------

**Heller Ehrman LLP**                          represented by **Christopher D. Sullivan**
333 Bush Street                                              Trepel McGrane Greenfield
San Francisco, CA 94104                                      150 California St. #2200
Tax ID / EIN: 94-1217308                                     San Francisco, CA 94111
                                                             (415)283-1776
                                                             Email: csullivan@tmcglaw.com
                                                             *LEAD ATTORNEY*

                                                             **Heather A. Landis**
                                                             Valle Makoff LLP
                                                             388 Market St. #1580
                                                             San Francisco, CA 94111
                                                             (415)796-0205
                                                             Email: Hlandis@vallemakoff.com

V.

**Defendant**
-----------------------

**Ronald A. Katz Technology Licensing,**       represented by **Malcolm E. Wheeler**
**L.P.**                                                     Wheeler Trigg O'Donnell LLP
9229 SUNSET BLVD. #850                                       1801 California St. #3600
West Hollywood, CA 90069                                     Denver, CO 80202-2617
                                                             (303) 244-1870
                                                             *LEAD ATTORNEY*

                                                             **Michael S. Kogan**
                                                             Ervin, Cohen and Jessup
                                                             9401 Wilshire Blvd. 9th Fl.
                                                             Beverly Hills, CA 90212-2974
                                                             (310) 273-6333

Email: mkogan@ECJLAW.COM

**A2D, L.P.**                              represented by
9229 SUNSET BLVD #850                                    **Michael S. Kogan**
West Hollywood, CA 90069                                 (See above for address)

**First Data Resources, Inc.**            represented by
2730 GATEWAY OAKS DR STE 100                             **First Data Resources, Inc.**
Sacramento, CA 95833                                     PRO SE
*TERMINATED: 03/04/2011*

**A2D Corporation**                       represented by
9401 WILSHIRE BOULEVARD #900                             **Michael S. Kogan**
Beverly Hills, CA 90212                                  (See above for address)

**Robert Fram**                           represented by  **Bernard A. Eskandari**
114 Edgewood Avenue                                       Munger, Tolles and Olson LLP
San Francisco, CA 94117-3701                             355 S. Grand Ave., #3500
                                                         Los Angeles, CA 90071
                                                         (213)683-9100
                                                         Email: bernard.eskandari@mto.com

                                                         **Bradley R. Schneider**
                                                         Munger Tolles and Olson LLP
                                                         355 South Grand Ave.
                                                         Los Angeles, CA 90071
                                                         (213) 683-9100
                                                         Email: bradley.schneider@mto.com

**Robert Haslam**                         represented by
1410 Enchanted Way                                       **Bernard A. Eskandari**
San Mateo, CA 94402-3622                                 (See above for address)

                                                         **Bradley R. Schneider**
                                                         (See above for address)

**Alan Blankenheimer**                    represented by
14755 Caminito Maracaibo                                 **Bernard A. Eskandari**
Del Mar, CA 92014-4311                                   (See above for address)

                                                         **Bradley R. Schneider**
                                                         (See above for address)

**Maureen Browne**                        represented by
5510 Cedar PK                                            **Bernard A. Eskandari**
Chevy Chase, MD 20815-3446                               (See above for address)

                                                         **Bradley R. Schneider**
                                                         (See above for address)

**Andrew Byrnes**                         represented by
1277 Westwood Street                                     **Bernard A. Eskandari**
Redwood City, CA 94061                                   (See above for address)

                                                         **Bradley R. Schneider**
                                                         (See above for address)

**Jo Dale Carothers**                     represented by
5658 Caminto Genio                                       **Bernard A. Eskandari**
La Jolla, CA 92037-7167                                  (See above for address)

