# EXHIBIT 4

Signed and Filed: August 13, 2010

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  John D. Fiero (CA Bar No. 136557)
   Kenneth H. Brown (CA Bar No. 100396)
2  Teddy M. Kapur (CA Bar No. 242486)
   PACHULSKI STANG ZIEHL & JONES LLP
3  150 California Street, 15th Floor
   San Francisco, California 94111-4500
4  Telephone: 415/263-7000
   Facsimile: 415/263-7010
5
   E-mail: jfiero@pszjlaw.com
6          kbrown@pszjlaw.com
           tkapur@pszjlaw.com
7
   Attorneys for Heller Ehrman LLP,
8  Debtor and Debtor in Possession

9  Steven H. Felderstein (CA Bar No. 56978)
   Thomas A. Willoughby (CA Bar No. 137597)
10 Jason Rios (CA Bar No. 190086)
   Christopher Crowell (CA Bar No. 253103)
11 FELDERSTEIN FITZGERALD WILLOUGHBY &
   PASCUZZI LLP
12 400 Capitol Mall, Suite 1450
   Sacramento, CA 95814
13 Telephone: (916) 329-7400
   Facsimile: (916) 329-7435
14
   Attorneys for The Official Committee of Unsecured Creditors
15

16                      **UNITED STATES BANKRUPTCY COURT**

17                      **NORTHERN DISTRICT OF CALIFORNIA**

18                             **SAN FRANCISCO DIVISION**

19 In re                                    Case No.: 08-32514

20 HELLER EHRMAN LLP,                       Chapter 11

21              Debtor                      **ORDER CONFIRMING THE JOINT**
                                            **PLAN OF LIQUIDATION OF HELLER**
22                                          **EHRMAN LLP (AUGUST 9, 2010)**

23                                          Date:   August 9, 2010
                                            Time:   9:30 a.m.
24                                          Place:  United States Bankruptcy Court
                                                    235 Pine Street, 22nd Floor
25                                                  San Francisco, CA
                                            Judge:  Honorable Dennis Montali
26

27

28

A hearing was held before this Court on August 9, 2010 (the "Confirmation Hearing") to consider confirmation of the *Joint Plan of Liquidation of Heller Ehrman LLP (August 9, 2010)* [Docket No. 1431] (the "Plan"). For the reasons stated generally on the record, and as more fully set forth in the *Findings of Fact and Conclusions of Law in Support of Confirmation of the Joint Plan of Liquidation of Heller Ehrman LLP (August 9, 2010)*, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The Plan is confirmed.
2. The injunction described in Article 8.3 of the Plan is granted.

\* \* \* END OF ORDER \* \*