| | |
|---|---|
| In re: HELLER EHRMAN LLP/HELLER EHRMAN LLP, LIQUIDATING DEBTOR v. RONALD A. KATZ TECHNOLOGY LICENSING, L.P., et al.<br><br>Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 08-32514-DM<br>ADV. NUMBER: 10-03318 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 9401 Wilshire Boulevard, 9th Floor, Beverly Hills, California 90212

A true and correct copy of the foregoing document described as ANSWER TO FIRST AMENDED COMPLAINT; COUNTERCLAIM; AND JURY DEMAND will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 16, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Heather A. Landis on behalf of Plaintiff Heller Ehrman LLP - Hlandis@vallemakoff.com
Christopher D. Sullivan on behalf of Plaintiff Heller Ehrman LLP - csullivan@tmcglaw.com, kdiep@tmcglaw.com
Bernard A. Eskandari on behalf of Defendant Covington & Burling LLP - bernard.eskandari@mto.com, glenda.hunt@mto.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On February ___, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 16, 2011 | Kimberly Anthony | /s/Kimberly Anthony |
|---|---|---|
| Date | Type Name | Signature |