| | |
|---|---|
| 1 | STEVEN H. FELDERSTEIN, State Bar No. 056978 |
| | THOMAS A. WILLOUGHBY, State Bar No. 137597 |
| 2 | FELDERSTEIN FITZGERALD |
| | WILLOUGHBY & PASCUZZI LLP |
| 3 | 400 Capitol Mall, Suite 1450 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 329-7400 |
| | Facsimile: (916) 329-7435 |
| 5 | E-mail: sfelderstein@ffwplaw.com |
| | E-mail: twilloughby@ffwplaw.com |
| 6 | |
| 7 | Attorneys for The Official Committee of Unsecured Creditors |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | CASE NO.: 08-32514 |
| HELLER EHRMAN LLP, | Chapter 11 |
| Debtor. | **PROOF OF SERVICE** |
| | [NO HEARING REQUESTED] |

**PROOF OF SERVICE**

I, Lori N. McCleerey, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 Capitol Mall, Suite 1450, Sacramento, CA 95814-4434. On May 19, 2011, I served the within documents:

**NOTICE OF HEARING ON MOTION TO ESTIMATE PROOF OF CLAIM NO. 709 FILED BY RONALD A. KATZ TECHNOLOGY LICENSING, L.P. AND ITS AFFILIATES A2D, L.P. FOR PURPOSES OF ESTABLISHING A RESERVE FOR THE UNLIQUIDATED AND DISPUTED CLAIM NO. 709 PURSUANT TO 11 U.S.C. § 502(c)**

**MOTION TO ESTIMATE PROOF OF CLAIM NO. 709 FILED BY RONALD A. KATZ TECHNOLOGY LICENSING, L.P. AND ITS AFFILIATES A2D, L.P. FOR PURPOSES OF ESTABLISHING A RESERVE FOR THE UNLIQUIDATED AND DISPUTED CLAIM NO. 709 PURSUANT TO 11 U.S.C. § 502(c)**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO ESTIMATE PROOF OF CLAIM NO. 709 FILED BY RONALD A. KATZ TECHNOLOGY LICENSING, L.P. AND ITS AFFILIATES A2D, L.P. FOR PURPOSES OF ESTABLISHING A RESERVE FOR THE UNLIQUIDATED AND DISPUTED CLAIM NO. 709 PURSUANT TO 11 U.S.C. § 502(c)**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO ESTIMATE PROOF OF CLAIM NO. 709 FILED BY RONALD A. KATZ TECHNOLOGY LICENSING, L.P. AND ITS AFFILIATES A2D, L.P. FOR PURPOSES OF ESTABLISHING A RESERVE FOR THE UNLIQUIDATED AND DISPUTED CLAIM NO. 709 PURSUANT TO 11 U.S.C. § 502(c) [REDACTED]**

**DECLARATION OF SHELLEY SALINERO IN SUPPORT OF MOTION TO ESTIMATE PROOF OF CLAIM NO. 709 FILED BY RONALD A. KATZ TECHNOLOGY LICENSING, L.P. AND ITS AFFILIATES A2D, L.P. FOR PURPOSES OF ESTABLISHING A RESERVE FOR THE UNLIQUIDATED AND DISPUTED CLAIM NO. 709 PURSUANT TO 11 U.S.C. § 502(c)**

**DECLARATION OF JAMES R. HAUG, JR. IN SUPPORT OF MOTION TO ESTIMATE PROOF OF CLAIM NO. 709 FILED BY RONALD A. KATZ TECHNOLOGY LICENSING, L.P. AND ITS AFFILIATES A2D, L.P. FOR PURPOSES OF ESTABLISHING A RESERVE FOR THE UNLIQUIDATED AND DISPUTED CLAIM NO. 709 PURSUANT TO 11 U.S.C. § 502(c) [REDACTED]**

[X]  By transmitting electronically the listed document(s) to the email addresses set forth below on this date, and via First Class Mail to those recipients specified below.

