THOMAS A. WILLOUGHBY, State Bar No. 137597
TANIA M. MOYRON, State Bar No. 235736
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
E-mail: twilloughby@ffwplaw.com
E-mail: tmoyron@ffwplaw.com

Attorneys for the Post-Confirmation Liquidating Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HELLER EHRMAN LLP,<br><br>Liquidating Debtor. | CASE NO.: 08-32514<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION TO ESTIMATE PROOF OF CLAIM NO. 709 FILED BY RONALD A. KATZ TECHNOLOGY LICENSING, L.P. AND ITS AFFILIATES A2D, L.P. FOR PURPOSES OF ESTABLISHING A RESERVE FOR THE UNLIQUIDATED AND DISPUTED CLAIM NO. 709 PURSUANT TO 11 U.S.C. § 502(c)**<br><br>Date: July 7, 2011<br>Time: 1:30 p.m.<br>Crtrm: 235 Pine Street, 22nd Floor<br>San Francisco, California<br>Judge: Honorable Dennis Montali |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE; RONALD A. KATZ TECHNOLOGY LICENSING, L.P. AND ITS AFFILIATES A2D, L.P. AND ITS COUNSEL; THE OFFICE OF THE UNITED STATES TRUSTEE; AND ANY PARTIES ENTITLED TO POST-EFFECTIVE DATE NOTICE:**

**PLEASE TAKE NOTICE** that on July 7, 2011, at 1:30 p.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, located at 235 Pine Street, 22nd Floor, San Francisco, California, a hearing will be held on the above-referenced liquidating debtor's (the "Post-Confirmation Debtor") motion (the "Motion") requesting the entry of an order estimating the amended proof of claim

-1-

filed by Ronald A. Katz Technology Licensing, L.P. and its Affiliates A2D, L.P. ("RAKTL"), which is denominated in the Bankruptcy Court's records as Claim No. 709 (the "RAKTL Claim"). By way of the Motion, the Post-Confirmation Debtor respectfully requests the entry of an order: (a) estimating the amount of the RAKTL Claim at the amount of Post-Confirmation Debtor's the self insured retention ("SIR") of $2,000,000.00, less any defense costs previously expended, for the purposes of allowing the Plan Administrator to calculate the reserve for the RAKTL Claim from the Initial Distribution (as defined in the Motion) based on the Plan (as defined in the Motion) provisions respecting the treatment of malpractice claims; and (b) granting such other relief as is just and proper. The specific basis for the Motion is set forth in the Memorandum of Points and Authorities (the "Memorandum").

**PLEASE TAKE FURTHER NOTICE** that, the Post-Confirmation Debtor bases the Motion on this Notice, the Motion and the Memorandum in support thereof, the Declarations of Shelley Salinero and James R. Haug, Jr., the Request for Judicial Notice, the Ex Parte Application to File under Seal the Unredacted Memorandum and the Declaration of James R. Haug, Jr., and the other documents and records on file in this case.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Local Rule 9014-1(c), any opposition to or request for hearing on the Motion must be filed with the Court and served upon counsel to the Post-Confirmation Debtor at least fourteen (14) days prior to the scheduled hearing date.

**PLEASE TAKE FURTHER NOTICE** that if no timely response or opposition to the Motion is received, the Court may enter an order granting the relief requested in the Motion without further notice and without a hearing.

Dated: May 19, 2011

        FELDERSTEIN FITZGERALD
        WILLOUGHBY & PASCUZZI LLP

        By: */s/ Thomas A. Willoughby*
            THOMAS A. WILLOUGHBY
            Attorneys for the Post-Confirmation
            Liquidating Debtor