# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

<u>In re:</u> **HELLER EHRMAN LLP,**          <u>Case No.</u> **08-32514**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**<u>LIQUIDITY SOLUTIONS, INC.</u>**          **<u>Entwistle and Cappucci LLP</u>**
  Name of Transferee                              Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): **187**
should be sent:                                   Amount of Claim: **$6,797.28**
                                                  Date Claim Filed: **03/09/2009**

**LIQUIDITY SOLUTIONS, INC**
**ONE UNIVERSITY PLAZA, SUITE 312**
**HACKENSACK, NJ 07601**

Phone: **(201) 968-0001**                         Phone: _____
Last Four Digits of Acct #: _____        Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  __/s/Jeffrey Caress__          <u>Date:  7/28/2011</u>
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**3271108**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

<u>In re:</u> **HELLER EHRMAN LLP,**        <u>Case No.</u> **08-32514**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **187** (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on **7/28/2011**.

**LIQUIDITY SOLUTIONS, INC.**                **Entwistle and Cappucci LLP**
Name of Alleged Transferee                Name of Transferor

Address of Alleged Transferee:            Address of Transferor:
**One University Plaza, Suite 312**          **Entwistle and Cappucci LLP**
**Hackensack, NJ 07601**                    **280 Park Ave 26th Fl W**
                                         **New York, NY 10017**

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

                                        _____
                                        **CLERK OF THE COURT**

                                                **3271108**

## TRANSFER NOTICE

Entwistle And Cappucci Llp ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **Heller Ehrman LLP** (the "Debtor"), in the aggregate amount of **$6,797.28 ,** representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Northern District of California, administered as Case No. 08-32514.

IN WITNESS WHEREOF, Assignor has signed below as of the _14th_ day of _April_, 2011

Entwistle And Cappucci Llp

_Stella Ivanova_
(Signature)

_Stella Ivanova_
(Print Name and Title)

_Financial Manager_

_Liquidity Solutions, Inc._

_Jeffrey Caress._

Heller Ehrman LLP
Claim # 187
Entwistle And Cappucci Llp

ADRIANA ARCE
Notary Public - State of New York
NO. 01AR6174975
Qualified in New York County
My Commission Expires _____

3226453