United States Bankruptcy Court
For the Northern District Of California

HELLER EHRMAN LLP ET AL  } Chapter 11
} 
} 
} 
} Case No.
} 08-32514
Debtor  } Amount **$2,454.46**

AS SET FORTH ON SCHEDULE F

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**PCCP LLC**
**222 N SEPULVEDA BLVD SUITE 2222**
**EL SEGUNDO, CA 90245**

The transfer of your claim as shown above in the amount of **$2,454.46** has been transferred to:

>Liquidity Solutions Inc
>One University Plaza
>Suite 312
>Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By/s/JEFFREY CARESS
Liquidity Solutions Inc
(201) 968-0001

412546

IN RE **Heller Ehrman LLP**     Case No. **08-32514**
          Debtor(s)           (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Optichron, Inc.**<br>**4221 Technology Drive**<br>**Fremont, CA 94538** | | | **Client Refund** | | | | 5.00 |
| ACCOUNT NO.<br>**Oslo Patentkontor AS**<br>**Holtegaten 20**<br>**Boks 707 Majorstuen**<br>**0306 Oslo Norge,** | | | **Foreign Vendor** | | X | X | **Unknown** |
| ACCOUNT NO.<br>**Oxford Partners Capital Management LLC**<br>**152 West 57th Street 4th Flr**<br>**New York, NY 10019** | | | **Client Refund** | | | | 10,000.00 |
| ACCOUNT NO.<br>**Paravue Corporation**<br>**C/O Gwire Law Offices**<br>**235 Pine Street Suite 110**<br>**San Francisco, CA 94104** | | | **Litigation** | X | X | X | **unknown** |
| ACCOUNT NO.<br>**PATH**<br>**1455 NW Leary Way**<br>**Seattle, WA 98107-5136** | | | **Client Refund** | | | | 209.95 |
| ACCOUNT NO.<br>**PCCP, LLC**<br>**222 N. Sepulveda Blvd. Suite 2222**<br>**El Segundo, CA 90245** | | | **Client Refund** | | | | **2,454.46** |
| ACCOUNT NO<br>**Peers, Richard A.**<br>**300 Olive Street**<br>**Menlo Park, CA 94025** | | | **Supplemental Retirement Benefit** | | | | 10,646.36 |

Sheet no. **26** of **267** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims     Subtotal (Total of this page)   $ **23,315.77**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

## TRANSFER NOTICE

PCCP, LLC ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____ with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Heller Ehrman, LLP., et al. ("Debtors"), in the aggregate amount of $2,454.46 representing all claims of Assignor pending against Debtors in the United States Bankruptcy Court, Northern District of California, administered as Case No. 08-32514.

IN WITNESS WHEREOF, Assignor has signed below as of the __15__ day of __October__, 2010.

PCCP, LLC                                            LIQUIDITY SOLUTIONS, INC.

By: _Claudia Pearson_                                _[signature]_
(Signature)                                          (Signature)

_Claudia Pearson, Platform Controller_               _Jeffrey Caress_
(Print Name and Title)                               (Print Name of Witness)