United States Bankruptcy Court
For the Northern District Of California

| Heller Ehrman LLP | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 08-32514 |
| Debtor | } Amount **$19,009.58** |

AS SET FORTH ON SCHEDULE F

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**S C Johnson & Son Inc**
**1525 Howe Street**
**Racine, WI 53403**

The transfer of your claim as shown above in the amount of **$19,009.58** has been transferred to:

> Liquidity Solutions Inc
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By/s/Jeff Caress
Liquidity Solutions Inc
(201) 968-0001

3226843

IN RE **Heller Ehrman LLP** Case No. **08-32514**
Debtor(s) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Rubio's Restaurants, Inc.**<br>**1902 Wright Place #300**<br>**Carlsbad, CA 92008** | | | **Client Refund** | | | | 214.58 |
| ACCOUNT NO.<br>**Ruhe-Corporation**<br>**901 Leslie Street**<br>**La Habra, CA 90631-6841** | | | **Client Refund** | | | | 555.22 |
| ACCOUNT NO.<br>**S&P LLC**<br>**111 Independence Drive**<br>**Palo Alto, CA 94025** | | | **Client Refund** | | | | 804.00 |
| ACCOUNT NO.<br>**S.C. Johnson & Son, Inc.**<br>**1525 Howe Street**<br>**Racine, WI 53403** | | | **Client Refund** | | | | **19,009.58** |
| ACCOUNT NO.<br>**Saffron**<br>**505 South Flower Street**<br>**Los Angeles, CA 90071** | | | **Trade Debt** | | | | 245.99 |
| ACCOUNT NO.<br>**Safir Rosetti, LLC**<br>**601 Montgomery Street, 4Th Floor**<br>**San Francisco, CA 94111** | | | **Trade Debt** | | | | 18,352.80 |
| ACCOUNT NO.<br>**Sage Publications Inc.**<br>**2455 Teller Rd.**<br>**Thousand Oaks, CA 91320** | | | **Trade Debt** | | | | 127.37 |

Sheet no. **181** of **234** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **39,309.54**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## TRANSFER NOTICE

S C Johnson & Son Inc ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **Heller Ehrman LLP** (the "Debtor"), in the aggregate amount of **$19,009.58**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Northern District of California, administered as Case No. 08-32514.

IN WITNESS WHEREOF, Assignor has signed below as of the 10th day of August, 2011

S C Johnson & Son Inc

_____
(Signature)

_____
(Print Name and Title)

_____
Liquidity Solutions, Inc.
Jeff Caress

Heller Ehrman LLP
Claim #
S C Johnson & Son Inc

3226843