United States Bankruptcy Court
For the Northern District Of California

| Heller Ehrman LLP | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 08-32514 |
| Debtor | } Amount **$1,838.12** |

*As Set Forth On Schedule F*

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**Cashmere House Inc**
**d/b/a TSE**
**3001 S Coroddy Way**
**Santa Ana, CA 92704**

The transfer of your claim as shown above in the amount of **$1,838.12** has been transferred to:

    Liquidity Solutions Inc
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By/s/Jeff Caress<br>
Liquidity Solutions Inc<br>
(201) 968-0001

3270697

IN RE **Heller Ehrman LLP**     Case No. **08-32514**
Debtor(s)     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Cascade Linen & Uniform Service** 835 Myrtle Ave. Brooklyn, NY 11206 | | | **Trade Debt** | | | | 120.00 |
| ACCOUNT NO. **Case File Xpress, L.P.** 105 Decker Ct. , Ste 150 Irving, TX 75062 | | | **Trade Debt** | | | | 50.00 |
| ACCOUNT NO. **CaseStack, Inc.** 2850 Ocean Park Blvd., Suite 100 Santa Monica, CA 90405 | | | **Client Refund** | | | | 48.11 |
| ACCOUNT NO. **Cashmere House, Inc. D/B/A Tse 3001 S. Croddy Way Santa Ana, CA 92704** | | | **Client Refund** | | | | 1,838.12 |
| ACCOUNT NO. **Cassels Brock & Blackwell LLP** 2100 Scotia Plaza 40 King Street West Toronto, ON M5H 3C2 | | | **Outside Professional Services** | | | | 217.22 |
| ACCOUNT NO. **Cassels Brock & Blackwell LLP** Scotia Plaza 40 King Street West, Suite Toronto, 5H 3C2 Can | | | **Client Refund** | | | | 200.00 |
| ACCOUNT NO. **Catalyst Biosciences, Inc.** 260 Littlefield Avenue South San Francisco, CA 94080 | | | **Client Refund** | | | | 2,277.00 |

Sheet no. **38** of **234** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **4,750.45**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## TRANSFER NOTICE

Cashmere House Inc ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **Heller Ehrman LLP** (the "Debtor"), in the aggregate amount of **$1,838.12**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Northern District of California, administered as Case No. 08-32514.

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 2011

Cashmere House Inc

_____
(Signature)

Donna Smith / Credit Mtg.
(Print Name and Title)

_____
Liquidity Solutions, Inc.
Jeff Caress

Heller Ehrman LLP
Claim #
Cashmere House Inc


3270697