B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re  Heller Ehrman, LLP                ,         Case No.  08-32514

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Weyman I Lundquist Living Trust | Weyman Lundquist |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
St. James Law, P.C.
155 Montgomery Street, Suite 1004
San Francisco, CA. 94104

Phone: 415-391-7566
Last Four Digits of Acct #: _____

Court Claim # (if known):  609
Amount of Claim:  $327,298.94
Date Claim Filed:  04/22/2009

Phone: 415-391-7566
Last Four Digits of Acct. #: 6601

Name and Address where transferee payments should be sent (if different from above):
TIAA / CREF Attn: Terri White
1101 Pennsylvannia Ave. NW Ste 800
Washington DC 20004
Phone: (800) 842-2008 ext 258967
Last Four Digits of Acct #: 6601

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Weyman I. Lundquist_        Date: 9-1-11
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.