United States Bankruptcy Court
For the Northern Disrict Of California

| HELLER EHRMAN, LLP | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 08-32514 |
| Debtor | } Amount **$24,889.71** |

*AS SET FORTH ON SCHEDULE F*

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**CDC Corporation**
**Two Concourse Parkway, Ste 800**
**Atlanta, GA 30328**

The transfer of your claim as shown above in the amount of **$24,889.71** has been transferred to:

> Liquidity Solutions Inc
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By/s/Jeff Caress
Liquidity Solutions Inc
(201) 968-0001

514123

IN RE **Heller Ehrman LLP**     Case No. **08-32514**
Debtor(s)     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**CCHAsia Pte. Ltd.**<br>**Rcl Centre**<br>**11 Keppel Road #11-01**<br>**Singapore, 89057** | | | **Trade Debt** | | | | 775.68 |
| ACCOUNT NO.<br>**CDC Corporation**<br>**Two Concourse Parkway Suite 800**<br>**Atlanta, GA 30328** | | | **Client Refund** | | | | 24,889.71 |
| ACCOUNT NO.<br>**Cedarwood Products, Ltd.**<br>**Unknown At This Time** | | | **Trade Debt** | | | | 31.25 |
| ACCOUNT NO.<br>**Cement and Concrete Workers District Cou**<br>**35-30 Francis Lewis Blvd. Suite 201**<br>**Flushing, NY 11358** | | | **Client Refund** | | | | 199.91 |
| ACCOUNT NO.<br>**Centurian Corporation**<br>**c/o Vernon Adams, Jr. 316 Blue Oak Lane**<br>**Los Altos, CA 94022** | | | **Client Refund** | | | | 288.00 |
| ACCOUNT NO.<br>**Century Spring**<br>**P.O. Box 275**<br>**Genesee Depot, WI 53127** | | | **Trade Debt** | | | | 106.11 |
| ACCOUNT NO.<br>**Ceregene, Inc.**<br>**9381 Judicial Drive #130**<br>**San Diego, CA 92121-3832** | | | **Client Refund** | | | | 180.00 |

Sheet no. **40** of **234** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **26,470.66**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

**TRANSFER NOTICE**

CDC CORPORATION ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of that certain ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Heller Ehrman, LLP., et al. ("Debtors"), in the aggregate amount of $24,889.71, representing all claims of Assignor pending against Debtors in the United States Bankruptcy Court, Northern District of California, administered as Case No. 08-32514.

IN WITNESS WHEREOF, Assignor has signed below as of the __13__ day of __September__ 2011.

CDC CORPORATION                                LIQUIDITY SOLUTIONS, INC.

By: _____                     _____
(Signature)                                    (Signature)

_Bryan Sell   Corporate Controller_             _Jeffrey L. Caress, Authorized Signatory_
(Print Name and Title)                          (Print Name of Witness)


CDC LEGAL DEPARTMENT
APPROVED AS TO FORM
By: _____