United States Bankruptcy Court
For the Northern Disrict Of California

| HELLER EHRMAN,LLP | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 08-32514 |
| Debtor | } Amount **$50,182.80** |

AS SET FORTH ON SCHEDULE F

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**THE HISTORY FACTORY**
**14140 PARKE LONG COURT**
**CHANTILLY, VA 20151**

The transfer of your claim as shown above in the amount of **$50,182.80** has been transferred to:

> Liquidity Solutions Inc
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By/s/Jeff Caress
Liquidity Solutions Inc
(201) 968-0001

514121

IN RE **Heller Ehrman LLP** Case No. **08-32514**
Debtor(s) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**The Founders Fund, LLP**<br>**1 Letterman Drive, Bldg C Suite 400**<br>**San Francisco, CA 94129** | | | **Client Refund** | | | | 4,025.20 |
| ACCOUNT NO.<br>**The Hartford**<br>**Hartford Plaza**<br>**Hartford, CT 06116** | | | **Estimated Claims filed between October 1, 2002 through December 12, 2008 under Workers' Comp Insurance** | X | X | | 300,000.00 |
| ACCOUNT NO.<br>**The History Factory**<br>**14140 Parke Long Court**<br>**Chantilly, VA 20151-1649** | | | **Trade Debt** | | | | 50,182.80 |
| ACCOUNT NO.<br>**The Hive Group, Inc.**<br>**Accounts Payable 1820 Gateway Drive Suit**<br>**San Mateo, CA 94404** | | | **Client Refund** | | | | 3,282.49 |
| ACCOUNT NO.<br>**The Irvine Company**<br>**Attn: Barbara Kort**<br>**4370 La Jolla VIlage Dr., Suite 660**<br>**San Diego, CA 92122** | | | **Trade Debt** | | | | 3,390.00 |
| ACCOUNT NO.<br>**The Julliard School**<br>**60 Lincoln Center Plaza**<br>**New York, NY 10023** | | | **Client Refund** | | | | 1,274.50 |
| ACCOUNT NO.<br>**The Regents Of The University**<br>**300 Frank H. Ogawa Plaza,**<br>**Suite 410**<br>**Oakland, CA 94612** | | | **Trade Debt** | | | | 489.58 |

Sheet no. **209** of **234** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **362,644.57**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

## TRANSFER NOTICE

THE HISTORY FACTORY ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Heller Ehrman, LLP., et al. ("Debtors"), in the aggregate amount of $50,182.80 representing all claims of Assignor pending against Debtors in the United States Bankruptcy Court, Northern District of California, administered as Case No. 08-32514.

IN WITNESS WHEREOF, Assignor has signed below as of the __9__ day of __SEPT__, 2011.

THE HISTORY FACTORY                         LIQUIDITY SOLUTIONS, INC.

By: _____              _____
(Signature)                                 (Signature)

__Louis R Earle__                           __Jeff Caress__
(Print Name and Title)                      (Print Name of Witness)

DIRECTOR OF OPERATIONS