# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

<u>In re:</u> **HELLER EHRMAN LLP,**    <u>Case No.</u> **08-32514**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**<u>LIQUIDITY SOLUTIONS, INC.</u>**        **<u>Law Offices of Donaol H Freiberg</u>**
    Name of Transferee                   Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): **351**
should be sent:                                  Amount of Claim: **$2,309.85**
                                                 Date Claim Filed: **04/03/2009**

**LIQUIDITY SOLUTIONS, INC**
**ONE UNIVERSITY PLAZA, SUITE 312**
**HACKENSACK, NJ 07601**

Phone: **(201) 968-0001**                        Phone: _____
Last Four Digits of Acct #: _____      Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___/s/Jeff Caress_____                        Date: 9/28/2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**3270787**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

<u>In re:</u> **HELLER EHRMAN LLP,**                     <u>Case No.</u> **08-32514**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **351** (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on **9/28/2011**.

**LIQUIDITY SOLUTIONS, INC.**                    **Law Offices of Donaol H Freiberg**
Name of Alleged Transferee                       Name of Transferor

Address of Alleged Transferee:                   Address of Transferor:
**One University Plaza, Suite 312**               **Law Offices of Donaol H Freiberg**
**Hackensack, NJ 07601**                          **1150 the Alameda Suite 209**
                                                  **San Jose, CA 95126**

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|:---:|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
**CLERK OF THE COURT**

**3270787**

## TRANSFER NOTICE

Law Offices Of Donaol H Freiberg ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **Heller Ehrman LLP** (the "Debtor"), in the aggregate amount of **$2,309.85** , representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Northern District of California, administered as Case No. 08-32514.

IN WITNESS WHEREOF, Assignor has signed below as of the _12th_ day of _Sept_ , 2011

## Law Offices Of Donaol H Freiberg

_____
(Signature)

Laura N. Zhang / Director of Operations
(Print Name and Title)

_____
Liquidity Solutions, Inc.

Heller Ehrman LLP
Claim # 351
Law Offices Of Donaol H Freiberg

3270787