UNITED STATES BANKRUPTCY COURT

Northern District of California (San Francisco)

In re: <u>Heller Ehrman LLP</u>     Case No. <u>08-32514</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TRC MASTER FUND LLC</u>
Name of Transferee

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518

Phone: <u>516-255-1801</u>
Last four digits of Acct#: <u>N/A</u>

Name and address where transferee payments should be sent (if different from above):

Phone: <u>N/A</u>
Last four digits of Acct#: <u>N/A</u>

<u>THE CLARO GROUP LLP</u>
Name of Transferor

Court Claim # (if known): <u>1170</u>
Amount of Allowed Claim: <u>USD$226,201.56</u>
Date Claim Filed: <u>4/24/2009</u>

Phone: <u>(213) 784-0190</u>
Last four digits of Acct.# <u>N/A</u>

Name and Current Address of Transferor:

THE CLARO GROUP LLP
777 S Figueroa Street
Suite 4050
Los Angeles, CA 90017

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Terrel Ross</u>                                       Date: <u>October 25, 2011</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

## Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Northern District of California, San Francisco Division
235 Pine Street, 19th Floor
San Francisco, CA 94104
Attention: Clerk

AND TO: HELLER EHRMAN LLP ("Debtor")
Case No. 08-32514

Claim # 1170

**THE CLARO GROUP, LLP**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its allowed Claim in the amount of **USD$226,201.56** ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 25 DAY OF OCTOBER, 2011.

ASSIGNOR: THE CLARO GROUP, LLP

_____
(Signature)

GEORGE HANSEN
(Print Name)

MANAGING DIRECTOR
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

| Original Creditor Name | Current Payee Name | Payee Address | Claim | Priority Allowed Claim Amount | Priority Amount Previously Paid | Priority Amount Proposed Distribution | General Unsecured Allowed Claim Amount | General Unsecured Amount Previously Paid | General Unsecured Projected Claim Distribution |
|---|---|---|---|---|---|---|---|---|---|
| The Claro Group, LLP | The Claro Group, LLP | The Claro Group, LLP c/o Clark and Trevithick Joel A. Goldman, Esq. 800 Wilshire Blvd, 12th Fl Los Angeles, CA 90017-2604 | 1170 | $0.00 | $0.00 | $0.00 | $226,201.56 | $0.00 | $54,288.37 |
| The Daily Inter Lake | The Daily Inter Lake | The Daily Inter Lake P.O. Box 7610 Kalispell, MT 59904-7610 | NONE | $0.00 | $0.00 | $0.00 | $812.63 | $0.00 | $195.03 |
| The Event Company Pte. Ltd. | The Event Company Pte. Ltd. | The Event Company Pte. Ltd. 15 Jalan Kilang Barat Level 8 Frontech Centre Singapore 159357 Singapore | NONE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| The Everest Funds LP | The Everest Funds LP | The Everest Funds LP 21 Ha'arba'a St. Tel Aviv 64379 Israel | NONE | $0.00 | $0.00 | $0.00 | $422.00 | $0.00 | $101.28 |
| The Founders Fund, LLP | The Founders Fund, LLP | The Founders Fund, LLP 1 Letterman Drive, Bldg C Suite 400 San Francisco, CA 94129-2402 | 569 | $0.00 | $0.00 | $0.00 | $4,757.76 | $0.00 | $1,141.86 |
| The History Factory | The History Factory | The History Factory 14140 Parke Long Court Chantilly, VA 20151-1649 | NONE | $0.00 | $0.00 | $0.00 | $50,182.80 | $0.00 | $12,043.87 |
| The Hive Group, Inc. | The Hive Group, Inc. | The Hive Group, Inc. Accounts Payable 1820 Gateway Drive Suit San Mateo, CA 94404 | NONE | $0.00 | $0.00 | $0.00 | $3,282.49 | $0.00 | $787.80 |
| The Irvine Company | The Irvine Company | The Irvine Company 4370 La Jolla Village Dr., Suite 660 San Diego, CA 92122 | NONE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| The Johns Hopkins Health System Corp | The Johns Hopkins Health System Corp | The Johns Hopkins Health System Corp 600 North Wolfe Street Administration 414 Baltimore, MD 21287 | NONE | $0.00 | $0.00 | $0.00 | $11.50 | $0.00 | $0.00 |
| The Julliard School | The Julliard School | The Julliard School 60 Lincoln Center Plaza New York, NY 10023-6588 | NONE | $0.00 | $0.00 | $0.00 | $1,274.50 | $0.00 | $305.88 |