

THOMAS A. WILLOUGHBY, State Bar No. 137597
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435

Attorneys for Post Confirmation Liqu

Entered on Docket
June 22, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: June 21, 2018



_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HELLER EHRMAN LLP,<br><br>The Liquidating Debtor. | CASE NO.: 08-32514<br><br>Chapter 11<br><br>**[NO HEARING REQUIRED]** |

**ORDER MODIFYING SCOPE OF BOLLING & GAWTHROP
EMPLOYMENT AS SPECIAL COUNSEL**

Upon the Application (the "Application") of Michael F. Burkart, the post confirmation Plan Administrator for the liquidating debtor, Heller Ehrman LLP (the "Liquidating Debtor"), to modify the scope of Bolling & Gawthrop's employment as special counsel for the Liquidating Debtor, effective as of June 18, 2018, upon the declaration of Marjorie E. Manning (the "Declaration") in support of the Application, and the court being satisfied based on the representations made in the Application and the Declaration that the relief requested is in the best interests of the Liquidating Debtor's estate, its creditors and other parties in interest; and it appearing that notice of this Application was appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Application is granted; and it is further

ORDERED that the employment of Bolling & Gawthrop is modified, effective as of June 18, 2018, on the terms set forth in the Application and the Declaration;

ORDERED that the Firm shall file applications to be compensated no less frequently than

every 180 days pursuant to the post-confirmation fee application procedure established in Section 5.34 of the Plan; and it is further

ORDERED that the Liquidating Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application; and it is further

ORDERED that the terms and conditions of this order shall be immediately effective and enforceable upon its entry.

*** END OF ORDER***