                                                         **Bradley R. Schneider**

|                                  |                |                                                          |
|----------------------------------|----------------|----------------------------------------------------------|
|                                  |                | (See above for address)                                  |
| **Johnny Chiu**                  | represented by | **Bernard A. Eskandari**                                 |
| 1004 Salt Meadow Lane            |                | (See above for address)                                  |
| McLean, VA 22101-2027            |                |                                                          |
|                                  |                | **Bradley R. Schneider**                                 |
|                                  |                | (See above for address)                                  |
| **Michael Markman**              | represented by | **Bernard A. Eskandari**                                 |
| 5832 Ocean View Drive            |                | (See above for address)                                  |
| Oakland, CA 94618-1535           |                |                                                          |
|                                  |                | **Bradley R. Schneider**                                 |
|                                  |                | (See above for address)                                  |
| **Michael Plimack**              | represented by | **Bernard A. Eskandari**                                 |
| 136 Alemar Drive                 |                | (See above for address)                                  |
| Greenbrae, CA 94904-1146         |                |                                                          |
|                                  |                | **Bradley R. Schneider**                                 |
|                                  |                | (See above for address)                                  |
| **Christine Saunders-Haskett**   | represented by | **Bernard A. Eskandari**                                 |
| 1715 Encinal Avenue              |                | (See above for address)                                  |
| Alameda, CA 94501-4020           |                |                                                          |
|                                  |                | **Bradley R. Schneider**                                 |
|                                  |                | (See above for address)                                  |
| **Nitin Subhedar**               | represented by | **Bernard A. Eskandari**                                 |
| 180 Maywood Drive                |                | (See above for address)                                  |
| San Francisco, CA 94127-2040     |                |                                                          |
|                                  |                | **Bradley R. Schneider**                                 |
|                                  |                | (See above for address)                                  |
| **Laura Underwood-Muschamp**     | represented by | **Bernard A. Eskandari**                                 |
| 3890 Ruette San Raphael          |                | (See above for address)                                  |
| San Diego, CA 92130-8609         |                |                                                          |
|                                  |                | **Bradley R. Schneider**                                 |
|                                  |                | (See above for address)                                  |
| **Stanely Young**                | represented by | **Bernard A. Eskandari**                                 |
| 1410 Dane Avenue                 |                | (See above for address)                                  |
| Palo Alto, CA 94301-3151         |                |                                                          |
|                                  |                | **Bradley R. Schneider**                                 |
|                                  |                | (See above for address)                                  |
| **Covington & Burling LLP**      | represented by | **Bernard A. Eskandari**                                 |
| 1 Front St # 35                  |                | (See above for address)                                  |
| San Francisco, CA 94111-5323     |                |                                                          |
|                                  |                | **Bradley R. Schneider**                                 |
|                                  |                | (See above for address)                                  |
| **Sturgis Sobin**                | represented by | **Bernard A. Eskandari**                                 |
|                                  |                | (See above for address)                                  |
|                                  |                | **Bradley R. Schneider**                                 |
|                                  |                | (See above for address)                                  |

**Dale Rice**                          represented by **Bernard A. Eskandari**
386 Ridgewood Avenue                   (See above for address)
Mill Valley, CA 94941
                                       **Bradley R. Schneider**
                                       (See above for address)

**Chris Martiniak**                    represented by **Bernard A. Eskandari**
1514 LeRoy Avenue                      (See above for address)
Berkeley, CA 94708-1914
                                       **Bradley R. Schneider**
                                       (See above for address)

**Heidi Gutierrez**                    represented by **Bernard A. Eskandari**
2138 Balfour Court                     (See above for address)
San Diego, CA 92109-1416
                                       **Bradley R. Schneider**
                                       (See above for address)


**Counter-Defendant**
-----------------------
**Heller Ehrman LLP**                  represented by **Christopher D. Sullivan**
333 Bush Street                        McGrane Greenfield
San Francisco, CA 94104                150 California St. #2200
Tax ID / EIN: 94-1217308               San Francisco, CA 94111
                                       (415)283-1776
                                       Email: csullivan@tmcglaw.com


**Counter-Claimant**
-----------------------
**Ronald A. Katz Technology Licensing,
L.P.**
9229 SUNSET BLVD. #850
West Hollywood, CA 90069

| Filing Date | # | Docket Text |
|-------------|---|-------------|
| 12/23/2010 | 1 | Adversary case 10-03318. 11 (Recovery of money/property - 542 turnover of property), 13 (Recovery of money/property - 548 fraudulent transfer), 14 (Recovery of money/property - other) Complaint by Heller Ehrm an LLP against Ronald A. Katz Technology Licensing, L.P., A2D, L.P., First Data Resources, A2D Corporation, Robert Fram, Robert Haslam, Alan Blankenheimer, Maureen Browne, Andrew Byrnes, Jo Carothers, Johnny Chiu, Michael Markman, Michael Plimack, Christine Haskett, Nitin Subhedar, Laura Underwood-Muschamp, Stanely Young, Covington & Burling LLP. Fee Amount $250. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 AP Cover Sheet) (Sullivan, Christopher) (Entered: 12/23/2010) |