| **United States Trustee**<br>**VIA EMAIL AND MAIL**<br>Donna S. Tamanaha<br>Assistant U.S. Trustee<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104<br>**Donna.S.Tamanaha@usdoj.gov** | **Counsel to BofA**<br>David Minnick, Esq.<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>50 Fremont Street<br>San Francisco, CA 94105-2228<br>**dminnick@pillsburylaw.com** | **Counsel to Citibank, N.A.**<br>Larry Peitzman, Esq.<br>PEITZMAN, WEG & KEMPINSKY LLP<br>10100 Santa Monica Blvd., Suite 1450<br>Los Angeles, CA 90067<br>**lpeitzman@pwkllp.com** |
|---|---|---|
| **Counsel for the Heller PCs**<br>Eric Nyberg<br>Kornfield, Nyberg, Bendes & Kuhner, P.C.<br>1999 Harrison St Ste 2675<br>Oakland, CA 94612<br>**e.nyberg@kornfieldlaw.com** | Michael Burkart<br>Plan Administrator for the Liquidating Debtor<br>5150 Fair Oaks Blvd., #185<br>Carmichael, CA 95608<br>**Burkart@cwo.com** | **Counsel to Ronald A. Katz**<br>**VIA EMAIL AND MAIL**<br>Michael S. Kogan<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Boulevard, 9th Floor<br>Beverly Hills, CA 90212-2974<br>**mkogan@ecjlaw.com** |

| | | |
|---|---|---|
| **VIA MAIL ONLY**<br>Ronald A. Katz<br>A2D, L.P./Ronald A. Katz Technology Licensing, LP<br>9229 Sunset Boulevard, Suite 850<br>West Hollywood, CA 90069 | | |
| **COMMITTEE OF UNSECURED CREDITORS** | | |
| Monica Pleyer Lee<br>Lee Law Offices<br>1700 South El Camino Real, Ste 505<br>San Mateo, CA 94402-3051<br>**monikalee@leelawllp.com** | Rylan Malerbi<br>Finance Director<br>Williams Lea Inc.<br>160 Spear Street, Suite 400<br>San Francisco, CA 94105<br>**rylan.malerbi@williamslea.com** | Theresa Hoyt, Sr. V.P.<br>Brookfield Real Estate Financial Partners LLP<br>3 World Financial Ctr. 11th Floor<br>200 Vesey St.<br>New York, NY 10281<br>**thoyt@brookfield.com** |
| John Lee.<br>Brookfield Real Estate Financial Partners LLP<br>3 World Financial Ctr. 11th Floor<br>200 Vesey St.<br>New York, NY 10281<br>**John.Lee@brookfield.com** | William R. Mackey<br>21 Stanton Way<br>Mill Valley, CA 94941<br>**wmackey732@aol.com** | Wondie Russell<br>465 Roosevelt Way<br>San Francisco, CA 94114<br>**wondie.russell@yahoo.com** |
| **PARTIES REQUESTING SPECIAL POST-CONFIRMATION NOTICE** | | |
| Nicole S. Magaline<br>Schiff Hardin LLP<br>One Market, Spear Steet Tower<br>32nd Floor<br>San Francisco, CA 94105<br>**nmagaline@schiffhardin.com** | Jason M. Torff<br>Schiff Hardin LLP<br>233 South Wacker Drive, Suite 6600<br>Chicago, IL 60606<br>**jtorf@schiffhardin.com** | Gregory C. Nuti/Kevin W. Coleman/Melissa S. Lor<br>Schnader Harrison Segal et al.<br>One Montgomery Street, Suite 2200<br>San Francisco, CA 94014-5501<br>**gnuti@schnader.com**<br>**kcoleman@schnader.com**<br>**mlor@schnader.com** |
| Jeffrey T. Makoff/Ellen Ruth Fenichel/Heather A. Landis<br>Valle Makoff LLP<br>388 Market Street, Suite 1580<br>San Francisco, CA 94111<br>**jmakoff@vallemakoff.com**<br>**efenichel@vallemakoff.com**<br>**hlandis@vallemakoff.com** | Scott H. Olson<br>Seyfarth Shaw LLP<br>560 Mission Street, Suite 3100<br>San Francisco, CA 94105<br>**solson@seyfarth.com** | |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I am employed in the office of a member of the bar of this court at whose direction the

1 | service was made. I declare under penalty of perjury that the foregoing is true and correct.
2 | Executed on May 19, 2011, at Sacramento, California.

                                                */s/ Lori N. McCleerey*
                                                Lori N. McCleerey