| | | |
|---|---|---|
| 12/23/2010 | | Receipt of filing fee for Complaint(10-03318) [cmp,cmp] ( 250.00). Receipt number 12404623, amount $ 250.00 (U.S. Treasury) (Entered: 12/23/2010) |
| 12/27/2010 | | **CORRECTIVE ENTRY** Clerk corrected defendants name, First Data Resources, Inc., Jo Dale Carothers, Christine Sauders-Haskett and included Sturgis Sobin to case. (RE: related document(s) 1 Complaint filed by Plaintiff Heller Ehrman LLP). (ac) (Entered: 12/27/2010) |
| 12/27/2010 | 2 | Summons Issued on A2D Corporation Answer Due 1/26/2011; A2D, L.P. Answer Due 1/26/2011; Alan Blankenheimer Answer Due 1/26/2011; Maureen Browne Answer Due 1/26/2011; Andrew Byrnes Answer Due 1/26/2011; Jo Dale Carothers Answer Due 1/26/2011; Johnny Chiu Answer Due 1/26/2011; Covington & Burling LLP Answer Due 1/26/2011; First Data Resources, Inc. Answer Due 1/26/2011; Robert Fram Answer Due 1/26/2011; Robert Haslam Answer Due 1/26/2011; Michael Markman Answer Due 1/26/2011; Michael Plimack Answer Due 1/26/2011; Ronald A. Katz Technology Licensing, L.P. Answer Due 1/26/2011; Christine Saunders-Haskett Answer Due 1/26/2011; Sturgis Sobin Answer Due 1/26/2011; Nitin Subhedar Answer Due 1/26/2011; Laura Underwood-Muschamp Answer Due 1/26/2011; Stanely Young Answer Due 1/26/2011 (RE: related document(s) 1 Complaint filed by Plaintiff Heller Ehrman LLP). Status Conference scheduled for 2/28/2011 at 09:30 AM at San Francisco Courtroom 22 - Montali. (ac) (Entered: 12/27/2010) |
| 12/27/2010 | 3 | Order Regarding Initial Disclosures and Discovery Conference . (ac) (Entered: 12/27/2010) |
| 12/27/2010 | 4 | Amended Complaint by Christopher D. Sullivan on behalf of Heller Ehrman LLP against all defendants. (RE: related document (s) 1 Complaint filed by Plaintiff Heller Ehrman LLP). (Attachments: # 1 Exhibit A# 2 Exhibit B) (Sullivan, Christopher) (Entered: 12/27/2010) |
| 12/27/2010 | 5 | Amended Adversary Cover Sheet (RE: related document(s) 1 Complaint filed by Plaintiff Heller Ehrman LLP). (Sullivan, Christopher) (Entered: 12/27/2010) |
| | | Summons Service Executed on Dale Rice 12/28/2010; Chris Martiniak 12/28/2010; Heidi Gutierrez 12/28/2010; A2D Corporation 12/28/2010; A2D, L.P. 12/28/2010; Alan Blankenheimer 12/28/2010; Maureen Browne 12/28/2010; Andrew Byrnes 12/28/2010; Jo Dale Carothers 12/28/2010; Johnny Chiu 12/28/2010; Covington & Burling LLP 12/28/2010; |

| | | |
|---|---|---|
| 12/28/2010 | [6](#) | First Data Resources, Inc. 12/28/2010; Robert Fram 12/28/2010; Robert Haslam 12/28/2010; Michael Markman 12/28/2010; Michael Plimack 12/28/2010; Ronald A. Katz Technology Licensing, L.P. 12/28/2010; Christine Saunders-Haskett 12/28/2010; Sturgis Sobin 12/28/2010; Nitin Subhedar 12/28/2010; Laura Underwood-Muschamp 12/28/2010; Stanely Young 12/28/2010 . (Sullivan, Christopher) (Entered: 12/28/2010) |
| 12/29/2010 | [7](#) | BNC Certificate of Mailing - Electronic Order (RE: related document(s) [3](#) Discovery Order). Service Date 12/29/2010. (Admin.) (Entered: 12/29/2010) |
| 01/20/2011 | [8](#) | Stipulation *Extending Defendant's Time to Respond to Complaint* Filed by Plaintiff Heller Ehrman LLP (RE: related document(s) [1](#) Complaint filed by Plaintiff Heller Ehrman LLP). (Sullivan, Christopher) (Entered: 01/20/2011) |
| 01/20/2011 | [9](#) | Notice Regarding *Appearance and Request for Special Notice* Filed by Plaintiff Heller Ehrman LLP. (Landis, Heather) (Entered: 01/20/2011) |
| 01/25/2011 | [10](#) | Stipulation *Extending the Covington Defendants' Time to Respond to Complaint* Filed by Plaintiff Heller Ehrman LLP (RE: related document(s) [4](#) Amended Complaint filed by Plaintiff Heller Ehrman LLP, [5](#) Adversary Cover Sheet). (Sullivan, Christopher) (Entered: 01/25/2011) |
| 01/25/2011 | [11](#) | Notice Regarding *Taking Pending Status Conference Off Calendar* (RE: related document(s) [2](#) Summons Issued). Filed by Plaintiff Heller Ehrman LLP. (Sullivan, Christopher) (Entered: 01/25/2011) |
| 02/08/2011 | [12](#) | Notice Regarding *Notice of Appearance* Filed by Defendants A2D Corporation, A2D, L.P., Ronald A. Katz Technology Licensing, L.P.. (Kogan, Michael) (Entered: 02/08/2011) |
| 02/08/2011 | [13](#) | Certificate of Service *of Notice of Appearance* (RE: related document(s) [12](#) Notice). Filed by Defendants A2D Corporation, A2D, L.P., Ronald A. Katz Technology Licensing, L.P. (Kogan, Michael) (Entered: 02/08/2011) |
| | | Jury Demand by Alan Blankenheimer, Maureen Browne, Andrew Byrnes, Jo Dale Carothers, Johnny Chiu, Covington & Burling LLP, Robert Fram, Heidi Gutierrez, Robert Haslam, Michael Markman, Chris Martiniak, Michael Plimack, Dale Rice, Christine Saunders-Haskett, Sturgis Sobin, Nitin Subhedar, Laura Underwood-Muschamp, Stanely Young (RE: related document(s) |

| | | |
|---|---|---|
| 02/16/2011 | 14 | 1 Complaint, 4 Amended Complaint). Filed by Defendants Alan Blankenheimer, Maureen Browne, Andrew Byrnes, Jo Dale Carothers, Johnny Chiu, Covington & Burling LLP, Robert Fram, Heidi Gutierrez, Robert Haslam, Michael Markman, Chris Martiniak, Michael Plimack, Dale Rice, Christine Saunders-Haskett, Sturgis Sobin, Nitin Subhedar, Laura Underwood-Muschamp, Stanely Young (Eskandari, Bernard) (Entered: 02/16/2011) |
| 02/16/2011 | 15 | Motion to Dismiss Adversary Proceeding Filed by Defendants Alan Blankenheimer, Maureen Browne, Andrew Byrnes, Jo Dale Carothers, Johnny Chiu, Covington & Burling LLP, Robert Fram, Heidi Gutierrez, Robert Haslam, Michael Markman, Chris Martiniak, Michael Plimack, Dale Rice, Christine Saunders-Haskett, Sturgis Sobin, Nitin Subhedar, Laura Underwood-Muschamp, Stanely Young. (Attachments: # 1 Memorandum of Points and Authorities # 2 Declaration) (Eskandari, Bernard) (Entered: 02/16/2011) |
| 02/16/2011 | 16 | Notice of Hearing (RE: related document(s) 15 Motion to Dismiss Adversary Proceeding filed by Defendant Covington & Burling LLP, Defendant Robert Fram, Defendant Robert Haslam, Defendant Alan Blankenheimer, Defendant Maureen Browne, Defendant Andrew Byrnes, Defendant Jo Dale Carothers, Defendant Johnny Chiu, Defendant Michael Markman, Defendant Michael Plimack, Defendant Christine Saunders-Haskett, Defendant Nitin Subhedar, Defendant Laura Underwood-Muschamp, Defendant Stanely Young, Defendant Sturgis Sobin, Defendant Chris Martiniak, Defendant Dale Rice, Defendant Heidi Gutierrez). Hearing scheduled for 5/31/2011 at 09:30 AM at San Francisco Courtroom 22 - Montali. Filed by Defendants Alan Blankenheimer, Maureen Browne, Andrew Byrnes, Jo Dale Carothers, Johnny Chiu, Covington & Burling LLP, Robert Fram, Heidi Gutierrez, Robert Haslam, Michael Markman, Chris Martiniak, Michael Plimack, Dale Rice, Christine Saunders-Haskett, Sturgis Sobin, Nitin Subhedar, Laura Underwood-Muschamp, Stanely Young. (Eskandari, Bernard) (Entered: 02/16/2011) |
| | | Motion for Withdrawal of Reference Fee Amount $150. Filed by Defendants Alan Blankenheimer, Maureen Browne, Andrew Byrnes, Jo Dale Carothers, Johnny Chiu, Covington & Burling LLP, Robert Fram, Heidi Gutierrez, Robert Haslam, Michael Markman, Chris Martiniak, Michael Plimack, Dale Rice, Christine Saunders-Haskett, Sturgis Sobin, Nitin Subhedar, Laura Underwood-Muschamp, Stanely Young. (Attachments: # 1 Memorandum of Points and Authorities # 2 Declaration # 3 Exhibit 1 (First Amended Compl.)# 4 Exhibit 2 (Motion to Dismiss)# 5 Exhibit 3 (Demand for Jury Trial)) (Eskandari, |

| 02/16/2011 | [17](#) | Bernard) (Entered: 02/16/2011) |
|---|---|---|
| 02/16/2011 | | Receipt of filing fee for Motion for Withdrawal of Reference(10-03318) [motion,mwdref] ( 150.00). Receipt number 12774459, amount $ 150.00 (U.S. Treasury) (Entered: 02/16/2011) |
| 02/16/2011 | [18](#) | Certificate of Service (RE: related document(s) [14](#) Jury Demand, [15](#) Motion to Dismiss Adversary Proceeding, [16](#) Notice of Hearing, [17](#) Motion for Withdrawal of Reference). Filed by Defendants Alan Blankenheimer, Maureen Browne, Andrew Byrnes, Jo Dale Carothers, Johnny Chiu, Covington & Burling LLP, Robert Fram, Heidi Gutierrez, Robert Haslam, Michael Markman, Chris Martiniak, Michael Plimack, Dale Rice, Christine Saunders-Haskett, Sturgis Sobin, Nitin Subhedar, Laura Underwood-Muschamp, Stanely Young (Eskandari, Bernard) (Entered: 02/16/2011) |
| 02/16/2011 | [19](#) | Answer to Complaint *Answer to First Amended Complaint; Counterclaim; and Jury Demand with proof of service*, Counterclaim by Ronald A. Katz Technology Licensing, L.P. against Ronald A. Katz Technology Licensing, L.P. Filed by Ronald A. Katz Technology Licensing, L.P.. (Attachments: # [1](#) (part 2) Answer to First Amended Complaint; Counterclaim; and Jury Demand)(Kogan, Michael) (Entered: 02/16/2011) |
| 02/17/2011 | [20](#) | Stipulation *to Set Briefing Schedule on Covington Defendants' Responsive Motion* Filed by Plaintiff Heller Ehrman LLP (RE: related document(s) [4](#) Amended Complaint filed by Plaintiff Heller Ehrman LLP). (Sullivan, Christopher) (Entered: 02/17/2011) |
| 02/22/2011 | [21](#) | Transmittal to District Court. (RE: related document(s) [17](#) Motion for Withdrawal of Reference). (ac) (Entered: 02/22/2011) |
| 02/22/2011 | | **CORRECTIVE ENTRY** Clerk corrected addition of party by filer of counterdefendant to Heller Ehrmann LLP. (RE: related document(s) [19](#) Answer to Complaint filed by Counter-Claimant Ronald A. Katz Technology Licensing, L.P., Defendant Ronald A. Katz Technology Licensing, L.P., Counterclaim). (ac) (Entered: 02/22/2011) |
| 03/04/2011 | [22](#) | Notice Regarding *Appearance of Counsel* Filed by Plaintiff Heller Ehrman LLP. (Sullivan, Christopher) (Entered: 03/04/2011) |
| 03/04/2011 | [23](#) | Notice of Voluntary Dismissal *First Data Resources, Inc.* Filed by Plaintiff Heller Ehrman LLP. (Landis, Heather) (Entered: 03/04/2011) |

| 03/09/2011 | 24 | Answer to Counterclaim Filed by Heller Ehrman LLP. (Sullivan, Christopher) (Entered: 03/09/2011) |
|---|---|---|
| 03/09/2011 | 25 | Certificate of Service (RE: related document(s) 24 Answer to Counterclaim). Filed by Plaintiff Heller Ehrman LLP (Sullivan, Christopher) (Entered: 03/09/2011) |
| 04/18/2011 | 26 | Brief/Memorandum in Opposition to *Covington Defendants' Motion to Dismiss* (RE: related document(s) 15 Motion to Dismiss Adversary Proceeding). Filed by Plaintiff Heller Ehrman LLP (Attachments: # 1 Declaration of Christopher D. Sullivan# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D) (Sullivan, Christopher) (Entered: 04/18/2011) |
| 04/19/2011 | 27 | Order from District Court #C 11-00916 JSW Denying Motion To Withdraw Reference To Bankruptcy Court. (RE: related document(s) 17 Motion for Withdrawal of Reference filed by Defendant Covington & Burling LLP, Defendant Robert Fram, Defendant Robert Haslam, Defendant Alan Blankenheimer, Defendant Maureen Browne, Defendant Andrew Byrnes, Defendant Jo Dale Carothers, Defendant Johnny Chiu, Defendant Michael Markman, Defendant Michael Plimack, Defendant Christine Saunders-Haskett, Defendant Nitin Subhedar, Defendant Laura Underwood-Muschamp, Defendant Stanely Young, Defendant Sturgis Sobin, Defendant Chris Martiniak, Defendant Dale Rice, Defendant Heidi Gutierrez). (ac) (Entered: 04/22/2011) |
| 04/22/2011 | 28 | Ex Parte Motion *For Leave to Exceed Page Limits on Plaintiff's Opposition to the Covington Defedants' Motion to Dismiss* Filed by Plaintiff Heller Ehrman LLP. (Attachments: # 1 Exhibit A) (Sullivan, Christopher) (Entered: 04/22/2011) |
| 04/22/2011 | 29 | Order Granting Application for Leave to Exceed Page Limits on Plaintiffs' Opposition to the Covington Defendants' Motion to Dismiss.(Related Doc # 28 ) (mjb) (Entered: 04/27/2011) |
| 05/11/2011 | 30 | Ex Parte Motion *For Leave To Exceed Page Limits on the Covington Defendants' Reply to Plaintiff's Opposition to the Covington Defendants' Motion to Dismiss* Filed by Defendants Alan Blankenheimer, Maureen Browne, Andrew Byrnes, Jo Dale Carothers, Johnny Chiu, Covington & Burling LLP, Robert Fram, Heidi Gutierrez, Robert Haslam, Michael Markman, Chris Martiniak, Michael Plimack, Dale Rice, Christine Saunders-Haskett, Sturgis Sobin, Nitin Subhedar, Laura Underwood-Muschamp, Stanely Young. (Attachments: # 1 Exhibit A) (Schneider, Bradley) (Entered: 05/11/2011) |

| | | |
|---|---|---|
| 05/12/2011 | 31 | Order Granting Unopposed Ex Parte Motion For Leave To Exceed Page Limits On The Covington Defendants' Reply To Plaintiff's Opposition To The Covington Defendants' Motion To Dismiss (Related Doc # 30 ) (rw) (Entered: 05/13/2011) |
| 05/17/2011 | 32 | Reply to *REPLY MEMORANDUM IN SUPPORT OF COVINGTON DEFENDANTS' MOTION TO DISMISS* (RE: related document(s) 15 Motion to Dismiss Adversary Proceeding). Filed by Defendants Alan Blankenheimer, Maureen Browne, Andrew Byrnes, Jo Dale Carothers, Johnny Chiu, Covington & Burling LLP, Robert Fram, Heidi Gutierrez, Robert Haslam, Michael Markman, Chris Martiniak, Michael Plimack, Dale Rice, Christine Saunders-Haskett, Sturgis Sobin, Nitin Subhedar, Laura Underwood-Muschamp, Stanely Young (Schneider, Bradley) (Entered: 05/17/2011) |